SCHLAM STONE & DOLAN LLP

26 BROADWAY
NEW YORK, N.Y. 10004

(212) 344-5400

TELECOPIER: (212) 344-7677

www.schlamstone.com

PETER R. SCHLAM
HARVEY M. STONE
RICHARD H. DOLAN
JAMES C. SHERWOOD
THOMAS A. KISSANE
BENNETTE D. KRAMER
JOHN J.D. McFERRIN-CLANCY
JEFFREY M. EILENDER

JOHN M. LUNDIN
ELIZABETH PRICKETT-MORGAN
LEAH M. CAMPBELL

RECEIVED

Oct 15 11:48 AM '03

ROBERT N. CHATIGNY
U.S. DISTRICT JUDGE

October 13, 2003

**BY FEDERAL EXPRESS**

Honorable Robert N. Chatigny
Chief United States District Court Judge
450 Main Street
Hartford, CT 06103

Honorable Donna F. Martinez
United States Magistrate Judge
450 Main Street
Hartford, CT 06103

Re: *Scandinavian Marine Claims Office, Inc. v. Tom Ostensen,*
3:02CV678 (RNC)

Dear Judge Chatigny and Magistrate Judge Martinez:

This firm represents Tom and Siri Ostensen, defendants and counterclaim plaintiffs in the above-referenced action. I am writing to inform Your Honors that Mr. Ostensen passed away on October 12, 2003 after a brief illness. I will be filing a Suggestion of Death on the Record as soon as I have been retained by Mr. Ostensen's estate.[1]

Mr. Ostensen suffered a cerebral hemorrhage on or about September 27. I had spoken to Magistrate Judge Martinez' chambers on October 3 about the situation and was instructed to prepare a motion to stay the action with the appropriate medical documentation. I was in the midst of completing that motion, after securing declarations from Mr. Ostensen's physicians, when Mr. Ostensen suddenly passed away on Sunday.

---

[1] *Smith v. Planas*, 151 F.R.D. 547, 549 (S.D.N.Y. 1993) ("[T]he attorney for the the decedent has no authority to suggest the death of his or her client upon the record. The attorney is not a party to the action and the attorney's authority to represent the decedent terminated upon death. A representative of the deceased party, and not that party's attorney, must make the suggestion of death.").

Honorable Robert N. Chatigny
    and
Honorable Donna F. Martinez
October 13, 2003
Page 2

    The last time I spoke to Mr. Ostensen was on September 29, when he was already suffering the symptoms of his stroke. I have had intermittent conversations with his wife, but only about his medical condition. She will obviously not be able to focus on the litigation for some time. Thus, I do not know and will not know for a certain period her views as to how the litigation should be handled. Time will also be needed for the estate to get itself organized and to retain counsel. I also do not know yet how Mr. Ostensen's death legally impacts on either his or plaintiff's claims. I respectfully submit that given these extraordinary circumstances that a stay of the proceedings would be appropriate.

    I respectfully request any guidance that the Court deems appropriate as to how the parties should proceed further.

                                      Respectfully submitted,

                                      Jeffrey M. Eilender

JME/bc

cc:    (By Telecopier and Federal Express)
        Donald J. Kennedy, Esq.
        Madeleine F. Grossman, Esq.
        Dorit S. Heimer, Esq.
        Charles A. Stewart, III, Esq.
        Manuel Llorca, Esq.
        Sharon E. Jaffe, Esq.

# CARTER LEDYARD & MILBURN LLP

*Counselors at Law*

**Donald J. Kennedy**
*Partner*

Direct Dial: 212-238-8707
E-mail: kennedy@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

**RECEIVED**
Oct 15  11 49 AM '03
CHAMBERS
ROBERT N. CHATIGNY
U.S. DISTRICT JUDGE

400 Rye Street, N.W.
Washington, DC 20005
(202) 898-1515

570 Lexington Avenue
New York, NY 10022
(212) 371-2720

October 14, 2003

<u>Federal Express</u>
Honorable Robert N. Chatigny
Chief United States District Court Judge
450 Main Street
Hartford, Connecticut 06103

Honorable Donna F. Martinez
United States Magistrate Judge
450 Main Street
Hartford, Connecticut 06103

Scandinavian Marine Claims Office, Inc. v. Tom Ostensen<br>3:02CV678 (RNC)

Dear Judge Chatigny and Magistrate Judge Martinez:

We represent the plaintiff, Scandinavian Marine Claims Office, Inc. and certain counterclaim defendants in the captioned matter and acknowledge receipt of Mr. Eilender's letter of October 13, 2003.

Given the unfortunate circumstances of Mr. Ostensen's death, our clients have no objection to a stay of the proceedings.

Very truly yours,

Donald J. Kennedy

DJK/hcu
cc:  <u>By Fax and Federal Express</u>

Mr. Jeffrey M. Eilender
Schlam Stone & Dolan LLP

Madeleine F. Grossman, Esq.
Levett Rockwood P.C.

1195839.1