## SCHLAM STONE & DOLAN LLP

PETER R. SCHLAM
HARVEY M. STONE
RICHARD H. DOLAN
JAMES C. SHERWOOD
THOMAS A. KISSANE
BENNETTE D. KRAMER
JOHN J.D. McFERRIN-CLANCY
JEFFREY M. EILENDER

26 BROADWAY
NEW YORK, N.Y. 10004

(212) 344-5400

TELECOPIER: (212) 344-7677

www.schlamstone.com

**RECEIVED**

OCT 15 4:48 AM '03

JOHN M. LUNDIN
ELIZABETH PRICKETT-MORGAN
CHAMBERS
ROBERT M. CAMPBELL
U.S. DISTRICT JUDGE

October 13, 2003

**BY FEDERAL EXPRESS**

Honorable Robert N. Chatigny
Chief United States District Court Judge
450 Main Street
Hartford, CT 06103

Honorable Donna F. Martinez
United States Magistrate Judge
450 Main Street
Hartford, CT 06103

  Re: *Scandinavian Marine Claims Office, Inc. v. Tom Ostensen,*
     **3:02CV678 (RNC)**

Dear Judge Chatigny and Magistrate Judge Martinez:

  This firm represents Tom and Siri Ostensen, defendants and counterclaim plaintiffs in the above-referenced action. I am writing to inform Your Honors that Mr. Ostensen passed away on October 12, 2003 after a brief illness. I will be filing a Suggestion of Death on the Record as soon as I have been retained by Mr. Ostensen's estate.[1]

  Mr. Ostensen suffered a cerebral hemorrhage on or about September 27. I had spoken to Magistrate Judge Martinez' chambers on October 3 about the situation and was instructed to

---

**October 16, 2003.** <u>Scandinavian Marine Claims Office, Inc. V. Tom Ostensen</u>
      3:02CV678 (RNC)

The Clerk will docket this letter. Treating this as a motion to stay the case pending the opening of an estate, the appointment of an executor and the appearance of counsel for the estate, the motion is granted. Further proceedings are hereby stayed until 60 days after the appointment of an executor. So ordered.



Robert N. Chatigny, U.S.D.J.