UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------------X
                                                                 :
SCANDINAVIAN MARINE CLAIMS OFFICE,                               :
INC.,                                                            :
                                                                 :
                        Plaintiff,                               :
                                                                 :   CIVIL ACTION NO.:
            - against -                                          :   3:02 CV 678 (RNC)
                                                                 :
TOM OSTENSEN AND SIRI OSTENSEN,                                  :
                                                                 :
                                                                 :   March 26, 2004
                        Defendants.                              :
-----------------------------------------------------------------X
```

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned moves for leave of the Court to withdraw her appearance as counsel for the following parties in this action: *Scandinavian Marine Claims Office, Inc. and Norwegian Hull Club*.

Attorneys Madeleine F. Grossman of the firm of Levett Rockwood, and Donald J. Kennedy of the firm Carter, Ledyard & Milburn, have appearances on file for said parties and will continue to represent them in this matter.

By /s/ Dorit S. Heimer
Dorit S. Heimer
Federal Bar No. ct01219
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
Post Office Box 5116
Westport, Connecticut 06881
Telephone: (203) 222-0885
Facsimile: (203) 226-8025
dheimer@levettrockwood.com

**CERTIFICATION**

This is to certify that, on March 26, 2004, a true and correct copy of the foregoing was sent to Scandinavian Marine Claims Office, Inc. and Norwegian Hull Club at the following addresses:

***BY CERTIFIED MAIL:***

Scandinavian Marine Claims Office, Inc.
Norwegian Hull Club
c/o Donald J. Kennedy, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York  10005


*and by first-class mail, postage prepaid, or by hand delivery, to the following counsel of record:*

| | |
|---|---|
| Jeffrey M. Eilender, Esq. | Donald J. Kennedy, Esq. |
| Schlom Stone & Dolan | Carter Ledyard & Milburn LLP |
| 26 Broadway, 19th Floor | 2 Wall Street |
| New York, NY 10004 | New York, New York  10005 |
| | |
| Sharon E. Jaffe, Esq. | Madeleine F. Grossman, Esq. |
| Levin & Glasser | Levett Rockwood P.C. |
| PO Box 1098 | 33 Riverside Avenue |
| Weston, CT 06883 | Westport, CT 06880 |

            /s/ Dorit S. Heimer
            Dorit S. Heimer

00080822