UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------X

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.,

            Plaintiff,

- against -

TOM OSTENSEN AND SIRI OSTENSEN,

           Defendants.

------------------------------------------------------------X

CIVIL ACTION NO.:
3:02 CV 678 (RNC)

March 26, 2004

FILED 2004 MAR 29 P 2: 22
U.S. DISTRICT COURT
HARTFORD, CT.

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned moves for leave of the Court to withdraw her appearance as counsel for the following parties in this action: ***Scandinavian Marine Claims Office, Inc. and Norwegian Hull Club***.

Attorneys Madeleine F. Grossman of the firm of Levett Rockwood, and Donald J. Kennedy of the firm Carter, Ledyard & Milburn, have appearances on file for said parties and will continue to represent them in this matter.

By _____
Dorit S. Heimer
Federal Bar No. ct01219
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
Post Office Box 5116
Westport, Connecticut 06881
Telephone: (203) 222-0885
Facsimile: (203) 226-8025
dheimer@levettrockwood.com

*GRANTED. So ordered. 4/1/04.*

FILED 2004 APR -2 A 9:44
U.S. DISTRICT COURT
HARTFORD, CT

## CERTIFICATION

This is to certify that, on March 26, 2004, a true and correct copy of the foregoing was sent to Scandinavian Marine Claims Office, Inc. and Norwegian Hull Club at the following addresses:

### BY CERTIFIED MAIL:

Scandinavian Marine Claims Office, Inc.
Norwegian Hull Club
c/o Donald J. Kennedy, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York  10005

*and by first-class mail, postage prepaid, or by hand delivery, to the following counsel of record:*

Jeffrey M. Eilender, Esq.
Schlom Stone & Dolan
26 Broadway, 19th Floor
New York, NY 10004

Sharon E. Jaffe, Esq.
Levin & Glasser
PO Box 1098
Weston, CT 06883

Donald J. Kennedy, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York  10005

Madeleine F. Grossman, Esq.
Levett Rockwood P.C.
33 Riverside Avenue
Westport, CT 06880

_____
Dorit S. Heimer

00080822