UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------ X
SCANDINAVIAN MARINE CLAIMS           :   Civil Action No.:
OFFICE, INC.,                                           :
                                                              :   3:02 CV 678 (RNC)
                Plaintiff,            :
                                                              :
        - against -                      :
                                                              :
TOM OSTENSEN AND SIRI OSTENSEN,  :
                                                              :
                Defendants.       :
                                                              :
                                                              :   APRIL 22, 2004
------------------------------------------------------------ X

## **APPEARANCE**

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for the following plaintiffs in this action:

*Scandinavian Marine Claims Office, Inc. and Norwegian Hull Club*.

      I certify that I am admitted to practice in this court.

                                                  By/s/ Frank J. Silvestri, Jr.
                                                    Frank J. Silvestri, Jr.
                                                      Federal Bar No. ct05367
                                                      LEVETT ROCKWOOD P.C.
                                                      33 Riverside Avenue
                                                      Post Office Box 5116
                                                      Westport, Connecticut 06881
                                                      Telephone: (203) 222-0885
                                                      Facsimile: (203) 226-8025
                                                      E-mail:  fsilvestri@levettrockwood.com

{H:\DOCS\fjs\app\00081899.DOC}

# **CERTIFICATION**

This is to certify that a copy of the foregoing Appearance was mailed via First Class Mail, postage pre-paid, on this the 22nd day of April, 2004, to the following counsel of record:

Donald J. Kennedy, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York  10005


Jeffrey M. Eilender, Esq.
Schlom Stone & Dolan
26 Broadway, 19th Floor
New York, NY 10004

Sharon E. Jaffe, Esq.
Levin & Glasser
PO Box 1098
Weston, CT 06883

Madeleine F. Grossman, Esq.
Levett Rockwood P.C.
33 Riverside Avenue
Westport, CT 06880


/s/ Frank J. Silvestri, Jr.
Frank J. Silvestri, Jr.

00081899