UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
SCANDINAVIAN MARINE CLAIMS      :    Civil Action No.:
OFFICE, INC.,                   :
                                :    3:02 CV 678 (RNC)
            Plaintiff,          :
                                :
    - against -                 :
                                :
TOM OSTENSEN AND SIRI OSTENSEN, :
                                :
            Defendants.         :
                                :    OCTOBER 12, 2004
---------------------------------------------------------------X

### APPLICATION FOR ORDER TO SUBSTITUTE THE DECEASED DEFENDANT TOM OSTENSEN'S EXECUTOR

Pursuant to § 52-599(b) of the Connecticut General Statutes, the plaintiff, Scandinavian Marine Claims Office, Inc., applies to the Court for permission to substitute the Executor of Tom Ostensen in his place. Mr. Ostensen passed away on October 12, 2003. The plaintiff received written notification of his death on October 14, 2003. On information and belief, the co-defendant, Siri Ostensen, is Mr. Ostensen's Executrix. As reflected in Exhibit A, she has consented to the substitution.

SCANDINAVIAN MARINE CLAIMS
OFFICE, INC.

By: _____
Madeleine F. Grossman
Federal Bar No. ct05987
Frank J. Silvestri, Jr.
Federal Bar No. ct05367
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
Post Office Box 5116
Westport, Connecticut 06880
Telephone: (203) 222-0885
Facsimile: (203) 226-8025

Donald J. Kennedy
Federal Bar No. ct23620
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

SO ORDERED:

_____
United States District Judge

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via First Class Mail, postage pre-paid, on this the 12th day of October, 2004, to the following counsel of record:

Jeffrey M. Eilender, Esq.
Schlom Stone & Dolan
26 Broadway, 19th Floor
New York, NY 10004

Sharon E. Jaffe, Esq.
Levin & Glasser
PO Box 1098
Weston, CT 06883

Madeleine F. Grossman

89706

**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

SCANDINAVIAN MARINE CLAIMS OFFICE,
INC.,

         Plaintiff,

  - against -

TOM OSTENSEN AND SIRI OSTENSEN,

         Defendants.

-----------------------------------------------------------X

CIVIL ACTION NO.:
3:02 CV 678 (RNC)

**STIPULATION**

It is hereby stipulated and agreed by the undersigned counsel that:

    1.    Siri Ostensen as Executrix of the Estate of Tom Ostensen is substituted for defendant Tom Ostensen in this action. Siri Ostensen was appointed Executrix on November 10, 2003.

    2.    Schlam Stone & Dolan LLP was retained by Siri Ostensen as counsel for the Estate of Tom Ostensen on January 5, 2004.

Dated: New York, New York
        May 19, 2004

CARTER LEDYARD & MILBURN LLP

By: _____
    Donald J. Kennedy, Esq.
2 Wall Street
New York, New York 10005
Attorneys for Plaintiff

SCHLAM STONE & DOLAN L.L.P

By: _____
    Jeffrey Eilender, Esq.
26 Broadway
New York, New York 10004
Attorneys for Defendants

SO ORDERED

_____
    USDJ

1239885.1