71

GRANTED. So ordered. 10/25/04.
[signature]
02cv678 and 71

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------X
SCANDINAVIAN MARINE CLAIMS         :   Civil Action No.:
OFFICE, INC.,                       :
                                    :   3:02 CV 678 (RNC)
              Plaintiff,            :
                                    :
       - against -                  :
                                    :
TOM OSTENSEN AND SIRI OSTENSEN,     :
                                    :
              Defendants.           :
                                    :
                                    :   OCTOBER 12, 2004
-------------------------------------------------X
```

**APPLICATION FOR ORDER TO SUBSTITUTE THE
DECEASED DEFENDANT TOM OSTENSEN'S EXECUTOR**

Pursuant to § 52-599(b) of the Connecticut General Statutes, the plaintiff, Scandinavian Marine Claims Office, Inc., applies to the Court for permission to substitute the Executor of Tom Ostensen in his place. Mr. Ostensen passed away on October 12, 2003. The plaintiff received written notification of his death on October 14, 2003. On information and belief, the co-defendant, Siri Ostensen, is Mr. Ostensen's Executrix. As reflected in Exhibit A, she has consented to the substitution.