UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 NOV 23 P 5:00
U.S. DISTRICT COURT
HARTFORD, CT.

SCANDINAVIAN MARINE CLAIMS :
OFFICE, INC., :
　　　　　　　　　　　　　　　　　　:
　　　Plaintiff, :
　　　　　　　　　　　　　　　　　　:
　　　v. : CASE NO. 3:02CV678(RNC)
　　　　　　　　　　　　　　　　　　:
SIRI OSTENSEN, INDIVIDUALLY & :
AS EXECUTOR OF THE ESTATE OF :
TOM OSTENSEN, :
　　　　　　　　　　　　　　　　　　:
　　　Defendant. :

## NOTICE AND ORDER

The parties shall submit a joint status report on or before December 13, 2004. The report will address the matters listed in Fed. R. Civ. P. 16(c). Joint status reports of counsel addressing those matters will be submitted every 90 days thereafter until the matter is resolved.

SO ORDERED at Hartford, Connecticut this 23rd day of November, 2004.

　　　　　　　　　　　　　　　　　　Donna F. Martinez
　　　　　　　　　　　　　　　　　　United States Magistrate Judge