UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCANDINAVIAN MARINE CLAIMS OFFICE, INC.,<br><br>Plaintiff,<br><br>- against –<br><br>SIRI OSTENSEN and the ESTATE OF TOM OSTENSEN,<br><br>Defendants,<br><br>- against –<br><br>SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., S.M.C.O., A.S., AND NORWEGIAN HULL CLUB,<br><br>Counterclaim and Third-Party Defendants. | CIVIL ACTION NO. 3:02CV678 (RNC) |

## UNCONTESTED MOTION TO CONSOLIDATE PROCEEDINGS FOR PURPOSES OF DISCOVERY

Defendants Siri Ostensen and the Estate of Tom Ostensen, respectfully move, pursuant to Rule 42 of the Federal Rules of Civil Procedure, to consolidate the pre-trial proceedings in the instant matter and in *Killip v. Scandanavian Marine Claims Office, Inc., et al.*, 3:02CV1494 (RNC) (the "Killip Matter").

In support of this motion, defendants submit this Motion, the accompanying Memorandum of Law, and the Declaration of Jeffrey M. Eilender, dated March 15, 2005.

This motion has been consented to by all parties in both actions.

Dated:     New York, New York
            March 8, 2005

Respectfully submitted,

*[signature]*

Jeffrey M. Eilender (Bar. No. CT 25177)
John M. Lundin (Bar No.    )*
**SCHLAM STONE & DOLAN LLP**
26 Broadway, Suite 1900
New York, NY 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677

Sharon E. Jaffe (Bar. No. CT. 04623)
**LEVIN & GLASSER, PC**
P.O. Box 1098
Weston, CT 06883
Telephone: (203) 221-3008
Fax: (203) 221-3010

*Attorneys for Defendants/Counterclaim and Third-Party Plaintiffs Siri Ostensen and the Estate of Tom Ostensen*

TO:     Donald J. Kennedy, Esq.
         **CARTER LEDYARD & MILBURN, LLP**
         2 Wall Street
         New York, NY 10005

         Madeleine F. Grossman, Esq.
         **LEVETT ROCKWOOD, P.C.**
         33 Riverside Avenue
         Post Office Box 5116
         Westport, CT 06880

         Charles A. Stewart, III, Esq.
         **STEWART OCCHIPINTI & MAKOW, LLP**
         1350 Broadway
         Suite 2200
         New York, N.Y. 10018

---

* Pro Hac Vice admission pending.
00018400.DOC
#38620