## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was sent via first-class mail, postage pre-paid, on March 11, 2005, to the following:

    Donald J. Kennedy, Esq.
    Carter Ledyard & Milburn, LLP
    2 Wall Street
    New York, NY  10005

    Madeleine F. Grossman, Esq.
    Dorit S. Heimer, Esq.
    Levett Rockwood, P.C.
    33 Riverside Avenue
    Post Office Box 5116
    Westport, Ct  06880

    Charles A. Stewart, III, Esq.
    1350 Broadway
    Suite 2200
    New York, NY  10018

    Sharon E. Jaffe

00018397.DOC
#38620