## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was sent via first-class mail, postage pre-paid, on March 11, 2005, to the following:

>Donald J. Kennedy, Esq.
>Carter Ledyard & Milburn, LLP
>2 Wall Street
>New York, NY  10005
>
>Madeleine F. Grossman, Esq.
>Dorit S. Heimer, Esq.
>Levett Rockwood, P.C.
>33 Riverside Avenue
>Post Office Box 5116
>Westport, Ct  06880
>
>Charles A. Stewart, III, Esq.
>1350 Broadway
>Suite 2200
>New York, NY  10018

_____
Sharon E. Jaffe

00018403.DOC
#38620

5