UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCANDINAVIAN MARINE CLAIMS OFFICE, INC. :<br><br>*Plaintiff,* :<br><br>v. :<br><br>SIRI OSTENSEN, :<br><br>*Defendant,* :<br><br>v. :<br><br>SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., S.M.C.O., A.S., and NORWEGIAN HULL CLUB, :<br><br>*Counterclaim and Third-Party Defendants.* : | CIVIL ACTION NO.<br>302CV678 (RNC)<br><br>February 28, 2005 |

### MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN M. LUNDIN, ESQ.

Pursuant to Local Rule 83.1(d)1 of the Federal Rules of Civil Procedure, the undersigned respectfully moves this Court to grant the admission of John M. Lundin, Esq., for the purpose of representing defendants along with Jeffrey M. Eilender as lead counsel in this matter. As indicated in the accompanying Declaration of John M. Lundin in support of this Motion:

1. Mr. Lundin is an associate at the law firm of Schlam Stone & Dolan, 26 Broadway, New York, NY 10004-1081.

2. Mr. Lundin is a member in good standing of the bars of the State of New York, the United States District Courts for the Eastern and Southern Districts of New York, and the United States Courts of Appeals for the Federal Circuit.

3. Mr. Lundin has never been denied admission nor disciplined by this Court or any other Court.

4. Mr. Lundin, along with Mr. Eilender whom this Court previously granted admission *pro hac vice*, has represented defendants in two related cases in New York. Therefore, their representation of defendant in this case is critical to her defense.

Wherefore, the undersigned respectfully requests that this Court grant the instant motion for admission *pro hac vice* of John M. Lundin, Esq.

Sharon E. Jaffe (Bar. No. CT 04623)
LEVIN & GLASSER, PC.
P.O. Box 1098
Weston, CT 06883
Telephone:  (203) 221-3008
Facsimile:  (203) 221-3010

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing Motion was sent via first-class mail, postage pre-paid, on this the 1st day of March, 2005, to the following:

Donald J. Kennedy, Esq.
Carter Ledyard & Milburn, LLP
2 Wall Street
New York, NY  10005

Madeleine F. Grossman, Esq.
Dorit S. Heimer, Esq.
Levett Rockwood, P.C.
33 Riverside Avenue
Post Office Box 5116
Westport, Ct  06880

Sharon E. Jaffe, Esq.
Levin & Glasser, PC
P.O. Box 1098
Weston, CT  06883

John M. Lundin