UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCANDINAVIAN MARINE CLAIMS OFFICE, INC., <br><br> *Plaintiff*, <br><br> - against - <br><br> SIRI OSTENSEN, <br><br> *Defendant*, <br><br> - against - <br><br> SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., S.M.C.O., A.S., AND NORWEGIAN HULL CLUB, <br><br> *Counterclaim and Third-Party Defendants*. | Civil Action No. 3:02CV678 (RNC) <br><br> February 28, 2005 |

### DECLARATION OF JOHN M. LUNDIN, ESQ. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to 28 U.S.C. 1746, I, John M. Lundin, declare, under penalty of perjury, the following to be true:

1. I am over the age of 18 years.

2. I make this Declaration in support of my application to appear *pro hac vice* in the above matter. I have personal knowledge of the facts set forth herein.

3. I am an associate in the law firm of Schlam Stone & Dolan LLP, 26 Broadway, New York, NY 10004-1081. I can be reached there by telephone at (212) 344-5400, by facsimile at (212) 344-7677, and by e-mail at jlundin@schlamstone.com.

4. I am an active member in good standing of the Bars of the State of New

York, the United States District Courts for Eastern and Southern Districts of New York, and the United States Courts of Appeals for the Federal Circuit.

    5.    I have not been denied admission or disciplined by this Court or any other court.

    6.    I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

    7.    Because I have represented the defendant in two related actions pending in New York, it is the desire of our client that I participate, along with Jeffrey M. Eilender, as lead counsel in the defense of this action.

                                                               John M. Lundin

Sworn to before me this
28th day of February, 2005

Notary Public

LARRY J. SILVERMAN
Notary Public, State of New York
No. 41-3870035
Qualified in Queens County
Commission Expires March 30, 2006

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing Declaration was sent via first-class mail, postage pre-paid, on this the 1st day of March, 2005, to the following:

Donald J. Kennedy, Esq.
Carter Ledyard & Milburn, LLP
2 Wall Street
New York, NY  10005

Madeleine F. Grossman, Esq.
Dorit S. Heimer, Esq.
Levett Rockwood, P.C.
33 Riverside Avenue
Post Office Box 5116
Westport, Ct  06880

Sharon E. Jaffe, Esq.
Levin & Glasser, PC
P.O. Box 1098
Weston, CT  06883

John M. Lundin