UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

F I L E D

2005 APR -8  A 11: 42

S DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| SCANDINAVIAN MARINE CLAIMS OFFICE, INC., <br><br> *Plaintiff,* <br><br> - against - <br><br> SIRI OSTENSEN, <br><br> *Defendant,* <br><br> - against - <br><br> SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., S.M.C.O., A.S., AND NORWEGIAN HULL CLUB, <br><br> *Counterclaim and Third-Party Defendants.* | Civil Action No. 3:02CV678 (RNC) <br><br> February 28, 2005 |

## APPEARANCE

Please take notice that John M. Lundin, an associate with the firm of Schlam Stone & Dolan, LLP, hereby appears along with Jeffery Eilender as primary counsel on behalf of defendant.

Respectfully submitted,

John M. Lundin (Bar. No. CT        )
SCHLAM STONE & DOLAN, LLP
26 Broadway, Suite 1900
New York, NY 10004
Telephone:    (212) 344-5400
Facsimile:    (212) 344-7677

**CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing Appearance was sent via

first-class mail, postage pre-paid, on this the 1st day of March, 2005, to the following:

> Donald J. Kennedy, Esq.
> Carter Ledyard & Milburn, LLP
> 2 Wall Street
> New York, NY  10005
>
> Madeleine F. Grossman, Esq.
> Dorit S. Heimer, Esq.
> Levett Rockwood, P.C.
> 33 Riverside Avenue
> Post Office Box 5116
> Westport, Ct  06880
>
> Sharon E. Jaffe, Esq.
> Levin & Glasser, PC
> P.O. Box 1098
> Weston, CT  06883

John M. Lundin