UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
:
SCANDINAVIAN MARINE CLAIMS OFFICE, :
INC. :
:
Plaintiff, :
:
v. : Civil Case No.
: 3:02 CV 678 (RNC)
SIRI OSTENSEN, :
:
Defendant, :
:
v. :
:
SCANDINAVIAN MARINE CLAIMS :
OFFICE, INC., SCANDINAVIAN :
UNDERWRITERS AGENCY, SCUA :
AMERICAS, INC., S.M.C.O., A.S., AND : April 14, 2005
NORWEGIAN HULL CLUB, :
:
Counterclaim and Third-Party Defendants. :
---------------------------------------------------------X

## **APPEARANCE**

To the Clerk of this court and all parties of record:

     Enter my appearance as counsel in this case for the following non-parties in this action:

***Donald J. Kennedy and Carter Ledyard & Milburn, LLP***.

     I certify that I am admitted to practice in this court.

2

        By /s/ Frank J. Silvestri, Jr.
           Frank J. Silvestri, Jr.
           Federal Bar No. ct05367
           LEVETT ROCKWOOD P.C.
           33 Riverside Avenue
           Post Office Box 5116
           Westport, Connecticut 06881
           Telephone: (203) 222-0885
           Facsimile: (203) 226-8025
           E-mail: fsilvestri@levettrockwood.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing Appearance was sent via Fedex on this the 14th day of April, 2005, to the following counsel of record:

Donald J. Kennedy, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York  10005

Jeffrey M. Eilender, Esq.
Schlom Stone & Dolan
26 Broadway, 19th Floor
New York, NY 10004

Sharon E. Jaffe, Esq.
Levin & Glasser
PO Box 1098
Weston, CT 06883

Charles Stewart, III, Esq.
Stewart Occhipinti & Makow, LLP
1350 Broadway, Suite 2220
New York, NY  10018

/s/ Frank J. Silvestri, Jr.
Frank J. Silvestri, Jr.

00081899