UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------------X
                                                     :
                                                     :
SCANDINAVIAN MARINE CLAIMS OFFICE,                   :
INC.                                                 :
                                                     :
                Plaintiff,                           :
        v.                                           :   Civil Case No.
                                                     :   3:02 CV 678 (RNC)
SIRI OSTENSEN,                                       :
                                                     :
                Defendant,                           :
                                                     :
        v.                                           :
                                                     :
SCANDINAVIAN MARINE CLAIMS                           :
OFFICE, INC., SCANDINAVIAN                           :
UNDERWRITERS AGENCY, SCUA                            :
AMERICAS, INC., S.M.C.O., A.S., AND                  :   April 14, 2005
NORWEGIAN HULL CLUB,                                 :
                                                     :
    Counterclaim and Third-Party Defendants.         :
-----------------------------------------------------X
```

## **APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the following non-parties in this action:

***Donald J. Kennedy and Carter Ledyard & Milburn, LLP***.

I certify that I am admitted to practice in this court.

By /s/ Madeleine F. Grossman
   Madeleine F. Grossman
   Federal Bar No. ct05987
   LEVETT ROCKWOOD P.C.
   33 Riverside Avenue
   Post Office Box 5116
   Westport, Connecticut 06881
   Telephone: (203) 222-0885
   Facsimile: (203) 226-8025
   E-mail:  fsilvestri@levettrockwood.com

## CERTIFICATION

This is to certify that a copy of the foregoing Appearance was sent via Fedex on this the 14th day of April, 2005, to the following counsel of record:

Donald J. Kennedy, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York  10005

Jeffrey M. Eilender, Esq.
Schlom Stone & Dolan
26 Broadway, 19th Floor
New York, NY 10004

Sharon E. Jaffe, Esq.
Levin & Glasser
PO Box 1098
Weston, CT 06883

Charles Stewart, III, Esq.
Stewart Occhipinti & Makow, LLP
1350 Broadway, Suite 2220
New York, NY  10018

/s/ Madeleine F. Grossman
Madeleine F. Grossman

00081899