UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
:
SCANDINAVIAN MARINE CLAIMS OFFICE, :
INC. :
:
                        Plaintiff, :
     v. : Civil Case No.
: 3:02 CV 678 (RNC)
SIRI OSTENSEN, :
:
                        Defendant, :
:
     v. :
:
SCANDINAVIAN MARINE CLAIMS :
OFFICE, INC., SCANDINAVIAN :
UNDERWRITERS AGENCY, SCUA :
AMERICAS, INC., S.M.C.O., A.S., AND : April 14, 2005
NORWEGIAN HULL CLUB, :
:
  Counterclaim and Third-Party Defendants. :
---------------------------------------------------------X

## MOTION FOR PROTECTIVE ORDER

      Pursuant to Fed. R. Civ. P. 26(c) Donald J. Kennedy and Carter Ledyard & Millburn, LLP move for a Protective Order with respect to the subpoenas served on them. This motion is supported by the accompanying Affidavit of Donald J. Kennedy and Memorandum of Law.

2

By /s/ Madeleine F. Grossman
Madeleine F. Grossman
Federal Bar No. ct05987
Frank J. Silvestri, Jr.
Federal Bar No. ct05367
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
Post Office Box 5116
Westport, Connecticut 06881
Telephone: (203) 222-0885
Facsimile: (203) 226-8025

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via Fedex on this the 14th day of April, 2005, to the following counsel of record:

Donald J. Kennedy, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York  10005

Jeffrey M. Eilender, Esq.
Schlom Stone & Dolan
26 Broadway, 19th Floor
New York, NY 10004

Sharon E. Jaffe, Esq.
Levin & Glasser
PO Box 1098
Weston, CT 06883

Charles A. Stewart, III, Esq.
Stewart Occhipinti & Makow, LLP
1350 Broadway, Suite 2220
New York, NY  10018

                                                /s/ Madeleine F. Grossman
                                                Madeleine F. Grossman

00098653