**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SCANDINAVIAN MARINE CLAIMS OFFICE, INC., <br><br> *Plaintiff,* <br><br> - *against* - <br><br> SIRI OSTENSEN, <br><br> *Defendant,* <br><br> - *against* - <br><br> SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., S.M.C.O., A.S., AND NORWEGIAN HULL CLUB, <br><br> *Counterclaim and Third-Party Defendants.* | Civil Action No. 3:02CV678 (RNC) <br><br> **UNCONTESTED MOTION FOR A TEN DAY EXTENSION OF TIME** |

Defendants Siri Ostensen and the Estate of Tom Ostensen respectfully move pursuant to Local Civil Rule 7(b) for a ten-day extension of time to respond to the Motion for Protective Order by Donald J. Kennedy and Carter Ledyard & Millburn, LLP dated April 14, 2005. This motion has been consented to by all parties in this action, on condition that the pre-filing conference for SMCO's motion for summary judgment not be adjourned, and go forward on May 10, 2005 as scheduled.

**The Extension Requested**

Defendants seek an extension of ten days to their time to respond to the Motion for Protective Order. This would extend their time to oppose the motion from May 6, 2005 to May 16, 2005.

**The Extension Has Been Consented To**

Counsel for Mr. Kennedy and Carter Ledyard & Millburn, LLP have consented to the extension requested herein, provided that the pre-filing conference for SMCO's motion for summary judgment not be adjourned, and go forward on May 10, 2005 as scheduled. Discovery has just begun in this action; no party would be prejudiced by the requested extension.

**There is Good Cause for the Extension**

Local Civil Rule 7(b) provides for the granting of extensions for good cause. There is good cause for the requested extension. The press of professional and personal commitments—many of which have arisen unexpectedly in the past week—have interfered with Counsel's ability adequately to respond to the motion by the current return date. Those newly-arising commitments include depositions on May 3, 2005 and May 5, 2005 and court appearances on May 4, 2005 and the evening of May 5, 2005. Counsel for Defendants also have various motions and a submission to an arbitrator that must be served this week.

**No Previous Request**

This is the first request by any party for an extension of time with respect to the Motion for Protective Order.

Dated: New York, New York
      May 2, 2005

                                           Jeffrey M. Eilender (Bar. No. CT 25177)
                                           John M. Lundin (Bar No. phv0185)
                                         **SCHLAM STONE & DOLAN**, LLP
                                         26 Broadway, Suite 1900
                                         New York, NY 10004
                                         (212) 344-5400 (Telephone)
                                         (212) 344-7677 (Facsimile)
                                         *Attorneys for Siri Ostensen*

                                         Sharon E. Jaffe (Bar. No. CT. 04623)
                                         **LEVIN & GLASSER, PC**
                                         P.O. Box 1098
                                         Weston, CT 06883
                                         (203) 221-3008 (Telephone)
                                         (203)221-3010 (Facsimile)
                                         *Attorneys for Siri Ostensen*

TO:     Donald J. Kennedy, Esq.
          **CARTER LEDYARD & MILBURN, LLP**
          2 Wall Street
          New York, NY 10005

          Madeleine F. Grossman, Esq.
          **LEVETT ROCKWOOD, P.C.**
          33 Riverside Avenue
          Post Office Box 5116
          Westport, CT 06880

          Charles A. Stewart, III, Esq.
          **STEWART OCCHIPINTI & MAKOW, LLP**
          1350 Broadway
          Suite 2200
          New York, N.Y. 10018