## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    **GRACE COLLINS**, being duly sworn, deposes and states:

I am over 18 years of age, I am not a party to the within action, and I reside in Brooklyn, New York.

On May 2, 2005, I served a true and complete copy of the within **UNCONTESTED MOTION FOR A TEN DAY EXTENSION OF TIME,** upon:

**DONALD J. KENNEDY, ESQ.**
**CARTER LEDYARD & MILBURN LLP**
**2 WALL STREET**
**NEW YORK, NY  10005**

**FRANK SILVESTRI, ESQ.**
**LEVETT ROCKWOOD, P.C.**
**33 RIVERSIDE AVENUE**
**POST OFFICE BOX 5116**
**WESTPORT, CT  06880**

**SHARON E. JAFFE, ESQ.**
**LEVIN & GLASSER**
**3 LEDGEBROOK COURT**
**WESTON, CT 06883**

**CHARLES A. STEWART, III ESQ.**
**STEWART OCCHIPINTI & MAKOW, LLP**
**1350 BROADWAY**
**SUITE 2200**
**NEW YORK, N.Y.  10018**

by placing the **UNCONTESTED MOTION FOR A TEN DAY EXTENSION OF TIME** in a postage paid, sealed enveloped and depositing the **UNCONTESTED MOTION FOR A TEN DAY EXTENSION OF TIME** into a United States Post Office mail depository, causing the

**UNCONTESTED MOTION FOR A TEN DAY EXTENSION OF TIME** to be delivered to the above-named person(s) at the above listed address(es).

_____
GRACE COLLINS

Sworn to before me this
2nd day of May, 2005

_____
Notary Public

Jeffrey M. Eilender
Notary Public - State of New York
No. 02EI6111470
Qualified in New York County
My Commission Expires June 14, 2008

00019719.doc