CERTIFICATE OF SERVICE BY HAND

I, John M. Lundin, hereby affirm under the penalty of perjury that on the 16th day of May, 2005, I caused true and complete copies of the foregoing Defendant's Memorandum of Law in Opposition to Motion for Protective Order and Declaration of John M. Lundin to be served by Federal Express upon the following counsel of record:

>Donald J. Kennedy, Esq.
>Carter Ledyard & Milburn LLP
>2 Wall Street
>New York, NY 10005
>
>Madeleine F. Grossman, Esq.
>Levett Rockwood, P.C.
>33 Riverside Avenue
>Post Office Box 5116
>Westport, CT 06880
>
>Sharon E. Jaffe, Esq.
>Levin & Glasser
>3 Ledgebrook Court
>Weston, CT 06883
>
>Charles A. Stewart, III Esq.
>Stewart Occhipinti & Makow, LLP
>1350 Broadway
>Suite 2200
>New York, N.Y. 10018

_____
John M. Lundin (Bar No. phv0185)