UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.

                Plaintiff,

v.

SIRI OSTENSEN,

                Defendant,

v.

SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., S.M.C.O., A.S., AND NORWEGIAN HULL CLUB,

    Counterclaim and Third-Party Defendants.

------------------------------------------------------------X

Civil Case No.
3:02 CV 678 (RNC)

May 26, 2005

**MOTION FOR CLARIFICATION OR
FOR PROTECTIVE ORDER**

Scandinavian Marine Claims Office, Inc. ("SMCO") moves to clarify the Scheduling Order to specifically provide (a) that discovery from Counterclaim and Third-Party Defendants is limited to veil piercing discovery and (b) the September 30, 2005 Discovery Deadline in this Court's Scheduling Order applies only to veil piercing discovery. Alternatively, SMCO moves, pursuant to Fed. R. Civ. P. 26(c), for a Protective Order with respect to (1) the subpoenas served on The Benefits Practice and Oppenheimer & Co. and (2) Defendant's Second Request For

1

Documents to Plaintiff and Third-Party Defendants. The motion is supported by the accompanying Affidavit of Donald J. Kennedy, sworn to on May 26, 2005.

By _/s/ Madeleine F. Grossman_
Madeleine F. Grossman
Federal Bar No. ct05987
Frank J. Silvestri, Jr.
Federal Bar No. ct05367
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
Post Office Box 5116
Westport, Connecticut 06881
Telephone: (203) 222-0885
Facsimile: (203) 226-8025

and

Donald J. Kennedy
Federal Bar No. ct23620

CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

2

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via Fedex on this 26th day of May, 2005, to the following counsel of record and companies.

Donald J. Kennedy, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York  10005

Jeffrey M. Eilender, Esq.
Schlam Stone & Dolan
26 Broadway, 19th Floor
New York, New York  10004

Sharon E. Jaffe, Esq.
Levin & Glasser
P.O. Box 1098
Weston, CT  06883

Charles A. Stewart, III, Esq.
Stewart Occhipinti & Makow, LLP
1350 Broadway, Suite 2220
New York, New York  10018

The Benefits Practice
250 East Hartsdale Avenue
Suite 38
Hartsdale, New York  10530

Oppenheimer & Co.
200 Park Avenue
New York, New York  10166

Madeleine F. Grossman

100583