**EXHIBIT 4**

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
(A COMPANY IN LIQUIDATION)

FINANCIAL STATEMENTS

DECEMBER 31, 2000

A R T Y
C O H N
F E U E R
& M A Y A
CERTIFIED PUBLIC
ACCOUNTANTS

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
(A COMPANY IN LIQUIDATION)

FINANCIAL STATEMENTS

DECEMBER 31, 2000

SM 001424

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
(A COMPANY IN LIQUIDATION)
FINANCIAL STATEMENTS
DECEMBER 31, 2000

## TABLE OF CONTENTS

|  | PAGE NUMBER |
|---|---|
| INDEPENDENT AUDITOR'S REPORT | 1 |
| FINANCIAL STATEMENTS: | |
|     BALANCE SHEET | 2 |
|     STATEMENT OF OPERATIONS AND ACCUMULATED DEFICIT | 3 |
|     STATEMENT OF CASH FLOWS | 4 |
|     NOTES TO FINANCIAL STATEMENTS | 5 - 7 |
| ACCOMPANYING INFORMATION: | |
|     INDEPENDENT AUDITOR'S REPORT | 8 |
|     OPERATING EXPENSES | 9 |
|     LIQUIDATION EXPENSES | 10 |

SM 001425

Members
American Institute of Certified Public Accountants
Florida Institute of Certified Public Accountants

Daniel Arty, C.P.A.
Stanley D. Cohn, C.P.A.
Lester Feuer, C.P.A.
Ralph Maya, C.P.A.
Joel L. Moskowits, C.P.A.
J. Deedee Weithorn, C.P.A.

A R T Y
C O H N
F E U E R
& M A Y A
CERTIFIED PUBLIC
ACCOUNTANTS

## INDEPENDENT AUDITORS REPORT

Directors
Scandinavian Marine Claims Office, Inc.
Coral Gables, Florida

We have audited the accompanying balance sheet of Scandinavian Marine Claims Office, Inc. (A Company in Liquidation) as of December 31, 2000, and the related statements of income and accumulated deficit, and cash flows for the year then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Scandinavian Marine Claims Office, Inc. (a Company in liquidation) as of December 31, 2000, and the results of its operations and its cash flows for the year then ended in conformity with accounting principles generally accepted in the United States of America.

The Company suffered a substantial loss in 2000, and as a result, the board of directors decided to liquidate the entity.

*Arty Cohn Feuer & Maya*

October 31, 2001

Airport Executive Tower 1 • 1150 N.W. 72nd Avenue, Suite 760, Miami, FL 33126 • (305) 592-9954 • Fax: (305) 477-7379 • E-mail: info@aclm-cpa.com

SM 001426

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
(A COMPANY IN LIQUIDATION)
BALANCE SHEET
DECEMBER 31, 2000

ASSETS

| | |
|---|---:|
| Cash | $ 36,108 |
| Accounts Receivable | 127,765 |
| Mortgages Receivable | 90,753 |
| Other | 82,245 |
| Property and Equipment, Net | 94,283 |
| TOTAL CURRENT ASSETS | $ 431,154 |

LIABILITIES AND STOCKHOLDER'S EQUITY

**LIABILITIES**

| | |
|---|---:|
| Accounts Payable and Accrued Liabilities | $2,547,183 |
| Notes Payable | 1,844,982 |
| | 4,392,165 |

**STOCKHOLDER'S EQUITY**

| | |
|---|---:|
| Common Stock, no par value, 900 shares authorized, 3 shares issued and outstanding | 488,000 |
| Accumulated Deficit | (4,449,011) |
| | (3,961,011) |
| | $ 431,154 |

THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THESE FINANCIAL STATEMENTS.

2

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
(A COMPANY IN LIQUIDATION)
STATEMENT OF OPERATIONS AND ACCUMULATED DEFICIT
DECEMBER 31, 2000

|  |  | % |
|---|---:|---:|
| Revenues | $ 960,748 | 100.00 |
| Expenses Passed Through to Clients | 173,700 | 18.08 |
|  | 787,048 | 81.92 |
| **EXPENSES** |  |  |
| Payroll and Employee Benefits | 1,224,094 | 127.41 |
| Other Operating Expenses | 919,886 | 95.72 |
| Liquidation Expenses | 2,906,101 | 302.48 |
|  | 5,050,081 | 525.61 |
| **LOSS BEFORE DEPRECIATION** | (3,712,837) | (443.69) |
| **DEPRECIATION** | 22,889 | 2.38 |
|  | (4,263,033) | (446.07) |
| **OTHER INCOME (EXPENSES)** |  |  |
| Interest Expense | (113,496) | (11.81) |
| Interest and Other Income | 11,712 | 1.22 |
|  | 101,784 | (10.59) |
| **NET LOSS** | (4,387,706) | (456.66) |
| **ACCUMULATED DEFICIT** |  |  |
| Beginning | (61,305) |  |
| End | $(4,449,011) |  |

THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THESE FINANCIAL STATEMENTS.

