## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

**SARA E. STRASSENREITER**, being duly sworn, deposes and states:

I am over 18 years of age, I am not a party to the within action, and I reside in Westbury, New York.

On June 16, 2005, I served a true and complete copy of the within **DECLARATION OF JOHN M. LUNDIN WITH ATTACHED EXHIBITS** and **MEMORANDUM OF LAW IN OPPOSITION TO SMCO'S MOTION FOR CLARIFICATION OR FOR PROTECTIVE ORDER,** upon:

DONALD J. KENNEDY, ESQ.
CARTER LEDYARD & MILBURN LLP
2 WALL STREET
NEW YORK, NY  10005

MADELEINE F. GROSSMAN, ESQ.
LEVETT ROCKWOOD, P.C.
33 RIVERSIDE AVE.
WESTPORT, CT 06880

CHARLES A. STEWART, III ESQ.
STEWART OCCHIPINTI & MAKOW, LLP
1350 BROADWAY
SUITE 2200
NEW YORK, N.Y.  10018

by causing the **DECLARATION OF JOHN M. LUNDIN WITH ATTACHED EXHIBITS** and **MEMORANDUM OF LAW IN OPPOSITION TO SMCO'S MOTION FOR CLARIFICATION OR FOR PROTECTIVE ORDER** to be delivered by placing the same in a postage paid, sealed **FEDERAL EXPRESS-OVERNIGHT DELIVERY** envelope and depositing the same into a **FEDERAL EXPRESS** depository, causing the **DECLARATION OF JOHN M. LUNDIN WITH ATTACHED EXHIBITS** and MEMORANDUM OF LAW IN OPPOSITION

**TO SMCO'S MOTION FOR CLARIFICATION OR FOR PROTECTIVE ORDER** to be delivered **OVERNIGHT/NEXT DAY** to the above-named person(s) at the above listed address(es).

_____
SARA E. STRASSENREITER

Sworn to before me this
16th Day of June, 2005

_____
Notary Public

REBECCA CARAVAGLIO
Notary Public, State of New York
No. 43-4993626
Qualified in Richmond County
Commission Expires March 23, 20_06_