UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCANDINAVIAN MARINE CLAIMS OFFICE, INC., <br><br>*Plaintiff,* <br><br>- against - <br><br>SIRI OSTENSEN, <br><br>*Defendant,* <br><br>- against - <br><br>SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., S.M.C.O., A.S., AND NORWEGIAN HULL CLUB, <br><br>*Counterclaim and Third-Party Defendants.* | Civil Action No. 3:02CV678 (RNC) (DFM) <br><br>**DECLARATION OF JOHN M. LUNDIN** <br><br>June 16, 2005 |

Pursuant to 28 U.S.C. § 1746, JOHN M. LUNDIN hereby declares:

1. I am an associate of the firm of Schlam Stone & Dolan LLP, counsel for Defendant Siri Ostensen in her individual capacity and as the executrix of the estate of her husband, Tom Ostensen ("Mrs. Ostensen") in this action. I submit this declaration in opposition to the motion by Plaintiff/Third-Party Defendant Scandinavian Marine Claims Office, Inc. ("SMCO") for clarification of the Court's March 17, 2005 Scheduling Order or, in the alternative, for a protective order limiting the scope of discovery.

2. The matters stated herein are based upon my personal knowledge or a review of my files.

3. Attached hereto as Exhibit 1 is a true and complete copy of the Amended Scheduling Order Regarding Case Management Plan dated March 17, 2005 in this action.

4. Attached hereto as Exhibit 2 is a true and complete copy of the Letter from Kennedy to the Court of 3/29/05.

5. Attached hereto as Exhibit 3 is a true and complete copy of the Joint Status Report dated June 10, 2005 in this action.

6. Attached hereto as Exhibit 4 is a true and complete copy (without exhibits) of the Letter from Lundin to the Court of 4/7/05.

7. Attached hereto as Exhibit 5 is a true and complete copy of the E-mail from Lundin to Kennedy of 5/19/05 and the E-mail from Kennedy to Lundin of 5/19/05.

8. Attached hereto as Exhibit 6 is a true and complete copy of Defendant's Second Request for Documents to Plaintiff and Third-Party Defendants.

9. Attached hereto as Exhibit 7 is a true and complete copy of a Subpoena in a Civil Case to The Benefits Practice.

10. Attached hereto as Exhibit 8 is a true and complete copy of a Subpoena in a Civil Case to Oppenheimer & Co.

11. I declare under penalty of perjury that the foregoing is true and correct. Executed on June 16, 2005

_____
JOHN M LUNDIN