UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCANDINAVIAN MARINE CLAIMS OFFICE, INC., <br><br>*Plaintiff,*<br><br> - *against* - <br><br> SIRI OSTENSEN, <br><br>*Defendant,*<br><br> - *against* - <br><br> SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., S.M.C.O., A.S., AND NORWEGIAN HULL CLUB, <br><br>*Counterclaim and Third-Party Defendants.* | Civil Action No. 3:02CV678 (RNC)(DFM) |

**STIPULATION OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER**

In order to resolve the dispute raised in Donald J. Kennedy and Carter, Ledyard and Milburn's Motion for a Protective Order dated April 14, 2005, the parties hereby stipulate and agree as follows:

Donald J. Kennedy and Carter, Ledyard and Milburn hereby withdraw their Motion for a Protective Order dated April 14, 2005;

Defendant hereby withdraws the subpoenas dated March 31, 2005, directed to Donald J. Kennedy and Carter, Ledyard and Milburn; and,

Plaintiff and third-party defendants SCUA Americas, Inc. and Norwegian Hull Club, to the extent that they respond to any discovery demands propounded by defendant, whether voluntarily, pursuant to Federal or local rules, or by order of the Court, hereby agree to disclose and produce

non-privileged information and documents in the possession, custody, or control of Donald Kennedy and Carter, Ledyard and Milburn on the same basis, and to the same extent, that they disclose and produce information and documents in their own possession, custody, or control.

Dated: June __, 2005

_____
Madeleine F. Grossman, Fed. Bar No. CT05987
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
Post Office Box 5116
Westport, Connecticut 06880
Telephone: (203) 222-0885
Facsimile: (203) 226-8025

Attorneys for Donald J. Kennedy, Carter, Ledyard & Milburn LLP, plaintiff Scandinavian Marine Claims Office, Inc., and third-party defendants SCUA Americas, Inc. and Norwegian Hull Club

Donald J. Kennedy, Fed. Bar No. CT23620
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

Attorneys for plaintiff Scandinavian Marine Claims Office, Inc. and third-party defendants SCUA Americas, Inc. and Norwegian Hull Club

_____
Sharon E. Jaffe, Fed. Bar No. CT04623
LEVIN & GLASSER, P.C.
Post Office Box 1098
Weston, Ct. 06883
(203) 221-3008 (Telephone)
(203) 221-3010 (Facsimile)

John M. Lundin, Fed. Bar No. PHV0185
SCHLAM STONE & DOLAN LLP
26 Broadway
New York, N.Y. 10004
(212) 344-5400 (Telephone)
(212) 344-7677 (Facsimile)

Attorneys for defendant Siri Ostensen, individually
and as the executrix of the estate of Tom Ostensen