UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCANDINAVIAN MARINE CLAIMS OFFICE, INC., <br><br> *Plaintiff*, <br><br> - against - <br><br> SIRI OSTENSEN, <br><br> *Defendant*, <br><br> - against - <br><br> SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., S.M.C.O., A.S., AND NORWEGIAN HULL CLUB, <br><br> *Counterclaim and Third-Party Defendants*. | Civil Action No. 3:02CV678 (RNC)(DFM) |

**STIPULATION OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER**

In order to resolve the dispute raised in Donald J. Kennedy and Carter, Ledyard and Milburn's Motion for a Protective Order dated April 14, 2005, the parties hereby stipulate and agree as follows:

Donald J. Kennedy and Carter, Ledyard and Milburn hereby withdraw their Motion for a Protective Order dated April 14, 2005;

Defendant hereby withdraws the subpoenas dated March 31, 2005, directed to Donald J. Kennedy and Carter, Ledyard and Milburn; and,

Plaintiff and third-party defendants SCUA Americas, Inc. and Norwegian Hull Club, to the extent that they respond to any discovery demands propounded by defendant, whether voluntarily, pursuant to Federal or local rules, or by order of the Court, hereby agree to disclose and produce

SO ORDERED. /s/ 6/20/05