UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCANDINAVIAN MARINE CLAIMS OFFICE, INC., <br><br>         *Plaintiff,* <br><br>- against - <br><br>SIRI OSTENSEN, <br><br>         *Defendant,* <br><br>- against - <br><br>SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., S.M.C.O., A.S., AND NORWEGIAN HULL CLUB, <br><br>  *Counterclaim and Third-Party Defendants.* | Civil Action No. 3:02CV678 (RNC) <br><br>**MOTION TO COMPEL** <br><br>June 24, 2005 |

  Defendant Siri Ostensen ("Mrs. Ostensen"), in her individual capacity and as the executrix of the estate of her husband, Tom Ostensen, by her undersigned counsel, respectfully moves the Court to compel Plaintiff/Third-Party Defendant Scandinavian Marine Claims Office, Inc. ("SMCO") and Third-Party Defendants SCUA Americas, Inc. ("SCUAA"), SMCO A.S., and Norwegian Hull Club ("NHC") (collectively, and without SMCO, the "Related Other Companies") fully to respond to Mrs. Ostensen's discovery demands, as discussed above, no later than July 15, 2005, including: (1) ordering NHC immediately to respond to Mrs. Ostensen's discovery demands for the entire relevant period; (2) ordering SMCO A.S. immediately to respond fully to Mrs. Ostensen's discovery demands; (3) ordering SMCO, SMCO A.S., SCUAA and NHC to provide the discovery listed in Section IIC.1. of the accompanying memorandum of law; (4) ordering SMCO, SMCO A.S., SCUAA and NHC to conduct a search

of all files within their possession, custody or control, including electronic files, which reasonably could be expected to contain evidence responsive to Mrs. Ostensen's discovery demands; (5) holding SMCO, SMCO A.S., SCUAA and NHC objections to the production of evidence, including on privilege grounds, to have been waived; and (6) ordering SMCO, SMCO A.S., SCUAA and NHC to make all of their employees or agents who are to be deposed available for deposition in Connecticut (or any other mutually convenient location agreed to counsel for all parties).

In support of her motion, Mrs. Ostensen respectfully submits her memorandum of law in support of this motion and the Declaration of John M. Lundin, and the exhibits attached thereto.

Opposition papers, if any, must be served and filed no later than July 18, 2005.

Dated: New York, New York
      June 24, 2005

                                Jeffrey M. Eilender (Bar. No. CT 25177)
                                John M. Lundin (Bar No. phv0185)
                                **SCHLAM STONE & DOLAN**, LLP
                                26 Broadway, Suite 1900
                                New York, NY 10004
                                (212) 344-5400 (Telephone)
                                (212) 344-7677 (Facsimile)
                                *Attorneys for Siri Ostensen*

                                Sharon E. Jaffe (Bar. No. CT. 04623)
                                **LEVIN & GLASSER, PC**
                                P.O. Box 1098
                                Weston, CT  06883
                                (203) 221-3008 (Telephone)
                                (203)221-3010 (Facsimile)
                                *Attorneys for Siri Ostensen*

TO:  Donald J. Kennedy, Esq.
    **CARTER LEDYARD & MILBURN, LLP**
    2 Wall Street
    New York, NY  10005

    Madeleine F. Grossman, Esq.
    **LEVETT ROCKWOOD, P.C.**
    33 Riverside Avenue
    Post Office Box 5116
    Westport, CT  06880