UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
                                                               :
SCANDINAVIAN MARINE CLAIMS OFFICE,                             :
INC.                                                           :
                                                               :
                    Plaintiff,                                 :
            v.                                                 :   Civil Case No.
                                                               :   3:02 CV 678 (RNC)
SIRI OSTENSEN,                                                 :
                                                               :
                    Defendant,                                 :
                                                               :   Magistrate Judge Donna F. Martinez
            v.                                                 :
                                                               :
SCANDINAVIAN MARINE CLAIMS OFFICE,                             :
INC., SCANDINAVIAN UNDERWRITERS                                :
AGENCY, SCUA AMERICAS, INC., S.M.C.O.,                         :
A.S., AND NORWEGIAN HULL CLUB,                                 :   JUNE 28, 2005
                                                               :
     Counterclaim and Third-Party Defendants.                  :
                                                               :
---------------------------------------------------------------X

## MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(2), the Third Party Defendant Scandinavian Marine Claims Office, Inc. (SMCO AS) moves to dismiss all Third Party claims asserted against it for lack of personal jurisdiction. This motion is supported by the accompanying affidavits of Torleiv Aaslestad and Jorgen Lund and the accompanying memorandum of law.

SCANDINAVIAN MARINE CLAIMS OFFICE, AS

By: _____
Donald J. Kennedy
Federal Bar No. ct23620
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

Madeleine F. Grossman
Federal Bar No. ct05987
Frank J. Silvestri, Jr.
Federal Bar No. ct05367
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
Post Office Box 5116
Westport, Connecticut 06880
Telephone: (203) 222-0885
Facsimile: (203) 226-8025

Attorneys for Scandinavian Claim Office, AS

## CERTIFICATION

This is to certify that a copy of the foregoing was sent on this the 28th day of June, 2005, to the following counsel of record:

Jeffrey M. Eilender, Esq.
Schlom Stone & Dolan
26 Broadway, 19th Floor
New York, NY 10004

Sharon E. Jaffe, Esq.
Levin & Glasser
PO Box 1098
Weston, CT 06883

_____
Donald J. Kennedy