UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------X
:
SCANDINAVIAN MARINE CLAIMS OFFICE, :
INC. :
:
:
Plaintiff, :
v. : Civil Case No.
: 3:02 CV 678 (RNC)
SIRI OSTENSEN, :
:
Defendant, :
: NOTICE OF FOREIGN LAW
v. : PURSUANT TO F.R. CIV. P. 44.1
:
SCANDINAVIAN MARINE CLAIMS : Magistrate Judge Donna F. Martinez
OFFICE, INC., SCANDINAVIAN :
UNDERWRITERS AGENCY, SCUA : June 28, 2005
AMERICAS, INC., S.M.C.O., A.S., AND :
NORWEGIAN HULL CLUB, :
:
Counterclaim and Third-Party Defendants. :
------------------------------------------------------X

      Counterclaim and Third Party Defendants Scandinavian Marine Claims Office, AS (SMCO AS) and the Norwegian Hull Club (NHC) intend to raise an issue whether Defendants claims against SMCO AS and or NHC are governed by the laws of

the Kingdom of Norway. Pursuant to F.R. Civ. P. 44.1 SMCO AS and NHC hereby gives you written notice of an issue of foreign law.

                Respectfully submitted,

                CARTER LEDYARD & MILBURN LLP

                By: _____
                Donald J. Kennedy
                Federal Bar No. ct23620
                2 Wall Street
                New York, New York 10005
                Telephone: (212) 732-3200
                Facsimile: (212) 732-3232

                and

                Madeleine F. Grossman
                Federal Bar No. ct05987
                LEVETT ROCKWOOD P.C.
                33 Riverside Avenue
                Post Office Box 5116
                Westport, Connecticut 06880
                Telephone: (203) 222-0885
                Facsimile: (203) 226-8025

Dated:    June 28, 2005
           New York, New York

TO:

Jeffrey M. Eilender, Esq.
Schlam Stone & Dolan LLP
26 Broadway, Suite 1900
New York, New York 10004
Tel. 212-344-5400

Sharon E. Jaffe, Esq.
Levin & Glasser, P.C.
P.O. Box 1098
Westport, Connecticut 06883
Tel. 203-221-3008