UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

--------------------------------------------------------X

SCANDINAVIAN MARINE CLAIMS OFFICE,
INC.

                    Plaintiff,

       v.

SIRI OSTENSEN,

                 Defendant,

       v.

SCANDINAVIAN MARINE CLAIMS
OFFICE, INC., SCANDINAVIAN
UNDERWRITERS AGENCY, SCUA
AMERICAS, INC., S.M.C.O., A.S., AND
NORWEGIAN HULL CLUB,

    Counterclaim and Third-Party Defendants.

--------------------------------------------------------X

Civil Case No.
3:02 CV 678 (RNC)

Magistrate Judge Donna F. Martinez

July 18, 2005

## UNCONTESTED MOTION FOR A TWO-WEEK EXTENSION OF TIME

Plaintiff/Third-Party Defendant Scandinavian Marine Claims Office, Inc. ("SMCO") and Third-Party Defendants SCUA Americas, Inc. ("SCUAA"), SMCO A.S.[1], and Norwegian Hull Club ("NHC") (collectively, the "Moving Plaintiff and Third-Party Defendants") respectfully move pursuant to Local Civil Rule 7(b) for a two-week extension of time to respond to the Motion To Compel filed by Defendant on June 27,

---

[1] Because SMCO A.S. was one of the entities to which Defendant's Motion to Compel was directed, SMCO A.S. joins in this motion, without prejudice to its recently filed motion to dismiss for lack of personal jurisdiction.

1321852.2

1

2005. This motion has been consented to by counsel for Defendant, on the conditions (1) that SMCO A.S. consent to Defendant's request for a two-week extension of time to respond to SMCO A.S.' Motion to Dismiss Defendant's counterclaim against SMCO A.S. and (2) that Moving Plaintiff and Third-Party Defendants consent to Defendant's request that oral argument of Defendant's Motion to Compel and SMCO A.S.'s Motion to Dismiss Defendant's counterclaim against SMCO A.S. be scheduled for some time during the week of August 8, 2005.

**The Extension Requested**

The Moving Plaintiff and Third-Party Defendants seek an extension of two weeks to their time to respond to Defendant's Motion to Compel. This would extend their time to oppose the motion from July 18, 2005 to August 1, 2005.

**The Extension Has Been Consented To**

Counsel for Defendant have consented to the extension requested herein, provided that (1) SMCO A.S. consent to Defendant's request for a two-week extension of time to respond to SMCO A.S.' Motion to Dismiss Defendant's counterclaim against SMCO A.S. and (2) that Moving Plaintiff and Third-Party Defendants consent to Defendant's request that oral argument of Defendant's Motion to Compel and SMCO A.S.'s Motion to Dismiss Defendant's counterclaim against SMCO A.S. be scheduled for some time during the week of August 8, 2005. These conditions have been agreed to.

**There is Good Cause for the Extension**

Local Civil Rule 7(b) provides for the granting of extensions for good cause. There is good cause for the requested extension, as discovery is ongoing and the Moving Plaintiff and Third-Party Defendants are continuing to produce documents responsive to Defendant's document requests.

**No Previous Request**

This is the first request by any party for an extension of time with regard to either the Defendant's Motion to Compel or SMCO A.S.'s Motion to Dismiss Defendant's counterclaim against SMCO A.S.

**Conclusion**

For the reasons set forth above, the Moving Plaintiff and Third-Party Defendants respectfully request that the Court grant its motion for a two-week extension of time to respond to Defendant's Motion To Compel. It is further requested that the Court grant Defendant's requests (1) for a two-week extension of time to respond to SMCO A.S.' Motion to Dismiss Defendant's counterclaim against SMCO A.S. and (2) for oral argument of Defendant's Motion to Compel and SMCO A.S.'s Motion to Dismiss Defendant's counterclaim against SMCO A.S. to be scheduled for some time during the week of August 8, 2005.

Dated: New York, New York
      July 18, 2005

Respectfully submitted,

CARTER LEDYARD & MILBURN LLP

By: _____
      Donald J. Kennedy
      Federal Bar No. ct23620
      2 Wall Street
      New York, New York 10005
      Telephone: (212) 732-3200
      Facsimile: (212) 732-3232

      Madeleine F. Grossman
      Federal Bar No. ct05987
      LEVETT ROCKWOOD P.C.
      33 Riverside Avenue
      Post Office Box 5116
      Westport, Connecticut 06880
      Telephone: (203) 222-0885
      Facsimile: (203) 226-8025

*Attorneys for Scandinavian Marine Claims*
*Office, Inc., SCUA Americas, Inc., SMCO*
*A.S. and Norwegian Hull Club*

1321852.2

## CERTIFICATION

This is to certify that a copy of the foregoing Uncontested Motion for a Two-Week Extension of Time was sent via Federal Express on this 18th day of July, 2005 to the following counsel of record:

Madeleine F. Grossman, Esq.
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
Westport, Connecticut 06881

Jeffrey M. Eilender, Esq.
Schlam Stone & Dolan
26 Broadway, 19th Floor
New York, New York 10004

Sharon E. Jaffe, Esq.
Levin & Glasser
3 Ledgebrook Court
Weston, CT 06883

Donald J. Kennedy