UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
:
SCANDINAVIAN MARINE CLAIMS OFFICE, :
INC. :
:
:
Plaintiff, :
v. : Civil Case No.
: 3:02 CV 678 (RNC)
SIRI OSTENSEN, :
:
Defendant, :
: Magistrate Judge Donna F. Martinez
v. :
:
SCANDINAVIAN MARINE CLAIMS :
OFFICE, INC., SCANDINAVIAN :
UNDERWRITERS AGENCY, SCUA :
AMERICAS, INC., S.M.C.O., A.S., AND : July 21, 2005
NORWEGIAN HULL CLUB, :
:
Counterclaim and Third-Party Defendants. :
---------------------------------------------------------X

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(a), the plaintiff, Scandinavian Marine Claims Office, Inc., moves for summary judgment on its claims against Siri Ostensen. This motion is supported by the accompanying Memorandum Of Law, the accompanying Affidavit of Donald J. Kennedy and the accompanying Local Rule 56(a)1 Statement.

{H:\DOCS\MFG\MOT\00103347.DOC}

                      **SCANDINAVIAN MARINE CLAIMS OFFICE, INC.**

                      By: /s/ Madeleine F. Grossman
                          Madeleine F. Grossman
                          Federal Bar No. ct05987
                          Frank J. Silvestri, Jr.
                          Federal Bar No. ct05367
                          LEVETT ROCKWOOD P.C.
                          33 Riverside Avenue
                          Post Office Box 5116
                          Westport, Connecticut 06880
                          Telephone:  (203) 222-0885
                          Facsimile:  (203) 226-8025

                          Donald J. Kennedy
                          Federal Bar No. ct23620
                          CARTER LEDYARD & MILBURN LLP
                          2 Wall Street
                          New York, New York 10005
                          Telephone:  (212) 732-3200
                          Facsimile:  (212) 732-3232

103347