UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X
SCANDINAVIAN MARINE CLAIMS : Civil Action No.: 3:02 CV 678(RNC)
OFFICE, INC., :
    :
        Plaintiff, :
    :
    - against - :
    :
TOM OSTENSEN AND SIRI OSTENSEN, :
    :
        Defendants. : July 15, 2005
    :
------------------------------------------------------------X

**AFFIDAVIT OF DONALD J. KENNEDY IN SUPPORT OF PLAINTIFF'S MOTION**
**FOR SUMMARY JUDGMENT AGAINST SIRI OSTENSEN**

Donald J. Kennedy, being duly sworn, deposes and says:

1. I am an attorney with the firm of Carter Ledyard & Milburn LLP, co-counsel for plaintiff Scandinavian Marine Claims Office, Inc. ("SMCO"). I make this affidavit in support of SMCO's motion for summary judgment against defendant Siri Ostensen.

2. Attached hereto as Exhibit 1 is a true and correct copy of a promissory mortgage note executed by Siri Ostensen on or about January 1, 1994.

3. Attached hereto as Exhibit 2 is a true and correct copy of a promissory mortgage note executed by Siri Ostensen on or about October 1, 1995.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Complaint filed by SMCO on April 17, 2002.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Answer, Affirmative Defenses, Set-off and Counterclaim filed by Tom Ostensen and Siri Ostensen on or about June 18, 2002.

1108533.4

6. Attached hereto as Exhibit 5 is a true and correct copy of Defendants' Amended Counterclaims, dated November 7, 2002, and filed with the Court on December 23, 2002.

7. Attached hereto as Exhibit 6 is a true and correct copy of Magistrate Donna F. Martinez's Recommended Ruling on SMCO's motion to stay Defendants' counterclaims.

8. Attached hereto as Exhibit 7 is a true and correct copy of a letter, dated April 7, 2005, from Ms. Ostensen's attorneys to Magistrate Martinez, regarding SMCO's request to file a motion for summary judgment on its claim.

9. Attached hereto as Exhibit 8 is a calculation of the damages owed in this case, applying the appropriate interest rates for each of the Notes from January 1, 2000, through September 1, 2005.

WHEREFORE, I respectfully request that this Court grant Plaintiff's motion in all respects.

Dated: New York, New York
July 15, 2005

_____
DONALD J. KENNEDY

Sworn to before me this
15th day of July 2005

_____
Notary Public

DAVID DUGAN
Notary Public, State of New York
No. 02DU6095966
Qualified in New York County
Commission Expires July 21, 2007

1108533.4                            2