# EXHIBIT 1

31/10 '01 15:48 FAX 55559555                BERGEN HULL CLUB                                    ☒002

$180,000

## MORTGAGE NOTE

WE promise to pay to SCANDINAVIAN MARINE CLAIMS OFFICE, INC., a New York corporation having a principal place of business in the City of Stamford, County of Fairfield, State of Connecticut, the sum of ONE HUNDRED EIGHTY THOUSAND ($180,000) DOLLARS, with interest at the rate of TWO AND ONE-HALF (2.5%) percent, per annum, from the date hereof, interest payable semi-annually beginning six months from the date hereof, and a like sum each six months thereafter. The entire principal sum hereof, then unpaid, shall become immediately due and payable upon demand after six month's notice in the event of a termination of employment with SCANDINAVIAN MARINE CLAIMS OFFICE, INC., together with all lawful taxes which may be assessed against the principal sum hereof and/or against the premises described in the mortgage given to secure this note and all insurance premiums, including fire, extended coverage and other hazard insurance, and together also with the reasonable fees of the attorney of the holder of this note in any proceeding instituted to foreclose said mortgage and in any action instituted to enforce the payment of this note, provided such proceeding or such action be predicated upon default.

The whole of this indebtedness, both principal and interest, shall become due and payable at the option of the holder, upon demand after six month's notice, upon the sale or conveyance of the premises described in said mortgage deed or any part thereof or upon default for a period of thirty (30) days in the payment of any installment of principal or interest on this or any prior mortgage, or upon default for a period of sixty (60) days in the payment of taxes or assessments on the principal sum hereof or the premises described in said mortgage deed, or in the payment of premiums on insurance policies affecting said premises for the protection of the holder hereof.

The undersigned shall have the right to prepay the principal amount outstanding in whole or in part.

This note is to be secured by a mortgage of even date herewith on the property in the Town of Greenwich, County of Fairfield and State of Connecticut, and all agreements and provisions in said mortgage are made a part hereof by reference.

Dated: January 1, 1994

_____
Tom Ostensen

_____
Siri Ostensen

(211-8)