# EXHIBIT 2

$125,000

## MORTGAGE NOTE

WE promise to pay to SCANDINAVIAN MARINE CLAIMS OFFICE, INC., a New York corporation having a principal place of business in the City of Stamford, County of Fairfield, State of Connecticut, the sum of ONE HUNDRED TWENTY FIVE THOUSAND ($125,000) DOLLARS, with interest on the unpaid portion of said principal sum at the rate equal to the rate on the purchase of short-term United States Treasury Bills at the beginning of each three month period (quarterly) commencing October 1, 1995, and continuing each three months thereafter, the rate not to exceed the rate of such Treasury Bills as of October 1, 1995. The entire principal sum hereof, then unpaid, shall become immediately due and payable upon demand after six month's notice in the event of a termination of employment with Scandinavian Marine Claims Office, Inc., together with all lawful taxes which may be assessed against the principal sum hereof and/or against the premises described in the mortgage given to secure this note and all insurance premiums, including fire, extended coverage and other hazard insurance, and together also with the reasonable fees of the attorney of the holder of this note in any proceeding instituted to foreclose said mortgage and in any action instituted to enforce the payment of this note, provided such proceeding or such action be predicated upon default.

Interest shall be payable each year in four equal installments based on the unpaid portion of said principal sum and each payment shall be in the amount that United States Treasury Bills yield for a three month period unless the principal balance is reduced whereby payment will be calculated on the unpaid portion of the principal sum. Payments shall be made the first day of every January, April, July and October, with the first payment due on the first day of January 1996.

The whole of this indebtedness, both principal and interest, shall become due and payable at the option of the holder, upon demand after six month's notice, upon the sale or conveyance of the premises described in said mortgage deed or any part thereof unless other collateral of equal value is substituted or upon default for a period of thirty (30) days in the payment of any installment of principal or interest on this or any prior mortgage, or upon default for a period of sixty (60) days in the payment of taxes or assessments on the principal sum hereof or the premises described in said mortgage deed, or in the payment of premiums on insurance policies affecting said premises for the protection of the holder hereof.

31/10 '01 15:49 FAX 55559555           BERGEN HULL CLUB                              ☒004

$125,000
MORTGAGE NOTE
Page 2

The undersigned shall have the right to prepay the principal amount outstanding in whole or in part.

This note is to be secured by a mortgage of even date herewith on the property in the Town of Greenwich, County of Fairfield and State of Connecticut, and all agreements and provisions in said mortgage are made a part hereof by reference.

Dated: October 1, 1995

_____
Tom Ostensen

_____
Siri Ostensen

(211-6)