**EXHIBIT 3**

OFFICE COPY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------X
SCANDINAVIAN MARINE CLAIMS      :    Civil Action No.:
OFFICE, INC.,                   :
                                :    3 02CV678 RNC
            Plaintiff,          :
                                :
    - against -                 :
                                :
TOM OSTENSEN AND SIRI OSTENSEN, :
                                :
            Defendants.         :
                                :
                                :    April 16, 2002
------------------------------------------------X

## COMPLAINT

Plaintiff Scandinavian Marine Claims Office, Inc., by its attorneys Levett Rockwood P.C., for its Complaint in this action against defendants Tom Ostensen and Siri Ostensen, alleges as follows:

## THE PARTIES

1. Plaintiff Scandinavian Marine Claims Office, Inc. (SMCO) is a corporation organized under the laws of New York and maintains its principal place of business at 250 Catalonia Avenue, Suite 304, Coral Gables, Florida 33134.

2. Upon information and belief, defendant Tom Ostensen resides at 7 Gilliam Lane, Riverside, Connecticut.

3. Upon information and belief, defendant Siri Ostensen resides at 7 Gilliam Lane, Riverside, Connecticut.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332.

5. Venue is proper within this district pursuant to 28 U.S.C. §§ 1391(a)(1) and (2).

## NATURE OF THE ACTION

6. This is an action for (1) money damages for nonpayment of a mortgage note (2) attorneys fees (3) money had and received and (4) breach of contract.

## BACKGROUND

7. Tom Ostensen was employed as President of SMCO from January 1, 1991 to June 21, 2000.

8. Siri Ostensen was not employed by SMCO.

9. On or about January 1, 1994, defendants Tom and Siri Ostensen jointly executed a promissory mortgage note in the amount of $180,000 to the benefit of SMCO (First Note), a copy of which is attached as Exhibit A. The First Note provides for the payment of interest at the rate of two and a half (2 ½) percent, per annum, payable semi-annually.

10. On or about October 1, 1995, defendants Tom and Siri Ostensen jointly executed a second promissory mortgage note in the amount of $125,000 for the benefit of SMCO (Second Note), a copy of which is attached as Exhibit B. The Second Note provides for the payment of

2

interest at the rate equal to the rate on the purchase of short-term United States Treasury Bills at the beginning of each three month period commencing on October 1, 1995.

11.  No interest payments were made on the First or Second Notes in the years 2000 or 2001.

12.  The First and Second Notes both provide that payment of both the principal and interest shall be immediately due and payable upon demand after six month's notice in the event of a termination of employment with SMCO.

13.  On November 21, 2000, Erik Kappelin, Acting President of SMCO, made written demand to Tom Ostensen for payment of the First and Second Notes in full, including all principal and interest, within 180 days. Despite this demand, the First and Second Notes have not been paid in full.

## COUNT ONE AGAINST TOM OSTENSEN

### NONPAYMENT OF A MORTGAGE NOTE

14.  Plaintiff SMCO realleges the allegations in paragraphs 1 - 13 as paragraph 14.

15.  Defendant Tom Ostensen is liable to plaintiff SMCO in the amount of $343,801.04, as of March 31, 2002, representing the unpaid principal and interest on the First and Second Notes.

3

## COUNT TWO AGAINST SIRI OSTENSEN

### NONPAYMENT OF A MORTGAGE NOTE

16. Plaintiff SMCO realleges the allegations in paragraphs 1 - 13 as paragraph 16.

17. Defendant Siri Ostensen, being joint and severally liable for payment under the First and Second Notes, is liable to plaintiff SMCO in the amount of $343,801.04, as of March 31, 2002, representing the unpaid principal and interest on the First and Second Notes.

## COUNT THREE AGAINST TOM AND SIRI OSTENSEN

### ATTORNEY'S FEES

18. Plaintiff SMCO realleges the allegations in paragraphs 1 - 13 as paragraph 18.

19. The First and Second Notes provide for attorneys fees in an action to enforce payment and SMCO is entitled to reasonable attorneys fees in this action to enforce payment of the First and Second Notes.

## COUNT FOUR AGAINST TOM AND SIRI OSTENSEN

### MONEY HAD AND RECEIVED

20. Plaintiff SMCO realleges the allegations in paragraphs 1 - 13 as paragraph 20.

21. Defendants Tom and Siri Ostensen received the full amount of the First and Second Notes from plaintiff SMCO and benefited from receipt of this amount.

22.     Accordingly, plaintiff SMCO is entitled to restitution from defendants Tom and Siri Ostensen of the money had and received from plaintiff SMCO.

### COUNT FIVE ACTION AGAINST TOM AND SIRI OSTENSEN

### BREACH OF CONTRACT

23.     Plaintiff SMCO realleges the allegations in paragraphs 1 - 13 as paragraph 23.

24.     Defendants Tom and Siri Ostensen promised to pay plaintiff SMCO the money they received from plaintiff SMCO, plus interest.

25.     Defendants Tom and Siri Ostensen are in breach of this promise to SMCO.

26.     Plaintiff SMCO has been damaged in the amount of $343,801.04, as of March 31, 2002.

WHEREFORE, Plaintiff SMCO respectfully requests:

1. Compensatory damages;

2. Reasonable attorneys fees;

3. Costs;

4. Interest;

5. Such other relief as the Court deems just and proper.

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.

