# EXHIBIT 8

Siri Ostensen

Accrued Interest on USD 125,000 Pomissory Note

|   | Date | Description | Rate | | Accrued Quarterly Interest |
|---|---|---|---|---|---|
| 3 M T Bill | 1/1/2000 | Accrued Interest to 03/31/00 | 5.34% | USD | 1,668.75 |
| 3 M T Bill | 4/1/2000 | Accrued Interest to 06/30/00 | 5.67% | USD | 1,771.88 |
| 3 M T Bill | 7/1/2000 | Accrued Interest to 09/30/00 | 5.93% | USD | 1,853.13 |
| 3 M T Bill | 10/1/2000 | Accrued Interest to 12/31/00 | 6.10% | USD | 1,906.25 |
| 3 M T Bill | 1/1/2001 | Accrued Interest to 03/31/01 | 5.21% | USD | 1,628.13 |
| 3 M T Bill | 4/1/2001 | Accrued Interest to 06/30/01 | 3.92% | USD | 1,225.00 |
| 3 M T Bill | 7/1/2001 | Accrued Interest to 09/30/01 | 3.54% | USD | 1,106.25 |
| 3 M T Bill | 10/1/2001 | Accrued Interest to 12/31/01 | 2.22% | USD | 693.75 |
| 3 M T Bill | 1/1/2002 | Accrued Interest to 03/31/02 | 1.64% | USD | 512.50 |
| 3 M T Bill | 4/1/2002 | Accrued Interest to 06/30/02 | 1.72% | USD | 537.50 |
| 3 M T Bill | 7/1/2002 | Accrued Interest to 09/30/02 | 1.68% | USD | 525.00 |
| 3 M T Bill | 10/1/2002 | Accrued Interest to 12/31/02 | 1.61% | USD | 503.13 |
| 3 M T Bill | 1/1/2003 | Accrued Interest to 03/31/03 | 1.20% | USD | 375.00 |
| 3 M T Bill | 4/1/2003 | Accrued Interest to 06/30/03 | 1.14% | USD | 356.25 |
| 3 M T Bill | 7/1/2003 | Accrued Interest to 09/30/03 | 0.89% | USD | 278.13 |
| 3 M T Bill | 10/1/2003 | Accrued Interest to 12/31/03 | 0.93% | USD | 290.63 |
| 3 M T Bill | 1/1/2004 | Accrued Interest to 03/31/04 | 0.89% | USD | 278.13 |
| 3 M T Bill | 4/1/2004 | Accrued Interest to 06/30/04 | 0.94% | USD | 293.75 |
| 3 M T Bill | 7/1/2004 | Accrued Interest to 09/30/04 | 1.36% | USD | 425.00 |
| 3 M T Bill | 10/1/2004 | Accrued Interest to 12/31/04 | 1.74% | USD | 543.75 |
| 3 M T Bill | 1/1/2005 | Accrued Interest to 03/31/05 | 2.32% | USD | 725.00 |
| 3 M T Bill | 4/1/2005 | Accrued Interest to 06/30/05 | 2.78% | USD | 868.75 |
| 3 M T Bill | 7/1/2005 | Accrued Interest to 09/01/05 | 2.97% | USD | 625.48 * |
|   |   |   |   | USD | 18,991.10 |

*Represents June 2005 3 M T Bill Index

## Amount due on Mortgage Notes

1. Mortgage Note dated January 1, 1994 in the amount of $180,000.00
   - interest at 2.5% per annum
     - January 1, 2000 to December 31, 2004      $22,500.00
     - January 1, 2005 to September 1, 2005       $3,375.00
                                                 $205,875.00

2. Mortgage Note dated October 1, 1995 in the amount of $125,000.00
   - floating rate interest equal to short term
     U.S. Treasury Bills
     - January 1, 2000 to September 1, 2005*     $18,991.10
                                                 $143,991.10

3. Summary                                       $349,866.10


*Represents June 2005 3 M T Bill Index, as July 2005 rate is not yet available

1285952.3