UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
:
SCANDINAVIAN MARINE CLAIMS OFFICE, : 
INC.                                                                          :
:
:
         Plaintiff,                                                     :
    v.                                                                       : Civil Case No.
                                                                               : 3:02 CV 678 (RNC)
SIRI OSTENSEN,                                                :
:
         Defendant,                                                 :
                                                                               : Magistrate Judge Donna F. Martinez
    v.                                                                       :
:
SCANDINAVIAN MARINE CLAIMS        :
OFFICE, INC., SCANDINAVIAN          :
UNDERWRITERS AGENCY, SCUA         :
AMERICAS, INC., S.M.C.O., A.S., AND : July 21, 2005
NORWEGIAN HULL CLUB,                     :
:
   Counterclaim and Third-Party Defendants. :
---------------------------------------------------------X

**LOCAL RULE 56(a)1 STATEMENT**

Pursuant to Local Rule 56(a)(1) the plaintiff, Scandinavian Marine Claims Office, Inc. ("SMCO") submits this statement of material facts as to which there is no genuine issue to be tried.

1. On or about January 1, 1994, Siri Ostensen ("Ms. Ostensen"), executed the Promissory Note in the amount of $180,000 which is attached as Exhibit 1 to the Affidavit of Donald J. Kennedy ("Kennedy Aff."). (Ex. 4 ¶ 9.)

2. On or about October 1, 1995, Ms. Ostensen executed the Promissory Note in the amount of $125,000 which is attached as Exhibit 2 to the Kennedy Affidavit. (Ex. 4 ¶ 10.)

{H:\DOCS\MFG\PLD\00103363.DOC}

  3. Ms. Ostensen along with the joint maker of the two notes, her husband Tom Ostensen, received from SMCO the amounts indicated in the Notes. (Kennedy Aff., Ex. 4, ¶ 21.)

  4. SMCO has demanded payment of the Notes. (Kennedy Aff., Ex. 4 ¶ 13.)

  5. The principal amount of the Notes has not been paid. (Kennedy Aff., Ex. 4 ¶ 13.)

  6. Interest on the Notes has not been paid since 1999. (Kennedy Aff., Ex. 4 ¶ 11.)

**SCANDINAVIAN MARINE CLAIMS OFFICE, INC.**

By: /s/ Madeleine F. Grossman
Madeleine F. Grossman
Federal Bar No. ct05987
Frank J. Silvestri, Jr.
Federal Bar No. ct05367
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
Post Office Box 5116
Westport, Connecticut 06880
Telephone: (203) 222-0885
Facsimile: (203) 226-8025

Donald J. Kennedy
Federal Bar No. ct23620
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

103363