UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
:
SCANDINAVIAN MARINE CLAIMS OFFICE, :
INC. :
:
                         Plaintiff, :
      v. :  Civil Case No.
:   3:02 CV 678 (RNC)
SIRI OSTENSEN, :
:
                        Defendant, :
:   Magistrate Judge Donna F. Martinez
      v. :
:
SCANDINAVIAN MARINE CLAIMS :
OFFICE, INC., SCANDINAVIAN :
UNDERWRITERS AGENCY, SCUA :
AMERICAS, INC., S.M.C.O., A.S., AND :   July 21, 2005
NORWEGIAN HULL CLUB, :
:
   Counterclaim and Third-Party Defendants. :
---------------------------------------------------------X

## CERTIFICATION OF SERVICE

This is to certify that, on the 21st day of July, 2005, copies of the following documents were sent via Fedex, postage prepaid to the below named counsel of record:

1. **Motion For Summary Judgment;**

2. **Memorandum of Law in Support of Scandinavian Marine Claims Office, Inc.'s Motion For Summary Judgment Against Siri Ostensen.**

3. **Local Rule 56(a)1 Statement;**

4. **Affidavit of Donald J. Kennedy in Support of Plaintiff's Motion for Summary Judgment Against Siri Ostensen.**

5. **This Certification of Service.**

{H:\DOCS\MFG\PLD\00103377.DOC}

John M. Lundin, Esq.
Schlom Stone & Dolan
26 Broadway, 19th Floor
New York, NY 10004

Sharon E. Jaffe, Esq.
Levin & Glasser
3 Ledgebrook Court
Weston, CT 06883

                         By: _/s/ Madeleine F. Grossman_____
                            Madeleine F. Grossman
                            Federal Bar No. ct05987
                            Frank J. Silvestri, Jr.
                            Federal Bar No. ct05367
                            LEVETT ROCKWOOD P.C.
                            33 Riverside Avenue
                            Post Office Box 5116
                            Westport, Connecticut 06880
                            Telephone: (203) 222-0885
                            Facsimile: (203) 226-8025

                            Donald J. Kennedy
                            Federal Bar No. ct23620
                            CARTER LEDYARD & MILBURN LLP
                            2 Wall Street
                            New York, New York 10005
                            Telephone: (212) 732-3200
                            Facsimile: (212) 732-3232

103377