UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____
:
SCANDINAVIAN MARINE CLAIMS OFFICE, :
INC. :
: CIVIL ACTION NO.
        *Plaintiff*, : 302CV678 (RNC)
:
v. :
:
SIRI OSTENSEN, :
:
        *Defendant,* : Magistrate Judge Donna F. Martinez
:
v. :
:
SCANDINAVIAN MARINE CLAIMS OFFICE, :
INC., SCANDINAVIAN UNDERWRITERS :
AGENCY, SCUA AMERICAS, INC., S.M.C.O., : July 28, 2005
A.S., and NORWEGIAN HULL CLUB, :
:
        *Counterclaim and Third-Party Defendants.* :
_____:

**JOINT MOTION FOR A TEN-DAY EXTENSTION
OF CURRENT DEADLINES**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the parties respectfully move for a ten-day extension of the following deadlines currently set by the Court:

1) telephonic hearing on plaintiff's Motion for Clarification, previously scheduled for today at 11:00 am, to be rescheduled for Monday, August 8, 2005 at 11:00am;

2) response to defendant's Motion to Compel, currently due August 1, 2005, to be due August 11, 2005;

3) response to SMCO A.S.'s Motion to Dismiss, currently due August 3, 2005, to be due August 15th;

    4)    hearing on defendant's Motion to Compel, currently scheduled for August 12, 2005 at 10:00 am, to be conducted August 22, 2005 at 10:00 am.

The foregoing request for extensions is necessitated by the illness of John M. Lundin, Esq., lead counsel for defendant Siri Ostensen. There has been one previous request for a two-week extension of the deadlines for responses to Mrs. Ostensen's Motion to Compel and SMCO AS's Motion to Dismiss, which this Court granted.

 

_____
Sharon E. Jaffe (Fed. Bar. No. CT 04623)
**LEVIN & GLASSER, PC.**
P.O. Box 1098
Weston, Connecticut  06883
(203) 221-3008 (Telephone)
(203) 221-3010 (Facsimile)


John M. Lundin (Fed. Bar No. phv0185)
Jeffrey M. Eilender (Fed. Bar. No. CT 25177)
**SCHLAM STONE & DOLAN**, LLP
26 Broadway, Suite 1900
New York, NY 10004
(212) 344-5400 (Telephone)
(212) 344-7677 (Facsimile)

*Attorneys for Siri Ostensen*


Donald J. Kennedy, (Fed. Bar No. ct23620)
**CARTER LEDYARD & MILBURN LLP**
2 Wall Street
New York, New York  10005
Telephone:  (212) 732-3200
Facsimile:   (212) 732-3232

Madeleine F. Grossman, (Fed. Bar No. ct05987)
**LEVETT ROCKWOOD P.C.**
33 Riverside Avenue
Post Office Box 5116
Westport, Connecticut  06880
Telephone: (203) 222-0885
Facsimile: (203) 226-8025

Attorneys for plaintiff and third-party defendants

3

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing Motion was sent via first-class mail, postage pre-paid, on July 28, 2005, to the following:

    Donald J. Kennedy, Esq.
    Mark R. Zancolli, Esq.
    **CARTER LEDYARD & MILBURN, LLP**
    2 Wall Street
    New York, NY  10005

    Madeleine F. Grossman, Esq.
    Frank J. Silvestri, Jr., Esq.
    Dorit S. Heimer, Esq.
    **LEVETT ROCKWOOD, P.C.**
    33 Riverside Avenue
    Post Office Box 5116
    Westport, CT  06880

                                                                _____
                                                                 Sharon E. Jaffe