UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____
:
SCANDINAVIAN MARINE CLAIMS OFFICE, :
INC. :
: CIVIL ACTION NO.
         *Plaintiff*, : 302CV678 (RNC)
:
v. :
:
SIRI OSTENSEN, :
:
         *Defendant*, : Magistrate Judge Donna F. Martinez
:
v. :
:
SCANDINAVIAN MARINE CLAIMS OFFICE, :
INC., SCANDINAVIAN UNDERWRITERS :
AGENCY, SCUA AMERICAS, INC., S.M.C.O., : July 28, 2005
A.S., and NORWEGIAN HULL CLUB, :
:
         *Counterclaim and Third-Party Defendants.* :
_____:

**UNCONTESTED MOTION FOR A THIRTY-DAY EXTENSTION OF TIME
TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, defendant Siri Ostensen respectfully moves this Court for a thirty-day extension from August 12, 2005 until September 12, 2005 to respond to plaintiff's motion for summary judgment. This request is necessitated by the press of conflicting business. Specifically, lead counsel in this matter, Jeffrey M. Eilender, Esq. and John M. Lundin, Esq., are preparing for an arbitration beginning the week of August 15, 2005, and another beginning the week of September 5, 2005. Mr. Eilender also has a third arbitration in mid-August.

This is the first request for an extension of this deadline; and counsel for plaintiff does not oppose it.

_____
Sharon E. Jaffe (Bar. No. CT 04623)
**LEVIN & GLASSER, PC.**
P.O. Box 1098
Weston, CT 06883
(203) 221-3008 (Telephone)
(203) 221-3010 (Facsimile)

Jeffrey M. Eilender (Bar. No. CT 25177)
John M. Lundin (Bar No. phv0185)
**SCHLAM STONE & DOLAN**, LLP
26 Broadway, Suite 1900
New York, NY 10004
(212) 344-5400 (Telephone)
(212) 344-7677 (Facsimile)

*Attorneys for Siri Ostensen*

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing Motion was sent via first-class mail, postage pre-paid, on July 28, 2005, to the following:

>Donald J. Kennedy, Esq.
>Mark R. Zancolli, Esq.
>**CARTER LEDYARD & MILBURN, LLP**
>2 Wall Street
>New York, NY  10005
>
>Madeleine F. Grossman, Esq.
>Frank J. Silvestri, Jr., Esq.
>Dorit S. Heimer, Esq.
>**LEVETT ROCKWOOD, P.C.**
>33 Riverside Avenue
>Post Office Box 5116
>Westport, CT  06880

_____
Sharon E. Jaffe