UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____
                                                    :
SCANDINAVIAN MARINE CLAIMS OFFICE,       :
INC.                                                :
                                                    :    CIVIL ACTION NO.
                        *Plaintiff*,                :    302CV678 (RNC)
                                                    :
v.                                                  :
                                                    :
SIRI OSTENSEN,                                      :
                                                    :
                        *Defendant,*                :    Magistrate Judge Donna F. Martinez
                                                    :
v.                                                  :
                                                    :
SCANDINAVIAN MARINE CLAIMS OFFICE,       :
INC., SCANDINAVIAN UNDERWRITERS          :
AGENCY, SCUA AMERICAS, INC., S.M.C.O.,   :    July 28, 2005
A.S., and NORWEGIAN HULL CLUB,           :
                                                    :
        *Counterclaim and Third-Party Defendants.* :
_____:

**UNCONTESTED MOTION FOR A SIXTY-DAY EXTENSTION OF DISCOVERY**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, defendant Siri Ostensen

respectfully moves this Court for a sixty-day extension from September 30, 2005 until November

29, 2005 to complete discovery in this matter.  This request is necessitated by unresolved

discovery disputes between the parties which are the subject of pending motions; delays in receipt

of documents from plaintiff and third-party defendants; the unavailability of critical witnesses

before mid-September; and the press of conflicting business, including three arbitrations between

August 15, 2005, and the current discovery deadline.

1

This is the first request for an extension of this deadline; and counsel for plaintiff and third-party defendants do not oppose it.

Respectfully submitted,

_____
Sharon E. Jaffe (Bar. No. CT 04623)
**LEVIN & GLASSER, PC.**
P.O. Box 1098
Weston, CT 06883
(203) 221-3008 (Telephone)
(203) 221-3010 (Facsimile)


Jeffrey M. Eilender (Bar. No. CT 25177)
John M. Lundin (Bar No. phv0185)
**SCHLAM STONE & DOLAN**, LLP
26 Broadway, Suite 1900
New York, NY 10004
(212) 344-5400 (Telephone)
(212) 344-7677 (Facsimile)

*Attorneys for Siri Ostensen*

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing Motion was sent via first-class mail, postage pre-paid, on July 28, 2005, to the following:

Donald J. Kennedy, Esq.
Mark R. Zancolli, Esq.
**CARTER LEDYARD & MILBURN, LLP**
2 Wall Street
New York, NY  10005

Madeleine F. Grossman, Esq.
Frank J. Silvestri, Jr., Esq.
Dorit S. Heimer, Esq.
**LEVETT ROCKWOOD, P.C.**
33 Riverside Avenue
Post Office Box 5116
Westport, CT  06880

_____
Sharon E. Jaffe