UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.

     Plaintiff,

  v.

SIRI OSTENSEN,

     Defendant,

  v.

SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., S.M.C.O., A.S., AND NORWEGIAN HULL CLUB,

  Counterclaim and Third-Party Defendants.

-----------------------------------------------------------X

Civil Case No.
3:02 CV 678 (RNC)

Magistrate Judge Donna F. Martinez

August 1, 2005

## MOTION FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c) Counterclaim/Third Party Defendants SCUA Americas Inc. ("SCUAA"), SMCO A.S. and Norwegian Hull Club (collectively the Third-Party Defendants") and non-parties Arne Selvik and Jan Lunde (the "Non-Parties") move for a protective order and/or an order modifying the Notice of Depositions for John Wiik, Per Gustav Blom, Erik Kappelin, Arne Selvik, Torleiv Aaslestad, Jan Lunde, Norwegian Hull Club, SCUA Americas, Inc. and SMCO AS dated June 27, 2005. This motion is supported by the accompanying affidavit of Donald J. Kennedy, sworn to on August 1, 2005, and the accompanying Memorandum of Law.

1324993.1

Respectfully submitted,

By: _____
    Donald J. Kennedy
    Federal Bar No. ct23620
    CARTER LEDYARD & MILBURN LLP
    2 Wall Street
    New York, New York  10005
    Telephone:  (212) 732-3200
    Facsimile:   (212) 732-3232

    Madeleine F. Grossman
    Federal Bar No. ct05987
    Frank J. Silvestri, Jr.
    Federal Bar No. ct05367
    LEVETT ROCKWOOD P.C.
    33 Riverside Avenue
    Post Office Box 5116
    Westport, Connecticut  06880
    Telephone:  (203) 222-0885
    Facsimile:   (203) 226-8025

    Attorneys for Scandinavian Claim Office, Inc.,
    SCUA Americas Inc., SMCO AS and Norwegian
    Hull Club

## CERTIFICATION

This is to certify that a copy of the foregoing was sent on this the 1st day of August, 2005, to the following counsel of record by Federal Express:

Jeffrey M. Eilender, Esq.
Schlom Stone & Dolan
26 Broadway, 19th Floor
New York, NY 10004

Sharon E. Jaffe, Esq.
Levin & Glasser
3 Ledgebrook Court
Weston, Connecticut 06883

Madeleine F. Grossman
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
Westport, Connecticut 06880

_____
Donald J. Kennedy