```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| SCANDINAVIAN MARINE CLAIMS OFFICE, INC., | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:02cv678 (RNC) |
| SIRI OSTENSEN, | : |
| Defendant. | : |
| v. | : |
| SCANDINAVIAN MARINE CLAIMS OFFICE, INC., et al., | : |
| Counterclaim and Third-Party Defendants. | : |

## RULING ON MOTION FOR EXTENSION OF TIME

The joint motion for an extension of time (doc. #128) is granted as follows:

(1) The court shall hear oral argument on SMCO's motion for clarification (doc. #97) on 8/8/05 at 2:30 p.m. It shall be conducted telephonically. Plaintiff's counsel shall initiate the conference call to chambers at (860) 240 3605.

(2) SMCO's response to Ostensen's motion to compel (doc. #110) shall be filed by 8/11/05 and oral argument shall be held on 8/22/05 at 1:00 p.m. Oral argument shall be conducted telephonically. Ostensen's counsel shall initiate the conference call.

(3) Ostensen's response to SMCO A.S.'s motion to dismiss (doc. #113) shall be filed by 8/15/05.

SO ORDERED at Hartford, Connecticut this 5th day of August, 2005.

```
                         _____/s/_____
                         Donna F. Martinez
                         United States Magistrate Judge
```