UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 AUG -9 A 10: 16

DISTRICT COU[RT]
[HAR]TFORD, CT

---------------------------------------------------------X

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.

                Plaintiff,

v.

SIRI OSTENSEN,

                Defendant,

v.

SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., S.M.C.O., A.S., AND NORWEGIAN HULL CLUB,

    Counterclaim and Third-Party Defendants.

---------------------------------------------------------X

Civil Case No.
3:02 CV 678 (RNC)

Magistrate Judge Donna F. Martinez

August 8, 2005

## UNCONTESTED MOTION FOR A ONE-WEEK EXTENSION OF TIME

Plaintiff/Third-Party Defendant Scandinavian Marine Claims Office, Inc. ("SMCO") and Third-Party Defendants SCUA Americas, Inc. ("SCUAA"), SMCO A.S.[1], and Norwegian Hull Club ("NHC") (collectively, the "Moving Plaintiff and Third-Party Defendants") respectfully move pursuant to Local Civil Rule 7(b) for a one-week

---

[1] Because SMCO A.S. was one of the entities to which Defendant's Motion to Compel was directed, SMCO A.S. joins in this motion, without prejudice to its recently filed motion to dismiss for lack of personal jurisdiction.

1326546.1

1

extension of time to respond to the Motion To Compel filed by Defendant on June 27, 2005. This motion has been consented to by counsel for Defendant.

**The Extension Requested**

The Moving Plaintiff and Third-Party Defendants seek an extension of one week to their time to respond to Defendant's Motion to Compel. This would extend their time to oppose the motion from August 11, 2005 to August 18, 2005.

**The Extension Has Been Consented To**

Counsel for Defendant have consented to the extension requested herein.

**There is Good Cause for the Extension**

Local Civil Rule 7(b) provides for the granting of extensions for good cause. There is good cause for the requested extension, as considerable documentation has been produced to Defendant since the time that she filed her Motion to Compel, and a meet-and-confer is scheduled for this Friday, August 12, 2005, to discuss any outstanding issues in connection with the document request that is the subject of Defendant's Motion to Compel so that any unresolved issues can be clearly articulated to the Court.

**Conclusion**

For the reasons set forth above, the Moving Plaintiff and Third-Party Defendants respectfully request that the Court grant its motion for a one-week extension of time to respond to Defendant's Motion To Compel.

1326546.1

Dated: New York, New York
August 8, 2005

                              Respectfully submitted,

                              CARTER LEDYARD & MILBURN LLP

                              By: _____
                              Donald J. Kennedy
                              Federal Bar No. ct23620
                              2 Wall Street
                              New York, New York 10005
                              Telephone: (212) 732-3200
                              Facsimile:  (212) 732-3232

                              Madeleine F. Grossman
                              Federal Bar No. ct05987
                              LEVETT ROCKWOOD P.C.
                              33 Riverside Avenue
                              Post Office Box 5116
                              Westport, Connecticut 06880
                              Telephone: (203) 222-0885
                              Facsimile: (203) 226-8025

                              *Attorneys for Scandinavian Marine Claims*
                              *Office, Inc., SCUA Americas, Inc., SMCO*
                              *A.S. and Norwegian Hull Club*

1326546.1

## CERTIFICATION

This is to certify that a copy of the foregoing Uncontested Motion for a ~~Two~~ One-Week Extension of Time was sent via Federal Express on this 8th day of August, 2005 to the following counsel of record:

Madeleine F. Grossman, Esq.
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
Westport, Connecticut 06881

Jeffrey M. Eilender, Esq.
Schlam Stone & Dolan
26 Broadway, 19th Floor
New York, New York 10004

Sharon E. Jaffe, Esq.
Levin & Glasser
3 Ledgebrook Court
Weston, CT 06883

_____
Donald J. Kennedy

1326546.1

4