## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

-------------------------------------------------------X
                                    :

SCANDINAVIAN MARINE CLAIMS OFFICE,  :
INC.

                     Plaintiff,    :

         v.                     :    Civil Case No.
                                   :    3:02 CV 678 (RNC)
SIRI OSTENSEN,

                    Defendant,  :
                                 :    Magistrate Judge Donna F. Martinez

         v.                     :

SCANDINAVIAN MARINE CLAIMS    :
OFFICE, INC., SCANDINAVIAN        :
UNDERWRITERS AGENCY, SCUA     :
AMERICAS, INC., S.M.C.O., A.S., AND  :    August 12, 2005
NORWEGIAN HULL CLUB,

Counterclaim and Third-Party Defendants. :
-------------------------------------------------------X

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.1(d), the undersigned, a member of the Bar of this Court,

moves for the admission *pro hac vice* of Mark R. Zancolli of the firm Carter Ledyard & Milburn,

LLP, 2 Wall Street, New York, NY 10005-2072, as attorney for Plaintiff/Third-Party Defendant

Scandinavian Marine Claims Office, Inc. ("SMCO") and Third-Party Defendants SCUA

Americas, Inc. ("SCUAA"), SMCO A.S., and Norwegian Hull Club ("NHC") in the above

action. In support of this motion, I submit the attached original Affidavit of Mark R. Zancolli.

If this motion is granted, I will serve as local counsel in accordance with Local

Rule 83.1(c)1. A check in the amount of $25.00 accompanies this motion as required by Local

Rule 83.1(d)2.

Dated: Westport, Connecticut
      August 12, 2005

By: _____

Frank J. Silvestri, Jr.
Federal Bar No. ct05367
Madeleine F. Grossman
Federal Bar No. ct05987
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
Post Office Box 5116
Westport, Connecticut 06880
Telephone:  (203) 222-0885
Facsimile:   (203) 226-8025

Donald J. Kennedy
Federal Bar No. ct23620
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile:  (212) 732-3232

2

## CERTIFICATION

This is to certify that a copy of the foregoing Motion For Admission *Pro Hac Vice* was

mailed via First Class Mail, postage pre-paid, on this the 12th day of August, 2005, to the

following counsel of record:

John M. Lundin, Esq.
Schlom Stone & Dolan
26 Broadway, 19th Floor
New York, NY 10004

Sharon E. Jaffe, Esq.
Levin & Glasser
3 Ledgebrook Court
Weston, CT 06883

 

Frank J. Silvestri, Jr.

104520

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------X
                                                   :

SCANDINAVIAN MARINE CLAIMS OFFICE, :
INC.
                                                   :

                         Plaintiff, :

             v.                        :    Civil Case No.
                                              :    3:02 CV 678 (RNC)

SIRI OSTENSEN,                            :

                                                   :

                        Defendant, :

                                                   :    Magistrate Judge Donna F. Martinez

             v.                        :

SCANDINAVIAN MARINE CLAIMS OFFICE, :
INC., SCANDINAVIAN UNDERWRITERS
AGENCY, SCUA AMERICAS, INC., S.M.C.O., :
A.S., AND NORWEGIAN HULL CLUB,       :    August 11, 2005

                                                   :

   Counterclaim and Third-Party Defendants. :

                                                   :

-------------------------------------------------------------X

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT VISITING LAWYER**

STATE OF NEW YORK     :
                          :    ss:
COUNTY OF NEW YORK   :

      Mark R. Zancolli, being duly sworn, deposes and says:

1.      I am an associate at the firm Carter Ledyard & Milburn LLP, 2 Wall Street, New York,

New York 10005, telephone number (212) 732-3200, and I submit this affidavit in support of my

admission pro hac vice in the above-captioned matter.

2.      I am a member of the Bar of the State of New York and the State of New Jersey and I am

admitted to practice in the following courts of the United States:

1327551.1

United States District Court for the Southern District of New York
United States District Court for the Eastern District of New York
United States District Court for the District of New Jersey.

3.     I have not been denied admission or been disciplined in accordance with Rule 3 of the

rules of this Court or have been denied admission or have been disciplined by any other court.[1]

_____
                                 Mark R. Zancolli

Subscribed and sworn to before me
on this 11th day of August, 2005.

_____
Notary Public

**Carol Antoci**
**Notary Public, State of New York**
**No. 01AN6113971**
**Qualified in Richmond County**
**Commission Expires, August 9, 2008**

---

[1]     In or about 2002, because I was not practicing law in New Jersey, I temporarily allowed my eligibility to practice law in New Jersey to lapse by not paying New Jersey Bar dues. I subsequently restored my eligibility to practice law in New Jersey by paying my New Jersey Bar dues and have been eligible to practice law in New Jersey ever since.