+

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

**Mark L. Williams**, being duly sworn, deposes and states:

I am over 18 years of age, I am not a party to the within action, and I reside in New York, New York.

On August 14, 2005 I served a true and complete copy of the foregoing **DECLARATION OF JOHN M. LUNDIN and MEMORANDUM OF LAW IN OPPOSITION TO SMCO A.S.'S MOTION TO DISMISS** upon:

**DONALD J. KENNEDY, Esq.**
**CARTER LEDYARD & MILBURN, LLP**
**2 Wall Street**
**New York, NY 10005**

and

**MADELEINE F. GROSSMAN, Esq.**
**LEVETT ROCKWOOD, P.C.**
**33 Riverside Avenue**
**Post Office Box 5116**
**Westport, CT 06880**

by placing the **DECLARATION OF JOHN M. LUNDIN and MEMORANDUM OF LAW IN OPPOSITION TO SMCO A.S.'S MOTION TO DISMISS**, in a postage paid, sealed **FEDERAL EXPRESS** envelope and depositing the envelope into a **FEDERAL EXPRESS** mail depository, causing the **DECLARATION OF JOHN M. LUNDIN and MEMORANDUM OF LAW IN OPPOSITION TO SMCO A.S.'S MOTION TO DISMISS**, to be delivered via **OVERNIGHT-NEXT DAY DELIVERY** to the above-named persons at the above listed addresses.

_____
Mark L. Williams

Sworn to before me this
15th day of August, 2005

Notary Public

JOHN M. LUNDIN
Notary Public, State of New York
No. 02LU6117627
Qualified in New York County
Commission Expires 10/25/2008