+

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

**Mark L. Williams**, being duly sworn, deposes and states:

I am over 18 years of age, I am not a party to the within action, and I reside in New York, New York.

On August 14, 2005 I served a true and complete copy of the foregoing **DECLARATION OF JOHN M. LUNDIN and MEMORANDUM OF LAW IN OPPOSITION TO SMCO A.S.'S MOTION TO DISMISS** upon:

DONALD J. KENNEDY, Esq.
CARTER LEDYARD & MILBURN, LLP
2 Wall Street
New York, NY 10005

and

MADELEINE F. GROSSMAN, Esq.
LEVETT ROCKWOOD, P.C.
33 Riverside Avenue
Post Office Box 5116
Westport, CT 06880

by placing the **DECLARATION OF JOHN M. LUNDIN and MEMORANDUM OF LAW IN OPPOSITION TO SMCO A.S.'S MOTION TO DISMISS**, in a postage paid, sealed **FEDERAL EXPRESS** envelope and depositing the envelope into a **FEDERAL EXPRESS** mail depository, causing the **DECLARATION OF JOHN M. LUNDIN and MEMORANDUM OF LAW IN OPPOSITION TO SMCO A.S.'S MOTION TO DISMISS**, to be delivered via **OVERNIGHT-NEXT DAY DELIVERY** to the above-named persons at the above listed addresses.

_____
Mark L. Williams

Sworn to before me this
15th day of August, 2005

_____
Notary Public

000185
JOHN M. LUNDIN
Notary Public, State of New York
No. 02LU6117627
Qualified in New York County
Commission Expires 10/25/2008