# EXHIBIT 9

# MANAGEMENT AGREEMENT

between

## SCANDINAVIAN MARINE CLAIMS OFFICE AS (SMCO AS)
### (Org. No. 930059749)

and

## SCANDINAVIAN MARINE CLAIMS OFFICE, Inc. (SMCO Inc.)

### § 1

This agreement regulates the managerial and corporate governance relationship and exchange of services between SMCO AS and SMCO Inc.

### § 2

SMCOAS is, under this agreement, obliged to render managerial support, consulting services, and maintain board-to-board relationship to SMCO Inc. SMCO AS shall charge an annual management fee for these services, based on the time and type of services delivered.

### § 3

SMCO Inc. shall keep SMCO AS management and board regularly informed of its plans and activities, and shall bring all major policy issues to the attention of the the board secretariat.

### § 4

Any disputes under this agreement shall be handled by negotiations and arbitration between the parties. If not solved, any legal issues shall be regulated by Norwegian law and brought before the Bergen Byrett.

Stamford, Conn., April 20, 1997
for SMCO Inc

_____

Tom Østensen
President

Bergen, April 15, 1997
For SMCO AS

_____

Arne Selvik
Chairman

SM 000565

# EXHIBIT 10

11. DEC. 1997  14:41    GSK REINCO +47 22827501                    NO. 5935    P. 4

# GSK

**Gjensidige Skibsassuranseforeningers Komité**

Committee of Mutual Marine Insurance Associations

<table>
<tr><td>**T E L E F A X**<br><br>1 page(s)</td><td>**Olav Vs gate 6**<br>**P.O.Box 1513 Vika**<br>**N-0117 OSLO NORWAY**<br>Tel:  **(+47) 22 82 75 00**<br>Fax:  **(+47) 22 82 75 01**</td></tr>
</table>

To:    Scandinavian Marine Claims Office, Inc.    **00 1 203 975 7146/7862**
       Attn: Mr Tom Østensen

From:  Haakon Stang Lund                    Oslo, 31 December 1997
                                            970090 mjo\gsk\F-SMCO

## MANAGEMENT FEE 1997 - ON ACCOUNT FOR 1998

On behalf of Scandinavian Maine Claims Office AS, we hereby invoice you

| | |
|---|---|
| the management fee in the amount of | NOK  350,000.00 |
| less payment on account | NOK  200,000.00 |
| Remaining balance | **NOK 150,000.00** |

which is the management fee pursuant to the Management Agreement between your company and Scandinavian Marine Claims Office AS dated 15 April 1997.

Please pay to Scandinavian Marine Claims Office AS' bank account No. 6074.56.14305 with Christiania Bank og Kreditkasse.

For and on behalf of Scandinavian Marine Claims Office AS

GJENSIDIGE SKIBSASSURANSEFORENINGERS KOMITÉ

Haakon Stang Lund

Sekretær: Advokat Haakon Stang Lund
Møterett for Høyesterett

NW 000984

# EXHIBIT 11

## SMCO AS BOARD MEETING - BERGEN, 2 APRIL 1997

### SUMMARY OF THE MINUTES

**Present:**   Arne Selvik, Chairman
Fred Benjaminsen
Morten Hjemsæter
Karl Hystad
Jan Lunde
Tom Midttun
Gunnar Toppland

**Absent:**   Håvar Paulsson

### Agenda

Notice of the meeting and it's agenda were approved.

### The New Board

The SMCO AS Board was elected under an extraordinary general meeting Friday, 14 February 1997 and is also to be elected in those companies who have hereto had their own boards.

### The Board's Main Duties and Responsibilities

The following was discussed:

Strategy / Objectives
In addition to their role as "an extended arm of underwriters" and "one of the most important infrastructure elements on the claims side" it was suggested that the agencies should be a marketing tool able to promote "the Norwegian market and system", but not any one company. However it was also stressed that an important balance exists between the agencies being independent suppliers of services to a wide range of international clients whilst also representing their owners.

An increased openness between agencies is to be encouraged, including the exchange of information and experiences in order that high levels of quality can be consolidated. Clients need to be receiving the right balance of price and quality. It may be that a common costing and pricing philosophy is necessary. An important question in this respect is what price differentiation exists today? It was also suggested that SMCO AS could well benefit from a common personnel policy.

