UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------X

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.

      Plaintiff,

v.

SIRI OSTENSEN,

      Defendant,

v.

SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., S.M.C.O., A.S., AND NORWEGIAN HULL CLUB,

   Counterclaim and Third-Party Defendants.

-------------------------------------------------------X

: Civil Case No.
: 3:02 CV 678 (RNC)
:
: Magistrate Judge Donna F. Martinez
:
: August 17, 2005

**UNCONTESTED MOTION FOR A THREE-WEEK EXTENSION OF TIME**

Plaintiff/Third-Party Defendant Scandinavian Marine Claims Office, Inc. ("SMCO") and Third-Party Defendants SCUA Americas, Inc. ("SCUAA"), SMCO A.S.[1], and Norwegian Hull Club ("NHC") (collectively, the "Moving Plaintiff and Third-Party Defendants") respectfully move pursuant to Local Civil Rule 7(b) for a three-week

---

[1] Because SMCO A.S. was one of the entities to which Defendant's Motion to Compel was directed, SMCO A.S. joins in this motion, without prejudice to its recently filed motion to dismiss for lack of personal jurisdiction.

1328571.1

1

extension of time to respond to the Motion To Compel filed by Defendant on June 27, 2005. This motion has been consented to by counsel for Defendant.

### The Extension Requested

The Moving Plaintiff and Third-Party Defendants seek an extension of three weeks to their time to respond to Defendant's Motion to Compel. This would extend their time to oppose the motion from August 18, 2005 to September 8, 2005.

### The Extension Has Been Consented To

Counsel for Defendant have consented to the extension requested herein, provided that the Moving Plaintiff and Third-Party Defendants agree not to object to a motion that Defendant may file to extend the discovery deadline by three-weeks should Defendant need that additional time to complete discovery. The Moving Plaintiff and Third-Party Defendants agree not to object to such a motion in the event that Defendant deems it necessary to file it.

### There is Good Cause for the Extension

Local Civil Rule 7(b) provides for the granting of extensions for good cause. There is good cause for the requested extension, as considerable documentation has been produced to Defendant since the time that she filed her Motion to Compel, a meet-and-confer took place by telephone on Friday, August 12, 2005, and the additional three-week period is necessary so that the parties can resolve or narrow the remaining outstanding issues in connection with the document request that is the subject of Defendant's Motion to Compel so that any unresolved issues can be clearly articulated to the Court.

1328571.1

2

**Conclusion**

For the reasons set forth above, the Moving Plaintiff and Third-Party Defendants respectfully request that the Court (1) grant its motion for a three-week extension of time to respond to Defendant's Motion To Compel from August 18, 2005 to September 8, 2005 and (2) adjourn oral argument of Defendant's Motion to Compel from August 22, 2005 to September 23, 2005 or the next available date on the Court's calendar.

Dated: New York, New York
      August 17, 2005

                            Respectfully submitted,

                            CARTER LEDYARD & MILBURN LLP

                            By: _____
                                Donald J. Kennedy
                                Federal Bar No. ct23620
                                2 Wall Street
                                New York, New York 10005
                                Telephone: (212) 732-3200
                                Facsimile: (212) 732-3232

                                Madeleine F. Grossman
                                Federal Bar No. ct05987
                                LEVETT ROCKWOOD P.C.
                                33 Riverside Avenue
                                Post Office Box 5116
                                Westport, Connecticut 06880
                                Telephone: (203) 222-0885
                                Facsimile: (203) 226-8025

                                *Attorneys for Scandinavian Marine Claims*
                                *Office, Inc., SCUA Americas, Inc., SMCO*
                                *A.S. and Norwegian Hull Club*

## CERTIFICATION

This is to certify that a copy of the foregoing Uncontested Motion for a Three-Week Extension of Time was sent via Federal Express on this 17th day of August, 2005 to the following counsel of record:

Madeleine F. Grossman, Esq.
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
Westport, Connecticut 06881

Jeffrey M. Eilender, Esq.
Schlam Stone & Dolan
26 Broadway, 19th Floor
New York, New York 10004

Sharon E. Jaffe, Esq.
Levin & Glasser
3 Ledgebrook Court
Weston, CT 06883

Donald J. Kennedy