# EXHIBIT 3



About Us Services Contacts Representatives News Publications Links Log on

### About Us

- History
- Articles of Association
- S&P Rating of NHC



**History and Tradition**

Mutual hull insurance has long traditions in Norway. The first hull club was Oxefjordens Indbyrdes Assuranceselskap, formed at Borøya in 1806 by loc shipowners from the district around Tvedestrand on the southeastern coast Norway. However it was dissolved only a few years later.

In 1837 the foundation seemed firmer and both Langesundfjordens Skibs Assuranceforening (later called Den Første Norske Assuranceforening) anc Skibsassurance-foreningen i Arendal were established. These two clubs became the roots of UNITAS. Those were the days of white sails and a nun of clubs were founded along the coast of Norway to offer financial service tc growing Norwegian merchant marine. Bergens Assuranceforening was four in 1850.

In the middle of the nineteenth century the fleet of steamships expanded ra| and the fastest growth was in Bergen. In order to cover the insurance need: the steamships owned by the Bergen shipowners, Bergen Dampskibs-Assuranceforening was founded in 1879. Other steamship clubs were also founded around the coast, the most important in eastern Norway, Skibsassuranceforeningen Vidar in 1895.

Bergens Assuranceforening and Bergens Dampskibs-Assuranceforening merged in 1937 to form Bergen Hull Club. In 1951 UNITAS was formed thrc a merger of several clubs on the east coast of Norway led by Skibsassuranceforeningen Vidar. In the years to come UNITAS merged witl remaining clubs on the east and south coast of Norway.

In 2001 Bergen Hull Club and UNITAS merged to create Norwegian Hull Cl Norwegian Hull Club therefore carries forward the history of all the mutual h clubs in Norway into a new century.

The purpose of the mergers has always been to create a more concentrate( and rational operation - to the advantage of the shipowners who have demanded an increasingly higher level of competence and efficiency. Evolu means a constant development creating new entities with the consequentia ending of others. Such evolution has been one of the important strengths of mutual hull clubs. The clubs have always been able to adapt to changing conditions.

Today, in addition to an important international portfolio, Norwegian Hull Clt has the largest share of the Norwegian ocean hull market and it ranks amor the largest pure marine underwriters in the world.

*****

Mail