# EXHIBIT 5



**ARTICLES OF ASSOCIATION**
ADOPTED BY THE GENERAL MEETING ON 30 MARCH, 2001

**VEDTEKTER**
VEDTATT PÅ GENERALFORSAMLINGEN 30. MARS 2001



NORWEGIAN HULL CLUB



**C O N T E N T S**

Chapter 1. General Rules ............................................... 4

Chapter 2. The Governing Bodies of the Association .............. 6

Chapter 3. Miscellaneous Provisions ....................................... 14

**I N N H O L D**

Kapittel 1. Alminnelige bestemmelser ................................... 16

Kapittel 2. Foreningens organer ............................................ 18

Kapittel 3. Diverse bestemmelser  ........................................ 25

## CHAPTER 1. GENERAL RULES

### § 1-1  FOUNDATION AND REGISTERED OFFICE OF THE ASSOCIATION

The name of the Association is the Norsk Skipsassuranseforening - Gjensidig, which is an amalgamation of:

Bergens Skibsassuranseforening – Gjensidig, founded on December 17, 1936 as an amalgamation of Bergens Assuranceforening (founded 1850) and Bergens Dampskibs-Assuranceforening (founded 1879)

and

Unitas – Gjensidig Assuranseforening, a continuation of Skipsassuranseforeningen Unitas in Oslo, founded on September 28, 1951, an amalgamation of:

Skibsassuranseforeningen Vidar, Gjensidig, founded October 4, 1894 (in which Den Første Norske Assuranceforening, founded February 10, 1837 was merged) and Den gjensidige Dampskibsassuranceforening Nora, founded September 29, 1879.

Skipsassuranseforeningen Skjold, Gjensidig, founded May 15, 1897 (in which Assuranceforeningen Odin, founded November 18, 1897 had been amalgamated) was merged August 1, 1963.

Skibsassuranceforeningen i Arendal og Christiania, founded October 22, 1962 as an amalgamation av: Skibsassuranceforeningen i Arendal, founded in 1837, and Skibsassuranceforeningen i Christiania, founded 1867, was merged from January 1, 1986.

The registered head office of the Association is in Bergen, with branch offices in Oslo and Kristiansand.

### § 1-2  OBJECT

The object of the Association is direct mutual non-life insurance within the branch of marine and transport insurance, reinsurance, and other business naturally related to insurance.

### § 1-3  MINIMUM INSURANCE SUM

The Association shall have at least 25 insured entries, representing a total minimum sum insured of NOK 500 million.

### § 1-4  MEMBERSHIP

Anyone who is directly insured with the Association and is liable to pay contribution is a member of the Association. The insured is regarded liable to pay contribution unless the insurance expressly and in writing has been taken out at fixed premium in accordance with the authority contained in the last paragraph of this section. An

## CHAPTER 1. GENERAL RULES

insured is a member from the time when the insurance has taken effect and the membership continues for as long as the insurance is in force.

Only the Association may enforce the claim for contribution against the members.

Upon termination of membership in the Association, members are not entitled to any part of the equity or profit of the Association.

The Board may authorize management to accept insurance at fixed premium. The Board must stipulate the limits for the part of the direct insurance portfolio that may be accepted at fixed premium. An insured who has taken out insurance at fixed premium shall not be entitled to any part of the profit, or to a discount, and shall not be liable to pay contribution pursuant to § 3-1, and shall not be called to General Meetings or in any other way have or exercise membership rights.

## CHAPTER 2. THE GOVERNING BODIES OF THE ASSOCIATION

### § 2-1  GOVERNING BODIES

The Governing Bodies of the Association are the Board of Directors, the Committee, the Supervisory Committee, Election Committee and the General Meeting.

### § 2-2  MEMBERS OF THE GOVERNING BODIES TERM OF OFFICE

The members and deputy members of the governing bodies shall be elected for a term of two (2) years, half of whom, or in case of an odd number the smaller number, shall retire every year. If several of the members have equally long periods of service, retirement shall be decided upon by drawing lots.

### § 2-3  THE COMPOSITION OF THE BOARD OF DIRECTORS

The Board of Directors shall consist of at least five (5) and not more than ten (10) members, together with the number of deputy members decided by the General Meeting.

In additon two Board members and two deputy Board members shall be elected by and from the employees of the Association. If a member elected by the employees terminates his / her employment with the Association, he / she shall also retire as a member of the Board of Directors.

### § 2-4  FUNCTIONS OF THE BOARD OF DIRECTORS

The Board of Directors shall administer the business of the Association, see to it that the Association is properly organised and ensure that the interests of the Association and its members are furthered in an appropriate manner.

The Board of Directors shall to the extent it is necessary stipulate plans and budgets for the operations of the Association. The Board of Directors shall also stipulate operational guidelines and instructions for management.

The Board of Directors shall keep itself informed of the Association's economic position and is duty bound to see that its operations, accounts and management of funds are subject to satisfactory controls.

The Board of Directors shall effect any investigations deemed to be necessary in order to carry out its reponsibilities. The Board of Directors shall initiate such investigations if this is demanded by one or more of the Board members.

The Board of Directors shall also:

1. submit to the Committee for its opinion complete and audited accounts and to the General Meeting for approval complete and audited accounts together with its annual report for the preceding year.

⑥

## CHAPTER 2. THE GOVERNING BODIES
## OF THE ASSOCIATION

2. submit to the Committee for its opinion and to the General Meeting for approval its proposal for application of profit or coverage of loss.
3. decide on the engagement of the Managing Director and other executives and stipulate their remuneration and conditions of service, as well as decide on the general remuneration and conditions of service for other employees. The Board may delegate this authority with regard to employees other than the Managing Director and Deputy Managing Director.
4. determine general insurance conditions.
5. supervise the administration of the Association and its operations in general.
6. stipulate Board instructions in accordance with the Companies act § 6-23, cf. the Nowegian Insurance Business Act § 5-3.

