# EXHIBIT 7

**FELLES STYREMØTE**

**I**

**NORSK SKIPSASSURANSEFORENING**

**OG UNITAS**

ble avholdt 27. februar 2001 kl. 10.00 i Norsk Skipsassuranseforening's lokaler i Handelens og Sjøfartens Hus, Bergen.

Fra Norsk Skipsassuranseforening møtte:

Knut J. Meland
Bjørn Sjaastad
Olav Lunde
Jan Pedersen
Nils Aardal
Sissel Bøyum Skjelten

Sverre A. Farstad og Tom C. Steckmest hadde meldt forfall.

Fra Unitas møtte:

Jan Fosse
Terje Adolfsen
Atle Bergshaven
Emil Gamborg
Knut Evensen

Fra administrasjonene møtte John Wiik, Torleiv Aaslestad og Per Gustav Blom. I tillegg møtte Norsk Skipsassuranseforening's revisor, KPMG AS v/ Ivar Mjelde under sakene 8, 9 og 10, Foreningens aktuar under sakene 9 og 10, Pål Nytveit under sak 9 samt Per Berge under sak 14.

**01/01 Godkjennelse av referat fra styrets møter.**

Utkast til referat fra styretmøte i Norsk Skipsassuranseforening 7. desember 2000 ble gjennomgått og godkjent.

**02/01 Kopi av protokoll fra møte i representantskapet.**

Utkast til protokoll fra møte i representantskapet i Norsk Skipsassuranseforening 8. desember 2000 ble gjennomgått. Styret bemerket at representantskapet hadde hatt en grundig gjennomgang og diskusjon omkring Foreningens investeringsstrategi. Representantskapet hadde i denne forbindelse stilt spørsmål ved om den forventede meravkastning ved den valgte strategi er tilstrekkelig til å forsvare den økte risiko som strategien innebærer.

I tilknytning til protokollat av redegjørelse av SMCO saken under sak 10, mente styret at referatet ikke var dekkende. Kritikken som styret har reist mot saksbehandlingen i SMCO saken er sterkere enn det som fremkommer av protokollen.

CONFIDENTIAL

På bakgrunn av denne saken mener styret at styrets formann bør få anledning til å se utkast til protokollat av de redegjørelser han har gitt i ~~styret~~. representantskapet

### 03/01 Kopi av protokoll fra møte i kontrollkomiteen.

Det var ikke fremlagt protokoll fra møte i kontrollkomiteen.

### 04/01 Korrespondanse med revisor.

Fremlagt brev nr. 14 fra KPMG AS ble gjennomgått og diskutert. Styret påpekte at rapporten er lite konkret i forhold til SMCO saken og at styret ønsker en mer inngående vurdering i forbindelse med den endelige rapporten etter årsopgjøret. Generelt ønsker styret at revisors brev til styret og ledelsen skal være mest mulig konkrete og gjerne inneholde momenter som styret kan bruke direkte i sin oppfølging av saker eller for å ta initiativ overfor administrasjonen.

Styret stilte spørsmål til hvordan revisor følger opp "ikke rutinemessige transaksjoner" i driften av Foreningen.

### 05/01 Den aktuelle situasjonen.

John Wiik redegjorde. Når det gjelder fusjonsprosessen, begynner de ulike tema som har vært diskutert og behandlet nå å finne sin avklaring. Eksternt har administrasjonen ikke mottatt noen negative reaksjoner fra medlemmene.

Wiik gikk deretter gjennom utviklingen i brutto lønnsomhet, der det har vært en økning i ratene innen LoH ved fornyelsene i januar. I det norske markedet viser premietallene for 2000 en konsentrasjon, idet Gard Services og NHC til sammen har 72,8 % av tegnet premie, hvorav NHC har 32,7 %.

