# EXHIBIT 8

Case 3:02-cv-00678-RNC    Document 150-14    Filed 08/23/2005    Page 1 of 6

## STYREMØTE

### I

### NORSK SKIPSASSURANSEFORENING

ble avholdt 13. desember 2001 kl. 10.30 i Foreningens lokaler i Rådhusgt. 25, Oslo.

Tilstede var:
    Jan Fosse
    Knut J. Meland
    Terje Adolfsen
    Atle Bergshaven
    Emil Gamborg
    Lars Helge Kyrkjebø
    Olav Lunde
    Jan Pedersen
    Knut Evensen (valgt av de ansatte)
    Jan Henrik Hatlem (valgt av de ansatte)

Bjørn Sjaastad og Tom C. Steckmest deltok ikke på møtet.

Fra administrasjonen møtte John Wiik, Torleiv Aaslestad og Per Gustav Blom. Dessuten deltok Greig Rance og Justin Gardner fra General Cologne Re og Udo Martinsohn fra Swiss Re under første del av behandlingen av sak 107/01.

**98/01  Godkjennelse av referat fra styrets møter.**

Utkast til referat fra styremøte i Norsk Skipsassuranseforening 14. november 2001 ble gjennomgått og godkjent.

**99/01  Kopi av protokoll fra møte i representantskapet.**

Det var ikke fremlagt protokoll fra møte i representantskapet.

**100/01 Kopi av protokoll fra møte i kontrollkomiteen.**

Fremlagt utkast til protokoll fra møte i kontrollkomiteen 20. november 2001 ble gjennomgått og tatt til etterretning.

I tilknytning til sak 9 kommenterte John Wiik kontrollkomiteens bemerkning om at aktiviteten i styrende organ i BAL synes å være liten. BAL blir nå benyttet i økende grad. Styret ba om at strategi for og drift av BAL settes på dagsorden i første eller andre møte i 2002.

CONFIDENTIAL

NW    000223

**101/01 Korrespondanse med revisor.**

Fremlagt brev nr. 17 datert 7. november 2001 fra KPMG og Foreningens svar datert 15. november 2001 ble gjennomgått og tatt til etterretning.

**102/01 Den aktuelle situasjonen.**

John Wiik redegjorde for sakene som var omtalt i utsendt notat datert 5. desember 2001. I tilknytning til gjennomgang av markedet og reassuranse bemerket Wiik at 2002 blir et konsolideringsår som skal brukes til å korrigere prising i retning av mer balansert forhold mellom pris og risiko i Foreningens portefølje. Foreningen er videre mer og mer restriktiv med langtidskontrakter. Styret sluttet seg til den restriktive linje som Wiik beskrev i sin gjennomgang.

Torleiv Aaslestad gikk deretter gjennom fremlagt oversikt over utestående garantier. Han beskrev videre det arbeidet som har vært gjort for å bedre prosedyrene for garantistillelse i etterkant av 11.09. Foreningen har blant annet utviklet en egen klausul som gir Foreningen rett til å kreve kontragaranti fra andre selskaper i samme konsern som forsikringstaker. Styret ba administrasjonen vurdere om oversikten kan gjøres mer oppdatert slik at reell eksponering fremkommer og om det er mulig å spesifisere "øvrige ko-assurandører" i større grad. Administrasjonen vil vurdere dette og i tillegg se nærmere på kriteriene for garantistillelse samt prising av garantier. Styrets generelle holdning var å stramme inn kriteriene og prosedyrene for garantistillelse.

Styret tok for øvrig redegjørelsen til etterretning.

**103/01 Status og avkastning finansportefølje.**

Status og avkastning for investeringsporteføljen pr. 30. november 2001 ble tatt til etterretning. Akkumulert avkastning i 2001 var – 22,04 % for aksjeporteføljen, +9,91 % for obligasjonsporteføljen og +2,09 % for totalporteføljen. Referanseindeksen for totalporteføljen viste til sammenligning +0,99 %.

**104/01 Utestående saker for behandling.**

Oversikten ble tatt til etterretning.

