# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**Sara E. Strassenreiter**, being duly sworn, deposes and states:

I am over 18 years of age, I am not a party to the within action, and I reside in Westbury, New York.

On August 22, 2005 I served a true and complete copy of the foregoing **DECLARATION OF JOHN M. LUNDIN and MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR PROTECTIVE ORDER** upon:

DONALD J. KENNEDY, Esq.
CARTER LEDYARD & MILBURN, LLP
2 Wall Street
New York, NY 10005

and

MADELEINE F. GROSSMAN, Esq.
LEVETT ROCKWOOD, P.C.
33 Riverside Avenue
Post Office Box 5116
Westport, CT 06880

by placing the **DECLARATION OF JOHN M. LUNDIN and MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR PROTECTIVE ORDER**, in a postage paid, sealed **FEDERAL EXPRESS** envelope and depositing the envelope into a **FEDERAL EXPRESS** mail depository, causing the **DECLARATION OF JOHN M. LUNDIN and MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR PROTECTIVE ORDER**, to be delivered via **OVERNIGHT-NEXT DAY DELIVERY** to the above-named persons at the above listed addresses.

_____
Sara E. Strassenreiter

Sworn to before me this
22nd day of August, 2005

JOHN M. LUNDIN
Notary Public, State of New York
No. 02LU6117627
Qualified in New York County
Commission Expires 10/25/2008