UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------X

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.

                          Plaintiff,

    v.

SIRI OSTENSEN,

                          Defendant,

    v.

SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., S.M.C.O., A.S., AND NORWEGIAN HULL CLUB,

    Counterclaim and Third-Party Defendants.

------------------------------------------------------X

Civil Case No. 3:02 CV 678 (RNC)

Magistrate Judge Donna F. Martinez

August 25, 2005

### UNCONTESTED MOTION FOR A FIVE-DAY EXTENSION OF TIME

SMCO A.S. respectfully moves pursuant to Local Civil Rule 7(b) for a five-day extension of time to file a reply in response to Defendant's opposition to SMCO A.S.'s Motion to Dismiss the Counterclaim. This motion has been consented to by counsel for Defendant.

1329993.1

1

### The Extension Requested

SMCO A.S. seeks an extension of five days to their time to file a reply in response to Defendant's opposition to SMCO A.S.'s Motion to Dismiss the Counterclaim. This would extend SMCO A.S.'s time to file a reply from August 25, 2005 to August 30, 2005.

### The Extension Has Been Consented To

Counsel for Defendant has consented to the extension requested herein.

### There is Good Cause for the Extension

Local Civil Rule 7(b) provides for the granting of extensions for good cause. There is good cause for the requested extension, as the additional five-day period is necessary due to scheduling conflicts.

### Conclusion

For the reasons set forth above, SMCO A.S. respectfully requests a five-day extension of time to file a reply in response to Defendant's opposition to SMCO A.S.'s Motion to Dismiss the Counterclaim.

Dated: New York, New York
      August 25, 2005

                    Respectfully submitted,

                    CARTER LEDYARD & MILBURN LLP

                    By: _____
                         Donald J. Kennedy

Federal Bar No. ct23620
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile:  (212) 732-3232

Madeleine F. Grossman
Federal Bar No. ct05987
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
Post Office Box 5116
Westport, Connecticut 06880
Telephone: (203) 222-0885
Facsimile: (203) 226-8025

*Attorneys for SMCO A.S.*

1329993.1

3

## CERTIFICATION

This is to certify that a copy of the foregoing Uncontested Motion for a Five-Day Extension of Time was sent via Federal Express on this 25th day of August, 2005 to the following counsel of record:

Madeleine F. Grossman, Esq.
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
Westport, Connecticut 06881

Jeffrey M. Eilender, Esq.
Schlam Stone & Dolan
26 Broadway, 19th Floor
New York, New York 10004

Sharon E. Jaffe, Esq.
Levin & Glasser
3 Ledgebrook Court
Weston, CT 06883

_____
Donald J. Kennedy