# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED

## APPEARANCE

2005 AUG 29 A 11: 35

CASE NUMBER: 3:02CV678(RNC)(DFM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: SCANDINAVIAN MARINE CLAIMS OFFICE, INC.; SCUA AMERICAS, INC.; NORWEGIAN HULL CLUB

AUGUST 26, 2005
**Date**

phv0498
**Connecticut Federal Bar Number**

(212) 732-3200
**Telephone Number**

(212) 732-3232
**Fax Number**

zancolli@clm.com
**E-mail address**

[Signature]
**Signature**

MARK R. ZANCOLLI
**Print Clearly or Type Name**

CARTER LEDYARD & MILBURN LLP
**Address**

2 WALL STREET, NEW YORK, NY 10005

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

MADELEINE F. GROSSMAN ESQ.
LEVETT ROCKWOOD P.C.
33 RIVERSIDE AVENUE
WESTPORT, CONNECTICUT 06881

JEFFREY M. EILENDER ESQ.
SCHLAM STONE & DOLAN
26 BROADWAY, 19TH FLOOR
NEW YORK, NEW YORK 10004

SHARON E. JAFFE, ESQ.
LEVIN & GLASSER
3 LEDGEBROOK COURT
WESTON CT 06883

[Signature]
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24