UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
:
SCANDINAVIAN MARINE CLAIMS OFFICE, :
INC. :
:
Plaintiff, :
v. : Civil Case No.
: 3:02 CV 678 (RNC)
SIRI OSTENSEN, :
:
Defendant, :
: Magistrate Judge Donna F. Martinez
v. :
:
SCANDINAVIAN MARINE CLAIMS :
OFFICE, INC., SCANDINAVIAN :
UNDERWRITERS AGENCY, SCUA :
AMERICAS, INC., S.M.C.O., A.S., AND : August 30, 2005
NORWEGIAN HULL CLUB, :
:
Counterclaim and Third-Party Defendants. :
---------------------------------------------------------X

## UNCONTESTED MOTIONS FOR EXTENSIONS OF TIME

SMCO A.S. respectfully moves pursuant to Local Civil Rule 7(b) for an extension of time to September 9, 2005 to file a reply in response to Defendant's opposition to SMCO A.S.'s Motion to Dismiss the Counterclaim. Plaintiff/Third-Party Defendant Scandinavian Marine Claims Office, Inc. ("SMCO") and Third-Party Defendants SCUA Americas, Inc. ("SCUAA"), and Norwegian Hull Club ("NHC") respectfully move pursuant to Local Civil Rule 7(b) for an extension of time to September 9, 2005 to file a reply in response to Defendant's opposition to SMCO's, NHC's and SCUAA's Motion for a Protective Order. These motions have been consented to by counsel for Defendant,

and counsel for Defendant in turn has requested a three-week extension of time to October 3, 2005 to file her opposition to SMCO's motion for summary judgment. Counsel for SMCO consents to that extension.

**The Extensions Requested**

SMCO A.S. seeks an extension of its time to file a reply in response to Defendant's opposition to SMCO A.S.'s Motion to Dismiss the Counterclaim from August 30, 2005 to September 9, 2005. SMCO, NHC and SCUAA seek an extension of their time to file a reply in response to Defendant's opposition to SMCO's, NHC's and SCUAA's Motion for a Protective Order from September 2, 2005 to September 9, 2005. Defendant seeks an extension of her time to file opposition to SMCO's motion for summary judgment from September 12, 2005 to October 3, 2005.

**The Extensions Have Been Consented To**

Counsel for Defendant has consented to the extensions requested by SMCO A.S., SMCO, NHC and SCUAA herein, and counsel for SMCO has consented to the extension requested by Defendant.

**There is Good Cause for the Extensions**

Local Civil Rule 7(b) provides for the granting of extensions for good cause. There is good cause for the requested extensions, as additional time is necessary due to counsels' vacation schedules and other scheduling conflicts.

**Conclusion**

For the reasons set forth above, SMCO A.S. respectfully requests that the Court grant its motion for an extension of time to September 9, 2005 to file a reply in response to Defendant's opposition to SMCO A.S.'s Motion to Dismiss the Counterclaim, and SMCO, NHC and SCUAA respectfully request that the Court grant their motion for an extension of time to September 9, 2005 to file a reply in response to Defendant's opposition to SMCO's, NHC's and SCUAA's Motion for a Protective Order. It is further respectfully requested that the Court extend Defendant's time to file opposition to SMCO's motion for summary judgment to October 3, 2005.

Dated: New York, New York
       August 30, 2005

                              Respectfully submitted,

                              CARTER LEDYARD & MILBURN LLP

                              By: _____
                              Donald J. Kennedy
                              Federal Bar No. ct23620
                              Mark R. Zancolli
                              Federal Bar No. phv0498
                              2 Wall Street
                              New York, New York  10005
                              Telephone:  (212) 732-3200
                              Facsimile:  (212) 732-3232

                              Madeleine F. Grossman
                              Federal Bar No. ct05987
                              LEVETT ROCKWOOD P.C.
                              33 Riverside Avenue
                              Post Office Box 5116
                              Westport, Connecticut  06880
                              Telephone: (203) 222-0885
                              Facsimile: (203) 226-8025

*Attorneys for Scandinavian Marine Claims Office, Inc., SCUA Americas, Inc., SMCO A.S. and Norwegian Hull Club*

## CERTIFICATION

This is to certify that a copy of the foregoing Uncontested Motions for a Extensions of Time was sent via Federal Express on this 30th day of August, 2005 to the following counsel of record:

Madeleine F. Grossman, Esq.
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
Westport, Connecticut 06881

Jeffrey M. Eilender, Esq.
Schlam Stone & Dolan
26 Broadway, 19th Floor
New York, New York 10004

Sharon E. Jaffe, Esq.
Levin & Glasser
3 Ledgebrook Court
Weston, CT 06883

_____
Mark R. Zancolli

1330591.1

5