UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.

                    Plaintiff,

           v.

SIRI OSTENSEN,

                    Defendant,

           v.

SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., S.M.C.O., A.S., AND NORWEGIAN HULL CLUB,

    Counterclaim and Third-Party Defendants.

Civil Case No.
3:02 CV 678 (RNC)

Magistrate Judge Donna F. Martinez

September 7, 2005

------------------------------------------------------------X

### UNCONTESTED MOTION FOR A THREE-WEEK EXTENSION OF TIME

    Plaintiff/Third-Party Defendant Scandinavian Marine Claims Office, Inc. ("SMCO") and Third-Party Defendants SCUA Americas, Inc. ("SCUAA"), SMCO A.S.[1], and Norwegian Hull Club ("NHC") (collectively, the "Moving Plaintiff and Third-Party Defendants") respectfully move pursuant to Local Civil Rule 7(b) for a three-week

---

[1] Because SMCO A.S. was one of the entities to which Defendant's Motion to Compel was directed, SMCO A.S. joins in this motion, without prejudice to its recently filed motion to dismiss for lack of personal jurisdiction.

1331775.1

extension of time to respond to the Motion To Compel filed by Defendant on June 27, 2005. This motion has been consented to by counsel for Defendant.

**The Extension Requested**

The Moving Plaintiff and Third-Party Defendants seek an extension of three weeks to their time to respond to Defendant's Motion to Compel. This would extend their time to oppose the motion from September 8, 2005 to September 29, 2005.

**The Extension Has Been Consented To**

Counsel for Defendant have consented to the extension requested herein, provided that the Moving Plaintiff and Third-Party Defendants agree not to object to a motion that Defendant may file to extend the current discovery deadline by an additional period of time of three-to-six weeks should Defendant need that additional time to complete discovery. The Moving Plaintiff and Third-Party Defendants agree not to object to such a motion in the event that Defendant deems it necessary to file it.

**There is Good Cause for the Extension**

Local Civil Rule 7(b) provides for the granting of extensions for good cause. There is good cause for the requested extension, as considerable documentation has been produced to Defendant since the time that she filed her Motion to Compel, a meet-and-confer took place by telephone on Friday, August 12, 2005, and the additional three-week period is necessary as the parties are still working to resolve or narrow the remaining outstanding issues in connection with the document request that is the subject of

Defendant's Motion to Compel so that any unresolved issues can be clearly articulated to the Court.

**Conclusion**

For the reasons set forth above, the Moving Plaintiff and Third-Party Defendants respectfully request that the Court (1) grant its motion for a three-week extension of time to respond to Defendant's Motion To Compel from September 8, 2005 to September 29, 2005 and (2) adjourn oral argument of Defendant's Motion to Compel from September 23, 2005 to October 14, 2005 or the next available date on the Court's calendar.

Dated: New York, New York
       September 7, 2005

Respectfully submitted,

CARTER LEDYARD & MILBURN LLP

By: _____
Donald J. Kennedy
Federal Bar No. ct23620
Mark R. Zancolli
Federal Bar No. phv0498
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile:  (212) 732-3232

Madeleine F. Grossman
Federal Bar No. ct05987
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
Post Office Box 5116
Westport, Connecticut 06880
Telephone: (203) 222-0885
Facsimile: (203) 226-8025

*Attorneys for Scandinavian Marine Claims Office, Inc., SCUA Americas, Inc., SMCO A.S. and Norwegian Hull Club*

Case 3:02-cv-00678-RNC    Document 156    Filed 09/08/2005    Page 4 of 5

## CERTIFICATION

This is to certify that a copy of the foregoing Uncontested Motion for a Three-Week Extension of Time was sent via Federal Express on this 7th day of September, 2005 to the following counsel of record:

Madeleine F. Grossman, Esq.
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
Westport, Connecticut 06881

Jeffrey M. Eilender, Esq.
Schlam Stone & Dolan
26 Broadway, 19th Floor
New York, New York 10004

Sharon E. Jaffe, Esq.
Levin & Glasser
3 Ledgebrook Court
Weston, CT 06883

Mark R. Zancolli

1331775.1

5