UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------------X

SCANDINAVIAN MARINE CLAIMS OFFICE,
INC.

                    Plaintiff,

    v.                                           Civil Case No.
                                           3:02 CV 678 (RNC)

SIRI OSTENSEN,

                  Defendant,

                                           Magistrate Judge Donna F. Martinez

    v.

SCANDINAVIAN MARINE CLAIMS
OFFICE, INC., SCANDINAVIAN
UNDERWRITERS AGENCY, SCUA
AMERICAS, INC., S.M.C.O., A.S., AND      :  September 9, 2005
NORWEGIAN HULL CLUB,

    Counterclaim and Third-Party Defendants.
----------------------------------------------------------X

### UNCONTESTED MOTION FOR A ONE-WEEK EXTENSION OF TIME

Third-Party Defendants SCUA Americas, Inc. ("SCUAA"), SMCO A.S., and Norwegian Hull Club ("NHC") respectfully move pursuant to Local Civil Rule 7(b) for a one-week extension of time to September 16, 2005 to file a reply in response to Defendant's opposition to SCUAA's, SMCO A.S.'s and NHC's Motion for a Protective Order. This motion has been consented to by counsel for Defendant.

1332178.1

1

**The Extension Requested**

SCUAA, SMCO A.S. and NHC seek a one-week extension of their time to file a reply in response to Defendant's opposition to SCUAA's, SMCO A.S.'s and NHC's Motion for a Protective Order from September 9, 2005 to September 16, 2005.

**The Extension Has Been Consented To**

Counsel for Defendant has consented to the extension requested by SCUAA, SMCO A.S. and NHC herein.

**There is Good Cause for the Extension**

Local Civil Rule 7(b) provides for the granting of extensions for good cause. There is good cause for the requested extension, as additional time is necessary due to scheduling conflicts.

**Conclusion**

For the reasons set forth above, SCUAA, SMCO A.S. and NHC respectfully request that the Court (1) grant their motion for an extension of time to September 16, 2005 to file a reply in response to Defendant's opposition to SCUAA's, SMCO A.S.'s and NHC's Motion for a Protective Order and (2) adjourn oral argument of SCUAA's, SMCO A.S.'s and NHC's Motion for a Protective Order from September 15, 2005 to the next available date on the Court's calendar.

Dated: New York, New York
      September 8, 2005

                                      Respectfully submitted,

                                      CARTER LEDYARD & MILBURN LLP

                                      By: _____
                                      Donald J. Kennedy
                                      Federal Bar No. ct23620
                                      Mark R. Zancolli
                                      Federal Bar No. phv0498
                                      2 Wall Street
                                      New York, New York  10005
                                      Telephone:  (212) 732-3200
                                      Facsimile:  (212) 732-3232

                                      Madeleine F. Grossman
                                      Federal Bar No. ct05987
                                      LEVETT ROCKWOOD P.C.
                                      33 Riverside Avenue
                                      Post Office Box 5116
                                      Westport, Connecticut  06880
                                      Telephone: (203) 222-0885
                                      Facsimile: (203) 226-8025

                                      *Attorneys for SCUA Americas, Inc., SMCO*
                                      *A.S. and Norwegian Hull Club*

## CERTIFICATION

This is to certify that a copy of the foregoing Uncontested Motion for a One-Week Extension of Time was sent via Federal Express on this 8th day of September, 2005 to the following counsel of record:

Madeleine F. Grossman, Esq.
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
Westport, Connecticut 06881

Jeffrey M. Eilender, Esq.
Schlam Stone & Dolan
26 Broadway, 19th Floor
New York, New York 10004

Sharon E. Jaffe, Esq.
Levin & Glasser
3 Ledgebrook Court
Weston, CT 06883

Mark R. Zancolli

1332178.1

4