UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------ X

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.

      Plaintiff,

  v.

SIRI OSTENSEN,

      Defendant,

  v.

SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., S.M.C.O., A.S., AND NORWEGIAN HULL CLUB,

  Counterclaim and Third-Party Defendants.

: Civil Case No.
: 3:02 CV 678 (RNC)
:
: Magistrate Judge Donna F. Martinez
:
: SEPTEMBER 9, 2005
:
: DECLARATION OF
: MARK R. ZANCOLLI

------------------------------------------------------------ X

Pursuant to 28 U.S.C. § 1746, Mark R. Zancolli hereby declares:

1. I am an associate with the law firm of Carter Ledyard & Milburn LLP, counsel for Plaintiff Scandinavian Marine Claims Office, Inc. ("SMCO") and for certain of the Counterclaim and Third-Party Defendants. I submit this declaration in response to Defendant's opposition and in further support of SMCO AS's motion to dismiss Defendant's third-party claims against it pursuant to Federal Rule of Civil Procedure 12(b)(2).

2. I make this declaration based on personal knowledge or a review of the files maintained in Carter Ledyard's offices.

1330471.1

1

3. SMCO, Norwegian Hull Club ("NHC") and SCUA Americas, Inc. ("SCUAA") have collectively produced over 6000 documents in response to Defendant's First Request for Documents. Attached as Exhibits 1, 2, and 3, respectively, are SMCO's, NHC's, SCUAA's Responses to Defendant's First Request for Documents. Attached as Exhibit 4 are Carter Ledyard's cover letters to Defendant's counsel with supplemental document production. Attached as Exhibit 5 is Carter Ledyard's cover letter to Defendant's counsel enclosing the privilege logs of SMCO, NHC and SCUAA. Finally, attached as Exhibit 6 is Carter Ledyard's letter of August 16, 2005 offering to produce additional documents.

4. Within the extensive document production described above, a considerable number of documents regarding SMCO AS have been produced by SMCO and NHC, including:

    a) Minutes of SMCO AS's board of directors meetings from 1997 to 2000 (SM 566 to 764); and

    b) Financial Statements of SMCO AS from 1997 to 2003 (NW 907 to 962), attached hereto as Exhibit 7.

5. Furthermore, SMCO has produced:

    a) Minutes of SMCO's board of directors meetings from 1990 to 2002 (SM 14 to 799); and

    b) Ten years of SMCO's financial Statements from 1990 to 2000 (SM 1239 to 1454), attached hereto as Exhibit 8.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2005

                                             Mark R. Zancolli

1330471.1

## CERTIFICATION

This is to certify that a copy of the foregoing Declaration of Mark R. Zancolli, sworn to on September 8, 2005, was sent by Federal Express on this the 8th day of September, 2005, to the following counsel of record:

Jeffrey M. Eilender, Esq.
Schlom Stone & Dolan
26 Broadway, 19th Floor
New York, NY 10004

Sharon E. Jaffe, Esq.
Levin & Glasser
PO Box 1098
Weston, CT 06883

_____
Mark R. Zancolli

1332215.1