UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____
:
SCANDINAVIAN MARINE CLAIMS OFFICE, :
INC. :
: CIVIL ACTION NO.
        *Plaintiff*, : 302CV678 (RNC)
:
v. :
:
SIRI OSTENSEN, :
:
        *Defendant,* : Magistrate Judge Donna F. Martinez
:
v. :
:
SCANDINAVIAN MARINE CLAIMS OFFICE, :
INC., SCANDINAVIAN UNDERWRITERS :
AGENCY, SCUA AMERICAS, INC., S.M.C.O., : September 30, 2005
A.S., and NORWEGIAN HULL CLUB, :
:
        *Counterclaim and Third-Party Defendants.* :
_____:

**UNOPPOSED MOTION FOR EXTENSTIONS
OF DEADLINES**

        Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, defendant Siri Ostensen respectfully moves for a ten-day extension from October 3, 2005 until October 13, 2005 to respond to S.M.C.O.'s Motion for Summary. In addition, the parties jointly request that plaintiff's time to file a reply to defendant's response to plaintiff's Motion for Summary Judgment be extended until November 4, 2005. Finally, the parties jointly request an extension of their time to file dispositive motions until 30 days from the close of discovery.

        The foregoing requests for extensions are necessitated by the press of conflicting business and the fact that the current date for filing dispositive motions is before the close of discovery.

There has been one previous request for an extension of Mrs. Ostensen's time to respond to plaintiff's Motion for Summary Judgment. This is the first request for an extension of time to file dispositive motions.

                                                                  _____

Sharon E. Jaffe (Fed. Bar. No. CT 04623)
**LEVIN & GLASSER, PC.**
P.O. Box 1098
Weston, Connecticut 06883
(203) 221-3008 (Telephone)
(203) 221-3010 (Facsimile)

John M. Lundin (Fed. Bar No. phv0185)
Jeffrey M. Eilender (Fed. Bar. No. CT 25177)
**SCHLAM STONE & DOLAN**, LLP
26 Broadway, Suite 1900
New York, NY 10004
(212) 344-5400 (Telephone)
(212) 344-7677 (Facsimile)

*Attorneys for Siri Ostensen*

_____
Donald J. Kennedy, (Fed. Bar No. ct23620)
**CARTER LEDYARD & MILBURN LLP**
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

Madeleine F. Grossman, (Fed. Bar No. ct05987)
**LEVETT ROCKWOOD P.C.**
33 Riverside Avenue
Post Office Box 5116
Westport, Connecticut 06880
Telephone: (203) 222-0885
Facsimile: (203) 226-8025

Attorneys for plaintiff and third-party defendants

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing Motion was sent via first-class mail, postage pre-paid, on September 30, 2005, to the following:

>Donald J. Kennedy, Esq.
>Mark R. Zancolli, Esq.
>**CARTER LEDYARD & MILBURN, LLP**
>2 Wall Street
>New York, NY  10005
>
>Madeleine F. Grossman, Esq.
>Frank J. Silvestri, Jr., Esq.
>Dorit S. Heimer, Esq.
>**LEVETT ROCKWOOD, P.C.**
>33 Riverside Avenue
>Post Office Box 5116
>Westport, CT  06880

_____
Sharon E. Jaffe