# EXHIBIT 1

## Minutes of the SMCO AS Board Meeting
### Bergen Hull Club - Bergen, 23rd May 2000

Present:  Arne Selvik, Chairman
Fred Benjaminsen
Morten Hjemsæter
Karl Hystad
Tom Midttun
Håvar Poulsson
Gunnar Topland
Torleiv Aaslestad
David Bellamy, Secretary to the Board

The Chairman opened the meeting at 10.05 hours.

The running order of the meeting was not strictly followed in order that Item 2. could be comprehensively addressed.

### 2. Organisation, Operation and Financing of SMCO Inc.
This item also constituted the board meeting for SMCO Inc., the minutes of which have been produced as a separate document. The Board resolution can be summarised as follows.

Discussions in respect of the reorganisation of the global network of claims agencies continued from previous meetings. The offices have experienced many changes in recent years as a result of meeting the global challenges facing the organisation.

Following such discussions the Board has decided to take further action in the US market. Despite changes already made at the Stamford office, involving the closing down of the P&I department and relocating to new premises, the amount of work for SMCO Inc. no longer warrants head office functions.

Consequently the Board has resolved:

i. to close down the head office functions of SMCO Inc. in Stamford Connecticut. This will regrettably affect head office management, administrative and secretarial staff in the form of redundancies.

ii. to maintain the claims offices in Houston and Miami as part of the long-term commitment to the US market. Staffing requirements of these offices will be examined in order to meet market demands.

iii. to sell the non-core activity of SMQI Inc.

iv. that the claims offices in Miami and Houston shall participate in global SCUA branding and invoicing.

SM 000738

The Chairman, Arne Selvik, has been authorised to implement these decisions in the most effective way possible.

### 6. SMCO AS 1999 Annual Report and Accounts
The 1999 Annual Report and Accounts were approved and signed.

For sake of good order the Chairman will investigate details of the entry "Other Financial Costs" totalling NOK61.140. It is probably related to commission paid on bank guarantees that Bergen Hull Club provides for SCUA Far East.

### 1. Minutes of the Board Meeting 3rd March 2000
The revised minutes of the Board Meeting 3rd March 2000 were approved and signed. Two changes were made:
Item 5:
The section in brackets covering the Geilo seminar shall be deleted from the minutes. A separate memo from the seminar shall be prepared. Before the
Item 6:
This sentence shall be added before the last section: The board decided to continue its discussion in its next board meeting.

### 5. Common Pricing Policy for the Agencies
The Board noted the contents of the Fee Scale Memo dated 18th May 2000. It was decided to postpone any in-depth discussions and thereby conclusions until the next board meeting.

### 3. Agency Quarterly Reports
The Board noted the contents of the quarterly reports with the following comments:
Arne, her overlater jeg ordet til deg!

### 4. 1st Quarter Income Statements and Revised Budgets for Rotterdam and London
The Board noted the contents of the above named documents with the following comments:
Arne, her overlater jeg ordet til deg!

### 7. Appointment of a Surveyor in Dubai
The Board sanctioned the employment of Raymond Caldwell at the Dubai office as presented by Patrick Cannie in his report to the Board.
Arne, her overlater jeg ordet til deg!

### 8. Ownership Composition of SMCO AS
Arne, her overlater jeg ordet til deg!

### 9. Board Composition and Workings
Arne, her overlater jeg ordet til deg!

SM 000739

**10. A.O.B.**
It was decided to hold the next Board Meeting, and at the same time Annual General Meeting, on 21st June in Oslo at Unitas' offices.

The meeting was closed at 17.15hrs.

David Bellamy
Secretary to the Board

      Arne Selvik      Fred Benjaminsen      Morten Hjemsæter

                  Karl Hystad      Tom Midttun

      Håvar Poulsson      Gunnar Topland      Torleiv Aaslestad

SM 000740