# EXHIBIT 2

# ANNUAL REPORT 2001





NORWEGIAN HULL CLUB

NW 000010

# CONTENTS

Managing Director's reflections
4

Key figures
5

A coastline crying out for lighthouses
6

Directors' Report for 2001
8

Profit and loss account
13

Balance Sheet
14

Cash Flow Statement
16

Notes to the accounts
17

Auditor's report
27

Statement of the Supervisory Committee
28

Governing bodies
29

Organisation
31

*Norwegian Hull Club's mission is to be the preferred carrier of marine risks*

2

NW_ 000011



Navigare necesse est. Vivere non est necesse

For as long as men have sailed the seas,
they have exploited all their experience and imagination to develop
technologies to reduce the risks involved in going to sea.
For just as long, seafarers have operated on the basis of courtesy,
the concept of mutual help and assistance.

In navigationem salus
Safe Sailing

NW    000012

MANAGING DIRECTOR'S REFLECTIONS

*Dear Members and Clients,*

*Norwegian Hull Club has now been in operation for approximately one full year since the merger of Bergen Hull Club and Unitas. It is hence important to look back on this first year of operation and try to draw some conclusions.*

Our success will, like in most other businesses, be dependent on a number of different factors. The most obvious are how we focus on our clients and their needs, how we manage our intellectual capital and how we manage our financial capital.



A merger will in most cases put pressure on management to address the different aspects of its business. The fact that we all have limits as to how much we can address at the same time becomes in itself a bottleneck. This being said, we do feel that both the challenge of managing the intellectual capital and client relationships has been achieved as well as we had hoped during 2001.

We have always known that our business is volatile and we know that one of the few counter effective measures we can apply is to create stability at multiple levels. The stability has to be cemented to the extent possible, at customer level, vis-á-vis our reinsurers, vis-á-vis brokers, at employee level and so forth. We believe that in a world of uncertainty and instability, Norwegian Hull Club should offer stability. The competition is such that stability in itself is becoming an important parameter in the competition. At the same time, we are to an increasing extent finding the inherent cyclicality of marine insurance business a little bit of a problem.

Over the long term, our members expect our pricing to be more consistent. In order to manage our financial capital optimally we must have a clear opinion of the expected claims cost and variance for our different products. We must set out own terms and conditions and we can therefore not only be market driven and price our services and products in a reactive way. Our reinsurers,

who are our capital providers, are experiencing a tremendous volatility and exposure. They are also among the stakeholders who expect us to manage their capital with the highest possible degree of stability. These considerations lead us to a simple conclusion; we must strive to create stability at all relevant levels possible and to manage the overall risk better.

During 2001, a considerable amount of time has been spent on defining the role of mutuality in the context we are now working. One important aspect is that the Hull & Machinery insurance market is a fixed rate market. There are no easy answers to be found. We believe, however, that we must have clear success criteria for the operation and that the benefits and particulars of mutuality must be shown clearly to our members. The simple and obvious success criterion is profitability in a broad sense.

If profit is made, our owners, who are our members, can make the decision of distributing the profit generated. As a mutual association, we are thereby entrusted with the challenge to select our members, price our products and deliver our service packages in a fair and balanced way.

The challenge for the Club in 2002 is to consolidate the various programs that were implemented in 2001 as a result of the merger. In this context the most important tasks are to keep the right members, apply the right price for the risk we are taking on and select the right new members.

Norwegian Hull Club's mission is to be the preferred carrier of marine risks. We will work hard towards achieving this mission.

Finally, I would like to thank all our members, clients and staff for their valuable support in this first important year in the history of Norwegian Hull Club.

