# DIRECTORS' REPORT FOR 2001

ance products. Therefore the Club has developed a program of courses, seminars and exercises in loss prevention, crisis management and loss control. The demand for these services has further increased after the merger. In 2001, the Club arranged 4 courses, 24 exercises and took part in 52 officers conferences. We are pleased to note that some of our members now consider the Club as an integral part of their crisis management programs.

In relation to claims handling the Club is part owner of a specialized claims agency network. In 2001 the global network has been restructured and is now governed through a holding company, SCUA Holding B.V. in Rotterdam of which the Club currently owns 67 %.

Norwegian Hull Club operates in a niche that requires specialist knowledge. Thus the Club owns Informasjons Teknologi Sjøforsikring AS (Information Technology Marine Insurance), which develops and operates computer systems for the marine insurance industry. In 2001, this company has concluded the development of a completely new IT system, which will be implemented in the first quarter of 2002.

The Club also owns AktuarKompetanse AS, which provides actuarial services. Both AktuarKompetanse and InformasjonsTeknologi Sjøforsikring have external clients in addition to the Club.

Bergens Assuranceforening Ltd. (BAL), a captive insurance company registered in Bermuda, is a fully owned subsidiary of the Club. The accounts for BAL have been consolidated with the accounts of the Club. BAL has in part been used for reinsurance of the Club's business. In addition, BAL has taken on risk on behalf of members. This part of the activity is expected to increase in 2002.

## 11 SEPTEMBER 2001 - WORLD TRADE CENTER

The attack on World Trade Center stands out as the single largest insured loss in history with loss estimates ranging from USD 40 bn. to USD 90 bn. The World Trade Center catastrophe will have a significant effect on market capacity and how risk is assessed. The immediate effect was a re-rating in the war risk market and reduced willingness to accept cover for terrorism. Some direct and re-insurers are facing losses of large magnitude and the credit exposure is increasing. The tragic event came on top of years with losses in an industry already struggling with profitability from underwriting and investments.

As a marine insurer Norwegian Hull Club was not directly affected in any way by the World Trade Center disaster. The consequences of the event did nevertheless pose a stress test at several levels. This applies to credit exposure in our reinsurance covers as well as to credit exposure on guarantees issued and to exposure in our investment portfolio.

Several of the Club's strategic reinsurance partners have been exposed to substantial damages and we must be realistic with regard to the effect that this will have on the pricing and availability of reinsurance and the consequential pricing of the Club's products.

## RESULT

The operating result for the group was minus USD 1,8 mill. compared to minus USD 0,1 mill. in 2000.

## PREMIUM INCOME

Gross premium written was USD 67,9 mill compared to USD 61,9 mill in 2000. Premium earned for own account was USD 40,9 mill. (USD 35,1 mill.).

## FINANCIAL INCOME

Income from financial assets was USD 6,0 mill. which includes USD 0,9 mill. in changes in unrealised gains. In 2000 income from financial assets was USD 8,0 mill.



## CLAIMS

Gross claims were USD 67,5 mill. compared to USD 67,9 mill. in 2000. Claims incurred for own account were USD 41,3 mill. (USD 35,4 mill.). Claims incurred for own account exceed premium for own account. Therefore, the provisions for unexpired risks have been increased to cover expected losses on existing contracts.

## OPERATING EXPENSES

Marketing and other operating expenses were USD 9,4 mill against USD 10,7 mill. in 2000. These expenses are mostly incurred in NOK. Expressed in NOK, marketing and operating expenses have decreased by 10,4 %. In addition, the Club incurred external costs relating to management of financial assets of USD 0,5 mill.

## RESULT FOR THE PARENT COMPANY

The parent, Norwegian Hull Club, had premium income for own account of USD 39,6 mill. in 2001. The

NW    000018

DIRECTORS' REPORT FOR 2001

operating result was minus USD 4,0 mill. and the result from ordinary operations was USD 0. After tax costs of USD 63.373 the result for the year was minus USD 63.373. USD 92.748 is proposed added to the fund for valuation differences and the balance, USD 156.121 is proposed covered from other equity.

## LOSS FROM SUBSIDIARY

Norwegian Hull Club owns 2/3 of a worldwide network of claims agencies. Each agency is organised as a separate company. The US operation was until 2000 run through Scandinavian Marine Claims Office, Inc. (SMCO). SMCO had for several years operated at a loss, which was partly financed by Norwegian Hull Club as a shareholder. In 2000, it was decided to liquidate SMCO and continue the US operation through a new company. USD 2,0 mill. was written off in the 2000 accounts as loss relating to the liquidation of SMCO.

