NOTES TO THE ACCOUNTS

**Note 6:** Investments in other companies – NHC Group and NHC

| Quoted shares | Currency | Acquisition cost | Book value | Market value |
|---|---|---|---|---|
| BHP | AUD | 133.017 | 154.820 | 154.820 |
| NEWS CORPORATION | AUD | 30.344 | 20.997 | 20.997 |
| NESTLE | CHF | 610.316 | 613.002 | 613.002 |
| NOVARTIS | CHF | 332.371 | 302.739 | 302.739 |
| SWISS RE | CHF | 234.669 | 219.382 | 219.382 |
| SWISSCOM | CHF | 119.152 | 115.913 | 115.913 |
| ACERINOX | EURO | 106.881 | 106.318 | 106.318 |
| AKZO NOBEL | EURO | 111.671 | 115.369 | 115.369 |
| ALLIANZ AG | EURO | 175.431 | 164.750 | 164.750 |
| ASML | EURO | 121.724 | 122.626 | 122.626 |
| AXA | EURO | 488.894 | 367.563 | 367.563 |
| BAYERISCHE MOTOREN WERKE | EURO | 199.725 | 216.500 | 216.500 |
| BTF | EURO | 716.947 | 707.210 | 707.210 |
| CAP GEMINI | EURO | 182.117 | 208.096 | 208.096 |
| CARREFOUR | EURO | 119.856 | 98.177 | 98.177 |
| CREDIT AGRICOLE | EURO | 550.312 | 566.661 | 566.661 |
| ENDESA | EURO | 407.301 | 402.640 | 402.640 |
| ENTE NAZIONALE IDROCARBURI | EURO | 160.536 | 159.134 | 159.134 |
| FORTIS GROUP | EURO | 283.445 | 285.799 | 285.799 |
| GROUPE DANONE | EURO | 324.348 | 284.861 | 284.861 |
| HEINEKEN | EURO | 52.997 | 52.757 | 52.757 |
| HELLENIC TELECOM ORGANISATION | EURO | 139.581 | 126.296 | 126.296 |
| ING GROEP | EURO | 306.666 | 261.009 | 261.009 |
| NOKIA | EURO | 378.245 | 379.232 | 379.232 |
| ROYAL DEUTCH PETROLEUM | EURO | 134.626 | 120.828 | 120.828 |
| ROYAL KPN | EURO | 181.240 | 202.088 | 202.088 |
| SANOFI SYNTHELABO | EURO | 237.004 | 252.097 | 252.097 |
| SAP | EURO | 63.209 | 51.778 | 51.778 |
| SUEZ | EURO | 335.838 | 326.403 | 326.403 |
| TELECOM ITALIA | EURO | 48.468 | 47.567 | 47.567 |
| TELEFONICA SA | EURO | 279.290 | 277.940 | 277.940 |
| THOMSON MULTIMEDIA | EURO | 185.706 | 210.627 | 210.627 |
| TPG | EURO | 132.960 | 143.758 | 143.758 |
| TOTAL FINA ELF | EURO | 322.694 | 333.517 | 333.517 |
| UNILEVER | EURO | 176.842 | 186.445 | 186.445 |
| UPM-KYMMENE | EURO | 216.587 | 250.487 | 250.487 |
| VIVENDI | EURO | 68.895 | 76.181 | 76.181 |
| ASTRAZENECA | GBP | 86.121 | 80.886 | 80.886 |
| BP PLC | GBP | 397.658 | 350.104 | 350.104 |
| GLAXOSMITHKLINE | GBP | 49.096 | 44.230 | 44.230 |
| LATICE GROUP | GBP | 148.934 | 159.044 | 159.044 |
| VODAFONE | GBP | 414.979 | 415.339 | 415.339 |
| HUTCISON WHAMPOA | HKD | 205.030 | 173.782 | 173.782 |
| FAMILY MART | JPY | 27.676 | 16.798 | 16.798 |
| GLOBAL SELECT SICAV | JPY | 685.804 | 619.286 | 619.286 |
| JAPANESE GROWTH OPPORTUNITIES MSDW SICAV | JPY | 279.785 | 264.999 | 264.999 |
| JAPANESE VALUE EQUITY FUND | JPY | 411.453 | 403.607 | 403.607 |
| KIRIN BREWERY | JPY | 55.673 | 42.828 | 42.828 |
| NIPPON TEL & STEEL | JPY | 85.544 | 29.276 | 29.276 |
| OKUMRA | JPY | 111.510 | 78.496 | 78.496 |
| ROHM & CO | JPY | 130.105 | 77.749 | 77.749 |
| SHINOGI | JPY | 159.413 | 136.515 | 136.515 |
| SONY | JPY | 107.833 | 77.574 | 77.574 |
| TOKYO ELECTRIC POWER | JPY | 71.006 | 61.637 | 61.637 |
| TOYOTA MOTOR | JPY | 166.010 | 118.871 | 118.871 |

