# EXHIBIT 19

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.


MEETING OF THE BOARD OF DIRECTORS


November 8, 1995
10:00 AM
Stamford, Connecticut


- 1 -

SM 000398

**INDEX**

1.    Agenda – Meeting of the Board of Directors

2.    Report on the Items on the Agenda for the Meeting of the
      Board of Directors

      Exhibit 1        Minutes of the Meeting of the Board of
                       Directors in Oslo, June 2, 1995

      Exhibit 2        Statement of Operations and Retained Earnings
                       of the Company for the Period Ended September
                       30, 1995, including a Composite Statement of
                       Operations for SMCO Services, Inc. and SMQI
                       Services, Inc.

      Exhibit 3        Proposed 1996 Budget

      Exhibit 4        Schedule of Retirement Benefits for Non-SMCO
                       Pension Plan Retirees

      Exhibit 5        Organization Chart

- 2 -

SM 000399

**AGENDA**

1.  Reading of the Minutes of the Board of Directors
    Meeting held June 2, 1995 in Oslo.

2.  Action Items

3.  Report Items

4.  Such other matters as may properly come before the
    meeting.

5.  Time and place for the next meeting of the Board of
    Directors.

- 3 -

SM 000400

REPORT ON THE ITEMS ON THE AGENDA
FOR THE NOVEMBER 8, 1995, BOARD MEETING

1.    Reading of the Minutes of the Meeting on June 2, 1995
      (Exhibit 1).

2.    Action Items:

      A.  The Operations and Accounts of the Company

          Attached as Exhibit 2 is a copy of the Statement of
          Operations and Retained Earnings for the Nine Months
          ended September 30, 1995, including a Composite
          Statement of Operations for SMCO Services, Inc. and
          SMQI Services, Inc.  Overall, expenses are within
          budget.  Results from Operations for P&I are slightly
          below break-even, while Hull shows a loss of
          $248,847.  The year end result will be largely
          dependent upon the amount of incoming work between
          now and December 31st.

          SMQI Services Inc. and SMCO Services, Inc.
          (hereinafter Services) have an overall pre-tax income
          at September 30, 1995, of $441,464.  The estimated
          year end actual will be about $200,000 contingent
          upon the receivables being collected in full and the
          financial result in respect of the upcoming drill and
          seminar in November.

      B.  Budget 1996

          As of September 1995, we have had the following
          breakdown of new cases compared to the same period
          last year:

|                   | Hull | | |
|-------------------|------|--|--|
|                   | 1995 |  | 1994 |
| Claims/Technical  | 261  |  | 295  |

|                   | P&I  | | |
|-------------------|------|--|--|
|                   | 1995 |  | 1994 |
| Cargo             | 329  |  | 344  |
| Personal Injury   | 134  |  | 332  |
| Misc. & FD&D      | 140  |  | 148  |

          The decline in personal injury cases is, of course,
          largely attributable to the loss of the Kloster
          account.

- 4 -

SM 000401

Attached as Exhibit 3 is a copy of the 1996 Budget including Estimated Actual 1995 and 1995 Budget figures. Overall, the total 1996 Budget is close to that of the previous year. As far as Salaries and Social Expenses are concerned, Leif Chr. Husjord has retired, however, we have commenced funding the non-qualified Pension Plan. Said Plan was authorized at the fall board meeting in 1992, but final funding requirements were not received until this year from our pension plan actuaries, AIMS. Otherwise, the Budget reflects minor changes based on 1995 Estimated Actuals. The Budget does not propose any change in Hull and P&I fees for 1996.

Mr. Poulsson has submitted a letter to the Board members headed "SMCO Inc. Financial Position", dated September 15, 1995. My comments are that any department or subsidiary may have to contribute to the income of others in any given year. As far as P&I is concerned, SMCO has only received a "subsidy" in 1994 despite the fact that P&I had been losing money during the three preceding years as well. However, I do not believe that SMCO should adopt a policy of running any one department or business stream at a loss to be subsidized by another. In order to maintain a healthy financial position each department will have to be self sustaining. If that cannot be achieved we should analyze the situation and try to remedy it. Services has been running at a profit up to now. 1996, however, has a projected lower income level than the present one due to the fact that most shipowners to date have their federal and state plans in place. Consequently, our fee income from plan production will be reduced. We will, of course, be looking for potential expansion elsewhere. The point is that we cannot rely upon one business stream as a continuing subsidy for the others.

C.  Salary Adjustments

The Consumer Price Index increase is expected at about 3% for 1995. A salary adjustment for inflation is therefore proposed at 3%.

Attached as Exhibit 4 is a Schedule of Retirement Benefits for Non-SMCO Pension Plan Retirees.

3.  Report Items

A.  Staffing

Below is a summary of employees during 1995 for the Company.

- 5 -

SM 000402

| Location | 1/1/95 | 9/30/95 | Budget 1996 |
|----------|--------|---------|-------------|
| Stamford | 25 | 24 | 25 |
| Miami | 5 | 3 | 3 |
| Houston | 2 | 3 | 3 |
| Total | 32 | 30 | 31 |

B.   Organization

SMCO Employment by Department 9/30/95

| Claims/Legal | Technical | Administration/ Accounting | Total |
|--------------|-----------|----------------------------|-------|
| 13 | 9 | 8 | 30 |

1.   Claims

Leif Husjord has retired.