3

SM 001428

### SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
### (A COMPANY IN LIQUIDATION)
### STATEMENTS OF CASH FLOWS
### YEARS ENDED DECEMBER 31, 2000

**CASH FLOWS FROM OPERATING ACTIVITIES**

| | |
|---|---:|
| Net Loss | $(4,387,706) |
| Adjustments to Reconcile Net loss to Net Cash Used by Operating Activities: | |
| Depreciation | 22,889 |
| Loss on Disposal of Assets | 108,049 |
| Decrease In: | |
| Accounts Receivable | 425,045 |
| Mortgages Receivables | 582,633 |
| Other Assets | 83,876 |
| Increase in: | |
| Accounts Payable and Accrued Expenses | 2,288,597 |
| NET CASH USED BY OPERATING ACTIVITIES | (876,617) |

**CASH FLOWS FROM FINANCING ACTIVITIES**

| | |
|---|---:|
| Net Proceeds from Debt | 512,725 |
| Additional Capital from Stockholder | 400,000 |
| NET CASH PROVIDED BY FINANCING ACTIVITIES | 912,725 |
| NET INCREASE IN CASH | 36,108 |

**CASH:**

| | |
|---|---:|
| Beginning | - |
| Ending | $ 36,108 |

**SUPPLEMENTAL DISCLOUSRE:**

| | |
|---|---:|
| Interest Paid | $ 113,496 |

THE ACCOMPANYING NOTES ARE AN INTEGRAL PART OF THESE FINANCIAL STATEMENTS.

4

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
(A COMPANY IN LIQUIDATION)
NOTES TO FINANCIAL STATEMENTS

NOTE A    SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

**Nature of Operations** – On September 6, 2000, the board of directors decided to terminate all operations of the Company.

The Company is a wholly owned subsidiary of Scandinavian Marine Claims Office AS, a foreign corporation. A successor entity has been formed to perform these services beginning January 1, 2001.

The Company represented Scandinavian underwriters surveying marine casualties and estimating damages to hull and machinery.

**Property and Equipment** - Property and equipment are recorded at cost and depreciated using the straight-line method.

The Company reviews its property and equipment for impairments whenever events or changes in circumstances indicate the carrying amount may not be recoverable.

**Income Taxes** - Income taxes are provided for the tax effects of transactions reported in the financial statement and consist of taxes currently due plus deferred taxes. Deferred tax assets and liabilities represent the future tax consequences of those differences, which will either be taxable or deductible when the assets or liabilities are recovered or settled.

The Company does not expect to receive any benefit of it's net operating losses. Therefore a full reserve allowance has been provided for the benefit.

**Estimates** - The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and revenues and expenses. Actual results could differ from those estimates.

NOTE B    LIQUIDATION OF THE COMPANY

The Company incurred a significant operating loss during the first half of 2000. As a result, the company terminated most of it's employees and closed it's Connecticut office. The Company paid severance and other benefits to the terminated employees. Additionally, there were expenses related to the termination of the lease in Connecticut and for termination of several leases of personal property.

The company, also terminated their pension and profit sharing plans (See Note F) and provided for any under funded liabilities related to those plans.

The Company incurred approximately $2,356,000 related to it's liquidation. Additionally, the Company divested itself of it's wholely owned subsidiary SMQI, incurring a loss of approximately $550,000. The divestiture consisted of turning over it's operation to a non-related entity for no compensation.

It is the board of director's intention to fund the liabilities of the Company as of December 31, 2000.

5

SM 001430

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
(A COMPANY IN LIQUIDATION)
NOTES TO FINANCIAL STATEMENTS

NOTE C   MORTGAGES RECEIVABLE

| | |
|---|---:|
| Mortgages receivable due from former employees, substantially all in default | $ 646,507 |
| Allowance for doubtful accounts | 555,754 |
| | $ 90,753 |

The Company is pursuing collection of these mortgages.

NOTE D   PROPERTY AND EQUIPMENT

| | Estimated Useful Lives | |
|---|---|---:|
| Furniture and Fixtures | 7 Years | $ 83,997 |
| Vehicles | 5 Years | 54,419 |
| Computer and Equipment | 7 Years | 40,019 |
| | | 178,435 |
| Less: Accumulated Depreciation | | (84,152) |
| | | $ 94,283 |

NOTE E   NOTES PAYABLE

| | |
|---|---:|
| Demand Note Payable to Lending Institution. Interest at the Euro dollar rate plus 1%, guaranteed by a related party. | $1,000,000 |
| Unsecured non-interest bearing, demand note payable to a related party. | 724,982 |
| Unsecured demand, note payable, interest at 8%. | 120,000 |
| | $1,844,982 |

NOTE F   RETIREMENT PLANS

The Company maintained a Money Purchase Plan and a Defined Benefit Plan that were non-contributory and covered all eligible full time employees. The Company elected to terminate these plans in conjunction with it's liquidation. The amount due for the under funded liability was approximately $314,000. The current years funding was approximately $39,000.