By: _____
Dorit S. Heimer
Federal Bar No. ct01219
Madeleine F. Grossman
Federal Bar No. ct05987
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
Post Office Box 5116
Westport, Connecticut 06880
Telephone: (203) 222-0885
Facsimile: (203) 226-8025

Of Counsel:

Donald J. Kennedy
NY Bar No. DK 1859
Roxanna D. Nazari
NY Bar No. RN 4690
CARTER, LEDYARD & MILBURN
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

# EXHIBIT A

31/10 '01 15:48 FAX 55559555           BERGEN HULL CLUB                    ☐002

$180,000

## MORTGAGE NOTE

WE promise to pay to SCANDINAVIAN MARINE CLAIMS OFFICE, INC., a New York corporation having a principal place of business in the City of Stamford, County of Fairfield, State of Connecticut, the sum of ONE HUNDRED EIGHTY THOUSAND ($180,000) DOLLARS, with interest at the rate of TWO AND ONE-HALF (2.5%) percent, per annum, from the date hereof, interest payable semi-annually beginning six months from the date hereof, and a like sum each six months thereafter. The entire principal sum hereof, then unpaid, shall become immediately due and payable upon demand after six month's notice in the event of a termination of employment with SCANDINAVIAN MARINE CLAIMS OFFICE, INC., together with all lawful taxes which may be assessed against the principal sum hereof and/or against the premises described in the mortgage given to secure this note and all insurance premiums, including fire, extended coverage and other hazard insurance, and together also with the reasonable fees of the attorney of the holder of this note in any proceeding instituted to foreclose said mortgage and in any action instituted to enforce the payment of this note, provided such proceeding or such action be predicated upon default.

The whole of this indebtedness, both principal and interest, shall become due and payable at the option of the holder, upon demand after six month's notice, upon the sale or conveyance of the premises described in said mortgage deed or any part thereof or upon default for a period of thirty (30) days in the payment of any installment of principal or interest on this or any prior mortgage, or upon default for a period of sixty (60) days in the payment of taxes or assessments on the principal sum hereof or the premises described in said mortgage deed, or in the payment of premiums on insurance policies affecting said premises for the protection of the holder hereof.

The undersigned shall have the right to prepay the principal amount outstanding in whole or in part.

This note is to be secured by a mortgage of even date herewith on the property in the Town of Greenwich, County of Fairfield and State of Connecticut, and all agreements and provisions in said mortgage are made a part hereof by reference.

Dated: January 1, 1994

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Tom Ostensen

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Siri Ostensen

(211-8)

# EXHIBIT B

31/10 '01 15:48 FAX 55559555          BERGEN HULL CLUB                              ☒003

$125,000

## MORTGAGE NOTE

WE promise to pay to SCANDINAVIAN MARINE CLAIMS OFFICE, INC., a New York corporation having a principal place of business in the City of Stamford, County of Fairfield, State of Connecticut, the sum of ONE HUNDRED TWENTY FIVE THOUSAND ($125,000) DOLLARS, with interest on the unpaid portion of said principal sum at the rate equal to the rate on the purchase of short-term United States Treasury Bills at the beginning of each three month period (quarterly) commencing October 1, 1995, and continuing each three months thereafter, the rate not to exceed the rate of such Treasury Bills as of October 1, 1995. The entire principal sum hereof, then unpaid, shall become immediately due and payable upon demand after six month's notice in the event of a termination of employment with Scandinavian Marine Claims Office, Inc., together with all lawful taxes which may be assessed against the principal sum hereof and/or against the premises described in the mortgage given to secure this note and all insurance premiums, including fire, extended coverage and other hazard insurance, and together also with the reasonable fees of the attorney of the holder of this note in any proceeding instituted to foreclose said mortgage and in any action instituted to enforce the payment of this note, provided such proceeding or such action be predicated upon default.

Interest shall be payable each year in four equal installments based on the unpaid portion of said principal sum and each payment shall be in the amount that United States Treasury Bills yield for a three month period unless the principal balance is reduced whereby payment will be calculated on the unpaid portion of the principal sum. Payments shall be made the first day of every January, April, July and October, with the first payment due on the first day of January 1996.

The whole of this indebtedness, both principal and interest, shall become due and payable at the option of the holder, upon demand after six month's notice, upon the sale or conveyance of the premises described in said mortgage deed or any part thereof unless other collateral of equal value is substituted or upon default for a period of thirty (30) days in the payment of any installment of principal or interest on this or any prior mortgage, or upon default for a period of sixty (60) days in the payment of taxes or assessments on the principal sum hereof or the premises described in said mortgage deed, or in the payment of premiums on insurance policies affecting said premises for the protection of the holder hereof.

31/10 '01 15:49 FAX 55559555          BERGEN HULL CLUB                    ☒004

$125,000
MORTGAGE NOTE
Page 2

The undersigned shall have the right to prepay the principal amount outstanding in whole or in part.

This note is to be secured by a mortgage of even date herewith on the property in the Town of Greenwich, County of Fairfield and State of Connecticut, and all agreements and provisions in said mortgage are made a part hereof by reference.

Dated: October 1, 1995

_____
Tom Ostensen

_____
Siri Ostensen

(211-6)