How the Board intends to follow up it's strategy and objectives will be a theme for further discussion based on an examination of current reporting procedures and the possibility of producing consolidated key figures.

1

## Organisation

The Board's decision to have a "working chairman" and a part-time secretariat has established an important organisational foundation for the next few years. There was also agreement that the Board should be involved in the appointment of key agency personnel based on recommendations from agency management. The Board is also to be involved in questions pertaining to the establishment, closure and relocation of offices.

## Control

The Board's control functions will continue as before through co-operation with each company's finance managers and auditors.

It was considered necessary to maintain certain key board positions in a transitional phase. The Board agreed that the outgoing chairmen for USA (Jan Lunde), Europe (Karl Hystad) and Japan (Morten Hjemsæter) will act as contact persons between the board and agency management for the remainder of 1997. However from 1998 the new Chairman of SMCO AS will have direct contact.

## Board Working Practices - Preliminary Discussions

In accordance with proposals put forward by the project group established to evaluate the organisation of the agencies, the Board aims to take care of the co-ordination and management tasks in the SMCO system in a cost effective manner. The intention is to hold 4 to 6 ordinary general meetings per year, one of which to be held outside Norway.

The Board intends to use the international meetings to become acquainted with the employees of the different agencies and their working environments, practices etc. Agency management will be invited to contribute to the meetings held in their region and will be asked to prepare a technical program in that respect.

The European management are to be invited to a meeting in May and the USA will be in focus in the autumn. A meeting is planned in Japan for 1998.

Travel costs for the board members will be covered by their respective Clubs and companies, whilst travel costs for agency representatives, the Chairman and Secretary to the Board, will be covered by SMCO AS.

The Board elected David Bellamy, Bergen Hull Club, as Secretary to the Board. Minutes of board meetings will be conducted in English and short summaries will be distributed to all agencies. The necessary secretarial functions will be taken care of by Bellamy and the Chairman. The Board and secretariat will call upon the services of lawyer Haakon Stang Lund in legal matters.

## Accounting

A budget for SMCO AS is to be prepared in time for the next meeting.

The Chairman is to investigate how accounting is taken care of today and evaluate how it might be simplified and perhaps included in AFF's project accounts.

2

SM 000567

'97. MAN 15:30 .n..

**Establishment of a London Office - Status**

..It is hoped that an office will have been established in London by the 1ˢᵗ of July 1997.
    draft co-operation agreement is to be discussed with Wikborg, Rein & Co. in
London, 16 April 1997.

**Schedule of Meetings for 1997**

Bergen, Wednesday, 21 May.

New York, Thursday, 25 September (in connection with the USA agency's centenary
celebrations).

Oslo, Thursday, 20 November.

**Any Other Business**

Jan Lunde reported back from the USA board regarding their economic situation.
The Board has asked Tom Østensen to send an application direct to the owners.

David Bellamy
Secretary to the Board

3

SM 000500

# EXHIBIT 12

# MINUTES OF THE SMCO AS BOARD MEETING
## OSLO, 20th NOVEMBER 1997

**Present:**     Arne Selvik, Chairman
                 Fred Benjaminsen
                 Morten Hjemsæter
                 Karl Hystad
                 Jan Lunde
                 Tom Midttun
                 Gunnar Topland
                 David Bellamy, Secretary to the Board

**Absent:**      Håvar Paulsson

**Agency representatives present:**    Erling Sommerin, SCUA Hamburg (Item 4)
                                       Tom Østensen, SMCO Inc. (Item 3)
                                       Kazuo Uchida, SCUA Far East (Item 2)
                                       Rob Speck, SCUA Rotterdam (Item 4)

The Chairman opened the meeting at 08.35 hrs.

NB Arne Selvik left the meeting at 11.45 and Karl Hystad chaired the meeting from then on.

### 1. Agenda

Notice of the meeting and its agenda were approved. Agency Progress Reports was included as an extra item.

### 2. Situation and Development Possibilities for Scandinavian Underwriters Far East Agency Co., Ltd.

Please refer to the attached minutes for the Board Meeting of the above agency.