§ 2-5     BUSINESS OF THE BOARD OF DIRECTORS

The Board of Directors shall meet regularly, called by the Chairman of the Board in order to deal with relevant matters. The Board shall deal with matters in a meeting, unless the Chairman of the Board is of the opinion that the matter can be submitted in written form or dealt with in an otherwise satisfactory manner. The Chairman of the Board shall ensure that the Board members can as far as possible participate in dealing with matters that are to be decided upon in a forum other than a meeting. Any Director of the Board or the Managing Director of the Association may request a Board meeting to be called.

The Annual Accounts and Annual Report shall be discussed and approved in a meeting.

Any Board member or the Managing Director of the Association may request that a specific matter be discussed.

The Board meetings are chaired by the Chairman or in his absence the Deputy Chairman. If neither of these are present, then the participating members will elect a Chairman from those present.

The Board of Directors forms a quorum when more than half of its members are present or take part in the dealings.

The Board of Directors can nevertheless not pass a resolution in respect of a matter unless all members of the Board have as far as as possible been given the opportunity to participate in the dealing of that matter.

In cases of absence and where a deputy exists, then the deputy shall be called up.

Decisions of the Board of Directors shall be arrived at by a majority of the votes of the members present. For a decision to be valid, the Board members in favour of the decision must represent more than 1/3 of all Board members. In the event of a tie, the Chairman shall have the casting vote.

## CHAPTER 2. THE GOVERNING BODIES OF THE ASSOCIATION

The Board of Directors shall keep minutes of its meetings. At the very least, the minutes shall state the time and place of the meeting, the participants, the manner of how a matter was dealt with and the Board's resolution. It shall be evident that the necessary quorum was reached and that all Board members were as far as possible given the opportunity to participate and that deputy Board members were called in cases of absence.

If a Board resolution is not unanimous, the minutes shall specify who voted for and against the resolution. Board members and the Managing Director can demand that their opinion is recorded in the minutes if they are not in agreement with a resolution.

The minutes shall be signed by all Directors present at the meeting. The Board may elect two (2) of its members to sign the minutes. In such case, a copy of the minutes shall be sent at all Board members with a deadline for comments, which may be requested included in the minutes.

### § 2-6    SIGNATORIES FOR THE ASSOCIATION

The Board of Directors commits the association in external matters. The Managing Director commits the association in matters concerning daily operations.

The Association is also committed by the signature of the Chairman of the Board or the Managing Director separately or by the joint signatures of two (2) other members of the Board.

The Board may grant power of procuration.

### § 2-7    MANAGING DIRECTOR

The Association shall have a Managing Director who shall administer the daily business of the Association, implement the decisions of the Board of Directors and moreover further the interests of the Association in accordance with the instructions and guidelines laid down by the Board of Directors.

The daily administration does not include matters that relative to the association are of unusual nature or of great importance.

Otherwise the Managing Director can decide upon a matter with the Board of Directors' authorisation in individual cases, or when the Board's resolution cannot be awaited without causing substantial inconvenience for the Association. The Board of Directors shall be informed of the decison as soon as possible.

The Managing Director shall ensure thet the Association's accounts are in accordance with laws and regulations, and that the managment of funds is organised in a satisfactory manner.

At least every third month, the Managing Director, either in a meeting or written

## CHAPTER 2. THE GOVERNING BODIES OF THE ASSOCIATION

format, shall inform the Board of Directors of the Association's operations, position and development of results.

The Board of Directors can at any time demand that the Managing Director supply the Board with a more detailed account of specific matters. Such an account can also be demanded by individual Board members.

§ 2-8    THE MEMBERS OF THE COMMITTEE

The Committee shall consist of twelve (12) to thirty (30) members with up to half their number of deputies. The General Meeting shall stipulate how many of each on a yearly basis.

The members shall be elected from amongst the Association's members. The Committe shall be composed such that the members' interests are duly represented.

§ 2-9    FUNCTIONS OF THE COMMITTEE

The Committee shall supervise the Board of Directors' and the Managing Director's administration of the Association and shall see to it that the object of the Association is furthered in accordance with Norwegian law, these articles, and the decisions of the General Meeting and the Committee.

Each of the members of the Committee may, during Committee meetings, request information regarding the operation of the Association to that extent it is considered necessary. Investigations can be initiated either by the Committee itself or a panel from the Committee.

The Board of Directors shall furnish the Committee with all information necessary for evaluation of the operation of the Association.

In addition the Committee shall:

1. submit to the General Meeting a statement as to whether the profit and loss account and balance sheet adopted by the Board of Director's shall be approved.
2. submit to the General Meeting a statement regarding the proposal of the Board of Directors on how to apply profits or cover losses.
3. elect members, and deputy members if the Committee so decides, to the Board of Directors.
4. elect the Chairman and Deputy Chairman of the Board for a period of one year. The election of the Chairman and the Deputy Chairman shall be from those members of the Board who have not been elected by the employees.
5. elect one or more state authorized auditors and determine their remuneration. The auditor(s) shall continue in service until a replacement is elected.
6. adopt instructions to the Supervisory Committee and decide upon the report of this Committee.

## CHAPTER 2. THE GOVERNING BODIES OF THE ASSOCIATION

7. on recommendation by the Board, decide upon matters regarding:
   (a) investments that are substantial in relation to the funds of the Association.
   (b) rationalisation or changes of the operation of the Association which will entail important reorganisation of the employees.

The Committee shall keep minutes of its meetings. The Committee shall elect two representatives to sign the minutes together with the Chairman.