Torleiv Aaslestad redegjorde for to totaltap som har inntruffet i 2001 og som belaster Unitas 2000 årgang innen kasko. Brutto andeler er USD 1,44 mill. og USD 1,68 mill, mens egenregning er USD 25.000 per hendelse.

Styret ba administrasjonen fremlegge forslag til rapportering av større havarier hvert kvartal samt rapportering av større saker, uansett karakter, mellom styremøtene.

Wiik opplyste at NHC hadde vunnet anbudet om drift av Den Norske Krigsforsikring's forsikringsvirksomhet. Det var fortsatt diskusjon mellom DNK og Foreningen om minimum løpetid for avtalen. Avtalen vil bli fremlagt for styret til endelig godkjennelse.

Styret tok redegjørelsen til etterretning.

### 06/01 Status og avkastning finansportefølje.

Per Gustav Blom redegjorde for utviklingen i 2000 i de viktigste finansmarkedene samt avkastning og status på investeringsporteføljen pr. 31. desember 2000 og 31. januar 2001. Styret tok redegjørelsen til etterretning.



CONFIDENTIAL

NW 000186

**07/01 Utestående saker for behandling.**

Den fremlagte oversikt over utestående saker ble gjennomgått.

**08/01 SMCO AS / SMCO Inc.**

Styret diskuterte og stilte spørsmål til den fremlagte dokumentasjon vedrørende SMCO Inc. Styret sluttet seg til det fremlagte forslag til prinsipper for avvikling av SMCO Inc. ved at usikrede kreditorer generelt får fullt oppgjør og at tidligere ledende ansatte får dekning under Non Qualified pensjonsordning som ikke overstiger USD 750 000, hvilket gir en beregnet samlet underdekning på USD 3,25 mill.

Wiik redegjorde for forhandlingene med Gard om dekning av underbalansen i SMCO systemet. Styret sluttet seg til det fremsatte forslaget om likedeling av tap etter fradrag av USD 125.000, og ga samtidig uttrykk for undring over den holdning som Gard har utvist i denne saken.

Når det gjelder videre drift og organisering av SMCO / SCUA systemet, vil administrasjonen komme tilbake til styret med dette som egen sak.

Den siste saken som var fremlagt vedrørende SMCO gjaldt handlinger internt i BHC. Styret tok oversikten over disse handlingene til etterretning, og har tidligere klart uttrykt at måten engasjementet er behandlet på ikke er akseptabelt. Styret stilte videre flere spørsmål til revisor om hvordan engasjement og saker av denne typen følges opp av revisor og hva styret kan forvente at revisor fanger opp av ikke rutinemessige transaksjoner og eventuell mangelfull saksbehandling. Revisor vil følge opp spørsmålene i sitt brev etter årsoppgjøret.

**09/01 Regnskap for år 2000.**

Pål Nytveit presenterte regnskapet for tidligere Bergens Skibsassuranseforening for 2000, med vekt på nøkkeltall og utvikling i den underliggende forretningen.

Nytveit viste også en beregning av de synergieffekter som er påvist og kan forventes etter fusjonen.

Revisor opplyste at de var ferdig med revisjonen av regnskapet for 2000, og at den revisjonsberetningen som forelå ikke hadde spesielle merknader av noe slag. Revisjonsberetningen vil bli avgitt når regnskap og beretning er underskrevet av styret.

Styret traff følgende

**VEDTAK:**

*Regnskapet for 2000, som viser et driftsresultat på minus NOK 15.901.128, godkjennes.*

**10/01 Møte med Foreningens revisor og aktuar.**

Foreningens revisor og aktuar deltok under behandlingen av sak 10 og besvarte spørsmål som ble stilt under behandlingen av regnskapet.

I tillegg redegjorde Ivar Mjelde for hvilke områder revisor vil ha fokus på i 2001.



CONFIDENTIAL

**11/01 Styrets beretning for år 2000.**

Styret hadde en del kommentarer og forslag til endringer i det fremlagte utkastet til beretning for 2000. Med de foreslåtte endringene traff styret følgende

**VEDTAK:**

*Styrets beretning for 2000 godkjennes.*

**12/01 Overordnet strategi for NHC.**

Denne saken ble ikke behandlet.