**105/01 SCUA Holding B.V. – aksjonæravtale med Gard Services AS.**

Torleiv Aaslestad gikk gjennom den økonomiske stilling i SCUA gruppen. Beregnet egenkapital er i størrelsesorden EUR 2 mill. Budsjettet for 2002 viser et overskudd på EUR 275.000, men inkluderer et underskudd på ca. EUR 160.000 i USA som styret ikke har godkjent.

Når det gjelder utkastet til aksjonæravtale, diskuterer Gard og Foreningen fortsatt eventuell forkjøpsrett for Foreningen til aksjene i SCUA Holding B.V. dersom mer enn 25 % av aksjene i Gard Services AS selges. For øvrig er partene enige om ordlyden.

Styret diskuterte avtalen og forholdet til agenturene og fattet følgende

CONFIDENTIAL

NW    000224

**Vedtak:**

*Administrasjonen gis fullmakt til å inngå aksjonæravtale vedrørende SCUA Holding B.V. med Gard Services AS som fremlagt under forutsetning av enighet om Article 9.6 vedrørende utløsningsrett. Inngåelse av aksjonæravtale vedrørende SCUA Holding B.V. forutsetter enighet med Gard Services AS om deling av tap vedrørende SMCO, Inc.*

### 106/01 Avtale med DNK.

Torleiv Aaslestad redegjorde for status i saken. Styret i DNK skal ha ny, full gjennomgang av strategien fremover og DNK er derved satt tilbake i tid i forhold til reorganisering av virksomheten. I mellomtiden løper den nåværende avtale som ble inngått med Unitas videre.

### 107/01 Reassuranseprogram for 2002.

Greig Rance og Justin Gardner fra General Cologne Re gjennomgikk utviklingen i internasjonale forsikrings- og reassuransemarkeder, med hovedvekt på konsekvensene av 11.09. De understreket at kapitalkostnaden har økt vesentlig, hvilket medfører økte rater. Solvens og likviditet blant forsikringsselskapene har også blitt et viktig tema – til nå har 3 "A" ratede selskaper innstilt driften etter 11.09. Et viktig poeng var også at 95 % av erstatningene knyttet til World Trade Center var følgeskader av brannen. Dette har ført til sterk fokusering på vilkår. Rance avsluttet med å understreke GCRe's langsiktige satsing på reassuranse.

Udo Martinsohn presenterte deretter Swiss Re og forretningssyklusene i forsikring. Han understreket behovet for å styre risikotaking gjennom syklusene.

John Wiik gikk så gjennom Foreningens tenkning omkring reassuranse. Som følge av økte priser og mer fokus på kredittkvalitet, har Foreningen ytterligere fokusert på avdekking til finansielt sterke reassurandører. Det er nå kun to Lloyds syndikater som deltar i Foreningens reassuranse, og de har begrensede andeler. Videre foreslår administrasjonen at Foreningen tar høyere egenandeler, i første rekke på LoH og TLO, der lønnsomheten er best.

Med hensyn til krigskontrakten på USD 50 mill., ønsket styret spesifikt "back-up" utover de tre første fulle tapene for den 10 % andel GeneralCologne Re har akseptert.

På grunn av den usikkerhet som råder i markedet, er prosessen med fornyelser fra årsskiftet 2001/2002 ikke kommet så langt som vanlig, og alle deler av reassuranseprogrammene er derfor ikke ferdig forhandlet. Styret fattet derfor følgende

**Vedtak:**

*Styret godkjenner det forslag til struktur på reassuranse for 2002 som er presentert. Administrasjonen gis sammen med styrets leder og nestleder fullmakt til å sluttforhandle reassuranseprogrammene. Endelig oversikt over reassuranse fremlegges for styret når dette er klart.*

3

CONFIDENTIAL

**108/01 Budsjett for 2002.**

John Wiik og Per Gustav Blom presenterte budsjettet for 2002 med vekt på sentrale forutsetninger og budsjettets følsomhet for endringer i disse forutsetningene. Budsjettet viser et negativt driftsresultat stort USD 1.239.000.

Styret diskuterte forutsetningene for budsjettet og stilte videre spørsmål ved eventuelle merkostnader ved dagens organisasjonsstruktur i forhold til optimal struktur. Administrasjonen vil komme tilbake til dette.