John Wiik
Managing Director

4

NW   000013

## K E Y   F I G U R E S

ALL FIGURES IN USD 000'S

|  | 2001 | 2000 | 1999 | 1998 | 1997 |
|---|---|---|---|---|---|
| Gross premiums | 67 865 | 61 884 | 63 804 | 70 354 | 71 989 |
| Gross claims | 67 548 | 67 853 | 106 407 | 60 733 | 53 809 |
| Premiums for own account | 40 856 | 35 131 | 31 380 | 39 428 | 38 099 |
| Other income | 4 305 | 5 485 | 3 927 | 4 991 | 5 778 |
| Net financial income | 6 040 | 7 974 | 9 116 | 10 610 | 9 348 |
| Claims for own account | 41 289 | 35 374 | 33 866 | 34 619 | 26 089 |
| Operating expenses | 9 361 | 11 703 | 10 219 | 10 473 | 9 879 |
| Financial expenses | 2 351 | 1 656 | 873 | 597 | 146 |
| | | | | | |
| **Operating result** | **-1 799** | **-142** | **-536** | **9 339** | **17 111** |
| | | | | | |
| Total assets | 204 671 | 194 836 | 193 306 | 191 862 | 179 333 |
| Solvency capital + Equity | 108 756 | 111 046 | 114 991 | 116 187 | 108 688 |
| | | | | | |
| Claims % (Claims/Insurance income) | 91 % | 87 % | 96 % | 78 % | 59 % |
| Expenses % (Operating expenses/insurance income) | 21 % | 29 % | 29 % | 24 % | 23 % |
| Claims and expenses % | 112 % | 116 % | 125 % | 102 % | 82 % |
| | | | | | |
| Loss ratio for own account | 101 % | 101 % | 108 % | 88 % | 68 % |
| Gross loss ratio | 100 % | 110 % | 167 % | 86 % | 75 % |
| | | | | | |
| Return on investment portfolio | 1,9 % | 2,0 % | 3.1 % | 7.8 % | 6,8 % |
| Return on benchmark | 0,7 % | 3,1 % | 3,2 % | 7,8 % | 7,0 % |



OPERATING RESULT                    SOLVENCY CAPITAL + EQUITY

5

NW   000014

# A COASTLINE CRYING OUT FOR LIGHTHOUSES

*As long as man has been going to sea, beacons have been perhaps the most important means of providing safe navigation conditions. This has been the case right up to the present day, but now with the added assistance of radar and GPS technology.*

It is from Libya and Lower Egypt (around 900 BC) that we know, via the epics of Homer, of the first installations that we can call "lighthouses". However, history tells us nothing of their construction. The first true lighthouse of which we possess a detailed description was Pharos, the gigantic lighthouse of Alexandria, which was raised by the successors of Alexander in 282 BC. Not only was Pharos the tallest lighthouse that the world has ever seen with a height of at least 150m, it was also the tallest building in the world at that time. It was topped by the apex of the lighting technology of its day – the flame of an open fire in a grate. The light produced by the fire was focused into a beam by a curved mirror, probably made of polished metal.

With its claimed visible range of 100 nautical miles, Pharos enabled the seamen and fishermen of its time to set out safely on long voyages in the Mediterranean - at any rate as long as the weather was clear. There are historical accounts that indicate that this light was still in operation as late as the 12th century.

The fact that the first Norwegian lighthouse was lit as late as 1655 is probably due more to a lack of technology and resources than to lack of need. With its long, intricate coastline, difficult waters and severe weather conditions, Norway has



needed every possible aid to safe navigation since shipping began.

This makes it all the more of a mystery as to why Norway, whose seamen had sailed all over the world since the days of the Vikings and who must have seen a good many lighthouses, should have been so late to adopt them. Not least since Bergen was a member of the Hanseatic League, which had set up lights as far north as the Kattegat already in the 1200s.

Historians believe that the explanation lies in the fact that most of the Hansa's voyages to Norway took place during the summer, when even in cloudy weather it would have been light enough for visual navigation throughout the night. This theory is supported by the fact that Norway's first light, at Cape Lindesnes, was originally only supposed to be lit during the winter.