In 2001, estimated losses from the liquidation of SMCO have increased. This is mostly due to an increase in estimated pension liabilities, in part due to lower USD interest rates and in part due to errors made in previous calculations of pension liabilities. The 2001 accounts have been charged with USD 1,6 mill. to cover the increased liquidation cost.

The losses relating to SMCO is agreed to be divided between the two shareholders of the company on a pro rata basis, namely 2/3 and 1/3.

## GENERAL COMMENTS

The accounts have been prepared assuming continuous operation. In the Director's opinion, the Profit and Loss Account and Balance Sheet with supporting notes provide adequate information about the operation and financial status of the Club at the end of the accounting year. No events have occurred after year-end which are significant in the evaluation of the result and position of the Club and which have not been included in the annual accounts.

## FINANCIAL ISSUES

### CURRENCY

Approximately 85 % of premium income and technical reserves are in USD. Consequently, from 2001 the accounts are based on USD to minimise the effect of currency exchange fluctuations. Investments and other assets are managed to ensure that they match the currencies of the Club's liabilities.

Operating expenses are predominantly in NOK. The Club uses foreign exchange contracts to hedge NOK operating expenses.

## INVESTMENTS

The return on the investment portfolio was 1,9 % compared to 0,7 % for the applicable benchmark. The reason for the unsatisfactory return on the investment portfolio is the poor development of major equity markets. The return on the fixed income portfolio was good.

The Club maintained a conservative investment position throughout the year. The investment guidelines were amended in order to reduce the risk in the investment portfolio.

Third party asset managers carry out daily management of the portfolio, including security selection.

## LIQUIDITY

The Club maintains sufficient working capital outside the investment portfolio to cover ordinary operations. In addition, Norwegian Hull Club has working capital and guarantee facilities with major banks totalling USD 60 mill. which can be used to cover temporary liquidity needs and to issue guarantees on behalf of the members.

## RATING

In May 2001 Standard & Poor's confirmed their single "A" financial strength rating of Norwegian Hull Club. This is the highest rating that Standard & Poor's has assigned to a mutual club that writes Hull & Machinery insurance. In their rating analysis, Standard & Poor's highlights the Club's very strong risk-based capitalization, good historic operating performance and god business position as positive rating factors. The negative rating factor highlighted was lack of diversity from being an insurer of marine risks only.

## ENVIRONMENT

Norwegian Hull Club has an internal Health, Environment and Safety committee. Sick leave totalled 586 days equal to 3,52 % of total working time. There were no accidents involving either the Club's employees or property during the year.

The working environment is considered to be satisfactory and management places emphasis on creating good relations with and between employees as part of the Club's value system. To this effect, a committee consisting of representatives elected by the employees and senior management has been established in 2002.

The daily operations do not contaminate the external environment. However, the Club insures vessels that potentially may contribute to environmental pollution.

Norwegian Hull Club wants to contribute to promoting shipping that focuses on quality in all aspects of operation. In addition to the loss prevention activities mentioned above, the Club follows its members' and clients' work

NW   000019

# DIRECTORS' REPORT FOR 2001

within Health, Safety and Environment closely. When selecting clients, the Club focuses on the quality both of ships to be insured and the operation within the shipping companies.

## ORGANISATION

At the end of 2001 Norwegian Hull Club had 72 employees. The organisational structure, as set out in the Merger Agreement, has been working as expected in 2001 and was slightly adjusted at the end of the year to further improve the structure.

## MEMBERS

At the end of 2001 Norwegian Hull Club had 220 members. No member represents more than 4 % of the votes at the General Meeting.

## FUTURE PROSPECTS

Norwegian Hull Club has a strong position in the marine insurance market. With its size, know-how and mutual foundation, the Board of Directors believes that the Club will continue to be an attractive insurance partner for both Norwegian and international shipping companies. This implies possibilities for both increased business from existing members and clients and for new interesting business.

The premium cycle has turned and rates are increasing. The Board of Directors expects that the reinsurance market will tighten further until a balance is achieved. Insurance companies and clubs will therefore have to demand higher rates from their clients. The Board of Directors expects that the result from insurance operations will reach balance in 2002.

A strong membership of high quality shipping companies provides a good foundation for future development of the Club. At the moment, conditions in the insurance industry are improving. Profitability in most shipping markets is, however, not satisfactory and this may subdue the improvement in the Club's profitability.