NW    000030

## NOTES TO THE ACCOUNTS

| Quoted shares | Currency | Acquisition cost | Book value | Market value |
|---|---|---|---|---|
| SKANDIA FORSIKRING | SEK | 144.992 | 156.455 | 156.455 |
| ABBOTT LABS | USD | 129.612 | 133.800 | 133.800 |
| ALCAN ALUMINIUM | USD | 61.687 | 71.860 | 71.860 |
| AMER EXPRESS | USD | 292.860 | 321.210 | 321.210 |
| AMER HOME PRODS | USD | 265.385 | 349.752 | 349.752 |
| AMER INTL GROUP | USD | 459.849 | 428.760 | 428.760 |
| AMERICAN EXPRESS | USD | 257.186 | 174.881 | 174.881 |
| AMN HEALTHCARE SERVICES | USD | 8.500 | 13.700 | 13.700 |
| AOL TIME WARNER | USD | 319.536 | 263.220 | 263.220 |
| AT & T | USD | 187.108 | 210.424 | 210.424 |
| BALLARD POWER SYS | USD | 115.484 | 118.280 | 118.280 |
| BANK NEW YORK | USD | 265.039 | 281.520 | 281.520 |
| BANK OF AMERICA | USD | 269.900 | 321.045 | 321.045 |
| BOEING | USD | 123.375 | 81.438 | 81.438 |
| BRISTOL-MEYERS SQUIBB (USD) | USD | 183.700 | 178.500 | 178.500 |
| CISCO SYSTEMS | USD | 874.505 | 512.513 | 512.513 |
| CITIGROUP | USD | 551.807 | 560.328 | 560.328 |
| COCA-COLA | USD | 150.618 | 127.305 | 127.305 |
| DOW CHEMICAL | USD | 242.004 | 239.838 | 239.838 |
| EMC | USD | 293.277 | 91.392 | 91.392 |
| EMERGING MKTS EQUITY FD | USD | 516.800 | 435.600 | 435.600 |
| EXXON MOBIL | USD | 180.440 | 176.850 | 176.850 |
| FEDEX CORPORATION | USD | 139.171 | 176.392 | 176.392 |
| GENERAL ELEC CO COM | USD | 652.206 | 537.072 | 537.072 |
| GENERAL MOTORS | USD | 78.646 | 63.180 | 63.180 |
| HOME DEPOT | USD | 97.845 | 102.020 | 102.020 |
| INTEL | USD | 144.684 | 122.655 | 122.655 |
| INTERNATIONAL BUSINESS MACHINE | USD | 592.556 | 641.088 | 641.088 |
| JOHNSON & JOHNSON | USD | 436.685 | 576.225 | 576.225 |
| KRAFT FOODS | USD | 132.955 | 142.926 | 142.926 |
| LIBERTY MEDIA | USD | 58.361 | 46.200 | 46.200 |
| MCDONALD'S | USD | 601.929 | 521.459 | 521.459 |
| MEDTROMIC | USD | 341.348 | 332.865 | 332.865 |
| MERC | USD | 521.703 | 446.880 | 446.880 |
| MICROSOFT | USD | 469.693 | 632.688 | 632.688 |
| MINNESOTA MNG & MFG | USD | 323.777 | 330.988 | 330.988 |
| MOTOROLA | USD | 120.510 | 103.638 | 103.638 |
| ORACLE | USD | 103.692 | 41.430 | 41.430 |
| PEPSICO | USD | 323.606 | 365.175 | 365.175 |
| PFIZER | USD | 481.947 | 450.305 | 450.305 |
| PHARMASIA | USD | 71.985 | 55.445 | 55.445 |
| SAMSUNG ELECTRONICS | USD | 89.728 | 120.960 | 120.960 |
| SBC COMMUNICATIONS | USD | 144.733 | 109.676 | 109.676 |
| SCHERING PLOUGH | USD | 338.516 | 225.603 | 225.603 |
| SCHLUMBERGER | USD | 421.211 | 373.660 | 373.660 |
| SEALED AIR | USD | 255.780 | 244.920 | 244.920 |
| STATES STREET | USD | 257.054 | 256.025 | 256.025 |
| UNITED TECHNOLOGIES | USD | 277.163 | 290.835 | 290.835 |
| VERIZON COMMUNICATIONS | USD | 85.763 | 80.682 | 80.682 |
| VIACOM | USD | 106.908 | 92.715 | 92.715 |
| WAL MART STORES | USD | 538.899 | 563.990 | 563.990 |
| WASTE MANAGEMENT | USD | 47.335 | 54.247 | 54.247 |
| **Total quoted shares** | | **26.413.788** | **26.033.202** | **26.033.202** |
| Other financial Instruments | | | | |
| Foreign currency exchange contracts | | 0 | 567.690 | 567.690 |