2.   Technical

On the Technical side two surveyors, Mark Bentley and Stephen Moglia, were hired this year for the Stamford office and Herbert Phelps is now in Houston on an ambulatory basis. Carl Cederstav has requested a move to the Administrative staff. The pending survey reports are now all current.

3.   Legal

George Ammon and a paralegal, Kathleen Sullivan, have joined our Legal department. Mr. Ammon is also handling the Torm account, which has had a quarterly billing of about $25,000 - $30,000.

A new Organization Chart is attached as Exhibit 5.

C.   Services

Services are acting as QI and Spill Managers for 54 shipowners, including ship management companies, with a total of 240 tanker vessels and 200 dry cargo ships.

- 6 -

SM 000403

SMQI Services, Inc. (Response) has moved into the Houston office. Steven Poole, formerly with Marine Spill Response Corporation, has been hired as a replacement for Scott May who did not want to move to Houston.

SMCO Services, Inc. (Compliance) remains in Stamford. Al Schultz resigned in October.

As of September 30, 1995, Services had 8 employees. We do not plan to replace Al Schultz in Stamford, but we are looking for someone with chemical trade experience to complement our Houston office.

There is no longer any legal reason for having two different entities doing OPA '90 related work and, thus, SMQI and SMCO Services will merge into one company maintaining the name SMCO Services, Inc. as of January 1, 1996.

D.    Seminar Fall 1995

The seminar, SAVANNAH '95, is being held November 5-7, 1995, in Hilton Head, South Carolina, concurrently with the Industry Led Prep Area Exercise.

E.    Accounts Receivable

As of September 30, 1995, the net balance for Accounts Receivable over 60 days outstanding for Hull amounted to $70,334 and $136,254 for P&I, which are expected to be collectible. As of October 11, 1995, subsequent cash collections for P&I September 30th receivables amounted to $28,738.

F.    Miscellaneous

Edgar Gravdahl's claim is scheduled for a meeting with a court appointed mediator. No date has yet been set.

4.    Such other matters as may properly come before the meeting.

5.    Time and place for the next meeting of the Board of Directors.

to/ep 472

- 7 -

SM 000404

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.

Minutes of the Meeting of the
Board of Directors
June 2, 1995

The semiannual meeting of the Board of Directors of Scandinavian Marine Claims Office, Inc., a New York corporation, was held on June 2, 1995, at 10:00 AM at the offices of Assuranceforeningen Skuld, Oslo, Norway.

The following Directors were present:

Havar Poulsson, Chairman
Jan Lunde
Kitty Kendel

Absent due to illness was Lars Lindfelt.

The following was present by invitation:

Tom Ostensen, President

Mr. Havar Poulsson, Chairman of the Board, called the meeting to order. On motion duly made, Mr. Ostensen was elected Secretary of the meeting. Mr. Ostensen reported that due and proper notice of the meeting had been given.

1.  **Reading of the Minutes of the Meeting of the Board of Directors**

    A.  The Minutes of the November 10, 1994, Board of Directors' meeting in Oslo, Norway, were circulated in advance. On motion duly made, seconded and carried, the Minutes were approved and the reading thereof waived.

2.  **Action Items**

    A.  **Election of Officers**

        The President recommended the appointment of David Smith to Vice President due to the retirement of Leif Chr. Husjord. The Board approved. Subsequently, the Board initiated a review regarding the management of the Technical Department. After a lengthy discussion the Board was firmly of the opinion that a change was necessary. Consequently, the Board appointed Pradeep K. Nayyar to Senior Vice President and Manager, Technical Department. Mr. Cederstav will remain Senior Vice President and Surveyor within the department.

PAGE 8

SM 000405

At this stage, the Chairman let it be known that Mr. Lunde will take over his position as Chairman later this year (Mr. Poulsson will remain on the Board) and, consequently, Mr. Lunde should be appointed Trustee of the Pension Plan. It was further suggested that Mr. Jones should replace Mr. Busjord as Trustee.

Upon motion duly made and seconded it was:

RESOLVED, that the following persons be, and they hereby are, elected to the offices set forth opposite their respective names, each to serve until the annual meeting or until successors have been elected and qualified:

| Name | Office |
| --- | --- |
| Tom Ostensen | President |
| Manuel R. Llorca | Senior Vice President |
| Pradeep K. Nayyar | Senior Vice President |
| Carl A. Cederstav | Senior Vice President |
| Renan L. Alamina | Vice President |
| Margaret Killip | Vice President |
| David Smith | Vice President |
| Robert Jones | Treasurer and Secretary |

and it was, therefore, further

RESOLVED, that Jan Lunde and Robert Jones were appointed and Mr. Ostensen was reappointed as Trustees of the Company's Pension Plan, each to serve until the next annual meeting or until his successor has been elected and qualified; and further

RESOLVED, that Mr. Ostensen and Mr. Jones be, and they hereby are, reappointed as Managers of the Trust Fund, each to serve until the next annual meeting or until his successor has been elected and qualified; and further

RESOLVED, that Mr. Ostensen and Mr. Jones be, and they hereby are, reappointed as Pension Plan Administrators, each to serve until the next annual meeting or until his successor has been elected and qualified.

SM 000406

B.    **The Operation and Accounts of the Company**

The audited accounts of the Company for the year
ended December 31, 1994, and the Statement of
Operations and Retained Earnings Compared with
Budget for the Three Months ended March 31, 1995,
including a Composite Statement of Operations for
Florida, SMCO Services, Inc. and SMQI Services,
Inc., were submitted to the Board in advance of the
meeting.