The Company also had a non-qualified pension plan, which covered certain senior employees. The estimated present value of the unfunded liability is approximately $826,000, which has been accrued (See Note G).

The Company also had a 401(k) profit-sharing plan which covered all full-time employees who elected to participate over the age of 21 with one year of service. The plan provided for deferred compensation and a company discretionary matching provision. Under this provision, eligible employees were permitted to contribute up to 15% of gross compensation. The company made no matching contribution in 2000.

6

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
(A COMPANY IN LIQUIDATION)
NOTES TO FINANCIAL STATEMENTS

NOTE G    ACCOUNTS PAYABLE AND ACCRUED LIABILITIES

| | |
|---|---:|
| Accounts Payable | $1,146,613 |
| Accrued Pension (Qualified Plan) Contributions (See Note F) | 352,739 |
| Accrued Pension (Non-Qualified Plan) Termination Funding (See Note F) | 825,931 |
| Lease Termination and Legal Expenses | 187,000 |
| Other Accrued Expenses | 34,900 |
| | $2,547,183 |

7

SM 001432

Members
American Institute of Certified Public Accountants
Florida Institute of Certified Public Accountants

Daniel Arty, C.P.A.
Stanley D. Cohn, C.P.A.
Lester Feuer, C.P.A.
Ralph Maya, C.P.A.
Joel L. Moskowits, C.P.A.
I. Deedee Weithorn, C.P.A.

ARTY
COHN
FEUER
& MAYA
CERTIFIED PUBLIC
ACCOUNTANTS

## INDEPENDENT AUDITOR'S REPORT

Directors
Scandinavian Marine Claims Office, Inc.
Coral Gables, Florida

Our report on our audit of the basic financial statements of Scandinavian Marine Claims Office, Inc. (A Company in Liquidation) for 2000 appears on page one. The audit was made for the purpose of forming an opinion on the basic financial statements taken as a whole. The accompanying information, contained in the schedules of operating expenses and liquidation expenses, is presented for purposes of additional analysis and is not a required part of the basic financial statements. Such information has been subjected to the auditing procedures applied in the audit of the basic financial statements and, in our opinion, is fairly stated in all material respects in relation to the basic financial statements taken as a whole.

*Arty Cohn Feuer & Maya*

October 31, 2001

Airport Executive Tower I • 1150 N.W. 72nd Avenue, Suite 760, Miami, Fl. 33126 • (305) 592-9954 • Fax: (305) 477-7379 • E-mail: info@acfm-cpa.com

SM 001433

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
(A COMPANY IN LIQUIDATION)
OPERATING EXPENSES
DECEMBER 31, 2000

|  |  | % |
|---|---:|---:|
| Travel | $169,885 | 17.68 |
| Insurance - Health | 152,576 | 15.88 |
| Rent | 97,943 | 10.19 |
| Telephone | 78,011 | 8.12 |
| Insurance - General | 76,296 | 7.94 |
| Professional Fees | 74,112 | 7.71 |
| Office and Other | 47,074 | 4.90 |
| Consulting and Outside Services | 43,697 | 4.55 |
| Auto | 40,390 | 4.20 |
| Printing and Postage | 38,528 | 4.01 |
| Entertainment | 33,735 | 3.51 |
| Bank Charges | 19,506 | 2.03 |
| Repairs and Maintenance | 18,607 | 1.94 |
| Computer | 14,265 | 1.48 |
| Dues and Subscriptions | 9,169 | 0.95 |
| Taxes and Licenses | 6,092 | 0.63 |
|  | $919,886 | 95.72 |

SEE ACCOUNANT'S REPORT AND NOTES TO FINANCIAL STATEMENTS

9

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
(A COMPANY IN LIQUIDATION)
LIQUIDATION EXPENSES
DECEMBER 31, 2000

|  |  | % |
|---|---:|---:|
| Pensions for Terminated Employees | $1,165,811 | 121.34 |
| Bad Debt Primarily from Employee Mortgages | 655,261 | 68.20 |
| Divestiture of Subsidiary | 550,196 | 57.28 |
| Severance Pay and Benefits | 338,183 | 35.20 |
| Loss on Abandonment of Assets - Closed Office | 106,644 | 11.10 |
| Moving | 53,639 | 5.58 |
| Lease Commitments - Closed Office | 19,540 | 2.03 |
| Other | 16,827 | 1.75 |
|  | $2,906,101 | 302.48 |

SEE ACCOUNANT'S REPORT AND NOTES TO FINANCIAL STATEMENTS

10

SM 001435