### 3. Restructuring of SMCO Inc.

Tom Østensen (TØ) reported the following with respect to the closure of the P&I department:

- A Statement of Account was presented to Skuld following the board meeting 25th September. Skuld have agreed to cancel the $500.000 loan and pay $1.000.000 cash to SMCO Inc. The Board considered this to be a very decent settlement on Skuld's part and the offer was duly accepted

1

SM 000588

- In addition there are $230.000 of P&I fees to be settled for normal business.

- Two employees formerly with the P&I department have found employment elsewhere.

- Efforts are being made to sub-let half of the office space.

Based on the above it was agreed that TØ should re-evaluate the liquidity position of SMCO Inc. with respect to the outstanding loan from SMCO A/S. If possible repayment should begin earlier than originally planned.

### 4. Agency Progress Reports

Erling Sommerin and Fred Benjaminsen were invited to comment briefly on their respective operations:

#### Erling Sommerin (ES), SCUA Hamburg

An analysis of income and expenses against budget for 1997 was presented. Income for 1997 shows an approximate 10% shortfall against budget. Despite expenses being cut where possible, the main cost items of salaries and social expenses aren't easy to manipulate.

ES also presented an analysis for the period 1995 up to and including October 1997 on the number of cases for Hull and P&I. There has been a drop in the actual number of hull cases and the jobs themselves are generally smaller. With only two yards remaining in the former West Germany, the growing importance of business from the Baltic States, Poland and other Eastern countries is evident. This is expected to develop even further with networks and co-operation seen as being crucial.

The P&I side of the business is increasing with the budget already being reached by September.

#### Fred Benjaminsen (FB), SCUA Rotterdam

A General Manager's report for the activities of the Rotterdam, Lisbon, Dubai and London was presented.

In addition to this FB commented that the Rotterdam office has seen an increase in volume over the last three years especially in the last three-quarters of the year. It was felt that the volume within the jobs is more important than the actual number of jobs.

Erling Sommerin and Tom Østensen left the meeting at 09.45hrs.

2

SM 000589

### 5. 1998 Consolidated Budget

Rob Spek (RS), Financial Manager for SCUA Rotterdam, presented the 1998 draft consolidated budget for SCUA and SMCO. Focus was placed upon the overall balance and realism of the budgets.

The following comments were made:

- A lot of currencies show a 10% decline against the US$.

- SMCO Inc. figures obviously effected by the closure of the P&I department.

- Europe shows a decline mainly in P&I

- London has no previous figures making budgeting difficult. The 1998 budget includes $45.000 transferred from Rotterdam.

- There is no breakdown between Hull and P&I for SMCO Inc. and Japan, which influences the consolidated figures. It was suggested that uniform reporting should be introduced in the future.

- It was remarked that the Hull and P&I fees for the Hamburg office are budgeted to be the same for 1998 as for 1997, whilst the number of cases are reported to be declining. RS hopes to travel to Hamburg in December and this point can be addressed at that time.

It was agreed to approve the consolidated budget as preliminary figures that can be finally approved at the next board meeting.

### 6. 1988 Board Meetings

The following schedule of meetings for 1998 was agreed:

1  Thursday 19th February, Kobe, Japan

2. Thursday 14th May, Grimstad

3. Wednesday 26th August, Oslo

4. Monday 19th October, Bergen

5. Tuesday 1st December, Oslo

### 7. Minutes of the Board Meeting 25th September 1997

The minutes from the Board Meeting 25th September 1997 were approved and signed.

3

25/01/98  17:47    OFF BERGEN → 12839757146                    NR.821  S085/889

### 8. Minutes of the Board Meeting 21ˢᵗ May 1997

The corrected minutes from the Board Meeting 21ˢᵗ May 1997 were approved and signed.

### 9. A.O.B.

#### Principal / Agency Employee Placement
Asle Edvardsen is to take up his position with the Bergen Hull Club from April 1998. He will have been at the SCUA Hamburg office for two and a half years. It is considered that there are lot of benefits in having staff from the principals building up their competence and knowledge through working at the agencies. Not only does it help foster and develop relationships that can be valuable in the future, it is also a means of keeping expertise within the system and allows exchange of experience. At the outset the agency is responsible for the employment costs, but if the individual does not pay for him / herself then the principal guarantees financial support.

Storebrand are planning to follow suit by having an employee at the Hamburg office.