### § 2-10 THE MEETINGS OF THE COMMITTEE

The Chairman or the Deputy Chairman of the Committee may call Committee meetings with at least 14 days' written notice. Meetings are convened as often as the Board of Directors or the Chairman of the Committee deems necessary, but at least twice a year. A meeting shall be called when demanded by members who together constitute at least one-sixth of the members of the Committee or by the Board of Directors.

The Committee forms a quorum when at least half of its members are present. The Committee can nevertheless not pass a resolution in respect of a matter unless all members have as far as as possible been given the opportunity to participate in the dealing of that matter. If a member is to be absent then their deputy shall be given the opportunity to participate.

Decisions of the Committee shall be arrived at by a majority of the votes of the members present. A decision is valid only when those in favour of the decision represent more than one-third of all members. In the event of a tie then the Chairman, or in his absence the Deputy Chairman, shall have the casting vote.

### § 2-11 SUPERVISORY COMMITTEE

The Association shall have a Supervisory Committee consisting of at least three (3) members and one (1) deputy member. One member shall satisfy the same qualifications as those required for being a judge pursuant to the Norwegian Court Act § 54, second paragraph, and shall be approved by the Norwegian Banking, Insurance and Securities Commission (Kredittilsynet). The Supervisory Committee shall supervise the business of the Association pursuant to the Norwegian Insurance Business Act, § 5-6 and 5-7, and the instructions adopted by the Committee. The instructions shall be approved by the Banking, Insurance and Securities Commission (Kredittilsynet).

## CHAPTER 2. THE GOVERNING BODIES OF THE ASSOCIATION

### § 2-12  ELECTION COMMITTEE

The Association shall have an Election Committee with a least five (5) members. The Chairman of the Committee and the last retired Chairman of the Board shall be members of the Election Committee. At least three of the members shall be elected by the General Meeting.

The Election Committee is chaired by the Chairman of the Committee. The Election Committee shall follow the instructions laid down by the General Meeting.

### § 2-13  ORDINARY GENERAL MEETING

The Ordinary General Meeting shall be held once a year before the end of the month of June either in Bergen or Oslo as decided by the Board of Directors.

The General Meeting shall be called by the Board of Directors with not less than 14 days' written notice to all members with known place of business. The notice of the meeting shall state the time and place of the meeting and specifically state those matters that are to be dealt with at the General Meeting.

Every member of the Association has the right to take up a matter at the General Meeting that has been notified in written format to the the Board of Directors in time or it to be included in the notice of the meeting. In the event that the notice of the meeting has already been distributed, a new notice of the meeting shall be sent out as long as this is done at least one week before the General Meeting is to take place.

Matters that have not been notified to the members or according to the provisions above, can not be decided upon without the consent of all of the members of the Association.

The fact that a matter has not been stated in the notice of the meeting, does nonetheless not prevent that

1. the Ordinary General Meeting decides upon matters that by law or according to the Articles of Association shall be dealt with at the meeting,
2. the Ordinary General Meeting decides upon proposals of investigation according to the Companies Act § 5-25 first paragraph, cf. Norwegian Insurance Business Act § 5-8,
3. it is resolved to give notice of a new General Meeting in order to decide upon proposals made during the meeting.

Every member of the Association has the right to be present and vote at the General Meeting, cf. § 1-4. Members of the Association can meet and cast votes by proxy of their own choice according to the Companies Act § 5-2, cf. Norwegian Insurance Business Act § 5-8,

In the General Meeting all members of the Association have one vote for each

## CHAPTER 2. THE GOVERNING BODIES OF THE ASSOCIATION

increment of NOK 100,000 that has been paid in premium relating to the preceding calendar year. At the first General Meeting following the merger then the calculation of voting rights shall be made based on the premium paid by the members of Bergens Skibsassuranseforening and Unitas Gjensidig Assuranseforening for the year 2000.

The General Meeting shall decide upon any dispute regarding a member's right to vote. Members holding disputed rights to vote shall not partake in decisions regarding disputed votes.

### § 2-14  THE FUNCTIONS OF THE GENERAL MEETING ETC.

The highest authority of the Association is the General Meeting.

The General Meeting shall be opened by the Chairman of the Board or whoever the Board of Directors has nominated. The General Meeting shall elect a Chairman of the Meeting, who doesn't have to be a member of the Association.

When the General Meeting has been opened, the Chairman of the Meeting shall keep a record of the members and representatives of members present, and shall record how many votes each represents. This record shall apply until it may be changed by the General Meeting.

A decision made at the General Meeting needs a majority of the votes cast, unless stated otherwise by law or these Articles of Association. In the event of an equal number of votes being cast, the Chairman of the Meeting shall have the casting vote, also in the event that the person concerned does not have the right to vote.

As regards elections, the person receiving most votes is elected. The General Meeting can decide beforehand that a new vote must take place if there is no majority of the total poll. If the number of votes are equal, then a decison will be made by drawing lots.

The Chairman of the Meeting shall ensure that minutes are kept for the General Meeting. The decisions of the General Meeting shall be recorded in the minutes with an entry on the result of the voting. The record of the members present shall be incorporated into or enclosed with the minutes of the Meeting.

The General Meeting shall elect two members to sign the minutes together with the Chairman of the Meeting.

The minutes shall be available to all members and shall be filed in a safe manner.

The annual accounts, consisting of the profit and loss account, the balance sheet and the annual report of the Board of Directors, as well as the auditors' report and the statement of the Committee, shall be distributed to all members of the Association with known address not later than one week before the General Meeting. These papers shall also be distributed to those present who have not received the documents beforehand.