**13/01 Strategiske retningslinjer for finansinvesteringer.**

Per Gustav Blom redegjorde for hovedlinjene i den strategi for finansinvesteringer som har vært fulgt i tidligere Bergens Skibsassuranseforening. Administrasjonen anbefaler at hovedlinjene i strategien beholdes men foreslår at styringen av investeringene utvikles videre ved at det fastsettes flere mål og risiko kriterier. Styret sluttet seg til anbefalingen og ba om at administrasjonen til neste møte fremlegger forslag til nye mål og risiko kriterier.

**14/01 Gjenomgang av Hay rapport – godkjennelse av lønnsbudsjett for 2001.**

John Wiik og Per Berge presenterte innholdet i rapport om lønnsstruktur og –nivå i NHC som Hay Management Consultants har utarbeidet. Styret ba om at det ved senere analyser ble foretatt sammenligninger med andre grupper, f. eks. rederiene, forsikring / bank samt hele Norge. Hvis mulig bør også samlet kompensasjon og ikke kun kontant elementet brukes som beregningsgrunnlag.

Styret traff deretter følgende

**VEDTAK:**

*Den foreslåtte ramme på 4,7 % for justeringer av lønn i 2001 godkjennes. Etter dette er budsjettet for NHC for 2001 godkjent.*

**15/01 Innkalling til ekstraordinær generalforsamling.**

Per Gustav Blom redegjorde for den siste utvikling i Kredittilsynets behandling av søknaden om godkjennelse av fusjon mellom Unitas og NHC. Kredittilsynet har meddelt Foreningen at paragrafen i de foreslåtte vedtekter for den fusjonerte foreningen som sier at styret velges av generalforsamlingen ikke vil bli godkjent. Styret skal velges av representantskapet, som angitt i Forsikringsvirksomhetsloven, alternativt kan fullmakten delegeres til andre enn styret selv eller generalforsamlingen. På bakgrunn av Kredittilsynets holdning, vil det alternativ som klart er minst tidkrevende være å innkalle til ekstraordinær generalforsamling for å godkjenne nye vedtekter der styret, styrets leder og varaleder velges av representantskapet.

Når nye vedtekter er vedtatt, forventes Kredittilsynet å godkjenne fusjonen i løpet av kort tid.



CONFIDENTIAL

Etter at fusjonen er godkjent og registrert i Foretaksregisteret, må det holdes ny ekstraordinær generalforsamling for å velge representanter til de styrende organene i den fusjonerte foreningen.

Styret traff følgende

**VEDTAK:**

*Styrene i Norsk Skipsassuranseforening og Unitas vedtar å innkalle til ekstraordinære generalforsamlinger for å behandle forslag om å endre vedtektene i den fusjonerte foreningen slik at styret, styret leder og varaleder velges av representantskapet og ikke av generalforsamlingen. Styrene anbefaler herved dette forslaget.*

*Styret i Norsk Skipsassuranseforening vedtar videre at det så snart fusjonen er godkjent og registrert i Foretaksregisteret skal innkalles til en ny ekstraordinær generalforsamling for å velge representanter til de styrende organene i Foreningen.*

**16/01 Eventuelt.**

Det var ikke noe som ble behandlet under denne saken.

Møtet ble avsluttet kl. 15.45.

Knut J. Meland

Bjørn Sjaastad

Sverre A. Farstad
(deltok ikke på møtet)

Olav Lunde

Jan Pedersen

Tom C. Steckmest
(deltok ikke på møtet)

Nils Aardal

Sissel Bøyum Skjelten



CONFIDENTIAL

NW 000189

Jan Fosse

Terje Adolfsen

Atle Bergshaven

Emil Gamborg

Knut Evensen