Styret traff deretter følgende

**VEDTAK:**

*Budsjettet for 2002, som viser et driftsresultat på minus USD 1.239.000, godkjennes.*

**109/01 Gjensidighet – hva består det av og hvordan kan gjensidigheten synliggjøres for medlemmene.**

John Wiik presenterte administrasjonens vurdering av hva gjensidigheten består i og hvordan dette kan synliggjøres for medlemmene. Tilsvarende presentasjon vil bli gitt til representantskapet 14. desember. Styret tok redegjørelsen til etterretning.

**110/01 Juridisk avdeling.**

Styrets diskuterte det fremlagte forslag til opprettelse og oppbygging av egen juridisk avdeling i Foreningen. Styret var positiv til forslaget, og understreket at Foreningen må ha ambisjon om å bygge opp en sterk intern, juridisk avdeling. I forhold til det fremlagte forslag, må siktemålet derfor være at Per-Åge Nygård over tid skal bruke 100 % av sin tid på denne stillingen.

Styrets sluttet seg til administrasjonens anbefaling, og traff således følgende

**VEDTAK:**

*Foreningen oppretter intern juridisk avdeling og Per-Åge Nygård overføres til denne avdelingen, i første omgang på deltid.*

**111/01 Møteplan styrende organer 2002.**

Det fremlagte forslag til møteplan ble gjennomgått. Møtet som var foreslått avholdt tirsdag 24. september 2002 flyttes til onsdag 25. september. For øvrig var det ikke noen endringer i møteplanen.

**112/01 Eventuelt.**

Brev fra Kredittilsynet datert 6. desember 2001 vedrørende stedlig inspeksjon i Foreningen i september ble gjennomgått. Styret hadde ingen spesielle kommentarer til brevet, som ble tatt til etterretning.

Jan Pedersen viste til behandlingen av intern organisasjon i forrige møte, da han ikke hadde anledning til å delta. Han understreket at styret etter hans oppfatning må gi sterk støtte til administrerende direktør i

4

CONFIDENTIAL

denne saken og at administrerende direktør må gis fullmakt til å treffe de tiltak som er nødvendige. Styret sluttet seg til dette.

Per Gustav Blom redegjorde for konkursalternativet for SMCO, Inc. basert på notat til styret datert 19. november 2001. Styret traff følgende

### Vedtak:

*Styret gir administrasjonen fullmakt til å arbeide videre med styrt avvikling av SMCO, Inc. basert på total kostnad ved avviklingen minimum USD 600.000 lavere enn hva det vil koste å dekke alle krav 100 %. Det må således foretas avkorting i oppgjør med enkelte kreditorer. I forhold til beregnet totalt tap fremlagt for styret 14. november 2001 innebærer dette at totalt tap ikke skal overstige USD 4,8 mill. Tapet kan dog endres som følge av endring i forutsetninger, i første rekke rentenivå og derved diskonteringsfaktor for beregning av pensjonsforpliktelser.*

Styrets Formann refererte til sak 86/01 vedrørende godtgjørelse til administrerende direktør. Administrerende direktør hadde brakt opp spørsmålet om et rente og avdragsfritt lån på inntill kr 3 mill. Styret diskuterte saken og ga uttrykk for på prinsipielt grunnlag at en slik ordning ikke var ønskelig. Etter en videre diskusjon ble det fattet følgende

### Vedtak:

*Lønnsgodtgjørelse til administrerende direktør fastsettes til Kr 2,250,000.- pr år med virkning fra 1. januar 2001. For øvrig er beslutningen til sak 86/01 uforandret.*

Det var ikke flere saker til behandling under denne posten.

Møtet ble avsluttet kl. 17.30.

_____    _____    _____
Jan Fosse                    Knut J. Meland               Terje Adolfsen

_____    _____    _____
Atle Bergshaven              Emil Gamborg                 Lars Helge Kyrkjebø

_____    _____    _____
Olav Lunde                   Jan Pedersen                 Bjørn Sjaastad
                                                          (ikke til stede)

_____    _____    _____
Tom C. Stockmest             Knut Evensen                 Jan Henrik Hatlem
(ikke til stede)

5

CONFIDENTIAL