The development of a network of lighthouses along the coast of Norway only began to take off during the 19th century. The Second World War was a dramatic period since lighthouses were the targets of military activity on both sides and many had to be rezbuilt after the end of the war. Today, most of Norway's lighthouses have either been automated or closed down, resigning the very special way of life that was lived in them to the history books.



NW    000016

# DIRECTORS' REPORT FOR 2001

In October 2000 the General Meetings of Bergen Hull Club and UNITAS decided to merge the two clubs with effect from 1 January 2001. The purpose of the merger is to consolidate mutual marine insurance in Norway and thereby build a strong entity to compete globally within this niche. Norwegian Hull Club is now the dominant claims leader in the Norwegian marine insurance market. The merger has considerably strengthened the Club's domestic and international market position. Now, the Club has a size and financial strength that makes it a more interesting partner for current and new members, our reinsurance partners and our employees.

As of 1 January 2001 Norwegian Hull Club commenced underwriting on behalf of the two clubs pending approval of the merger from the Norwegian authorities. Approval was given on 10 April 2001.



This report and the attached accounts relate to the first accounting year of the merged club.

The result for 2001 prior to changes in provisions and taxes was a loss of USD 1.8 mill. This is due to a combination of continued low premium rates, unsatisfactory return on the Club's investment portfolio and a loss of USD 1.6 mill. relating to a partly owned company in the US. Excluding this loss in the US, the result from insurance operations is, however, considered satisfactory all relevant factors taken into account.

Business volume was relatively stable and growth in premium can in principle be attributed to rate increases.

Norwegian Hull Club is owned and governed by its members, who are the clients that insure Hull & Machinery risks with the Club. The Club has a strong client focus in its operations, which has lead to an extensive range of supplementary services.

The Club's head office is in Bergen with offices in Oslo and Kristiansand.

## INSURANCE OPERATIONS

Norwegian Hull Club offers hull and hull related insurance protection to Norwegian and international shipping companies. In 2001 41 % of premium income came from Norwegian shipping companies. In addition to insuring members, the Club also offers Loss of Hire (LOH) and Total Loss (TLO) insurance to non-members at fixed rates. Gross premium written was split 79 % for member entries and 21 % for non-member entries.

The decrease in premium rates that has been experienced since 1994 had stopped in early 2001 and rates started to slowly increase during 2001. However, the rating level in Hull & Machinery insurance, which is our main line of business, was still insufficient to meet the expected claims development during the accounting year. The premium rates for LOH increased more due to a reduction in global capacity.

Reinsurers have for several years lost substantial amounts of money on marine insurance in addition to suffering severe losses on other lines of business. They have therefore given strong signals for the need to return to sound underwriting practise and correct pricing of risks. Some direct marine insurers as well as reinsurers terminated their activities during 2001 due to substantial losses. The tragic events of 11 September 2001 put further pressure on the insurance industry and the need for an immediate increase of rating levels became even more evident.

For 2001, Norwegian Hull Club combined the reinsurance resources of the two clubs into an extensive reinsurance program with financially strong reinsurers. At the renewal, the Club decided to retain a larger share of exposure for its own account. The Board emphasises that the Club has a satisfactory risk capacity supported by strong funds.

The Club has continued the development of a Quality Assessment program aiming to give our underwriters the tools for selecting the types of risk deemed most desirable.

The number of vessels for which the Club is claims leader was 1,514 for Hull & Machinery and 1,064 for Loss of Hire insurance. This compares with 1,524 and 801 vessels respectively at the end of 2000.

The claims picture has improved further in 2001 with no large claims. The gross result has therefore improved. The net result is affected by a combination of claims frequency and increased retentions. Claims frequency is stable compared to previous years. Engine damages continues to be the main cause of claims with an increasing proportion being related to errors made during maintenance.

## OTHER ACTIVITIES

Norwegian Hull Club puts great emphasis on offering members additional services alongside traditional insur-

8

NW    000017