BERGEN, 19 FEBRUARY 2002

Jan Fosse
Chairman

Knut J. Meland

Terje Adolfsen

Atle Bergshaven

Emil Gamborg

Lars Helge Kyrkjebø

Olav Lunde

Jan Federlein

Bjørn Sjaastad

Tom C. Steckmest

Knut Evensen

Jan Henrik Hatlem

John Wiik
Managing Director

11

NW    000020



NW    000021

PROFIT AND LOSS ACCOUNT

| Norwegian Hull Club 2000 | 2001 | | Notes | Norwegian Hull Club Group 2001 | 2000 |
|---|---|---|---|---|---|
| ALL FIGURES IN USD | | | | | |
| 60 335 083 | 66 810 210 | Gross premiums | | 67 864 632 | 61 884 378 |
| -26 491 800 | -27 554 585 | Reinsurance premiums | | -27 456 187 | -26 747 839 |
| -172 494 | 900 401 | Change in provisions for unearned gross premiums | | 834 318 | -397 009 |
| 423 035 | 592 267 | Reinsurers' share of change in provisions | | -386 491 | 391 960 |
| 34 093 824 | 39 563 759 | Premiums for own account | A | 40 856 272 | 35 131 491 |
| 9 711 225 | 2 429 000 | Allocated investment return from non technical accounts | B | 3 281 000 | 10 487 225 |
| 4 832 365 | 3 054 716 | Other insurance related income | C | 3 054 716 | 4 832 365 |
| 67 252 879 | 67 095 673 | Gross claims | 10 | 67 548 401 | 67 852 879 |
| -33 501 269 | -18 880 366 | Reinsurers share of gross claims | | -18 928 304 | -33 501 269 |
| 6 161 895 | 1 148 097 | Change in gross claims reserve | | 885 691 | 3 965 694 |
| -4 563 786 | -8 662 900 | Reinsurers' share of change in gross claims reserve | | -8 216 727 | -2 942 918 |
| 35 349 719 | 40 700 504 | Claims for own account | D | 41 289 061 | 35 374 386 |
| 4 093 951 | 4 359 523 | Marketing expenses | | 4 556 018 | 4 317 943 |
| -624 978 | -1 137 862 | Commissions earned | | -1 250 504 | -653 056 |
| 3 468 973 | 3 221 661 | Total insurance related expenses for own account | E | 3 305 514 | 3 664 887 |
| 6 282 384 | 4 720 546 | Other insurance related expenses | 2, 3 | 4 804 758 | 6 378 380 |
| | | Operating result technical accounts | G | | |
| 3 536 339 | -3 595 236 | before change in solvency capital A+B+C+D-E-F | | -2 207 345 | 5 033 429 |
| -1 130 401 | 2 976 095 | Change in provisions for unexpired risk | | 3 051 447 | -1 130 401 |
| -3 168 196 | -7 164 939 | Change in provisions for risk equalisation | | -4 982 890 | -3 168 196 |
| -146 232 | -1 189 217 | Change in reinsurance ceded fund | | -1 201 408 | 2 617 539 |
| 1 307 943 | 721 596 | Change in administrative cost fund | | 711 137 | 1 207 197 |
| 395 771 | 622 844 | Change in provision for guarantee fund | | 622 844 | 281 026 |
| -2 741 115 | -4 033 621 | Total changes in solvency capital | H | -1 798 869 | -192 835 |
| 6 277 454 | 438 385 | Operating result technical accounts | G-H | -408 476 | 5 226 264 |
| 4 089 165 | 3 604 286 | Financial income | | 4 796 512 | 5 438 276 |
| 727 923 | 304 211 | Adjustment investment portfolio | | 851 865 | 1 231 602 |
| 60 764 | 494 033 | Realised currency gain | | 494 033 | 60 764 |
| 1 243 588 | 102 166 | Unrealised currency gain | | 102 166 | 1 243 588 |
| 6 121 440 | 4 300 364 | Net financial income | J | 6 040 244 | 7 974 229 |
| 2 637 016 | 2 309 749 | Administration expenses financial assets | K | 2 350 768 | 2 662 616 |
| 9 711 225 | 2 429 000 | Allocated investment return transferred to technical accounts | L | 3 281 000 | 10 487 225 |
| 50 652 | | Result from ordinary operations | I+J-K-L | | 50 652 |
| 7 059 | 63 373 | Tax income / expenses | 7 | 63 373 | -37 620 |
| 43 593 | -63 373 | Result for the year | M-N | -63 373 | 88 272 |
| | | *Profit for the year is distributed as follows:* | | | |
| -215 738 | 92 748 | Reserve for valuation variances | | | |
| 172 145 | 156 121 | Other equity | | | |
| -43 593 | -63 373 | Total | | | |