NW 000031



NW 000032

NOTES TO THE ACCOUNTS

### Note 6  Bonds

|  | Risk weight | Currency | Aquisition cost | Book value | Market value | Effective yield/ Modified duration |
|---|---|---|---|---|---|---|
| **NHC Group** |  |  |  |  |  |  |
| Government and government guaranteed | 0 % | USD | 44.134.314 | 44.919.773 | 44.919.773 |  |
| Finance and credit institutions | 20 % | USD | 15.041.428 | 15.256.183 | 15.256.183 |  |
| Other | 100 % | USD | 34.521.641 | 34.911.327 | 34.911.327 |  |
| Total bonds in investment portfolio |  |  | 93.697.383 | 95.087.283 | 95.087.283 | 4,81%/3,32 years |
| Other bonds | 0 % | USD | 7.472.950 | 7.472.950 | 7.472.950 |  |
| Other bonds | 100 % | NOK | 283.955 | 283.955 | 283.955 |  |
| Total bonds |  |  | 101.454.287 | 102.844.188 | 102.844.188 |  |
| **NHC** |  |  |  |  |  |  |
| Government and government guaranteed | 0 % | USD | 37.475.370 | 38.117.436 | 38.117.436 |  |
| Finance and credit institutions | 20 % | USD | 13.741.224 | 13.956.190 | 13.956.190 |  |
| Other | 100 % | USD | 27.922.446 | 28.313.436 | 28.313.436 |  |
| Total bonds in investment portfolio |  |  | 79.139.040 | 80.387.062 | 80.387.062 | 4,75%/3,36 years |
| Other bonds | 100 % | NOK | 283.955 | 283.955 | 283.955 |  |
| Total bonds |  |  | 79.422.995 | 80.671.017 | 80.671.017 |  |

### Note 7  Taxes

|  | NHC Group |  | NHC |  |
|---|---|---|---|---|
| **TAXES PAYABLE** | 2001 | 2000 | 2001 | 2000 |
| Profit before taxes | 0 | 50.652 | 0 | 50.652 |
| Permanent differences | 277.556 | 326.661 | 277.556 | 326.661 |
| Change in temporary differences | -871.039 | -1.625.419 | -871.039 | 20.749.613 |
| Loss carried forward | 593.483 | 1.286.048 | 593.483 | 782.369 |
| Basis for taxes payable | 0 | 37.942 | 0 | 37.942 |
| Taxes payable 28% | 0 | 10.624 | 0 | 10.624 |
| Property tax | 16.998 | 10.082 | 16.998 | 10.082 |
| Taxes payable | 16.998 | 20.706 | 16.998 | 20.706 |
| **TAX EXPENSE FOR THE YEAR** |  |  |  |  |
| Taxes payable | 16.998 | 20.706 | 16.998 | 20.706 |
| Change in deferred tax | 49.226 | -46.862 | 49.226 | -46.862 |
| Currency adjustment | 0 | 36 | 0 | 36 |
| Tax charge previous year | -2.852 | -11.500 | -2.852 | 33.179 |
| Total tax expense for the year | 63.373 | -37.620 | 63.373 | 7.059 |