Operating expenses of $4,571,105 including accrual
of year end bonuses were 3.9% over budget for 1994.
The year ended with a net profit of $7,515 which
included income of $175,892 from the subsidiaries.

The Board expressed the desire to have the
auditors' report set up in the same format as the
Statement of Operations and Retained Earnings and
the President promised to review this request with
the auditors.

The Board had some other minor questions regarding
the accounts which the President will answer
separately subsequent to the meeting.  The accounts
of the Company for 1994 were approved by the Board.

C.    Miscellaneous

The Chairman, Mr. Poulsson, initiated a general
discussion regarding the organization of the
Company, cost/profit sharing of all services and
cost efficiency.  He also raised the issue of what
kind of competency the Company may provide in the
future, however, he clearly stated that the users
needed to define their requirements in this respect
first.

He also emphasized the need for quality control of
external surveyors and outside legal counsels.

Mr. Lunde mentioned that he might like to see other
statistical data than what is currently being
produced.  The President suggested that he would
develop other, or slightly different, data for the
Board's review.

The President mentioned that he had started looking
into the possibility of having the Company undergo
an ISO 9000 certification.  As soon as he had any
cost prospects and the time involved he would
revert to the Board.

SM 000407

3.  **Report Items**

   A.  **Staffing**

   A list of employees and their respective departments, including a salary schedule, and a list of mortgage notes receivable was presented for reference.

   1.  **Stamford**

   Current staffing was reviewed including the addition of two surveyors, Stephen Moglia and Mark Bentley, and a new member of the legal staff, George Ammon.

   2.  **Miami/Houston**

   Due to the significant drop in Kloster personal injury cases, it was agreed that the claims staff in Miami will have to be reduced by one person effective immediately.

   It was noted that a Stamford based surveyor has been assigned to work ambulatory with these two offices to assist with the technical work, as requested.

   B.  **Subsidiaries**
   **SMCO Services, Inc. and SMQI Services, Inc.**

   The President reviewed the activities being performed on behalf of 39 shipowner clients and their 219 ships and 8 Marpol/miscellaneous clients with 60 ships.

   The relocation of the response group to Houston, effective July 1, 1995, was viewed by the Board as a positive move towards better servicing clients.

   C.  **Future Seminars**

   Plans were presented for a seminar to be held in Savannah, Georgia on November 5-7, 1995, in conjunction with the oil pollution exercise being held at that time with the U.S. Coast Guard Port of Savannah.

SM 000408

D.  **Accounts Receivable**

The President advised the Board that as of March 31, 1995, the net Accounts Receivable balance over 60 days outstanding for Hull amounted to $82,903 and $63,526 for P&I, both of which the Company believes to be collectible.

E.  **Miscellaneous**

Notification was made that Edgar Gravdahl has indicated a willingness to discuss settlement.

4.  **Time and Place of Next Board Meeting**

The next meeting of the Board of Directors is to be held on November 8, 1995, at 10:00 AM either in Savannah, Georgia, or at the Company offices in Stamford, CT.

There being no further business to come before the meeting, upon motion duly made and seconded, the meeting was adjourned.

_____
Tom Ostensen

to/ep 193

Page 5  *PAGE 12*

SM 000409

Scandinavian Marine Claims Office, Inc.

Balance Sheets
September 30, 1995

|  | 1995 | 1994 | Increase/ (Decrease) |
|---|---|---|---|
| **ASSETS** | | | |
| **CURRENT ASSETS** | | | |
| Cash | $ (14,639) | $ 34,403 | $ (49,042) |
| Accounts Receivable | 989,200 | 573,696 | 415,504 |
| Advances for Surveys | 8,795 | 30,273 | (21,478) |
| Other Receivables | 40,273 | 19,257 | 21,016 |
| Due from Affiliates | (80,633) | 37,955 | (118,588) |
| Prepaid Expenses | 85,469 | 60,489 | 24,980 |
| Prepaid Corporate Income Tax | 18,186 | 24,029 | (5,843) |
| Total Current Assets | 1,046,651 | 780,102 | 266,549 |
| **PROPERTY ACCOUNTS** | | | |
| Computer Software | | | |
| Furniture & Fixtures | 503,865 | 474,356 | 29,507 |
| Leasehold Improvements | 54,710 | 52,389 | 2,321 |
| Telecom System | 35,703 | 35,703 | - |
| | 594,279 | 562,450 | 31,829 |
| **LESS: ACCUMULATED DEPRECIATION & AMORTIZATION** | 321,757 | 237,911 | 83,846 |
| Net Property | 272,522 | 324,539 | (52,017) |
| **OTHER ASSETS** | | | |
| Deposits | 14,052 | 14,231 | (179) |
| Investment in Affiliates | 195,705 | 169,813 | 25,892 |
| Due from Offices & Emp.(Mort.) | 1,143,744 | 1,093,583 | 50,161 |
| Trust Restricted Cash - Contra | 1,087,909 | 770,856 | 317,053 |
| | 2,441,411 | 2,048,483 | 392,928 |
| **TOTAL ASSETS** | 3,760,584 | 3,153,124 | 607,460 |
| **LIABILITIES & STOCKHOLDER'S EQUITY** | | | |
| **CURRENT LIABILITIES** | | | |
| Accounts Payable - Other | 369,330 | 185,805 | 183,525 |
| Total Current Liabilities | 369,330 | 185,805 | 183,525 |
| **LONG TERM LIABILITIES** | | | |
| Note Payable | 1,510,000 | 1,130,000 | 380,000 |
| Total Long Term Liabilities | 1,510,000 | 1,130,000 | 380,000 |
| Trust Accounts Payable-Contra | 1,087,909 | 770,856 | 317,053 |
| **STOCKHOLDER'S EQUITY** | | | |
| Capital Stock | 88,000 | 88,000 | |
| Retained Earnings | 705,346 | 978,463 | (273,117) |
| Total Stockholder's Equity | 793,346 | 1,066,463 | (273,117) |
| **TOTAL LIABILITIES & STOCKHOLDER'S EQUITY** | $ 3,760,585 | $ 3,153,124 | $ 607,461 |

Page 13

SM 000410

Scandinavian Marine Claims Office, Inc.