It was noted that the Rotterdam office would also be interested in this kind of arrangement.

#### SMCO Inc. and South America
The possible expansion of SMCO Inc. into South America was raised. A GSK claims committee had returned a negative report on this.

Despite this feedback there was general agreement to use SMCO Inc. in appropriate cases taking the following into consideration:

- size and content of the job
- experience and expertise required
- involvement of local agents and established contacts

However there was no specific Board decision on this point.

#### Agency Reporting
It was agreed that Rob Spek would draft a standardised list of things that agencies are to report at board meetings. His suggestion to be forwarded to Arne Selvik.

#### Board Expenses
Rob Spek reported that the Hamburg and Antwerp offices were encountering tax problems with regard to the accounting of board expenses. He will investigate this together with Arne Selvik.

4

SM 000591

25/01/99  17:47    OFF BERGEN → 12039757145                    NR.221  S006/009

<u>House in Rotterdam</u>
The board confirmed to Rob Spek that the capital gain resulting from the sale of the house in Rotterdam is to be reinvested in real estate.

<u>Next Board Meeting Agenda</u>
The following items were agreed to be included on the agenda for the next board meeting:

- The London office

- Rob Spek's role as controller for the Group.

The meeting was closed 12.20 hrs.

David Bellamy
Secretary to the Board


Arne Selvik        Fred Benjaminsen        Morten Hjemsæter


Karl Hystad        Jan Lunde        Tom Midttun


Gunnar Toppland        Håvar Paulsson

5

SM 000592

# MINUTES OF THE
## SCANDINAVIAN UNDERWRITERS FAR EAST AGENCY CO., LTD.
## BOARD MEETING
## OSLO, 20 NOVEMBER 1997

**Present:**   Arne Selvik, Chairman
Fred Benjaminsen
Morten Hjemsæter
Karl Hystad
Jan Lunde
Tom Midttun
Gunnar Topland
Kazuo Uchida
David Bellamy, Secretary to the Board

**Absent:**   Håvar Paulsson

**Agency representatives present:**      Rob Speck, SCUA Rotterdam

The Chairman opened the meeting at 09.45 hrs.

Rob Spek joined the meeting at 10.10hrs.

### Agenda

This Board Meeting is Item 2 of the Board Meeting for SMCO AS held in Oslo, on the 20th November 1997.

The purpose of the meeting was to discuss the situation and development possibilities for Scandinavian Underwriters Far East Agency Co., Ltd.

Subject material for the meeting were the following:

- Agenda for the meeting prepared by Kazuo Uchida (KU).

- Summary of Sales Result 1997 (up to and including October 1997)

- Number of Cases and Place of Survey for 1997 (up to and including October 1997)

- 1997 Revenue and Expenses (up to and including October 1997)

- Summary of Accounts January – October 1997

- Summary of Sales Result October 1997

6

SM 000593

**President's Report**

KU presented his President's Report from the Agenda.

The following observations were made:

- The income for the first ten months of the year does not include two big items in China and one in Korea, which will probably not be invoiced until 1998.

- The number of cases is dropping, especially for H&M and cargo, although those for H&M have been picking up recently.

- The majority of big cases are in China or Korea.

- It was commented that the cost of the new board should not exceed the cost of the old one.

- As far as the budget for 1998 is concerned there is not expected to be any remarkable change in revenue.

- The Board agreed to add the retirement allowance fund for Mr. Shimazaki into the budget for 1998.


**Budget 1998 - Yokohama Office**

The Board agreed to support KU's recommendation to close the Yokohama office at the end of June 1998.

In respect of this decision consent of the Board was given for all five items on pages 31 and 32 of the Agenda:

1. Consent of the Board to dismiss the secretary.

2. Discharge allowance of three months salary in addition to the ordinary retirement allowance.

3. Possible special allowance for the two surveyors with families due to lack of space.

4. Computer training before closure of the office.

5. Establishment of regulations and practice in respect of communications between head office and the home offices.


It was pointed out that the decision to close the Yokohama office is not irreversible and the operations following closure should be monitored. However any changes in performance are expected to be positive with the emphasis on better communication and service.

7

SM 000594

A revised budget for 1998 was presented based on the closure of the Yokohama office.