## CHAPTER 2. THE GOVERNING BODIES OF THE ASSOCIATION

The following matters shall be discussed and decided upon:

1. adoption of the profit and loss account, the balance sheet and the annual report.
2. application of profit and the coverage of loss in accordance with the adopted balance sheet and § 3-1 of these articles.
3. election of members, and if the General Meeting so decides deputy members, to the Committee, the Supervisory Committee and the Election Committee.
4. election of the Chairman and Deputy Chairman of the Committee for a period of one year.
5. election of the Chairman of the Supervisory Committee for a period of one year.
6. stipulation of the remuneration of the members and deptuty members of the Board of Directors, the Committee, the Supervisory Committee and the Election Committee.
7. approval of instructions for the Election Committee.
8. any other matter which is set out in the notice calling the meeting and proposed by the Board of Directors, the Committee or a member.
9. any other matter which according to law or these Articles of Association comes within the province of the General Meeting.

### § 2-15  EXTRAORDINARY GENERAL MEETING

An Extraordinary General Meeting shall be called when the Board of Directors, the Committee or the Chairman of the Committee deems it necessary, or for the determination of specifically declared matters when demanded in writing by the auditor or by members who together represent at least one-tenth of the votes.

In other respects, the samme rules apply as for an Ordinary General Meeting unless otherwise stated according to the Companies Act § 5-10, cf. § 5-6, cf. Norwegian Insurance Business Act § 5-8.

## CHAPTER 3. MISCELLANEOUS PROVISIONS

### § 3-1   PREMIUMS AND CONTRIBUTIONS

The advance premiums shall be set with regard to all circumstances which are considered relevant to the assessment of each risk, including the loss record of the entered vessels managed by the member in question.

If the total premiums and other income of the Association are found to be in excess of that required to cover the claims and costs of the Policy Year, the Association may decide that the surplus, wholly or in part, shall be repaid to the members in the year in question by way of a pro rata discount to be stipulated in proportion to the net advance premiums for that year.

Any deficit shall be made good in the same manner by calling a contribution to be levied pro rata in proportion to the net advance premium of that year. The contribution shall be limited to twice the net advance premium.

Each Policy Year shall be kept open for payment of discount or levying of contributions until the General Meeting, on the Board of Directors' recommendations, decides to close the year. After the Policy Year has been closed, no further contributions can be called and no discount can be paid, and possible surplus/deficit shall be allocated to the accounts of the subsequent year.

### § 3-2   AMENDMENT OF THE ARTICLES. APPROVAL

Unless provided otherwise in mandatory law (cf. § 5-8, 2nd. paragraph of the Norwegian Insurance Business Act and the Companies Act § 5-18), a decision to amend these articles requires the approval of at least two-thirds of the votes cast in the General Meeting.

Amendments to these articles must be approved by the King of Norway to be valid.

### 3-3   MINIMUM INSURANCE VOLUME

If the number of insured entries, or the total sum insured, decreases below what is provided in § 1-3 of these articles, the Board of Directors shall immediately call, with no more than 14 days' notice, a General Meeting which shall make a decision in accordance with § 10-2 of the Norwegian Insurance Business Act.

### § 3-4   DISSOLUTION OF THE ASSOCIATION

Upon dissolution of the Association, any surplus of the Association shall be distributed to those who were members of the Association at the time of dissolution, in proportion to paid-in premium over the last 10 years of operation.

For those who were members in Bergens Skibsassuranseforening and Unitas Gjensidig Assuranseforening, cf. § 1-4 of these Articles of Association and the

## CHAPTER 3. MISCELLANEOUS PROVISIONS

corresponding provision in the repective previous articles of association, the following interim rules shall apply for dissolution that is agreed prior to January 1, 2011:

1. The operating years in Bergens Skibsassuranseforening and Unitas Gjensidig Assuranseforening prior to the amalgamation are to be included when calculating the last 10 operating years.
2. Premium paid to Bergens Skibsassuranseforening and Unitas Gjensidig Assuranseforening in the years that count under 1. above shall be added to the premium paid to Norsk Assuranseforening.
3. Premium paid to Bergens Skibsassuranseforening shall be multiplied by a factor of 3.31 when calculating according to 2. above.

§ 3-5     ARBITRATION

Unless otherwise agreed, disputes between the Association and its members or an insured who is not a member, arising out of the membership or the insurance, shall be resolved by arbitration by three lawyers. Each party shall nominate one arbitrator and those so nominated shall appoint the chairman of the tribunal.

Reasons shall be given for the award.

Unless otherwise agreed, the arbitration proceedings shall take place in Bergen and be governed by Norwegian law.

## KAPITTEL 1. ALMINNELIGE BESTEMMELSER

§ 1-1    FIRMA OG FORRETNINGSKONTOR

Foreningens navn er Norsk Skipsassuranseforening – Gjensidig -, som er en sammenslutning av:

Bergens Skibsassuranseforening - Gjensidig -, stiftet 17. desember 1936 som en sammenslutning av Bergens Assuranceforening (stiftet 1850) og Bergens Dampskibs-Assuranceforening (stiftet 1879)

og

Unitas - Gjensidig Assuranseforening, som er en fortsettelse av Skipsassuranse-foreningen Unitas i Oslo, stiftet 28. september 1951, som var en sammenslutning av:

Skibsassuranceforeningen Vidar, Gjensidig, stiftet 4. oktober 1894 (hvori var opp-tatt Den Første Norske Assuranceforening, stiftet 10. februar 1837) og Den gjensidige Dampskibsassuranceforening Nora, stiftet 29. september 1879.

Skipsassuranseforeningen Skjold, Gjensidig, stiftet 15. mai 1897 (hvori var opptatt Assuranceforeningen Odin, stiftet 18. november 1897) ble opptatt 1. august 1963.

Skibsassuranceforeningen i Arendal og Christiania, stiftet 22. oktober 1962 som en sammenslutning av: Skibsassuranceforeningen i Arendal, stiftet i 1837, og Skibs-assuranceforeningen i Christiania, stiftet 1867, ble opptatt fra 1. januar 1986.

Foreningens forretningskontor er i Bergen med avdelingskontor i Oslo og Kristiansand.