13

NW    000022

# B A L A N C E   S H E E T

| Norwegian Hull Club | | ASSETS | Notes | Norwegian Hull Club Group | |
|---|---|---|---|---|---|
| 31.12.00 | 31.12.01 | | | 31.12.01 | 31.12.00 |
| ALL FIGURES IN USD | | | | | |
| 901 321 | 901 274 | Properties | 3 | 901 274 | 901 321 |
| 3 496 921 | 4 654 396 | Shares in subsidiaries | 4 | - | 53 164 |
| 1 790 049 | 1 849 636 | Other shares | 4 | 1 849 636 | 1 790 049 |
| 4 113 706 | 4 475 044 | Mortgage loans | 2 | 4 475 044 | 4 113 706 |
| 98 960 297 | 106 271 909 | Investment portfolio | 5, 6, 13 | 128 445 080 | 119 724 477 |
| 12 726 469 | 3 306 337 | Disbursements | | 3 308 681 | 12 728 813 |
| 18 678 467 | 20 674 473 | Bank deposits | | 24 766 137 | 22 547 733 |
| 140 667 230 | 142 133 069 | Total financial assets | | 163 745 852 | 161 859 263 |
| 13 100 713 | 21 085 967 | Insurance related receivables | | 22 214 444 | 13 354 257 |
| 11 909 196 | 8 771 056 | Reinsurance receivables | | 8 757 910 | 11 749 336 |
| 543 248 | 2 227 620 | Other receivables | | 2 227 620 | 543 248 |
| 25 553 157 | 32 084 644 | Total receivables | | 33 199 974 | 25 646 841 |
| 1 981 528 | 2 432 190 | Equipment and fixtures | 3 | 2 432 190 | 1 981 528 |
| 46 583 | 45 291 | Cash | | 45 291 | 46 583 |
| 3 173 656 | 3 562 141 | Pension funds | 2 | 3 562 141 | 3 173 656 |
| 5 201 767 | 6 039 622 | Total other assets | | 6 039 622 | 5 201 767 |
| 2 044 726 | 1 557 220 | Accrued interest | | 1 685 855 | 2 127 948 |
| 173 466 879 | 181 814 555 | TOTAL ASSETS | | 204 671 303 | 194 835 820 |

NW    000023

# BALANCE SHEET

| Norwegian Hull Club | | EQUITY AND LIABILITIES | Notes | Norwegian Hull Club Group | |
|---|---|---|---|---|---|
| 31.12.00 | 31.12.01 | | | 31.12.01 | 31.12.00 |
| ALL FIGURES IN USD | | | | | |
| 8 042 072 | 8 042 072 | Equity | | 8 042 072 | 8 042 072 |
| 540 980 | 1 726 527 | Reserve for valuation variances | | 1 726 527 | 540 980 |
| 1 869 007 | 1 814 443 | Other equity | | 1 814 443 | 1 885 291 |
| | | Currency adjustment equity | | | 1 194 355 |
| 10 452 059 | 11 583 041 | Total equity | 8 | 11 583 042 | 11 662 698 |
| | | | | | |
| 24 785 933 | 23 885 532 | Unearned gross premium reserve | | 24 451 401 | 25 285 720 |
| -10 670 088 | -10 077 821 | Reinsurance premiums | | -10 285 809 | -10 672 300 |
| 14 115 845 | 13 807 711 | Unearned premium reserve for own account | | 14 165 593 | 14 613 420 |
| | | | | | |
| 97 205 071 | 96 056 974 | Outstanding gross claims reserve | | 97 696 844 | 100 325 021 |
| -49 757 602 | -41 094 702 | Reinsurers share | | -41 445 086 | -50 906 110 |
| 47 447 469 | 54 962 272 | Outstanding claims reserve for own account | | 56 251 759 | 49 418 910 |
| | | | | | |
| 158 516 | 566 639 | Unearned commission reserve | | 566 639 | 158 516 |
| | | | | | |
| 1 172 060 | 4 148 155 | Provision for unexpired risk | | 4 223 507 | 1 172 060 |
| 78 316 216 | 70 739 570 | Provision for risk equalisation | | 82 563 739 | 87 958 336 |
| 3 108 301 | 1 919 084 | Reinsurance ceded fund | | 1 936 532 | 3 137 940 |
| 4 990 202 | 5 711 798 | Administrative cost fund | | 6 003 773 | 5 292 636 |
| 1 822 547 | 2 445 391 | Provision for guarantee fund | | 2 445 391 | 1 822 547 |
| 89 409 327 | 84 963 999 | Total solvency capital | | 97 172 943 | 99 383 520 |
| | | | | | |
| 151 131 157 | 154 300 621 | Total technical reserves | 11 | 168 156 933 | 163 574 366 |
| | | | | | |
| 281 517 | | Pension liability | 2 | | 281 517 |
| 637 553 | 1 480 130 | Withheld payroll tax, social security etc. | | 1 480 130 | 637 553 |
| 496 929 | 546 156 | Deferred tax | 7 | 291 509 | 242 282 |
| 20 706 | 16 998 | Taxes payable | 7 | 16 998 | 20 706 |
| 1 436 705 | 2 043 284 | Total tax etc. payable | | 1 788 637 | 1 182 058 |
| | | | | | |
| 2 533 254 | 1 683 401 | Payables direct insurance accounts | | 1 683 401 | 2 562 073 |
| 6 682 588 | 9 909 759 | Payables reinsurance | | 9 787 295 | 6 682 588 |
| 1 231 117 | 2 294 448 | Payables other accounts | | 11 671 995 | 9 172 037 |
| 10 446 959 | 13 887 608 | Total payables | | 23 142 691 | 18 416 698 |
| | | | | | |
| 173 466 879 | 181 814 555 | TOTAL EQUITY AND LIABILITIES | | 204 671 303 | 194 835 820 |