| **TAXES PAYABLE** | 31.12.2001 | 31.12.2000 | 31.12.2001 | 31.12.2000 |
|---|---|---|---|---|
| Tax on net income | 0 | 10.624 | 0 | 10.624 |
| Tax on property | 16.998 | 10.082 | 16.998 | 10.082 |
| Total taxes payable | 16.998 | 20.706 | 16.998 | 20.706 |
| **SPECIFICATION OF THE BASIS FOR DEFERRED TAXES** |  |  |  |  |
| Current assets | 4.503.689 | 2.658.254 | 4.361.811 | 3.064.029 |
| Liabilities | -426.936 | 0 | -426.936 | 0 |
| Loss and dividend tax compensation carried forward | -3.035.653 | -1.792.960 | -1.984.320 | -1.289.281 |
| Total | 1.041.100 | 865.294 | 1.950.555 | 1.774.748 |
| Deferred tax liability / deferred tax asset | 291.509 | 242.282 | 546.156 | 496.929 |

NW   000033

# NOTES TO THE ACCOUNTS

### Note 8  Equity

| | Equity | Reserve for valuation variances | Other equity | Total |
|---|---|---|---|---|
| **EQUITY – NHC GROUP** | | | | |
| Equity as at 31.12.00 | 8.042.072 | 540.980 | 3.079.646 | 11.662.698 |
| Profit | | 92.748 | -156.121 | -63.373 |
| Dividend received | | -101.556 | 101.556 | 0 |
| Currency adjustment | | 1.194.355 | -1.210.639 | -16.284 |
| Equity as at 31.12.01 | 8.042.072 | 1.726.527 | 1.814.443 | 11.583.042 |
| | | | | |
| **EQUITY – NHC** | | | | |
| Equity as at 31.12.00 | 8.042.072 | 540.980 | 1.869.007 | 10.452.059 |
| Profit | | 92.748 | -156.121 | -63.373 |
| Dividend received | | -101.556 | 101.556 | 0 |
| Currency adjustments | | 1.194.355 | | 1.194.355 |
| Equity as at 31.12.01 | 8.042.072 | 1.726.527 | 1.814.443 | 11.583.041 |

### Note 9  Guarantees not presented in balance sheet – NHC Group and NHC

| GUARANTEE LIABILITY REGARDING CLAIMS | 31.12.2001 | 31.12.2000 |
|---|---|---|
| Gross guarantees issued | 65.330.746 | 73.498.791 |
| Counter-guarantees from co-insurers | 45.723.186 | 49.972.540 |
| Guarantees for own account | 19.607.560 | 23.526.251 |

| Guarantee liability regarding associated companies | | |
|---|---|---|
| Guarantees for own account | 304.720 | 1.348.109 |

### Note 10  Claims expenses

| | NHC Group 2001 | NHC Group 2000 | NHC 2001 | NHC 2000 |
|---|---|---|---|---|
| Accrued gross claims | 67.548.401 | 67.852.879 | 67.095.673 | 67.252.879 |
| Change in gross claims reserve previous years | 885.691 | 3.965.694 | 1.148.097 | 6.161.895 |
| Total gross claims | 68.434.092 | 71.818.573 | 68.243.770 | 73.414.774 |
| | | | | |
| Accrued claims for own account | 48.620.097 | 34.351.610 | 48.215.307 | 33.751.610 |
| Change in claims reserve for own account previous years | -7.331.036 | 1.022.776 | -7.514.803 | 1.598.109 |
| Total claims for own account | 41.289.061 | 35.374.386 | 40.700.504 | 35.349.719 |