Statement of Operations and Retained Earnings
Compared with Budget
For the Nine Months Ended September 30, 1995

| | Hull | P & I | Total | Budget | Over/(Under) Budget |
|---|---|---|---|---|---|
| **FEE INCOME** | | | | | |
| Hull | $ 1,804,648 $ | $ | 1,804,648 $ | 2,043,000 $ | (238,352) |
| P & I - Skuld | | 1,041,707 | 1,041,707 | 1,031,247 | 10,460 |
| P & I - Trade | | 52,463 | 52,463 | 74,997 | (22,534) |
| Total Fees | 1,804,648 | 1,094,170 | 2,898,818 | 3,149,244 | (250,425) |
| | | | | | |
| **OPERATING EXPENSES** | | | | | |
| Hull | 2,198,066 | | 2,198,066 | 2,212,776 | (14,710) |
| P & I | | 1,271,288 | 1,271,288 | 1,249,191 | 22,097 |
| Total Oper. Exp. | 2,198,066 | 1,271,288 | 3,469,353 | 3,461,967 | 7,386 |
| | | | | | |
| **LESS: NET CHARGES TO CLIENTS** | | | | | |
| Hull | 144,570 | | 144,570 | 177,372 | (32,802) |
| P & I - Skuld | | 156,147 | 156,147 | 150,525 | 5,622 |
| P & I - Trade | | 10,959 | 10,959 | | 10,959 |
| Total Chgs to Clients | 144,570 | 167,106 | 311,676 | 327,897 | (16,221) |
| | | | | | |
| NET OPERATING EXPENSE | 2,053,496 | 1,104,181 | 3,157,677 | 3,134,070 | 23,607 |
| | | | | | |
| RESULTS FROM OPERATIONS | (248,847) | (10,011) | (258,858) | 15,174 | (274,032) |
| | | | | | |
| **OTHER INCOME** | | | | | |
| Interest | 26,827 | 27,501 | 54,327 | 45,000 | 9,327 |
| Equity in net income of affiliated companies | | | | | |
| Miscellaeous | | | | | |
| | | | | | |
| INCOME BEFORE TAXES | (222,021) | 17,490 | (204,531) | 60,174 | (264,705) |
| | | | | | |
| **PROVISION FOR TAXES** | | | | | |
| Hull | | | | 13,500 | (13,500) |
| P & I | | | | 13,500 | (13,500) |
| | | | | | |
| NET INCOME | (222,021) | 17,490 | (204,531) | 33,174 | (237,705) |
| | | | | | |
| RETAINED EARNINGS (Begin) | 1,747,914 | (838,037) | 909,877 | 909,877 | |
| | | | | | |
| RETAINED EARNINGS (End) | $ 1,525,893 $ | (820,547) $ | 705,346 $ | 943,051 $ | (237,705) |

Page 14

SM 000411

Scandinavian Marine Claims Office, Inc.
Actual Operating Expenses Compared with Budget
For the Nine Months Ended September 30, 1995