## New Retirement Regulation

New Japanese regulations in respect of increasing the retirement age to more than 60 years old and the effects on pensions were explained to the Board and subsequently agreed (as outlined on page 33).

## Next Board Meeting

It was agreed that the next Board Meeting would take place in Kobe next year on 19th February, in combination with a seminar that replaces the Geilo seminar.

It was agreed to consider the possibility of subsidising the European agencies in respect of the expenses of holding the seminar in Japan.

*travel by*

The meeting was closed 11.10 hrs.

David Bellamy
Secretary to the Board


Arne Selvik        Fred Benjaminsen        Morten Hjemsæter


Karl Hystad        Jan Lunde        Tom Midttun


Gunnar Toppland        Håvar Paulsson        Kazuo Uchida

8

SM 000595

# EXHIBIT 13

# W I K B O R G, R E I N & C O.
### A D V O K A T F I R M A   M.N.A.

RECEIVED
JAN 3 1994
S.M.C.O.

Scandinavian Marine Claims Office, Inc.
Stamford Harbor Park,
333 Ludlow Street,
P.O.Box 120020
STAMFORD, CT 06912-0020,
USA

PR. POST AND FACSIMILE
095 1 203-975-7146/7862

**For the attention of Tom Østensen**

Our ref.: 53986 JH/it                            Bergen, 22 December 1993

**WR**

PARTNERE:
SIGURD WALGAARD
FRIDTJOF HØRT
LARS A. CHRISTENSEN
OLE F. SWANG
JENAKON STANG LUND
CNAR LANGFELT
TRYCC ALCA ENBRG
JENS KONR VESTA
TRONS ANG SEN
CARSTEN STEANSON
JENS OERN
ARNT TORSKK GUNNES
DAG STEINFELD
STEIN PETTERSEN
KNUT HA RENTZEN
JON HEIMSET
CHRISTIAN FRIIS
MARIUS M GISVOLD
TROND EILERTSEN
FINN BJORNSTAD
LARS OLAV GRISTEIM
PAA L BACKER
OLE PETTER MADNES
BERNSTAD HALKALI
JØRGEN RAMBERG
PETTER PAWLICH
SCHLERP NAHLI
PER MAGNUS KRANDBORG
SUSANNE M VICKE

## RE: FLEET BANK NA - CREDIT FACILITY USD 300,000 - LETTER OF COMFORT

With reference to your facsimile to John Wiik of 16 November 1993 and our subsequent telephone conversations, please find herewith the subject Letter of Comfort duly signed on behalf of SMCO AS. The original has been mailed today.

SMCO AS doesn't have its own letter-paper, and thus the Letter of Comfort has been set out on neutral paper.

Upon the request of John Wiik, we have sent a photo copy of the Letter of Comfort to Mr. Håvar Poulsson for his information.

Yours faithfully,
WIKBORG, REIN & CO.

Jon Heimset

c.c. Adm. dir. John Wiik, Bergens Skibsassuranseforening

OSLO:
Kronprinsesse Märthas Plass 1,
P.B. 1513 Vika.
0117 Oslo
Tel:+47 22) 33.55.10
T x o n +47 22 41 98 22

BERGEN:
Handelens og Sjøfartens Hus,
Olav Kyrresgt. 11
5014 Bergen
Tel:+47 55 31 81.16
Tx: 42596 WRCEN N

LONDON:
1 Knightrider Court
4th Floor
London EC4V 5JP
Tel:+44 71) 236 4598
Tlx: 915952 WRCOUK G

KOBE:
1-1, 5-Chome Minatomina
Nakamachi Chuo-Ku,
Kobe 650. Japan
Tel:+81 (78) 303.1772
Tlx: 5622 104

SM 000818

# LETTER OF COMFORT

Gentlemen,

We, Scandinavian Marine Claims Office AS, P.O.Box 1513 Vika, N-0117 Oslo, Norway, have reviewed and approved Fleet Bank NA's financing in the amount of USD 300,000 - (Unitedstatesdollarsthreehundredthousand) (the "Facility") for our wholly owned subsidiary. Further, we are aware of the obligations undertaken by our subsidiary, Scandinavian Marine Claims Office, Inc., Stamford Harbor Park, 333 Ludlow Street, P.O.Box 120020, Stamford, CT06912-0020 (the "Company") in conjunction with the above referred financing.