§ 1-2    FORMÅLET - VIRKSOMHET

Foreningens formål er å drive direkte gjensidig skadeforsikringsvirksomhet innen bransjen sjø- og transportforsikring, gjenforsikringsvirksomhet samt virksomhet som naturlig henger sammen med forsikringsvirksomhet.

§ 1-3    MINSTE FORSIKRINGSSUM

Virksomheten skal ha et antall på minimum 25 forsikringer med en samlet forsikringssum på minimum 500 millioner norske kroner.

§ 1-4    MEDLEMSKAP

Medlem i Foreningen er enhver direkte forsikringstaker som er tilskuddspliktig. Forsikringstakeren anses som tilskuddspliktig med mindre det er inngått uttrykkelig skriftlig avtale om at forsikringen er tegnet til fast premie i henhold til fullmakten i siste ledd i denne paragraf. Medlem er en når forsikringen er trådt i kraft og så lenge den løper.

Medlemmenes ansvar for Foreningens forpliktelser kan bare gjøres gjeldende av Foreningen.

## KAPITTEL 1. ALMINNELIGE BESTEMMELSER

Ved uttreden av Foreningen er medlemmet ikke berettiget til noen andel i Foreningens egenkapital eller overskudd.

Styret kan gi administrasjonen fullmakt til å tegne forsikringer til fast premie. Styret skal fastsette rammer for hvor stor del av den direkte forsikringsporteføljen som kan tegnes til fast premie. Forsikringstaker som har tegnet forsikring til fast premie, får ikke noen andel av overskudd, rett til rabatt eller plikt til å innbetale tilskudd i henhold til § 3-1 og skal heller ikke innkalles til generalforsamlingen eller på annen måte ha eller utøve medlemsrettigheter.

### KAPITTEL 2. FORENINGENS ORGANER

§ 2-1   ORGANENE

Foreningens organer er styre, representantskap, kontrollkomité, valgkomité og generalforsamling.

§ 2-2   TILLITSVALGTES FUNKSJONSTID

Tillitsvalgte velges for to (2) år om gangen og slik at halvparten er på valg hvert år, eller - hvis antallet er ulikt - den mindre del av de valgte medlemmer. Blant flere som har fungert like lenge etter siste valg, foretas loddtrekning.

§ 2-3   STYRETS SAMMENSETNING

Styret skal bestå av minst 5 og høyst 10 medlemmer med det antall varamedlemmer generalforsamlingen fastsetter.

I tillegg skal to medlemmer med to varamedlemmer velges av og blant de ansatte i Foreningen. Hvis et medlem valgt av de ansatte slutter i Foreningen, skal vedkommende tre ut av styret.

§ 2-4   STYRETS FUNKSJONER

Styret skal forvalte Foreningens virksomhet, påse at Foreningen har en forsvarlig organisasjon og at Foreningens og medlemmenes interesser blir ivaretatt på forsvarlig måte.

Styret skal i nødvendig utstrekning fastsette planer og budsjetter for Foreningens virksomhet. Styret skal også fastsette retningslinjer for virksomheten og instruks for den daglige ledelse.

Styret skal holde seg orientert om Foreningens økonomiske stilling og plikter å påse at dens virksomhet, regnskap og formuesforvaltning er gjenstand for betryggende kontroll.

Styret skal iverksette de undersøkelser det finner nødvendig for å kunne utføre sine oppgaver. Styret skal iverksette slike undersøkelser dersom dette kreves av ett eller flere styremedlemmer.

Styret skal også:

1. fremlegge for representantskapet til uttalelse fullstendig og revidert resultatregnskap og balanse og generalforsamlingen for godkjennelse fullstendig og revidert resultatregnskap, balanse med beretning for foregående års virksomhet,

2. fremlegge for representantskapet til uttalelse og generalforsamlingen for godkjennelse forslag til anvendelse av overskudd eller dekning av underskudd,

3. ansette administrerende direktør og øvrig ledende personale og fastsette disses lønns- og arbeidsvilkår samt beslutte de generelle lønns- og arbeidsvilkår for

**KAPITTEL 2. FORENINGENS ORGANER**

øvrige ansatte. Styret kan delegere denne myndighet når det gjelder andre medarbeide-re enn administrerende og viseadministrerende direktør,

4. fastsette de alminnelige forsikringsvilkår,

5. føre tilsyn med den daglige ledelse og Foreningens virksomhet for øvrig,

6. fastsette styreinstruks i overensstemmelse med aksjelovens § 6-23, jfr. forsikrings-virksomhetslovens § 5-3.

**§ 2-5     STYRETS SAKSBEHANDLING**

Styret skal ha møter regelmessig etter innkalling fra styrets leder for å behandle aktuelle saker som hører inn under styret. Styret skal behandle saker i møte, med mindre styrets leder finner at saken kan forelegges skriftlig eller behandles på annen betryggende måte. Styrets leder skal sørge for at styremedlemmene så vidt mulig kan delta i en samlet behandling av saker som behandles uten møte. Styremedlemmene samlet eller hver for seg og administrerende direktør kan kreve møtebehandling.

Årsregnskap og årsoppgjør skal behandles i møte.

Styremedlemmene samlet eller hver for seg og administrerende direktør kan kreve at styret behandler bestemte saker.

Styrebehandlingen ledes av styrelederen eller i hans fravær av varalederen. Deltar ingen av disse, velger de deltakende styremedlemmer en leder for styrebehandlingen.

Styret er beslutningsdyktig når mer enn halvparten av medlemmene er til stede eller deltar i styrebehandlingen.

Styret kan likevel ikke treffe beslutning uten at alle styremedlemmene så vidt mulig er gitt anledning til å delta i behandlingen av saken.

Har noen forfall og det finnes varamedlem, skal varamedlemmet innkalles.