Guarantees                    9

BERGEN, 19 FEBRUARY 2002

Jan Fosse
Chairman

Knut J. Meland

Terje Adolfsen

Atle Bergshaven

Emil Aambø

Lars Helge Kyrkjebø

Olav Lunde

Jan Pedersen

Bjørn Sjaastad

Tom C. Steckmest

Knut Evensen

Jan Henrik Hatlem

John Wiik
Managing Director

15

NW    000024

## CASH FLOW STATEMENT

| Norwegian Hull Club | | | Norwegian Hull Club Group | |
|---|---|---|---|---|
| 2000 | 2001 | | 2001 | 2000 |
| ALL FIGURES IN USD | | | | |
| -43 593 | -63 373 | Profit of the year | -63 373 | 88 272 |
| 43 593 | 63 373 | Tax expenses | 63 373 | -88 272 |
| 17 903 737 | 3 169 464 | Change in technical reserves | 4 582 567 | 19 423 506 |
| -215 738 | -92 748 | Effect of use of the equity method | -92 748 | -171 059 |
| -242 015 | -4 379 | Profit on sale of fixed shares / bonds | -4 379 | -242 015 |
| 3 684 811 | 3 358 538 | Loss on sale of current shares / bonds | 3 078 053 | 3 837 019 |
| -114 755 | -19 184 | Profit on sale of fixed assets | -19 184 | -114 755 |
| 16 675 | | Write-down of fixed shares | | 16 675 |
| -472 161 | -106 968 | Change in net pension funds | -106 968 | -472 161 |
| -545 575 | -304 211 | Amounts classified as investing activities | -851 865 | -1 049 254 |
| 216 370 | 40 527 | Depreciation | 40 527 | 216 370 |
| -7 172 525 | -391 867 | Effect of changes in exchange rates | -391 867 | -8 545 670 |
| -319 826 | -20 706 | Taxes paid | -20 706 | -540 026 |
| 12 739 000 | 5 628 466 | **Funds generated from operating activities** | 6 213 430 | 12 358 630 |
| -4 175 010 | -1 760 755 | Change in net receivables | -1 542 470 | 1 321 169 |
| -2 256 995 | -10 365 939 | Change in investment portfolio | -10 946 790 | -4 079 107 |
| 4 486 030 | 9 420 132 | Change in disbursements | 9 420 132 | 4 485 814 |
| 10 793 025 | 2 921 904 | A  **Net cash inflow / outflow from operating activities** | 3 144 302 | 14 086 508 |
| | | Cash generated / used by investing activities | | |
| -355 076 | 427 685 | Proceeds from sale of tangible fixed assets | 427 685 | -355 076 |
| 405 524 | | Proceeds from sale of investment in shares | | 405 524 |
| -6 830 | -23 872 | Purchase of shares | -23 872 | -6 830 |
| 170 738 | | Proceeds from sale of other investments | | 170 738 |
| -673 392 | -908 703 | Purchase of other investments | -908 703 | -673 392 |
| -538 702 | -361 338 | Change in mortgage loans | -361 338 | -538 702 |
| -997 738 | -866 228 | B  **Net cash inflow / outflow from investing activities** | -866 228 | -997 738 |
| -521 024 | -60 963 | C  Effect of changes in exchange rates on cash and cash equivalents | -60 963 | -991 529 |
| 9 274 262 | 1 994 713 | A+B+C  Net change in cash and cash equivalents | 2 217 111 | 12 097 240 |
| 9 450 788 | 18 725 050 | Cash and cash equivalents 01.01 | 22 594 316 | 10 497 076 |
| 18 725 050 | 20 719 764 | Cash and cash equivalents 31.12 | 24 811 428 | 22 594 316 |