### Note 11  Technical reserves for own account

| | NHC Group 31.12.01 | Kredittilsynet min. req. | NHC Group 31.12.00 | NHC 31.12.01 | Kredittilsynet min. req. | NHC 31.12.00 |
|---|---|---|---|---|---|---|
| Unearned premium reserve | 14.165.593 | 14.165.593 | 14.613.420 | 13.807.711 | 13.807.711 | 14.115.845 |
| Unearned commission reserve | 566.639 | 566.639 | 158.516 | 566.639 | 566.639 | 158.516 |
| Outstanding claims reserve | 56.251.759 | 53.246.908 | 49.418.910 | 54.962.272 | 52.070.138 | 47.447.469 |
| Provision for unexpired risk | 4.223.507 | 4.223.466 | 1.172.060 | 4.148.155 | 4.148.114 | 1.172.060 |
| Provision for risk equalisation | 82.563.739 | 48.435.447 | 87.950.336 | 70.739.570 | 44.205.959 | 78.316.216 |
| Reinsurance ceded fund | 1.936.532 | 1.936.513 | 3.137.940 | 1.919.084 | 1.919.065 | 3.108.301 |
| Administrative cost fund | 6.003.773 | 6.003.773 | 5.292.636 | 5.711.798 | 5.711.798 | 4.990.202 |
| Provision for guarantee fund | 2.445.391 | 2.445.391 | 1.822.547 | 2.445.391 | 2.445.391 | 1.822.547 |
| Total | 168.156.933 | 131.023.730 | 163.574.366 | 154.300.621 | 124.874.815 | 151.131.157 |
| | | | | | | |
| Equity | 11.583.042 | | 11.662.698 | 11.583.041 | | 10.452.059 |

NOTES TO THE ACCOUNTS

### Note 12: Equity capital adequacy ratio

|  | NHC Group | | NHC | |
|---|---|---|---|---|
|  | 31.12.2001 | 31.12.2000 | 31.12.2001 | 31.12.2000 |
| Risk adjusted basis of calculation | 97.279.027 | 85.528.511 | 93.634.046 | 83.617.421 |
| Split of gross basis of calculation |  |  |  |  |
| -risk category 0% | 52.438.014 | 45.884.856 | 38.162.727 | 34.351.299 |
| -risk category 20% | 40.022.320 | 56.662.844 | 34.630.663 | 46.869.511 |
| -risk category 50% | 46.231.695 | 36.184.164 | 44.985.386 | 36.004.913 |
| -risk category 100% | 65.979.274 | 56.103.861 | 64.035.779 | 56.241.062 |
| Equity | 9.357.704 | 9.566.664 | 9.357.704 | 9.412.268 |
| Equity capital adequacy ratio | 9,62 % | 11,19 % | 9,99 % | 11,28 % |

| | | |
|---|---|---|
| Minimum requirement solvency margin | 8.117.426 | 8.467.424 |
| Solvency margin capital | 56.282.791 | 67.611.460 |
| Composition of solvency margin capital |  |  |
| -net funds | 9.856.518 | 9.910.945 |
| -from provision for risk equalisation | 46.426.273 | 56.856.642 |
| -from reinsurance ceded fund | 0 | 0 |
| Solvency margin capital in percent of requirement | 693 % | 789 % |

### Note 13: Financial market risk

The investment portfolio is invested as bank deposits, in fixed income instruments and equities. In order to reduce the counterpart risk, both banks and fixed instruments shall as a general rule at least have a minimum rating of "A". A small part of the investment portfolio may, however, be invested in fixed income instruments with a "BBB" rating.

Since the overall operation in Norwegian Hull Club is USD based, the investment portfolio is USD based and return on the portfolio calculated in USD. The currency exposure is considered low. Currency forward contracts are used to manage the currency exposure.

To manage the interest rate exposure, the share of the investment portfolio that is invested in fixed income instruments shall have a maximum average duration of 4 years. As at the end of 2001, the fixed income portfolio had a modified duration of 3,32. Thus, the value of the fixed income portfolio will increase/decrease by 3,32 % if the interest rate curve moves down/up by 100 basis points.

To limit market risk, maximum limits for investments in equities have been established. Furthermore, equity investments may only be made in large companies listed on stock exchanges. The liquidity risk of the investment portfolio is considered low.