| | HULL (Schedule 1) | P & I (Schedule 2) | Total Expenses | Budget | Over (Under) Budget |
|---|---|---|---|---|---|
| **EXPENSES** | | | | | |
| **SALARIES & SOCIAL EXPENSES** | | | | | |
| Salaries | $ 1,201,193 | $ 711,568 | $ 1,912,761 | $ 1,932,741 | $ (19,980) |
| Med., Life & LTD Ins. | 105,235 | 58,775 | 164,010 | 170,991 | (6,981) |
| Unemployment Ins. | 10,323 | 5,662 | 15,985 | 13,041 | 2,944 |
| SMCO Pension Account | 149,554 | 45,000 | 194,554 | 185,247 | 9,307 |
| Norwegian Health Ins. | 5,341 | | 5,341 | 5,247 | 94 |
| Interest Expense | 39,268 | 21,132 | 60,400 | 57,744 | 2,656 |
| F.I.C.A. Expense | 75,735 | 46,162 | 121,897 | 102,447 | 19,450 |
| | 1,586,649 | 888,299 | 2,474,947 | 2,467,458 | 7,489 |
| **TRAVEL & ENTERTAINMENT** | | | | | |
| Corporate Travel | 72,657 | 33,430 | 106,087 | 124,497 | (18,410) |
| Corporate Enter. | 24,754 | 14,740 | 39,493 | 43,488 | (3,995) |
| | 97,411 | 48,169 | 145,580 | 167,985 | (22,405) |
| **RENT, ELECTRICITY, ETC.** | | | | | |
| Rent & Electricity | 141,048 | 126,185 | 267,233 | 266,616 | 617 |
| General Insurance | 62,102 | 37,292 | 99,394 | 110,241 | (10,847) |
| | 203,150 | 163,477 | 366,627 | 376,857 | (10,230) |
| **COMMUNICATIONS** | | | | | |
| Telephone & Telegraph | 81,673 | 44,646 | 126,319 | 128,997 | (2,678) |
| **STATIONERY, MAINTENANCE, ETC.** | | | | | |
| Print., Stat. & Supp. | 26,023 | 11,937 | 37,960 | 31,491 | 6,469 |
| Postage | 19,338 | 11,279 | 30,617 | 33,741 | (3,124) |
| Copier Rental & Supp. | 12,933 | 7,986 | 20,919 | 22,491 | (1,572) |
| Subscriptions & Pub. | 5,220 | 4,424 | 9,644 | 11,250 | (1,606) |
| Equipment Maint. | 15,118 | 9,254 | 24,373 | 17,991 | 6,382 |
| | 78,633 | 44,880 | 123,513 | 116,964 | 6,549 |
| **DEPRECIATION & AMORTIZATION** | | | | | |
| Dep.-Furnit. & Fixt. | 28,566 | 20,043 | 48,609 | 48,591 | 18 |
| Dep.-Telecom System | 2,970 | 2,070 | 5,040 | 4,941 | 99 |
| Dep.-Computer Softw. | | | | | |
| Amort.-Leasehold | 4,122 | 3,447 | 7,569 | 5,238 | 2,331 |
| | 35,658 | 25,560 | 61,218 | 58,770 | 2,448 |
| **TAXES** | | | | | |
| Personal Prop. Tax | 4,806 | 2,652 | 7,459 | 8,469 | (1,010) |
| **OTHER EXPENSES** | | | | | |
| General Office Exp. | 50,707 | 25,181 | 75,888 | 56,241 | 19,647 |
| Professional Serv. | 22,807 | 22,849 | 45,656 | 53,244 | (7,588) |
| Contributions | 3,098 | 1,547 | 4,645 | 8,244 | (3,599) |
| Bank Charges | 5,880 | 958 | 6,838 | 10,494 | (3,656) |
| Bad Debts | | | | | |
| Dues | 9,938 | 3,070 | 13,008 | 8,244 | 4,764 |
| Cons. Fees & Exp. | | | | | |
| Moving Expenses | 17,655 | | 17,655 | | 17,655 |
| | 92,430 | 53,604 | 146,035 | 136,467 | 9,568 |
| | $ 2,198,066 | $ 1,271,288 | $ 3,469,353 | $ 3,461,967 | $ 7,386 |

Page 15

SM 000412

Scandinavian Marine Claims Office, Inc.  Schedule 1
Actual Operating Expenses Compared with Budget
For the Nine Months Ended September 30, 1995

| | | Hull | | |
|---|---|---|---|---|
| | | Actual | Budget | Over/(Under) Budget |
| **EXPENSES** | | | | |
| **SALARIES & SOCIAL EXPENSES** | | | | |
| Salaries | $ | 1,201,193 | $ 1,274,994 | $ (73,801) |
| Medical, Life & LTD Ins. | | 105,235 | 106,497 | (1,262) |
| Unemployment Insurance | | 10,323 | 8,397 | 1,926 |
| SMCO Pension Account | | 149,554 | 140,247 | 9,307 |
| Norwegian Health Ins. | | 5,341 | 5,247 | 94 |
| Interest Expense | | 39,268 | 37,800 | 1,468 |
| F.I.C.A. Expense | | 75,735 | 65,250 | 10,485 |
| | | 1,586,649 | 1,638,432 | (51,783) |
| | | | | |
| **TRAVEL & ENTERTAINMENT** | | | | |
| Corporate Travel | | 72,657 | 76,500 | (3,843) |
| Corporate Entertainment | | 24,754 | 28,719 | (3,965) |
| | | 97,411 | 105,219 | (7,808) |
| | | | | |
| **RENT, ELECTRICITY, ETC.** | | | | |
| Rent & Electricity | | 141,048 | 139,122 | 1,926 |
| General Insurance | | 62,102 | 68,994 | (6,892) |
| | | 203,150 | 208,116 | (4,966) |
| | | | | |
| **COMMUNICATIONS** | | | | |
| Telephone & Telegraph | | 81,673 | 81,000 | 673 |
| | | | | |
| **STATIONERY, MAINTENANCE, ETC.** | | | | |
| Print., Stationery & Supplies | | 26,023 | 19,494 | 6,529 |
| Postage | | 19,338 | 20,997 | (1,659) |
| Copier Rental & Supplies | | 12,933 | 14,247 | (1,314) |
| Subscriptions & Publications | | 5,220 | 6,750 | (1,530) |
| Equipment Maintenance | | 15,118 | 10,494 | 4,624 |
| | | 78,633 | 71,982 | 6,651 |
| | | | | |
| **DEPRECIATION & AMORTIZATION** | | | | |
| Depreciation-Furnit. & Fixt. | | 28,566 | 30,519 | (1,953) |
| Depreciation-Telecom System | | 2,970 | 3,069 | (99) |
| Depreciation-Comput. Softw. | | | | |
| Amortization-Leasehold | | 4,122 | 3,294 | 828 |
| | | 35,658 | 36,882 | (1,224) |
| | | | | |
| **TAXES** | | | | |
| Personal Property Tax | | 4,806 | 5,319 | (513) |
| | | | | |
| **OTHER EXPENSES** | | | | |
| General Office Expenses | | 50,707 | 35,244 | 15,463 |
| Professional Services | | 22,807 | 14,994 | 7,813 |
| Contributions | | 3,098 | 5,247 | (2,149) |
| Bank Charges | | 5,880 | 6,597 | (717) |
| Bad Debts | | | | |
| Dues | | 9,938 | 3,744 | 6,194 |
| Consultant Fees & Expenses | | | | |
| Moving Expenses | | 17,655 | | 17,655 |
| | | 110,085 | 65,826 | 44,259 |
| | $ | 2,198,066 | $ 2,212,776 | $ (14,710) |