We are convinced that the Company will be able to perform its obligations to you on a timely basis. It is our policy to follow closely the activities and financial affairs of the Company. We would be happy to discuss the affairs of the Company with you from time to time should you find this desirable.

Consistent with the foregoing, we advise you that so long as the Facility remains in effect and any obligations of the Company thereunder remains unpaid:

- We do not intend to sell, subject to any lien or otherwise dispose of any of our interest in the Company, but should any change in such respect be contemplated we will give you notice thereof in sufficient time to enable you to make adequate alternative arrangements in respect of the Facility, and

- All claims which we may have against the Company shall be subordinated in all respects to any claims which Fleet Rank, N.A. may have against the Company.

We have issued this letter as an inducement to you to extend the aforementioned Facility to USD 300,000, and we have full power and corporate and legal authority under Norwegian law to issue this letter.

Very truly yours
SCANDINAVIAN MARINE CLAIMS OFFICE AS

By: _John Wijk_          Place: Bergen

Title:    Chairman          Date:  21 December 1993


Signature verified as authorized as of the date first above written:

Signature: _Jon Heimset_

SM 000819

# EXHIBIT 14



**Fleet Bank**

November 12, 1993

Scandinavian Marine Claims Office, Inc.
Robert Jones, Treasurer
Stamford Harbor Park
Stamford, CT  06912

Dear Mr. Jones:

I am pleased to advise you that Fleet Bank, National Association ("Fleet") has approved your request for a $300,000.00 credit facility subject to the following terms and conditions:

**BORROWER:**    Scandinavian Marine Claims Office, Inc.

**AMOUNT:**    ($300,000.00) THREE HUNDRED THOUSAND  DOLLARS

**TYPE:**    Line of Credit

**PURPOSE:**    To support accounts receivable.

**MATURITY DATE:**    May 1, 1994

**REPAYMENT:**    Interest will be charged monthly to the Borrower's checking account #(to be opened prior to closing) commencing the last day of the month after the initial advance.  After the initial advance, a thirty day consecutive clean up period is required prior to maturity.

**INTEREST RATE:**    Borrowings will bear interest at a variable rate equal to Fleet's Prime Rate plus 1.00%, and will be adjusted as Fleet's Prime Rate changes. The Prime Rate shall mean the interest rate announced by Fleet from time to time as its prime rate on commercial loans.

**COMMITMENT FEE:**    A non-refundable commitment fee of $750.00 is payable upon acceptance of the commitment.

*Fleet Bank, N.A.*
*One Constitution Plaza*
*Hartford, Connecticut 06115-1600*
*203-244-5000*
*A Member of the Fleet Financial Group, Inc.*

SM 000834

11-12-93 12:08PM   P003 #30          203 244 9491

Scandinavian Marine Claims Office, Inc.

Page 2

**LATE CHARGE:**  If any payment of principal and/or interest is not paid in full within ten (10) days after the same is due, the Borrower shall pay to the lender a late fee on such unpaid amount equal to five percent (5%) of such late payment. After demand or maturity, the unpaid principal of the Note shall bear interest at Fleet Prime plus 3.00%. Interest accruing after demand shall be payable on demand.

**COLLATERAL:**  The Borrower will grant to Fleet a valid first security interest in all corporate assets as security for this loan.

**INSURANCE:**  At the closing, the Borrower shall provide evidence of hazard insurance listing Fleet as loss payee.

**DOCUMENTS:**  The loan will be evidenced by documentation in form and content satisfactory to Fleet and its counsel.

**EXPENSES:**  The loan shall be made without cost to Fleet and the Borrower shall pay for all expenses whether or not the loan closes.

**FINANCIAL STATEMENTS:**  The Borrower shall provide Fleet with annual CPA Audited financial statements, no later than one hundred twenty (120) days from its fiscal year end. The Borrower shall also provide quarterly Accounts Receivable agings beginning with 12/31/93.

**MATERIAL ADVERSE CHANGE:**  Fleet reserves the right to terminate any obligation under this commitment if at any time we believe changes have occurred which in our opinion are material and adverse to the Borrower's financial condition, management and operation, or if the Borrower fails to comply with any of the obligations as set forth in this letter.