Styret treffer sine beslutninger med simpelt flertall blant de som deltar i styre-behandlingen. For et vedtak skal være gyldig, må de som stemmer for beslutningen utgjøre mer enn 1/3 av samtlige medlemmer. Ved stemmelikhet gjør møtelederens stemme utslaget.

Styret skal føre protokoll over sine forhandlinger. Protokollen skal minst angi tid og sted, deltakerne, behandlingsmåten og styrets beslutninger. Det skal fremgå at saksbehandlingen fyller kravene til beslutningsdyktighet, at alle styremedlemmene så vidt mulig er gitt anledning til å delta og at varamedlem til styret er innkalt ved forfall.

Er styrets beslutning ikke enstemmig, skal det i protokollen angis hvem som har stemt for og imot beslutningen. Styremedlem og administrerende direktør som ikke er enig i en beslutning, kan kreve sin oppfatning innført i protokollen.

Protokollen skal underskrives av alle de medlemmer som har deltatt i styrebehandlingen. Styret kan velge to til å undertegne protokollen. I så fall skal

## KAPITTEL 2. FORENINGENS ORGANER

utskrift av protokollen sendes samtlige styremedlemmer med frist for bemerkninger, som kan kreves inntatt i protokollen.

### § 2-6    REPRESENTASJON UTAD OG FULLMAKT TIL Å TEGNE FORENINGENS FIRMA

Styret representerer Foreningen utad og tegner dens firma. Administrerende direktør representerer Foreningen utad i saker som inngår i den daglige ledelse.

Foreningen forpliktes også ved underskrift hver for seg av styrets formann og administrerende direktør eller ved underskrift av to (2) av styrets øvrige medlemmer i fellesskap.

Styret kan meddele prokura.

### § 2-7    ADMINISTRERENDE DIREKTØR

Foreningen skal ha en administrerende direktør, som skal lede den daglige virksomhet, gjennomføre styrets vedtak og for øvrig ivareta Foreningens interesser i henhold til de instrukser og retningslinjer styret har gitt.

Den daglige ledelse omfatter ikke saker som etter Foreningens forhold er av uvanlig art eller stor betydning.

Administrerende direktør kan ellers avgjøre en sak etter fullmakt fra styret i det enkelte tilfellet, eller når styrets beslutning ikke kan avventes uten vesentlig ulempe for Foreningen. Styret skal snarest underrettes om avgjørelsen.

Administrerende direktør skal sørge for at Foreningens regnskap er i samsvar med lov og forskrifter, og at formuesforvaltningen er ordnet på en betryggende måte.

Administrerende direktør skal minst hver tredje måned, i møte eller skriftlig, gi styret underretning om Foreningens virksomhet, stilling og resultatutvikling.

Styret kan til enhver tid kreve at administrerende direktør gir styret en nærmere redegjørelse om bestemte saker. Slik redegjørelse kan også kreves av det enkelte styremedlem.

### § 2-8    REPRESENTANTSKAPETS MEDLEMMER

Representantskapet skal bestå av fra 12 til 30 medlemmer med inntil halvparten så mange varamedlemmer. Generalforsamlingen fastsetter antallet fra år til år.

Medlemmene skal velges fra Foreningens medlemmer. Representantskapet skal søkes sammensatt slik at det representerer medlemsmassens interesser.

## KAPITTEL 2. FORENINGENS ORGANER

### § 2-9  REPRESENTANTSKAPETS OPPGAVER

Representantskapet skal føre tilsyn med styrets og administrerende direktørs forvaltning av Foreningen og med at Foreningens formål fremmes i samsvar med lovgivningen, vedtekter, generalforsamlingens og representantskapets egne beslutninger.

Hvert av medlemmene kan på møter i representantskapet kreve opplysninger om Foreningens drift i den utstrekning de finner det nødvendig. Representantskapet kan selv eller ved et utvalg iverksette undersøkelser.

Styret skal gi representantskapet alle opplysninger som er nødvendige til vurdering av Foreningens drift.

Videre skal representantskapet:

1. gi uttalelse til generalforsamlingen om styrets forslag til resultatregnskap og balanse bør godkjennes,
2. gi uttalelse til generalforsamlingen om styrets forslag til anvendelse av overskudd eller dekning av tap,
3. velge medlemmer og eventuelle varamedlemmer til styret,
4. velge styrets leder og varaleder for ett år. Valget av leder og varaleder skal foretas blant de styremedlemmer som ikke er valgt av de ansatte,
5. velge en eller flere statsautoriserte revisorer og fastsette revisors godtgjørelse. Revisor tjenestegjør inntil annen revisor velges i vedkommendes sted,
6. vedta instruks for kontrollkomiteen og behandle komiteens innberetning,
7. etter forslag fra styret treffe avgjørelse i saker som gjelder:
a) investeringer av betydelig omfang i forhold til Foreningens ressurser,
b) rasjonalisering eller omlegging av driften som vil medføre større endringer eller omdisponeringer av arbeidsstyrken.

Det skal føres protokoll over forhandlingene. Representantskapet velger to representanter til å undertegne protokollen sammen med lederen.

### § 2-10  REPRESENTANTSKAPETS MØTER

Representantskapets leder, eventuelt varaleder, innkaller representantskapet til møte med minst 14 dagers skriftlig varsel. Møte holdes så ofte styret eller representantskapets leder finner det nødvendig, dog minst to ganger i året. Det skal innkalles til møte når minst 1/6 av medlemmene eller styret krever det.

Representantskapet er beslutningsdyktig når mer enn halvparten av medlemmene er til stede. Representantskapet kan likevel ikke treffe beslutning med mindre alle medlemmene er gitt anledning til å delta i sakens behandling. Har et medlem forfall, skal varamedlem gis anledning til å møte.