NW    000025

**Note 1** Accounting principles

BASIC PRINCIPLES

The financial statements, which have been presented in compliance with the Norwegian Accounting Act and Norwegian generally accepted accounting principles in effect as of 31 December 2001, consist of the profit and loss account, balance sheet, cash flow statement and notes to the accounts. The opening balance comprises figures for Bergen Hull Club and Unitas as of 31 December 2000. The financial statements have been prepared based on the fundamental principles governing historical cost accounting, comparability, continued operations, congruence and caution. Transactions are recorded at their value at the time of the transaction. Income is recognised at the time when it is earned. Costs are expensed in the same period as the income to which they relate is recognised. Costs that can not be directly related to income are expensed as incurred. Hedging and portfolio management are taken into account. Assets related to current business activities and account receivables due within one year of the closing are classified as current assets. The same applies to short-term debt and accounts payable. Current assets/short-term debts are recorded at the lowest /highest of acquisition cost and fair value. Other assets are classified as fixed assets. Fixed assets are recorded at original cost, with deductions for depreciation. In the event of a decline in value, which is not temporary, a fixed asset will be subject to a write-down. According to generally accepted accounting principles there are some exemptions to common assessment and valuation principles. Comments to these exemptions follow below.

BASIS OF CONSOLIDATION

Norwegian Hull Club Group consists of Norwegian Hull Club, Bergens Assuranceforening Ltd., Informasjons Teknologi Sjøforsikring AS, Norclaim Private Ltd., A/S S.M.C.O, SCUA Holding B.V. and Aktuarkompetanse AS. Norwegian Hull Club owns more than 50 % of these companies. The activity in Informasjons Teknologi Sjøforsikring AS, Norclaim Private Ltd., A/S S.M.C.O, SCUA Holding B.V. and Aktuarkompetanse AS is regarded as an insignificant addition to the group's business, and has therefore not been consolidated in the accounts. Bergens Assuranceforening Ltd. is a Bermuda based marine insurance company. The acquisition method is used for consolidation purposes. This means that the purchase cost of the investment in the subsidiary is eliminated against the subsidiary's equity at the time of incorporation of the company. Internal transactions, receivables and liabilities are eliminated.

ACCOUNTING PRINCIPLES FOR MATERIAL ITEMS

PREMIUM AND COMMISSION RECOGNITION

Premium and commission are recognised when earned.

PREMIUM FROM MULTI-YEAR POLICIES

Norwegian Hull Club has written multi-year policies. The premium for the insurance years 2002, 2003, 2004 and 2005, USD 14,1 mill., USD 1,9 mill., USD 0,3 mill. and USD 0,3 mill. respectively, is not recorded in the accounts.

COST RECOGNITION/MATCHING

Claims are expensed as incurred. Other costs are expensed in the same period as the income to which they relate is recognised.

ACCOUNTS RECEIVABLES

Trade receivables are accounted for at face value with deductions for expected loss.

FIXED ASSETS AND DEPRECIATION

Fixed assets are recorded in the accounts at original cost, with deductions for accumulated depreciation and write-down. If the fair value of a fixed asset is lower than book value, and the decline is not temporary, the fixed asset will be written down to fair value. Ordinary depreciation is made in accordance with the reducing balance principle. Upgrading of leased office premises is depreciated over the lease period. Depreciation is classified as operating costs.

CLAIMS INCURRED BUT NOT REPORTED

The reserve for claims incurred but not reported is calculated according to the "The Incremental Loss Ratio Method", with insured value as the measure of exposure. The method generates reserves based on the Club's loss triangles and changes in written insured value.

MARKETING EXPENSES

Marketing expenses do not include any sales provisions.

LINE OF BUSINESS

Norwegian Hull Club operates in the ocean marine line of business only.

EXEMPTIONS TO THE BASIC ASSESSMENT AND VALUATION PRINCIPLES

FINANCIAL CURRENT ASSETS

Listed shares, bonds and other financial instruments, which form part of a trading portfolio, i.e. which are bought and sold on a continuos basis, are valued at fair market value.

SUBSIDIARIES AND ASSOCIATED COMPANIES

A subsidiary is defined as an entity where the company has a long-term, strategic ownership of more than 50 % and a decisive vote. Bergens Assuranceforening Ltd. and Informasjons Teknologi Sjøforsikring AS are accounted for using the equity method. Aktuarkompetanse AS, Norclaim Private Ltd., A/S S.M.C.O and SCUA Holding B.V. are regarded as an insignificant addition to the NHC's business, and are therefore carried at cost. The shares in A/S S.M.C.O have been written down. An associated company is an enterprise in which the company has a long-term strategic ownership of between 20-50 %. A/S Handelens og Sjøfartens Hus is accounted for using the equity method.