In addition to the currency hedging mentioned above and in accordance with the investment guidelines, Norwegian Hull Club has at the end of 2001 sold USD 18.000.000 forward to cover operating expenses in NOK. These foreign exchange contracts had positive aggregate market value of USD 567.690.

AUDITOR'S REPORT



KPMG AS

Sandviksboder 5  
N-5035 Bergen

Telephone +47 55 55 37 37  
Fax +47 55 32 11 66  
www.kpmg.no  
Enterprise NO 935 174 627 MVA

To the Annual General Meeting of Norwegian Hull Club

AUDITOR'S REPORT FOR 2001

**Respective Responsibilities of Directors and Auditors**
We have audited the annual financial statements of Norwegian Hull Club as of 31 December 2001, showing a loss of USD 63 373 for the parent company and a loss of USD 63 373 for the group. We have also audited the information in the Directors' report concerning the financial statements, the going concern assumption, and the proposal for the coverage of the loss. The financial statements comprise the balance sheet, the statements of income and cash flows, the accompanying notes and the group accounts. These financial statements and the Directors' report are the responsibility of the Club's Board of Directors and Managing Director. Our responsibility is to express an opinion on these financial statements and other information according to the requirements of the Norwegian Act on Auditing and Auditors.

**Basis of Opinion**
We conducted our audit in accordance with the Norwegian Act on Auditing and Auditors and auditing standards and practices generally accepted in Norway. Those standards and practices require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant accounting estimates made by management, as well as evaluating the overall financial statement presentation. To the extent required by law and auditing standards and practices an audit also comprises a review of the management of the Club's financial affairs and its accounting and internal control systems. We believe that our audit provides a reasonable basis for our opinion.

**Opinion**
In our opinion,
- the financial statements have been prepared in accordance with law and regulations and present the financial position of the Club and of the Group as of December 31, 2001, and the results of its operations and its cash flows for the year then ended, in accordance with accounting standards, principles and practices generally accepted in Norway
- the Club's management has fulfilled its obligation in respect of registration and documentation of accounting information as required by law and accounting standards, principles and practices generally accepted in Norway
- the information in the Directors' report concerning the financial statements, the going concern assumption, and the proposal for the coverage of the loss is consistent with the financial statements and comply with the law and regulations.

Bergen, 19 February 2002  
KPMG AS

*[signature]*

Ivar Mjelde  
State Authorised Public Accountant



27

# STATEMENT

### STATEMENT OF THE SUPERVISORY COMMITTEE TO THE COMMITTEE AND THE ANNUAL GENERAL MEETING

The Supervisory Committee has supervised the Club's activities in conformity with public regulations and its mandate as adopted by the Committee.

The Supervisory Committee has held four meetings in 2001 and has satisfied itself that the Club has adhered to statutes and regulations, its Articles of Association and the resolutions of its governing bodies.

Having considered the annual report and accounts for 2001 as recommended by the Board of Directors and the auditor's report, the Supervisory Committee recommends that the Directors' Report, profit and loss account and balance sheet be adopted as the annual report and accounts for Norwegian Hull Club for 2001.

BERGEN, 19 MARCH 2002

Harald Eikesdal
Chairman

Arne Birkeland

Karl-Erik Nitter Foss

Brynjulf Marcussen

Hans Ditlef Martens





NW   000037

G O V E R N I N G   B O D I E S

**BOARD OF DIRECTORS**
JAN FR. FOSSE
Brøvig ASA
Chairman

KNUT J. MELAND
Deputy Chairman

TERJE ADOLFSEN
Bergesen d.y. ASA

ATLE BERGSHAVEN
Bergshav Management AS

EMIL GAMBORG
Wilh. Wilhelmsen ASA

LARS HELGE KYRKJEBØ
Seatrans DA

OLAV LUNDE
Anders Wilhelmsen & Co. AS

JAN PEDERSEN
Kristian Gerhard Jebsen Skipsrederi AS

BJØRN SJAASTAD
Odfjell ASA

TOM C. STECKMEST
Wallem Steckmest & Co. AS

KNUT EVENSEN
Employee representative

JAN HENRIK HATLEM
Employee representative

**COMMITTEE**
TRYGVE SEGLEM
Knutsen O.A.S. Shipping AS
Chairman

JAN OLAF TØNNEVOLD
O.T. Tønnevold AS
Deputy chairman

SKULE ADOLFSEN
Høegh Fleet Services AS

CONSTANTINE P. ANGELOPOULOS
Arcadia Shipmanagement Co. Ltd.