Page 16

Scandinavian Marine Claims Office, Inc.                    Schedule 2
Actual Operating Expenses Compared with Budget
For the Nine Months Ended September 30, 1995

P & I

| EXPENSES | Actual | Budget | Over/(Under) Budget |
|---|---|---|---|
| **SALARIES & SOCIAL EXPENSES** | | | |
| Salaries | $ 711,568 | $ 657,747 | $ 53,821 |
| Medical, Life & LTD Ins. | 58,775 | 64,494 | (5,719) |
| Unemployment Insurance | 5,662 | 4,644 | 1,018 |
| SMCO Pension Account | 45,000 | 45,000 | |
| Norwegian Health Ins. | | | |
| Interest Expense | 21,132 | 19,944 | 1,188 |
| F.I.C.A. Expense | 46,162 | 37,197 | 8,965 |
| | 888,299 | 829,026 | 59,273 |
| | | | |
| **TRAVEL & ENTERTAINMENT** | | | |
| Corporate Travel | 33,430 | 47,997 | (14,567) |
| Corporate Entertainment | 14,740 | 14,769 | (29) |
| | 48,169 | 62,766 | (14,597) |
| | | | |
| **RENT, ELECTRICITY, ETC.** | | | |
| Rent & Electricity | 126,185 | 127,494 | (1,309) |
| General Insurance | 37,292 | 41,247 | (3,955) |
| | 163,477 | 168,741 | (5,264) |
| | | | |
| **COMMUNICATIONS** | | | |
| Telephone & Telegraph | 44,646 | 47,997 | (3,351) |
| | | | |
| **STATIONERY, MAINTENANCE, ETC.** | | | |
| Print., Stationery & Supplies | 11,937 | 11,997 | (60) |
| Postage | 11,279 | 12,744 | (1,465) |
| Copier Rental & Supplies | 7,986 | 8,244 | (258) |
| Subscriptions & Publications | 4,424 | 4,500 | (76) |
| Equipment Maintenance | 9,254 | 7,497 | 1,757 |
| | 44,880 | 44,982 | (102) |
| | | | |
| **DEPRECIATION & AMORTIZATION** | | | |
| Depreciation-Furnit. & Fixt. | 20,043 | 18,072 | 1,971 |
| Depreciation-Telecom System | 2,070 | 1,872 | 198 |
| Depreciation-Comput. Softw. | | | |
| Amortization-Leasehold | 3,447 | 1,944 | 1,503 |
| | 25,560 | 21,888 | 3,672 |
| | | | |
| **TAXES** | | | |
| Personal Property Tax | 2,652 | 3,150 | (498) |
| | | | |
| **OTHER EXPENSES** | | | |
| General Office Expenses | 25,181 | 20,997 | 4,184 |
| Professional Services | 22,849 | 38,250 | (15,401) |
| Contributions | 1,547 | 2,997 | (1,450) |
| Bank Charges | 958 | 3,897 | (2,939) |
| Bad Debts | | | |
| Dues | 3,070 | 4,500 | (1,430) |
| Consultant Fees & Expenses | | | |
| Moving Expenses | | | |
| | 53,604 | 70,641 | (17,037) |
| | $ 1,271,288 | $ 1,249,191 | $ 22,097 |

Page 17

SM 000414

SMCO Services, Inc. & SMQI Services, Inc.
Composite Statement of Operations
For the Nine Months Ended September 30, 1995

| | | |
|---|---|---:|
| Fee Income | $ | 1,048,707 |
| | | |
| Operating Expenses | | 593,454 |
| Less: Charges to Clients | | (13,789) |
| | | |
| Net Operating Expenses | | 607,243 |
| | | |
| Income from Operations | | 441,464 |
| | | |
| Provision for Taxes | | |
| | | |
| Net Income | $ | 441,464 |

SM 000415

# SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
### BUDGET OF OPERATIONS
### FOR THE YEAR 1996 COMPARED TO ESTIMATED
### ACTUAL FOR THE YEAR 1995

|  | 1996 BUDGET | | | 1995 ESTIMATED |
|---|---|---|---|---|
|  | HULL | P&I | TOTAL | ACTUAL |
| **FEE INCOME** | | | | |
| HULL | $2,460,500 | $ | $2,460,500 | $2,330,000 |
| SKULD | | 1,732,500 | 1,732,500 | 1,444,000 |
| TOTAL FEE | 2,460,500 | 1,732,500 | 4,193,000 | 3,774,000 |
| OPERATING EXPENSES | 2,635,500 | 1,975,500 | 4,611,000 | 4,612,100 |
| LESS: CHARGES TO CLIENTS | 185,000 | 253,000 | 438,000 | 400,000 |
| NET OPERATING EXPENSES | 2,450,500 | 1,722,500 | 4,173,000 | 4,212,000 |
| RESULTS FROM OPERATIONS | 10,000 | 10,000 | 20,000 | <438,000> |
| .VESTMENT INCOME | 30,000 | 30,000 | 60,000 | 62,000 |
| INCOME BEFORE TAXES | 40,000 | 40,000 | 80,000 | <376,000> |
| PROVISION FOR TAXES | 18,000 | 18,000 | 36,000 | |
| NET INCOME | $ 22,000 | $ 22,000 | $ 44,000 | $ <376,000> |