**ASSIGNMENT:**  This commitment shall not be assignable or transferable by the Borrower without the prior written approval of Fleet and the loans made pursuant hereto shall not be assumable.

**INTENT OF PARTIES:**  It is the intent of all parties to this agreement that the terms and conditions expressed herein shall survive the closing of the loan and are to remain in full force and effect until the loan is paid in full and the commitment expires.

SCAMAAA1.SAM

NOV-12-1993  11:05    FROM  LOAN ORG/SER. GROUP    TO    8546988?    P.03

Scandinavian Marine Claims Office, Inc.

Page 3

**JURY WAIVER:**     The Bank and Borrower hereby agree to waive any right to trial by jury in connection with any matter arising out of this transaction.

**OTHER TERMS AND CONDITIONS:**     The Borrower and its subsidiaries agree that until the Note and all other amounts due hereunder are fully paid, they will not change their name, enter into any merger, consolidation or reorganization, reclassify its capital stock or dispose of any material assets except in the ordinary course of business.

The Borrower and its subsidiaries also agree that until the note and all other amounts due hereunder are fully paid, they will not incur any indebtedness except trade indebtedness, taxes and salaries without the prior consent of Fleet. Fleet's written consent will not be unreasonably withheld.

The Borrower acknowledges that the company is being accommodated with the above noted pricing based upon the company's offer to transfer DDA and money market accounts to Fleet.

This approval is also subject to the following:

- ◆ The Borrower shall provide a comfort letter from its foreign parent.
- ◆ Receipt and satisfactory review of 9/30/93 interim statements and 9/30/93 aging of Accounts Receivable prior to closing.
- ◆ The Borrower will provide evidence of payout of existing line with Union Trust Company and release of UCC-1 filing by Union Trust Company.
- ◆ Satisfactory Bank and Trade checks.
- ◆ Satisfactory Certificate of Good Standing and UCC Lien Search with the State of Connecticut.

**CROSS DEFAULT AND COLLATERAL:**     The collateral shall secure the payment of all present and future indebtedness and liabilities of Borrower to Fleet. The obligations include, without limitation, all present and future loans, any related interest, fees, charges and expenses. If the Borrower is deemed in default on any outstanding obligation, Fleet may, at Fleet's option and without notice or demand, declare all obligations to be immediately due and payable.

SCAMAAA1.SAM

Page 4

Scandinavian Marine Claims Office, Inc.

**EXPIRATION:**      Unless accepted by you, this commitment will expire on December 1, 1993 and Fleet's obligations hereunder shall terminate.

**CLOSING:**      If the loan does not close by December 17, 1993, this commitment shall become null and void.

If the above terms and conditions meet with your approval, kindly indicate your acceptance by signing in the appropriate spaces and returning this letter to me with the commitment fee by the expiration date. Please contact me at (203) 382-6970 if you have any questions concerning this commitment.

Sincerely,

Fleet Bank, National Association

_____   11/15/93

Anthony J. Cadrone       date
Vice President

Accepted By:

Scandinavian Marine Claims Office, Inc.

_____   11/18/93

Robert Jones       date
Treasurer

SM 000837

# EXHIBIT 15



**Fleet Bank**

September 21, 1994

Scandinavian Marine Claims Office, Inc.
Robert Jones, Treasurer
333 Ludlow Street
Stamford, CT 06912

Dear Mr. Jones:

I am pleased to advise you that Fleet Bank, National Association ("Fleet") has approved your request for a $800,000.00 credit facility, increased from $400,000.00,  subject to the following terms and conditions:

| | |
|---|---|
| **BORROWER:** | Scandinavian Marine Claims Office, Inc. |
| **AMOUNT:** | ($800,000.00) EIGHT HUNDRED THOUSAND  DOLLARS |
| **TYPE:** | Line of Credit |
| **PURPOSE:** | Proceeds will be used to support accounts receivable and to make a contribution to the company's pension plan. |
| **MATURITY DATE:** | May 1, 1995 |
| **REPAYMENT:** | Interest will be charged monthly to the Borrower's checking account #9361709278 commencing the last day of the month after the initial advance.  After the initial advance, a thirty day consecutive clean up period is required prior to maturity. |
| **INTEREST RATE:** | Borrowings will bear interest at a variable rate equal to Fleet's Prime Rate plus .50%, and will be adjusted as Fleet's Prime Rate changes. The Prime Rate shall mean the interest rate announced by Fleet from time to time as its prime rate on commercial loans. |
| **COMMITMENT FEE:** | Waived |