## KAPITTEL 2. FORENINGENS ORGANER

Representantskapet treffer sine beslutninger med simpelt flertall blant de møtende. For at vedtaket skal være gyldig, må de som stemmer for beslutningen, utgjøre mer enn 1/3 av samtlige medlemmer. Ved stemmelikhet gjør lederens eller ved fravær varalederens stemme utslaget.

### § 2-11  KONTROLLKOMITÉ

Foreningen skal ha en kontrollkomité med minst tre medlemmer og ett varamedlem. Kontrollkomiteens leder skal ikke representere noe medlem i foreningen, men skal tilfredsstille de krav som stilles til dommer etter domstollovens § 54, annet ledd, og være godkjent av Kredittilsynet. Kontrollkomiteen skal føre tilsyn med Foreningens virksomhet i samsvar med forsikringsvirksomhetslovens §§ 5-6 og 5-7 og den instruks som fastsettes av representantskapet. Instruksen skal godkjennes av Kredittilsynet.

### § 2-12  VALGKOMITÉ

Foreningen skal ha en valgkomité med minst fem medlemmer. Representantskapets leder og styrets tidligere leder skal være medlemmer av valgkomiteen. Minst tre medlemmer skal velges av generalforsamlingen.

Valgkomiteen ledes av representantskapets leder. Den skal følge den instruks som fastsettes av generalforsamlingen.

### § 2-13  ORDINÆR GENERALFORSAMLING

Ordinær generalforsamling holdes hvert år innen utgangen av juni måned enten i Bergen eller Oslo etter styrets valg.

Generalforsamlingen innkalles av styret med minst 14 dagers skriftlig varsel til alle medlemmer med kjent adresse. Innkallingen skal angi tid og sted for møtet og bestemt angi de saker som skal behandles på generalforsamlingen.

Et medlem har rett til å få behandlet en sak på generalforsamlingen som er meldt skriftlig til styret i så god tid at den kan tas med i innkallingen. Har innkallingen allerede funnet sted, skal det sendes ut ny innkalling dersom det er minst en uke igjen til generalforsamlingen skal holdes.

Saker som ikke er meddelt medlemmene etter bestemmelsene ovenfor, kan ikke avgjøres på møtet uten at alle medlemmene samtykker.

At saken ikke er angitt i innkallingen, er likevel ikke til hinder for at

1. den ordinære generalforsamling avgjør saker som etter loven eller vedtektene skal behandles på møtet,
2. den ordinære generalforsamling avgjør forslag om gransking etter aksjelovens § 5-25 første ledd, jfr. forsikringsvirksomhetslovens § 5-8,

**KAPITTEL 2. FORENINGENS ORGANER**

3. det vedtas å innkalle til ny generalforsamling for å avgjøre forslag fremsatt i møtet.

Rett til å møte og avgi stemme på generalforsamlingen har ethvert medlem av Foreningen, jfr. § 1-4. Medlemmene kan møte og avgi stemme ved en fullmektig etter eget valg i henhold til aksjeloven § 5-2, jfr. forsikringsvirksomhetslovens § 5-8.

I generalforsamlingen har medlemene én stemme for hver påbegynt NOK 100.000 som er betalt i premie som vedrører foregående kalenderår. I den første generalforsamling etter sammenslutningen legges til grunn for beregningen av stemmetallet den premie medlemmene betalte vedrørende år 2000 til Bergens Skibsassuranseforening og Unitas Gjensidig Assuranseforening.

Tvil om stemmeretten avgjøres av generalforsamlingen. Omtvistede stemmer deltar ikke ved slike avgjørelser.

§ 2-14   GENERALFORSAMLINGENS OPPGAVER M.V.

Foreningens høyeste myndighet er generalforsamlingen.

Generalforsamlingen åpnes av styrets leder eller den styret har utpekt. Generalforsamlingen skal velge en møteleder, som ikke behøver å være medlem av Foreningen.

Den som åpner møtet, skal før første avstenning, enten selv eller ved fullmektig, opprette en fortegnelse over de møtende medlemmer og representanter for medlemmer med oppgave over hvor mange stemmer hver av dem representerer. Denne fortegnelse anvendes inntil den måtte bli endret av generalforsamlingen.

En beslutning av generalforsamlingen krever flertall av de avgitte stemmer, om ikke noe annet er bestemt i loven eller i disse vedtektene. Står stemmetallet likt, gjelder det som møtelederen slutter seg til, også når denne ikke har stemmerett.

Ved valg anses den eller de valgt som får flest stemmer. Generalforsamlingen kan på forhånd bestemme at det skal holdes ny avstemning dersom ingen får flertall av de avgitte stemmer. Står stemmetallet likt, treffes avgjørelsen ved loddtrekning.

Møtelederen skal sørge for at det føres protokoll for generalforsamlingen. I protokollen skal generalforsamlingens beslutninger inntas med angivelse av utfallet av stemmegivningen. Fortegnelsen over møtende medlemmer skal inntas i eller vedlegges protokollen.

Generalforsamlingen velger to medlemmer til å undertegne protokollen sammen med møtelederen.

Protokollen skal holdes tilgjengelig for medlemmene og oppbevares på betryggende måte.

Senest en uke før den ordinære generalforsamling skal årsoppgjøret, bestående av resultatregnskap, balanse og årsberetning samt revisors beretning og representant-

**KAPITTEL 2. FORENINGENS ORGANER**

skapets uttalelse, sendes til hvert medlem med kjent adresse og utdeles på general-
forsamlingen til møtende som ikke har fått dokumentene tilsendt på forhånd.