The equity method implies that NHC's share of the result for the year is shown in the profit and loss account under financial items. In the balance sheet the investment is presented as a financial asset.

PENSION LIABILITY AND PENSION COSTS

The company has a pension plan that entitles its members to defined future benefits, called defined benefit plans. The calculation of the benefits are based on straight line enumeration, taking into account assumptions regarding the number of years of employment, discount rate, future return on plan assets, future changes in salaries and pensions, the size of defined benefit contributions from the government and actuarial assumptions regarding mortality, voluntary retirement and so on. Plan assets are stated at fair market values. Net pension liability comprises the gross pension liability less the fair value of plan assets. Net pension liabilities from underfunded pension schemes are included in the balance sheet as long-term interest free debt, while overfunded schemes are included as long-term interest free receivables, if it is likely that the overfunding can be utilised.

Changes in the liability caused by changes in the pension plan are distributed over the estimated remaining years of service. Changes in the pension liability and plan assets due to changes in estimates, are distributed over the remaining average years of service, provided the changes exceeds 10 % of the gross pension liability/plan assets.

Net pension cost, which consists of gross pension cost, less estimated return on plan assets adjusted for the impact of changes in estimates and pension plans, is classified as an operating expense.

DEFERRED TAX AND TAX EXPENSE

Deferred tax is calculated based on temporary differences between book values and tax basis for assets and liabilities at year-end. For the purposes of calculating deferred tax, nominal tax rates are used. Taxable and deductible temporary differences are offset to the extent they reverse within the same time frame. However, deferred tax liabilities on net pension assets are treated separately. Temporary differences that will constitute a future tax deduction give rise to a deferred tax asset. Change in deferred tax liability and deferred tax asset, together with taxes payable for the fiscal year adjusted for errors in previous years tax calculations constitutes tax expenses for the year.

NW 000026

NOTES TO THE ACCOUNTS

**Note 2:** Number of employees/Benefits/
Employee loans/Pensions

| NUMBER OF EMPLOYEES | NHC Group | NHC |
|---|---|---|
| 31.12.00 | 77 | 75 |
| 31.12.01 | 73 | 72 |

| BENEFITS | Managing Director | Board of Directors | Committee | Supervisory committee |
|---|---|---|---|---|
| Salary | 241.560 | | | |
| Other benefits | 19.444 | 138.838 | 48.658 | 13.346 |

The company has extended an interest free loan of USD 99.871 to the Managing Director. The loan is secured by real-estate collateral. The loan is due in 2009. The Managing Director is entitled to a bonus of USD 200.194 if he stays in his position until September 2009. In addition, the Managing Director is entitled to a yearly bonus, based on the same criteria as the bonus scheme applicable to other employees, if a certain profit target is exceeded.
The company has extended ordinary loans to employees totalling USD 4.375.173. The real-estate loans have repayment period of 20 years. Interest rates equal the lowest rate allowable if the loans are not to be taxed as employee benefit. All real-estate loans are secured by real-estate collateral. Of this, the loans to members of the senior management team are as follows

| | |
|---|---|
| Managing Director John Wiik | 173.214 |
| Deputy Managing Director Torleiv Aaslestad | 139.334 |
| Finance Director Per Gustav Blom | 137.157 |
| | 449.705 |

**AUDIT**
The audit fee for 2001 was USD 84.328 for NHC Group and USD 75.022 for NHC. The fee for other services provided by the auditor was USD 24.947 for NHC Group and USD 24.947 for NHC.

**PENSIONS AND PENSION LIABILITIES**
The pension schemes have been accounted for in the financial statements in accordance with the Norwegian Accounting Standard for pension costs. According to this accounting standard, the company's pension schemes are treated as defined benefit plans. The company has pension plans that cover a total of 77 employees and 34 pensioners. These schemes entitle its members to defined future benefits. These benefits are primarily dependent upon the number of years of employment, the salary level at the time of retirement and the size of defined benefit contributions from the government. The liabilities are funded through Vital Livsforsikring ASA.

| PENSION COST | 2001 | 2000 |
|---|---|---|
| Net present value of benefits earned during the year | 614.819 | 663.643 |
| Interest cost on pension liabilities | 684.328 | 727.014 |
| Expected return on plan assets | -1.082.240 | -1.019.064 |
| Changes in estimates amortised | 36.052 | 31.652 |
| Net pension cost | 252.959 | 404.244 |