HELFRIED BEUTNER
Rigel Schiffahrts GmbH

ARNE BIRKELAND
Billabong A/S

SVERRE A. FARSTAD
Farstad Shipping ASA

KARL-ERIK NITTER FOSS
Star Shipping AS

KAARE FRANSETH
Torvald Klaveness & Co. AS

ERIK GLØERSEN
Jahre Dahl Bergesen AS

GHIKAS GOUMAS
J.G. Goumas Shipping Co. S.A.

HANS RICHARD HANSEN
IUM Shipmanagement AS

BJØRN JEBSEN
Jebsen Management AS

HERBERT JUNIEL
Reederei F. Laeisz GmbH

BJØRN KALDHOL
Troms Fylkes Dampskibsselskap AS

HELGE KRAFFT
PGS Production AS

MAGNE KRISTIANSEN
Det Søndenfjelds-Norske
Dampskibsselskab ASA

F. HENRIK LORENTZEN
F.H. Lorentzen AS

MAGNE MORKEN
Solvang ASA

BENT NIELSEN
United European Car Carriers
(Norway) AS

RAGNAR NIELSEN
Masterbulk Pte. Ltd.

STEIN EGIL NÆSS
Navion ASA

JOHAN ODVAR ODFJELL
JO Tankers AS

IAN PULL
Reefership Marine Services Ltd.

HALVOR RIBE
J.J. Ugland Companies

BØRGE ROSENBERG
AS J. Ludwig Mowinckels Rederi

MARY C. SLOAN
Carnival Corporation

OLAV EEK THORSTENSEN
Thome Ship Management Pte. Ltd.

GRAHAM WESTGARTH
Teekay Shipping Corporation

LYNN M. WHITE
Royal Caribbean Cruises Ltd.

**SUPERVISORY COMMITTEE**
HARALD EIKESDAL
Attorney
Chairman

ARNE BIRKELAND
Billabong AS

KARL-ERIK NITTER FOSS
Star Shipping AS

BRYNJULF MARCUSSEN
C.H. Sørensen & Sønner AS

HANS DITLEF MARTENS
Bergesen d.y. ASA

**ELECTION COMMITTEE**
TRYGVE SEGLEM
Knutsen O.A.S. Shipping AS
Chairman

TOM ERIK KLAVENESS
Torvald Klaveness & Co. AS

KNUT J. MELAND

HANS PETER WESTFAL-LARSEN
Westfal-Larsen Management AS

**BERGENS
ASSURANCEFORENING LTD.**

**BOARD OF DIRECTORS**
JAN FR. FOSSE
Brøvig ASA
Chairman

TRYGVE SEGLEM
Knutsen O.A.S. Shipping AS
Deputy chairman

KNUT J. MELAND

JAMES M. MACDONALD
Conyers, Dill & Pearman

CHARLES G. COLLIS
Conyers, Dill & Pearman

JOHN WIIK
Norwegian Hull Club

NW 000038



ORGANISATION



31

NW    000040



NORWEGIAN HULL CLUB

**Bergen**
Olav Kyrres g. 11
P.O.Box 75 Sentrum
NO - 5803 Bergen, Norway
Telephone: +47 55 55 95 00
E-mail: nhc.bgo@norclub.no
www.norclub.no

**Oslo**
Rådhusg. 25
P.O.Box 1290 - Vika
NO - 0111 Oslo, Norway
Telephone: +47 22 47 72 30
E-mail: nhc.osl@norclub.no
www.norclub.no

**Kristiansand**
Østre Strandg. 3
P.O.Box 489
NO - 4664 Kristiansand, Norway
Telephone: +47 38 10 71 20
E-mail: nhc.krs@norclub.no
www.norclub.no