SM 000416

# SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
### BUDGET OF OPERATING EXPENSES
### FOR THE YEAR 1996 COMPARED TO ESTIMATED
### ACTUAL FOR THE YEAR 1995

| | 1996 BUDGET | | | 1995 ESTIMATED ACTUAL | 1995 BUDGET |
|---|---|---|---|---|---|
| | HULL | P&I | TOTAL | | |
| **EXPENSES** | | | | | |
| **SALARIES & SOCIAL EXPENSES** | | | | | |
| Salaries | $1,414,000 | $1,033,000 | $2,447,000 | $2,579,000 | $2,577,000 |
| Medical, Life & LTD Ins. | 124,000 | 111,000 | 235,000 | 228,000 | 228,000 |
| Unemployment Insurance | 9,000 | 7,000 | 16,000 | 17,000 | 17,400 |
| SMCO Pension Account | 226,000 | 112,000 | 338,000 | 251,000 | 247,000 |
| Norwegian Health Ins. | | | | 5,400 | 7,000 |
| Interest Expense | 50,000 | 35,000 | 85,000 | 80,000 | 77,000 |
| F.I.C.A. Expense | 72,000 | 60,000 | 132,000 | 142,000 | 136,600 |
| | 1,895,000 (71%) | 1,358,000 (69%) | 3,253,000 (70%) | 3,299,400 (71%) | 3,290,000 (71%) |
| | | | | | |
| **TRAVEL & ENTERTAINMENT** | | | | | |
| Corporate Travel | 86,000 | 66,000 | 152,000 | 139,000 | 166,000 |
| Corporate Entertainment | 34,000 | 24,000 | 58,000 | 55,000 | 58,000 |
| | 120,000 (5%) | 90,000 (4%) | 210,000 (5%) | 194,000 (4%) | 224,000 (5%) |
| | | | | | |
| **RENT, ELECTRICITY, ETC.** | | | | | |
| Rent & Electricity | 198,000 | 193,000 | 391,000 | 363,000 | 355,500 |
| General Insurance | 91,000 | 71,000 | 162,000 | 130,000 | 147,000 |
| | 289,000 (11%) | 264,000 (13%) | 553,000 (12%) | 493,000 (11%) | 502,500 (11%) |
| | | | | | |
| **COMMUNICATIONS** | | | | | |
| Telephone & Telegraph | 101,000 (4%) | 79,000 (4%) | 180,000 (4%) | 172,000 (4%) | 172,000 (4%) |
| | | | | | |
| **STATIONERY, MAINTENANCE, ETC.** | | | | | |
| Print, Stationery & Supplies | 28,000 | 22,000 | 50,000 | 48,000 | 42,000 |
| Postage | 25,000 | 19,000 | 44,000 | 42,000 | 45,000 |
| Copier Rental & Supplies | 17,000 | 14,000 | 31,000 | 29,000 | 30,000 |
| Subscriptions & Publications | 8,000 | 7,000 | 15,000 | 15,000 | 15,000 |
| Equipment Maintenance | 18,000 | 15,000 | 33,000 | 33,000 | 24,000 |
| | 96,000 (4%) | 77,000 (4%) | 173,000 (4%) | 167,000 (4%) | 156,000 (3%) |
| | | | | | |
| **DEPRECIATION & AMORTIZATION** | | | | | |
| Depreciation-Furnit. & Fixt. | 38,000 | 30,000 | 68,000 | 65,000 | 64,800 |
| Depreciation-Telecom System | | | | 6,700 | 6,600 |
| Amortization-Leasehold | 3,000 | 2,000 | 5,000 | 10,000 | 7,000 |
| | 41,000 (2%) | 32,000 (2%) | 73,000 (2%) | 81,700 (2%) | 78,400 (2%) |
| | | | | | |
| **TAXES** | | | | | |
| Personal Property Tax | 6,000 | 4,000 | 10,000 | 10,000 | 11,300 |
| | | | | | |
| **OTHER EXPENSES** | | | | | |
| General Office Expenses | 44,000 | 36,000 | 80,000 | 92,000 | 75,000 |
| Professional Services | 25,000 | 20,000 | 45,000 | 68,000 | 71,000 |
| Contributions | 6,000 | 5,000 | 11,000 | 9,000 | 11,000 |
| Bank Charges | 6,000 | 5,000 | 11,000 | 11,000 | 14,000 |
| Dues | 6,500 | 5,500 | 12,000 | 15,000 | 11,000 |
| | 87,500 (3%) | 71,500 (4%) | 159,000 (3%) | 195,000 (4%) | 182,000 (4%) |
| | | | | | |
| | $2,635,500* | $1,975,500* | $4,611,000* | $4,612,100* | $4,616,200* |

\* = (100%)

SM 000417

## SCHEDULE OF RETIREMENT BENEFITS
## FOR NON-SMCO PENSION PLAN RETIREES

|  | DATE OF BIRTH | MONTHLY PAYMENT |
|---|---|---|
| Gudrun Weibell | 5-18-1905 | $1,461.24 |
| Agnes Molvig | 11-11-1916 | 1,757.16 |
| Aina Marit Jonsson | 10-9-1926 | 318.60 |

SM 000418



SMCO Organization Chart

Page 22

SM 000419

# EXHIBIT 20

**SCANDINAVIAN MARINE CLAIMS OFFICE, INC.**

**Minutes of the Meeting of the
Board of Directors
Stamford, Connecticut
November 8, 1995**

The meeting of the Board of Directors of Scandinavian Marine Claims Office, Inc., a New York corporation, was held on November 8, 1995, at 10:00 AM at the corporate offices in Stamford, Connecticut.