Fleet Bank. N.A.
One Constitution Plaza
Hartford, Connecticut  06115-1600
203-244-5000
A Member of Fleet Financial Group  Inc

SCAMAAA1.SAM

Scandinavian Marine Claims Office, Inc.                                    Page 2

**LATE CHARGE:** If any payment of interest is not paid in full within ten (10) days after the same is due, the Borrower shall pay to the lender a late fee on such unpaid amount equal to five percent (5%) of such late payment. After demand or maturity, the unpaid principal of the Note shall bear interest at Fleet Prime plus 2.5%. Interest accruing after demand shall be payable on demand.

**COLLATERAL:** The Borrower will grant to Fleet a valid first security interest in all corporate assets as security for this loan.

**INSURANCE:** At the closing, the Borrower shall provide evidence of hazard insurance listing Fleet as loss payee.

**DOCUMENTS:** The loan will be evidenced by documentation in form and content satisfactory to Fleet and its counsel.

**EXPENSES:** The loan shall be made without cost to Fleet and the Borrower shall pay for all expenses whether or not the loan closes.

**FINANCIAL STATEMENTS:** The Borrower shall provide Fleet with annual CPA Audited financial statements, and a quarterly agings of accounts receivable.

**MATERIAL ADVERSE CHANGE:** Fleet reserves the right to terminate any obligation under this commitment if at any time we believe changes have occurred which in our opinion are material and adverse to the Borrower's financial condition, management and operation, or if the Borrower fails to comply with any of the obligations as set forth in this letter.

**ASSIGNMENT:** This commitment shall not be assignable or transferable by the Borrower without the prior written approval of Fleet and the loans made pursuant hereto shall not be assumable.

**INTENT OF PARTIES:** It is the intent of all parties to this agreement that the terms and conditions expressed herein shall survive the closing of the loan and are to remain in full force and effect until the loan is paid in full and the commitment expires.

**JURY WAIVER:** The Bank and Borrower hereby agree to waive any right to trial by jury in connection with any matter arising out of this transaction.

SCAMAAA1.SAM

Scandinavian Marine Claims Office, Inc.                                    Page 3

**OTHER TERMS
AND CONDITIONS:** The Borrower and its subsidiaries agree that until the Note and all other amounts due hereunder are fully paid, they will not change their name, enter into any merger, consolidation or reorganization, reclassify its capital stock or dispose of any material assets except in the ordinary course of business.

The Borrower and its subsidiaries also agree that until the note and all other amounts due hereunder are fully paid, they will not incur any indebtedness except trade indebtedness, taxes and salaries without the prior consent of Fleet. Fleet's written consent will not be unreasonably withheld.

Commitment is subject to the following:

- Parent company to provide the Bank with a Letter of Comfort;
- Adequate insurance on assets, Fleet as loss payee;
- Satisfactory UCC-1 lien search and Certificate of Good Standing.

**CROSS DEFAULT
AND COLLATERAL:** The collateral shall secure the payment of all present and future indebtedness and liabilities of Borrower to Fleet. The obligations include, without limitation, all present and future loans, any related interest, fees, charges and expenses. If the Borrower is deemed in default on any outstanding obligation, Fleet may, at Fleet's option and without notice or demand, declare all obligations to be immediately due and payable.

**EXPIRATION:** Unless accepted by you, this commitment will expire on October 5, 1994 and Fleet's obligations hereunder shall terminate.

**CLOSING:** If the loan does not close by October 14, 1994, this commitment shall become null and void.

If the above terms and conditions meet with your approval, kindly indicate your acceptance by signing in the appropriate spaces and returning this letter to me by the expiration date. Please contact me at (203) 797-2073, if you have any questions concerning this commitment.

Sincerely,                                    Accepted By:

Fleet Bank, National Association              Scandinavian Marine Claims Office, Inc.

_David E. Nelson_  9/22/94                    _Robert Jones_  9/27/94
David E. Nelson          date                 Robert Jones          date
Vice President                                Treasurer

SCAMAAA1.SAM

SM 000974