Følgende spørsmål skal behandles og avgjøres:

1. godkjennelse av resultatregnskap, balanse og årsberetning,
2. anvendelse av overskudd eller dekning av underskudd i henhold til den godkjente balanse og § 3-1 i vedtektene,
3. valg av medlemmer og eventuelt varamedlemmer til representantskapet, kontrollkomité og valgkomité,
4. valg av representantskapets leder og varaleder for ett år,
5. valg av kontrollkomiteens leder for ett år,
6. fastsettelse av godtgjørelse for medlemmer og varamedlemmer av styret, representantskapet, kontrollkomiteen og valgkomiteen,
7. vedta instruks for valgkomiteen,
8. andre saker som er nevnt i innkallelsen og fremsatt av styret, representantskapet eller medlem,
9. andre saker som etter lov eller vedtekter hører inn under generalforsamlingen.

§ 2-15    EKSTRAORDINÆR GENERALFORSAMLING

Ekstraordinær generalforsamling holdes når styret, representantskapet eller represen-
tantskapets leder finner det nødvendig, eller når det til behandling av et bestemt angitt
emne kreves skriftlig av revisor eller medlemmer som til sammen har minst en
tiendedel av stemmene.

For øvrig gjelder de samme regler som for en ordinær generalforsamling med
mindre noe annet følger av aksjelovens § 5-10, jfr. § 5-6, jfr. forsikringsvirksom-
hetslovens § 5-8.

## KAPITTEL 3. DIVERSE BESTEMMELSER

### § 3-1   PREMIER OG TILSKUDD

Forskuddspremiene fastsettes under hensyntagen til alle forhold som anses relevante ved vurderingen av den enkelte risiko, derunder tapsstatistikken for de innmeldte skip som disponeres av vedkommende medlem.

Hvis det viser seg at Foreningens samlede premier og andre inntekter overstiger forsikringsårets kostnader og ansvar, kan Foreningen beslutte at det overskytende, helt eller delvis, skal tilbakebetales til medlemmene i vedkommende år ved en rabatt som fastsettes pro rata i forhold til årets netto forskuddspremie.

Mulig underskudd kan utlignes tilsvarende ved innkalling av en tilskuddspremie fastsatt pro rata i forhold til årets netto forskuddspremie. Tilskuddspremien skal være begrenset til et beløp tilsvarende ti ganger netto forskuddspremie.

Det enkelte forsikringsår holdes åpent for utbetaling av rabatt eller utligning av tilskudd inntil generalforsamlingen, på grunnlag av innstilling fra styret, treffer beslutning om lukning av året. Etter at et forsikringsår er lukket, kan ytterligere tilskudd ikke innkalles og rabatt ikke utbetales, og eventuelt overskudd/underskudd tilføres det påfølgende års regnskap.

### § 3-2   ENDRINGER AV VEDTEKTENE. GODKJENNELSE

Når ikke annet følger av gjeldende lovgivning (jfr. forsikringsvirksomhetslovens § 5-8. annet ledd og aksjelovens § 5-18), må beslutning om å endre vedtektene få tilslutning fra minst to tredjedeler av de stemmer som er representert på generalforsamlingen.

Endringer i vedtektene må godkjennes av Kongen for å være gyldige.

### § 3-3   MINIMUM FORSIKRINGSBESTAND

Går antall forsikringer eller samlet forsikringssum ned til under det som er angitt i § 1-3, skal styret straks innkalle generalforsamlingen med høyst 14 dagers varsel for å gjøre vedtak i henhold til § 10-2 i lov om forsikringsvirksomhet.

### § 3-4   OPPLØSNING

Ved oppløsning fordeles Foreningens kapital på dem som var medlemmer på oppløsningstidspunktet i forhold til betalt premie i de siste ti driftsår.

For dem som var medlem av Bergens Skibsassuranseforening og Unitas Gjensidig Assuranseforening, jfr. § 1-4 i disse vedtekter og den likelydende bestemmelsen i de respektive tidligere vedtektene, skal følgende overgangsregler gjelde for oppløsning som besluttes før 1 januar 2011:

1. Driftsårene i Bergens Skibsassuranseforening og Unitas Gjensidig Assuranse-

## KAPITTEL 3. DIVERSE BESTEMMELSER

forening før sammenslutningen skal regnes med ved beregningen av de siste ti driftsår.

2. Betalt premie til Bergens Skibsassuranseforening og Unitas Gjensidig Assuranse-forening for de år som skal telle med etter 1 ovenfor, skal legges til premie som er betalt til Norsk Skipsassuranseforening.

3. Betalt premie til Bergens Skibsassuranseforening skal multipliseres med en faktor på 3,75 ved beregningen etter 2 ovenfor.

§ 3-5    VOLDGIFT

Hvis ikke annet er avtalt, skal tvister mellom Foreningen og et medlem eller en sikret som ikke er medlem, som utspringer av medlemskapet eller forsikringsforholdet, avgjøres ved voldgift av tre jurister. Hver av partene oppnevner én voldgiftsmann og de således oppnevnte utpeker formannen.

Voldgiftsdommen skal være begrunnet.

Hvis ikke annet er avtalt, skal voldgiften finne sted i Bergen og reguleres av norsk rett.

MT/DYNAMO RRA47 - 19249 - FOTO: HELGE SKODVIN



NORWEGIAN HULL CLUB

**Bergen**
Olav Kyrres g. 11
P.O.Box 75 Sentrum
NO - 5803 Bergen, Norway
Telephone: +47 55 55 95 00
E-mail: nhc.bgo@norclub.no
www.norclub.no

**Oslo**
Rådhusg. 25
P.O.Box 1290 - Vika
NO - 0111 Oslo, Norway
Telephone: +47 22 47 72 30
E-mail: nhc.osl@norclub.no
www.norclub.no

**Kristiansand**
Østre Strandg. 3
P.O.Box 489
NO - 4664 Kristiansand, Norway
Telephone: +47 38 10 71 20
E-mail: nhc.krs@norclub.no
www.norclub.no