Reconciliation of the pension scheme funding position as of 31.12. and the amount disclosed in the balance sheet

| | 31.12.2001 | 31.12.2000 |
|---|---|---|
| Estimated pension liability | -10.779.276 | -11.405.332 |
| Pension assets at market value | 14.455.571 | 14.000.198 |
| Transition amount and changes in estimates not yet amortised | -114.154 | 297.273 |
| Net pension assets | 3.562.141 | 2.892.139 |

| Economic assumptions | NHC | NHC/Unitas |
|---|---|---|
| Discount rate | 7 % | 7 % |
| Expected increase in salaries | 3,3 % | 3,3 % / 2,5 % |
| Expected increase in pensions | 2,5 % | 2,5 % / 2,0 % |
| Expected adjustment of Social Security base amount | 3,3 % | 3,3 % / 2,5 % |
| Expected return on plan assets | 8 % | 8 % |

Common assumptions used by the insurance industry have been applied regarding actuarial assumptions for demographic factors and average years of service.

**Note 3:** Fixed assets – NHC Group and NHC

| | Inventory etc. | Real estate | Total |
|---|---|---|---|
| Acquisition cost 1.1 | 4.167.201 | 901.274 | 5.068.475 |
| Additions | 908.703 | | 908.703 |
| Disposals | -408.501 | | -408.501 |
| Acquisition cost 31.12 | 4.667.403 | 901.274 | 5.568.677 |
| | | | |
| Accumulated depreciation 1.1 | 2.185.673 | | 2.185.673 |
| Ordinary depreciation | 241.001 | | 241.001 |
| Write downs | -200.474 | | -200.474 |
| Accumulated depreciation 31.12 | 2.226.200 | | 2.226.200 |
| | | | |
| Currency adjustment | 9.013 | | 9.013 |
| Book value 31.12 | 2.432.190 | 901.274 | 3.333.464 |

18

NW    000027

NOTES TO THE ACCOUNTS

**Note 4** Subsidiaries and associated companies

The equity method is used for the following subsidiaries and associated company - NHC

| Company | Bergens Assurance-Forening Ltd. | Informasjons Teknologi Sjø-forsikring AS | A/S Handelens og Sjøfartens Hus | Total |
|---|---|---|---|---|
| FORMAL DATA | | | | |
| Time of acquisition | 1995 | 1994/1998 | 1990 | |
| Business office | Bergen | Bergen | Bergen | |
| Ownership share | 100 % | 100 % | 33,28 % | |
| Voting share | 100 % | 100 % | 33,28 % | |
| Deviating fiscal year | No | No | No | |
| | | | | |
| INFORMATION RELATED TO THE TIME OF ACQUISITION | | | | |
| Acquisition cost | 4.500.000 | 25.993 | 1.509.634 | 6.035.628 |
| Equity in the balance-sheet at time of acquisition | 4.500.000 | 22.603 | 10.074 | 4.532.677 |
| Surplus value at time of acquisition | 0 | 0 | 1.499.561 | 1.499.561 |
| | | | | |
| INFORMATION RELATED TO THE CURRENT YEAR | | | | |
| Opening balance 31.12.00 | 4.654.396 | 53.164 | 1.769.933 | 6.477.493 |
| +/- Share of this year's profit (loss) | 0 | 1.054 | 113.787 | 114.840 |
| +/- surplus/deficit value (excluding goodwill) | 0 | 0 | -14 128 | -14 128 |
| +/- currency adjustment | 0 | 0 | -16.549 | -16.549 |
| - dividend received | 0 | 0 | -101.557 | -101.557 |
| Ending balance 31.12.01 | 4.654.396 | 54.217 | 1.751.485 | 6.460.098 |

The equity method is used for Informasjons Teknologi Sjøforsikring AS and A/S Handelens og Sjøfartens Hus in the NHC Group accounts.

The cost method is used for the following companies – NHC Group and NHC

| Company | Aktuar-kompetanse AS | Norclaim Private Ltd. | A/S S.M.C.O | AS Finans-næringens Hus | SCUA Holding B.V. | Total |
|---|---|---|---|---|---|---|
| Business office | Bergen | Singapore | Bergen | Oslo | Rotterdam | |
| Ownership share | 100 % | 100 % | 66,67 % | 0,57 % | 66,67 % | |
| Voting share | 100 % | 100 % | 66,67 % | 0,57 % | 66,67 % | |
| Acquisition cost in USD | 11.301 | 7.967 | 23.620 | 791 | 23.872 | 67.552 |
| Book value in USD | 11.301 | 7.967 | 0 | 791 | 23.872 | 43.934 |
| Acquisition cost in local value | NOK 100.000 | NOK 70.500 | NOK 209.000 | NOK 7.000 | EUR 26.667 | |

19

NW    000028



NW   000000