The following Directors were present:

> Jan Lunde, Chairman
> Havar Poulsson
> Kitty Kendel

Lars Lindfelt was unable to attend.

Tom Ostensen, President, was present by invitation.

According to a Consent of the Sole Shareholder of Scandinavian Marine Claims Office A/S, dated July 1, 1995, Mr. Lunde was elected Chairman, Ms. Kendel, Mr. Poulsson and Mr. Lindfelt were elected Directors of the Corporation. Mr. Jan Lunde then called the meeting to order. On motion duly made, Mr. Ostensen was elected Secretary of the meeting. Due and proper notice of the meeting had been given. Mr. Lunde expressed the Board's and the Administration's gratitude to Mr. Poulsson for his services as Chairman.

First, Mr. Lunde thanked Mr. Poulsson for his services as Chairman and then brought up a housekeeping matter. At the Board meeting on November 10, 1994, Ms. Kendel had raised the issue of indemnification of officers and directors. It was left to the President to check the Corporation's By-Laws, which he did and responded by letter dated January 11, 1995, to the Board members. The By-Laws were Amended and Restated as of February 16, 1988. The new Article VIII provides for Indemnification of Officers and Directors. Thus, this issue has been satisfactorily resolved.

1.  Reading of the Minutes of the Meeting of the Board of Directors

    The Minutes of the Meeting of the Board of Directors held in Oslo, Norway, on June 2, 1995, were circulated in advance. On motion duly made, seconded and carried, the Minutes were approved and the reading thereof waived.

SM 000394

-2-

2.    Action Items

A.    The Operations and Accounts of the Company

The Statement of Operations and Retained Earnings
of the Company for the Period Ended September 30,
1995, including a Composite Statement of
Operations for SMCO Services, Inc. and SMQI
Services, Inc. was reviewed and discussed by the
Board.

The Board took note that the Corporation will
consolidate its financial statements at year end,
thus any profits from Services will offset any
losses within the Corporation.

B.    Budget 1996

The President presented the Budget. It reflects
the retirement of Mr. Husjord and the inclusion
of the funding of the non-qualified pension plan.
Overall, the Budget is otherwise based on 1995
Estimated Actuals. The Budget does not propose
any increase in fees. Mr. Ostensen further
explained the Corporation's pension plan and the
funding arrangements. The Budget was discussed
and approved by the Board. Mr. Ostensen will
forward a summary of the Corporation's pension
plan to the Directors in due course.

Mr. Poulsson's letter of September 15, 1995, and
the pricing of the Corporation's services in
general were discussed. Mr. Lunde and Mr.
Ostensen suggested that perhaps a forum,
consisting of representatives from the users and
the Corporation, be formed in order to more
closely discuss the utilization of the
Corporation's services. Mr. Lunde will confer
with GSK and Cefor and revert.

C.    Salary Adjustments

A general salary increase of about 2% in the
President's discretion was approved.

The Board further agreed that an increase in
Mr. Nayyar's salary of $20,000 effective
November 1, 1995, was due following his promotion
to Senior Vice President, Manager, Technical
Department.

SM 000395

3.   **Report Items**

A,B.   Staffing and Organization

The Board took note of the staffing within the Corporation and approved the new Organization Chart.

C.   Services

The President gave a brief orientation regarding the activities within Services. The Board expressed their great satisfaction with the execution of the Savannah '95 Drill and the Seminar.

D.   Seminar Fall 1995

The Savannah '95 Seminar was primarily P&I oriented. The President suggested that perhaps a hull only seminar should be planned for 1996, provided there is no conflict with the SCUA agencies in Europe. The new Marine Insurance Plan will also be ready for presentation next year and Mr. Ostensen would like to see if there may be an interest in a presentation of the Plan to the U.S. market in combination with such a seminar. Mr. Lunde will take this up with the Plan Committee.

E.   Accounts Receivable

The Board noted the net balance for Accounts Receivable over 60 days outstanding.

F.   Miscellaneous

The Board noted that the claim of Mr. Gravdahl is up for mediation in the near future.

ISO 9000 certification is being considered, and Mr. Ostensen stated that one will probably start with Services first. However, cost figures and time involved need to be developed. Having finished the Savannah '95 drill and seminar one can now focus on this issue.

Mr. Lunde gave an orientation regarding the plans for a unified computer system for the agencies that is being considered by the Board of the parent company.

SM 000396

-4-

4.   **Other Matters**

There were no other matters considered by the Board.

5.   **Time and Place of Next Board Meeting**

The next meeting of the Board of Directors is to be held on March 27, 1996, at 10:00 AM at the offices of Unitas Gjensidig Assuranseforening in Oslo.

There being no further business to come before the meeting, upon motion duly made and seconded, the meeting was adjourned.

_____
Tom Ostensen

(70)

SM 000397