# EXHIBIT 21

| | Federal Box 1 | Soc. Sec. Box 3& 7 | Medicare Box 5 | State Box 17 |
|---|---|---|---|---|
| Gross | 338032.00 | 338032.00 | 338032.00 | 338032.00 |
| Fringe Benefits | 5305.00 | 5305.00 | 5305.00 | 5305.00 |
| Deferred Comp. | 8994.00- | | | 8994.00- |
| Group Term Life | 348.00 | 348.00 | 348.00 | 348.00 |
| Wages Over Limit | | 288085.00- | | |
| | | | 208685.00- | |
| W-2 Wages | 334691.00 | 57600.00 | 135000.00 | 334691.00 |

All four copies of your W-2 are on this page, separated by perforations. The white copies are for your tax returns; the blue copy is for your records. General instructions for these forms, including an explanation of the letter codes used in box 13, are on the other side of the page.

To the right, is an explanation of the contents of the wage boxes on your W-2. Please note that the Gross amount shown may include adjustments.

| A CONTROL NUMBER | | | | |
|---|---|---|---|---|
| 0000000011 | This information is being furnished to the Internal Revenue Service | OMB NO. 1545-0008 | | |

| | | | 1  WAGES, TIPS, OTHER COMPENSATION | 2  FEDERAL INCOME TAX WITHHELD |
|---|---|---|---|---|
| B  EMPLOYER'S IDENTIFICATION NUMBER 13-1911367 | | | 334691.00 | 68195.92 |
| C  EMPLOYER'S NAME, ADDRESS, AND ZIP CODE | | | 3  SOCIAL SECURITY WAGES 57600.00 | 4  SOCIAL SECURITY TAX WITHHELD 3571.20 |
| SCANDINAVIAN MARINE CLAIMS OFFICE INC 333 LUDLOW ST PO BOX 120020 STAMFORD CT 06912 | | | 5  MEDICARE WAGES AND TIPS 135000.00 | 6  MEDICARE TAX WITHHELD 1957.51 |
| | | | 7  SOCIAL SECURITY TIPS | 8  ALLOCATED TIPS |
| D  EMPLOYEE'S SOCIAL SECURITY NUMBER 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 | | | 9  ADVANCE EIC PAYMENT | 10  DEPENDENT CARE BENEFITS |
| E  EMPLOYEE'S NAME, ADDRESS AND ZIP CODE | | | 11  NONQUALIFIED PLANS | 12  BENEFITS INCLUDED IN BOX 1 TOT 5305.00 |
| TOM OSTENSEN SEVEN GILLIAM LANE RIVERSIDE CT 06878 | | | 13   C 348.00   D 8994.00 | 14  OTHER |
| | | | 15  STATUTORY EMPLOYEE ☐   DECEASED ☐   PENSION PLAN ☐   DEFERRED COMPENSATION ☒ | |
| 16  STATE  EMPLOYER'S STATE I.D. NO. CT  5968383-000 | 17  STATE WAGES, TIPS, ETC 334691.00 | 18  STATE INCOME TAX 13517.59 | 19  LOCALITY NAME | 20  LOCAL WAGES, TIPS, ETC. |   21  LOCAL INCOME TAX |

Copy C For EMPLOYEE'S RECORDS (See notice on back)

Dept. of the Treasury - Internal Revenue Service

Form W-2 Wage and Tax Statement 1993

These substitute W-2 Wage and Tax Statements are acceptable for filing with your Federal, State and Local Income Tax Returns.

If you worked in multiple locations during 1993, or had several forms of special compensation, you may receive more than one of these documents.

CERIDIAN                                    1993  CERIDIAN EMPLOYER SERVICES

# EXHIBIT 22

| a CONTROL NUMBER 0000000011 | This information is being furnished to the Internal Revenue Service | OMB NO. 1545-0008 | 1. WAGES, TIPS, OTHER COMPENSATION 338231.00 | 2. FEDERAL INCOME TAX WITHHELD 80398.37 |
|---|---|---|---|---|
| b EMPLOYER'S IDENTIFICATION NUMBER 13-1911367 | | | 3. SOCIAL SECURITY WAGES 60600.00 | 4. SOCIAL SECURITY TAX WITHHELD 3757.20 |
| c EMPLOYER'S NAME, ADDRESS, AND ZIP CODE SCANDINAVIAN MARINE CLAIMS OFF 333 LUDLOW ST PO BOX 120020 STAMFORD    CT  06912 | | | 5. MEDICARE WAGES AND TIPS 347471.00 | 6. MEDICARE TAX WITHHELD 5038.33 |
| | | | 7. SOCIAL SECURITY TIPS | 8. ALLOCATED TIPS |
| d EMPLOYEE'S SOCIAL SECURITY NUMBER 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 | | | 9. ADVANCE EIC PAYMENT | 10. DEPENDENT CARE BENEFITS |
| e EMPLOYEE'S NAME, ADDRESS, AND ZIP CODE TOM OSTENSEN SEVEN GILLIAM LANE RIVERSIDE CT 06878 | | | 11. NONQUALIFIED PLANS | 12. BENEFITS INCLUDED IN BOX 1 TOT    5612.00 |
| | | | 13 C 576.00 D 9240.00 | 14. OTHER |
| | | | 15. STATUTORY EMPLOYEE ☐  DECEASED ☐  PENSION PLAN ☒  DEFERRED COMPENSATION ☒ | |
| 16 STATE EMPLOYER'S STATE ID NO CT  5968383-000 | 17 STATE WAGES, TIPS, ETC 338231.00 | 18 STATE INCOME TAX 14579.02 | 19 LOCALITY NAME | 20 LOCAL WAGES, TIPS, ETC  21 LOCAL INCOME TAX |

Copy 2. To be filed with Employee's STATE, CITY or LOCAL tax return

FORM **W-2 Wage and Tax Statement 1994**

Dept. of the Treasury – Internal Revenue Service
Employee's and employer's copy compared

FOLD AND TEAR ALONG PERFORATION

| | Federal Box 1 | Soc. Sec. Box 3 & 7 | Medicare Box 5 | State Box 17 |
|---|---|---|---|---|
| Gross | 341263.00 | 341263.00 | 341263.00 | 341263.00 |
| Fringe Benefits | 5612.00 | 5612.00 | 5612.00 | 5612.00 |
| Deferred Comp. | 9240.00- | | | 9240.00- |
| Group Term Life | 576.00 | 576.00 | 576.00 | 576.00 |
| Wages Over Limit | | 286671.00- | | |
| W-2 Wages | 338231.00 | 60600.00 | 347471.00 | 338231.00 |

All four copies of your W-2 are on this page, separated by perforations. The white copies are for your tax returns; the blue copy is for your records. General instructions for these forms, including an explanation of the letter codes used in box 13, are on the other side of the page.

To the right, is an explanation of the contents of the wage boxes on your W-2. Please note that the Gross amount shown may include adjustments.

| a CONTROL NUMBER 0000000011 | This information is being furnished to the Internal Revenue Service | OMB NO. 1545-0008 | 1. WAGES, TIPS, OTHER COMPENSATION 338231.00 | 2. FEDERAL INCOME TAX WITHHELD 80398.37 |
|---|---|---|---|---|
| b EMPLOYER'S IDENTIFICATION NUMBER 13-1911367 | | | 3. SOCIAL SECURITY WAGES 60600.00 | 4. SOCIAL SECURITY TAX WITHHELD 3757.20 |
| c EMPLOYER'S NAME, ADDRESS, AND ZIP CODE SCANDINAVIAN MARINE CLAIMS OFF 333 LUDLOW ST PO BOX 120020 STAMFORD    CT  06912 | | | 5. MEDICARE WAGES AND TIPS 347471.00 | 6. MEDICARE TAX WITHHELD 5038.33 |
| | | | 7. SOCIAL SECURITY TIPS | 8. ALLOCATED TIPS |
| d EMPLOYEE'S SOCIAL SECURITY NUMBER 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 | | | 9. ADVANCE EIC PAYMENT | 10. DEPENDENT CARE BENEFITS |
| e EMPLOYEE'S NAME, ADDRESS, AND ZIP CODE TOM OSTENSEN SEVEN GILLIAM LANE RIVERSIDE CT 06878 | | | 11. NONQUALIFIED PLANS | 12. BENEFITS INCLUDED IN BOX 1 TOT    5612.00 |
| | | | 13 C 576.00 D 9240.00 | 14. OTHER |
| | | | 15. STATUTORY EMPLOYEE ☐  DECEASED ☐  PENSION PLAN ☒  DEFERRED COMPENSATION ☒ | |
| 16 STATE EMPLOYER'S STATE ID NO CT  5968383-000 | 17 STATE WAGES, TIPS, ETC 338231.00 | 18 STATE INCOME TAX 14579.02 | 19 LOCALITY NAME | 20 LOCAL WAGES, TIPS, ETC  21 LOCAL INCOME TAX |

Copy C For EMPLOYEE'S RECORDS (See notice on back)

FORM **W-2 Wage and Tax Statement 1994**

Dept. of the Treasury – Internal Revenue Service

These substitute W-2 Wage and Tax Statements are acceptable for filing with your Federal, State and Local Income Tax Returns.

If you worked in multiple locations during 1994, or had several forms of special compensation, you may receive more than one of these statements.

CERIDIAN

# EXHIBIT 23

| A CONTROL NUMBER | This information is being furnished to the Internal Revenue Service | OMB NO. 1545-0008 | 1 WAGES, TIPS, OTHER COMPENSATION 343995.00 | 2 FEDERAL INCOME TAX WITHHELD 76775.38 |
|---|---|---|---|---|
| 0000000011 | | | | |

| b EMPLOYER'S IDENTIFICATION NUMBER | 3 SOCIAL SECURITY WAGES | 4 SOCIAL SECURITY TAX WITHHELD |
|---|---|---|
| 13-1911367 | 61200.00 | 3794.40 |

| c EMPLOYER'S NAME, ADDRESS AND ZIP CODE | 5 MEDICARE WAGES AND TIPS | 6 MEDICARE TAX WITHHELD |
|---|---|---|
| SCANDINAVIAN MARINE CLAIMS OFF | 353235.00 | 5121.91 |
| 333 LUDLOW ST | 7 SOCIAL SECURITY TIPS | 8 ALLOCATED TIPS |
| PO BOX 120020 | | |
| STAMFORD    CT  06912 | | |

| d EMPLOYEE'S SOCIAL SECURITY NUMBER | 9 ADVANCE EIC PAYMENT | 10 DEPENDENT CARE BENEFITS |
|---|---|---|
| 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 | | |

| e EMPLOYEE'S NAME, ADDRESS AND ZIP CODE | 11 NONQUALIFIED PLANS | 12 BENEFITS INCLUDED IN BOX 1 TOT 7651.00 |
|---|---|---|
| TOM OSTENSEN | | |
| SEVEN GILLIAM LANE | 13 | 14 OTHER |
| RIVERSIDE CT. | C 576.00 | |
| 06878 | D 9240.00 | |

| | 15 | STATUTORY EMPLOYEE | DECEASED | X | PENSION PLAN | X | DEFERRED COMPENSATION |
|---|---|---|---|---|---|---|---|

| H STATE | EMPLOYER'S STATE ID NO | 17 STATE WAGES TIPS ETC | 18 STATE INCOME TAX | 19 LOCALITY NAME | 20 LOCAL WAGES ETC | 21 LOCAL INCOME TAX |
|---|---|---|---|---|---|---|
| CT | 5968383-000 | 343995.00 | 13728.20 | | | |

Copy 2. To be filed with Employee's STATE, CITY or LOCAL tax return          Dept. of the Treasury - Internal Revenue Service

FORM **W-2 Wage and Tax Statement 1995**

| | Federal Box 1 | Soc. Sec. Box 3 & 7 | Medicare Box 5 | State Box 17 |
|---|---|---|---|---|
| Gross | 345008.00 | 345008.00 | 345008.00 | 345008.00 |
| Fringe Benefits | 7651.00 | 7651.00 | 7651.00 | 7651.00 |
| Deferred Comp. | 9140.00- | | | 9240.00- |
| Group Term Life | 576.00 | 576.00 | 576.00 | 576.00 |
| Wages Over Limit | | 292035.00- | | |
| W-2 Wages | 343995.00 | 61200.00 | 353235.00 | 343995.00 |

All four copies of your W-2 are on this page, separated by perforations.  The white copies are for your tax returns; the blue copy is for your records.  General instructions for these forms, including an explanation of the letter codes used in box 13, are on the other side of the page.

To the right, is an explanation of the contents of the wage boxes on your W-2.  Please note that the Gross amount shown may include adjustments.

| A CONTROL NUMBER | This information is being furnished to the Internal Revenue Service | OMB NO. 1545-0008 | 1 WAGES, TIPS, OTHER COMPENSATION 343995.00 | 2 FEDERAL INCOME TAX WITHHELD 76775.38 |
|---|---|---|---|---|
| 0000000011 | | | | |

| b EMPLOYER'S IDENTIFICATION NUMBER | 3 SOCIAL SECURITY WAGES | 4 SOCIAL SECURITY TAX WITHHELD |
|---|---|---|
| 13-1911367 | 61200.00 | 3794.40 |

| c EMPLOYER'S NAME, ADDRESS, AND ZIP CODE | 5 MEDICARE WAGES AND TIPS | 6 MEDICARE TAX WITHHELD |
|---|---|---|
| SCANDINAVIAN MARINE CLAIMS OFF | 353235.00 | 5121.91 |
| 333 LUDLOW ST | 7 SOCIAL SECURITY TIPS | 8 ALLOCATED TIPS |
| PO BOX 120020 | | |
| STAMFORD    CT  06912 | | |

| d EMPLOYEE'S SOCIAL SECURITY NUMBER | 9 ADVANCE EIC PAYMENT | 10 DEPENDENT CARE BENEFITS |
|---|---|---|
| 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 | | |

| e EMPLOYEE'S NAME, ADDRESS AND ZIP CODE | 11 NONQUALIFIED PLANS | 12 BENEFITS INCLUDED IN BOX 1 TOT 7651.00 |
|---|---|---|
| TOM OSTENSEN | | |
| SEVEN GILLIAM LANE | 13 | 14 OTHER |
| RIVERSIDE CT | C 576.00 | |
| 06878 | D 9240.00 | |

| | 15 | STATUTORY EMPLOYEE | DECEASED | X | PENSION PLAN | X | DEFERRED COMPENSATION |
|---|---|---|---|---|---|---|---|

| 16 STATE | EMPLOYER'S STATE ID NO | 17 STATE WAGES TIPS ETC | 18 STATE INCOME TAX | 19 LOCALITY NAME | 20 LOCAL WAGES TIPS ETC | 21 LOCAL INCOME TAX |
|---|---|---|---|---|---|---|
| CT | 5968383-000 | 343995.00 | 13728.20 | | | |

# EXHIBIT 24

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.

FINANCIAL STATEMENTS

DECEMBER 31, 1995

## GORDON, LaMARCO, BARON & ORBUCH, LLC

CERTIFIED PUBLIC ACCOUNTANTS

SM 001336

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
INDEX TO FINANCIAL STATEMENTS

|  | Page |
|---|---|
| Report of Independent Accountants | 1 |
| Balance Sheet | 2 |
| Statement of Operations and Retained Earnings | 3 |
| Statement of Cash Flows | 4 |
| Schedule of Operating Expenses | 5 |
| Notes to Financial Statements | 6-9 |

SM 001337

# GORDON, LaMARCO, BARON & ORBUCH, LLC

### CERTIFIED PUBLIC ACCOUNTANTS

To the Board of Directors
Scandinavian Marine Claims Office, Inc.
Stamford, CT  06912

### REPORT OF INDEPENDENT ACCOUNTANTS

We have audited the accompanying balance sheet of Scandinavian Marine Claims Office, Inc. as of December 31, 1995, and the related statements of operations and retained earnings, cash flows, and schedule of operating expenses for the year then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit.

Except as discussed in the following paragraph, we conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

The company's treatment of its wholly-owned, unconsolidated subsidiaries, is at variance with generally accepted accounting principles. The company carries its investment of its subsidiaries under the equity method of accounting rather than being consolidated. In consolidated financial statements the details of all entities are reported in full and intercompany transactions are eliminated.

In our opinion, except for the unconsolidated subsidiaries which have not been accounted for in accordance with generally accepted accounting principles as described in the preceding paragraph, the financial statements referred to above present fairly, in all material respects, the financial position of Scandinavian Marine Claims Office, Inc., as of December 31, 1995 and the results of its operations and its cash flows for the year then ended in conformity with generally accepted accounting principles.

Our audit was made for the purpose of forming an opinion on the financial statements taken as a whole. The schedule of operating expenses is presented for purposes of additional analysis and is not a required part of the basic financial statements. Such information has been subjected to the auditing procedures applied in the audit of the basic financial statements and, in our opinion, is fairly stated in all material respects in relation to the financial statements taken as a whole.

*Gordon, LaMarco, Baron & Orbuch*

Cos Cob, Connecticut
February 29, 1996

962 E. Putnam Avenue, Cos Cob, CT 06807    (203) 869-4373    Fax (203) 869-4412
*New York office:* 6080 Jericho Turnpike, Suite 208, Commack, NY 11725

SM 001338

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
BALANCE SHEET
DECEMBER 31, 1995

## ASSETS

|  | 1995 |
|---|---|
| **Current Assets** | |
| Cash and Cash Equivalents | $    10,679 |
| Accounts Receivable | 1,042,284 |
| Mortgage Notes Receivable from Related Parties | 19,537 |
| Advances for Surveys | 3,775 |
| Other Receivables | 11,600 |
| Advances Due from Subsidiaries | 152,254 |
| Prepaid Expenses | 34,874 |
| Total Current Assets | 1,275,003 |
| **Property and Equipment** | |
| Furniture and Equipment | 490,951 |
| Leasehold Improvements | 58,082 |
| Telecom System | 35,703 |
| Total Property and Equipment | 584,736 |
| Less: Accumulated Depreciation | (326,393) |
| Net Property and Equipment | 258,343 |
| **Other Assets** | |
| Deposits | 10,462 |
| Other Receivables | 23,000 |
| Investments in Subsidiaries | 177,526 |
| Mortgage Notes Receivable from Related Parties | 1,105,743 |
| Trust Accounts - Restricted Cash/Contra | 3,112,575 |
| Total Other Assets | 4,429,306 |
| **Total Assets** | $ 5,962,652 |

## LIABILITIES AND STOCKHOLDER'S EQUITY

|  | |
|---|---|
| **Current Liabilities** | |
| Accounts Payable and Accrued Expenses | $   468,796 |
| Total Current Liabilities | 468,796 |
| **Long Term Liabilities** | |
| Notes Payable | 1,500,000 |
| Trust Accounts Payable/Contra | 3,112,575 |
| Total Long Term Liabilities | 4,612,575 |
| **Stockholder's Equity** | |
| Common Stock, No Par Value, Authorized 900 Shares; 3 Shares Issued and Outstanding | 88,000 |
| Retained Earnings | 793,281 |
| Total Stockholder's Equity | 881,281 |
| **Total Liabilities and Stockholder's Equity** | $ 5,962,652 |

The accompanying notes are an integral part of these statements.

-2-

SM 001339

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
STATEMENT OF OPERATIONS AND RETAINED EARNINGS
FOR THE YEAR ENDED DECEMBER 31, 1995

| | Hull | P & I | Total |
|---|---|---|---|
| **Fee Revenues** | | | |
| Hull | $2,501,817 | $ | $2,501,817 |
| P & I-Skuld | | 1,405,147 | 1,405,147 |
| P & I-Trade | | 84,404 | 84,404 |
| Total Fee Revenues | 2,501,817 | 1,489,551 | 3,991,368 |
| **Operating Expenses** | | | |
| Hull | 2,941,879 | | 2,941,879 |
| P & I | | 1,755,014 | 1,755,014 |
| Total Operating Expenses | 2,941,879 | 1,755,014 | 4,696,893 |
| **Less:Net Charges to Clients** | | | |
| Hull | 193,633 | | 193,633 |
| P & I-Skuld | | 195,875 | 195,875 |
| P & I-Trade | | 16,927 | 16,927 |
| Affiliates | 143,019 | 16,981 | 160,000 |
| Total Net Charges to Clients | 336,652 | 229,783 | 566,435 |
| **Net Operating Expenses** | 2,605,227 | 1,525,231 | 4,130,458 |
| **Loss from Operations** | (103,410) | (35,680) | (139,090) |
| **Other Income (Expense)** | | | |
| Interest Income | 37,617 | 42,266 | 79,883 |
| Income from Subsidiaries | (11,594) | (6,586) | (18,180) |
| Total Other Income | 26,023 | 35,680 | 61,703 |
| **Loss Before Income Taxes** | (77,387) | | (77,387) |
| **Income Taxes** | 39,208 | | 39,208 |
| **Net Loss** | (116,595) | -0- | (116,595) |
| **Retained Earnings - Beginning** | 1,747,913 | (838,037) | 909,876 |
| **Retained Earnings - End** | $1,631,318 | $ (838,037) | $ 793,281 |

The accompanying notes are an integral part of these statements.

-3-

SM 001340

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
STATEMENT OF CASH FLOWS
FOR THE YEAR ENDED DECEMBER 31, 1995

|  | 1995 |
|---|---|
| Cash Flows from Operating Activities: | |
| Net Loss | $   (116,595) |
| Adjustments to Reconcile Net Loss to Net | |
| Cash Used in Operating Activities: | |
| Depreciation and Amortization | 77,509 |
| Increase in Accounts Receivable | (112,331) |
| Decrease in Advances for Surveys | 20,387 |
| Decrease in Due from Officers and Employees | 51,451 |
| Decrease in Other Receivables | 39,668 |
| Increase in Prepaid Expenses | (14,750) |
| Increase in Advances  Due from Subsidiaries | (73,108) |
| Decrease in Investments in Subsidiaries | 18,179 |
| Increase in Deposits | (3,964) |
| Increase in Accounts Payable and Accrued Expenses | 1,229 |
| Total Adjustments | 4,270 |
| Net Cash Used in by Operating Activities | (112,325) |
| | |
| Cash Flows from Investing Activities: | |
| Increase in Mortgage Notes Receivable | (152,322) |
| Payments Received on Mortgage Notes Receivable | 236,935 |
| Capital Expenditures | (25,941) |
| Net Cash Provided by Investing Activities | 58,672 |
| | |
| Cash Flows from Financing Activities: | |
| Proceeds from Notes Payable | 800,000 |
| Principal Payments under Notes Payable | (820,000) |
| Net Cash Used in by Financing Activities | (20,000) |
| | |
| Net Decrease in Cash and Cash Equivalents | (73,653) |
| | |
| Cash and Cash Equivalents - Beginning of Year | 84,332 |
| | |
| Cash and Cash Equivalents - End of Year | $    10,679 |
| | |
| Supplemental Disclosures of Cash Flow Information: | |
| Cash Paid During the Year for: | |
| Interest | $    76,719 |
| Income Taxes | 39,208 |

The accompanying notes are an integral part of these statements.

-4-

SM  001341

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
SCHEDULE OF OPERATING EXPENSES
FOR THE YEAR ENDED DECEMBER 31, 1995

|  | Hull | P & I | Total |
|---|---|---|---|
| **Operating Expenses** | | | |
| **Salaries and Social Expenses** | | | |
| Salaries | $1,609,096 | $ 996,970 | $2,606,066 |
| Employee Benefits | 137,371 | 76,805 | 214,176 |
| Unemployment Taxes | 10,883 | 5,662 | 16,545 |
| Pension Expense | 215,089 | 64,560 | 279,649 |
| Norwegian Health Insurance | 5,341 | | 5,341 |
| Interest Expense | 49,315 | 27,404 | 76,719 |
| Social Security Taxes | 88,438 | 56,978 | 145,416 |
| | 2,115,533 | 1,228,379 | 3,343,912 |
| **Travel and Entertainment** | | | |
| Corporate Travel | 101,685 | 62,528 | 164,213 |
| Corporate Entertainment | 31,194 | 18,607 | 49,801 |
| | 132,879 | 81,135 | 214,014 |
| **Rent, Electricity and Insurance** | | | |
| Rent and Electricity | 190,849 | 164,765 | 355,614 |
| General Insurance | 82,830 | 51,483 | 134,313 |
| | 273,679 | 216,248 | 489,927 |
| **Communications** | | | |
| Telephone and Telegraph | 115,188 | 61,561 | 176,749 |
| **Stationery, Maintenance and Other** | | | |
| Printing Stationery and Supplies | 30,132 | 14,435 | 44,567 |
| Postage | 26,463 | 15,595 | 42,058 |
| Copier Rental and Supplies | 18,706 | 11,322 | 30,028 |
| Subscriptions and Publications | 8,474 | 6,803 | 15,277 |
| Equipment Maintenance | 19,479 | 11,966 | 31,445 |
| | 103,254 | 60,121 | 163,375 |
| **Depreciation and Amortization** | | | |
| Depreciation-Furniture and Equipment | 38,141 | 26,724 | 64,865 |
| Depreciation-Telecom System | 3,952 | 2,760 | 6,712 |
| Amortization-Leasehold Improvements | 3,157 | 2,775 | 5,932 |
| | 45,250 | 32,259 | 77,509 |
| **Taxes** | | | |
| Personal Property Tax | 9,640 | 7,624 | 17,264 |
| **Other Expenses** | | | |
| General Office Expense | 72,799 | 34,527 | 107,326 |
| Professional Services | 17,657 | 25,427 | 43,084 |
| Contributions | 4,367 | 2,410 | 6,777 |
| Bank Charges | 7,489 | 1,241 | 8,730 |
| Bad Debts | 13,399 | | 13,399 |
| Dues | 13,090 | 4,082 | 17,172 |
| Moving Expenses | 17,655 | | 17,655 |
| | 146,456 | 67,687 | 214,143 |
| **Total Operating Expenses** | $2,941,879 | $1,755,014 | $4,696,893 |

The accompanying notes are an integral part of these statements.

-5-

SM 001342

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
NOTES TO FINANCIAL STATEMENTS

NOTE 1

Summary of Significant Accounting Policies

Description of Business - the company is a wholly-owned subsidiary of Scandinavian Marine Claims Office A/S, a foreign corporation. The company represents Scandinavian underwriters surveying marine casualties and estimating damages to hull and machinery as well as claims covered by protection and indemnity insurance (P & I). The company charges the underwriters fees for these services, and is reimbursed for expenses.

Cash Equivalents - the company defines cash equivalents as all highly liquid investments with a maturity of less than three months. Cash equivalents are stated at cost, which approximates market.

Accounts Receivable - uncollectible accounts are written off and charged to operations when no recovery is expected by management.

Property and Equipment - property and equipment is stated at cost. Depreciation expense is determined by the straight-line method. The estimated useful lives of property and equipment are as follows:

|  | Years |
|---|---|
| Furniture and Equipment | 5-7 |
| Leasehold Improvements | 4-11 |

Fee Revenues and Operating Expenses Recognition - hull fee revenues are recognized when jobs are completed and P & I fees are recognized on a monthly basis. These methods have been the consistent policy of the company and industry. All operating expenses are charged to operations as incurred.

Income Taxes - the company's federal taxable net income and its state taxable net income are taxed at statutory rates.

NOTE 2

Mortgage Notes Receivable from Related Parties

Mortgage notes receivable are due from employees and one former employee of the corporation which consists of the following:

|  | 1995 |
|---|---|
| Mortgage notes receivable - (A) | $ 365,000 |
| Mortgage notes receivable - (B) | 674,255 |
| Mortgage note receivable - (C) | 86,025 |
| Total mortgage notes receivable | 1,125,280 |
| Less: current portion | 19,537 |
| Long term portion | $1,105,743 |

(A) - Payable on demand after three months notice, secured by personal residence, interest only due semi-annually.

(B) - Payable within six months of termination of employment, secured by personal residence, principal and interest due monthly.

(C) - Remaining balance due from former employee, secured by personal residence, interest paid monthly.

-6-

SM 001343

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
NOTES TO FINANCIAL STATEMENTS

NOTE 3

Notes Payable

Notes payable consists of the following:

| | 1995 |
|---|---|
| Bank - $800,000 revolving line of credit due on demand, expiring on May 1, 1998, bearing interest at the banks prime rate plus .50% due in monthly installments of interest only, secured by all of the company assets. | $ 800,000 |
| Assuranceforeningen Skuld - unsecured note due on demand with three months prior written notice, bearing interest that United States Treasury Bills yield on January 1, April 1, July 1 and October 1 (5.57 at October 1, 1995) payable quarterly representing interest only. | 500,000 |
| Bergens Skib et al Trust - unsecured note payable on demand, bearing interest at 9% due in semiannual installments of $2,250 representing interest only. | 50,000 |
| Bergens Skib et al Trust - unsecured note payable on demand, bearing interest at 8% due in semiannual installments of $6,000 representing interest only. | 150,000 |
| Total notes payable | 1,500,000 |

-7-

SM 001344

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
NOTES TO FINANCIAL STATEMENTS

NOTE 4

Retirement Plans

The company maintains a defined contribution and defined benefit pension plans that are non-contributing retirement plans, which covers all eligible full time employees.  Eligibility to participate in the plans is age twenty-one and completion of twelve months of service.  The company's contribution for the plan year ending December 31, 1995 is $151,662.  The company also has a non-qualified pension plan which covers certain senior employees of the company.

The plan sponsor's funding policy has been to make annual contributions ranging from the amount sufficient to satisfy the minimum funding standards prescribed by the Employees Retirement Security Act ("ERISA"), as set forth in Internal Revenue Code Section 412, and the maximum amount deductible in accordance with Internal Revenue Code Section 404.

The following schedules set forth the amounts recognized in the company's financial statements and the estimated fund status of the plan at December 31, 1995:

|  | 1995 |
|---|---|
| Service cost | $    220,370 |
| Interest cost | 173,997 |
| Expected return on assets | (166,438) |
| Amortization of net transition asset | 5,969 |
| Net pension expense | $    233,898 |
| Total projected obligation | $(2,423,578) |
| Plan assets at fair value | 2,523,648 |
| Plan assets in excess of Projected Benefit Obligation | 100,070 |
| Unrecognized net transition (asset) | (23,177) |
| Unrecognized prior service cost | 123,925 |
| Unrecognized net gain | (372,370) |
| Accrued pension cost included in the balance sheet | $    (171,552) |

The weighted average discount rate used to measure the projected benefit obligation is 8.5%, the rate of increase in future compensation levels is 6%, and the expected long term rate on assets is 8.5%.

The company has a 401(K) trusteed profit-sharing plan which covers all full-time employees who elect to participate in and who are over the age of twenty-one with one year of service.  The plan provides for a deferred compensation and a company discretionary matching provision.  Under this provision eligible employees are permitted to contribute up to 15% of gross compensation into the retirement plan which is limited to $9,240 in 1995.  The employees' contributions were $107,702 in 1995.

-8-

SM 001345

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
NOTES TO FINANCIAL STATEMENTS

NOTE 5

Income Taxes

The income taxes are calculated as follows:

|  | Federal | State |
|---|---|---|
| Loss before income taxes | $ (77,387) | $ (77,387) |
| Items non-deductible for taxpayers | 209,054 | 118,347 |
| Taxable income | $ 131,667 | $ 40,960 |
|  | $ 34,600 | $ 4,608 |

NOTE 6

Leases

The company leases two offices in Connecticut, two offices in Florida and an office in Texas. One office in Connecticut and one office in Florida are sublet. The company is also responsible for its allocable share of increases due to escalation of real estate taxes and operating expenses on the offices in Connecticut.

The future minimum rent lease payments are as follows:

| Year ending December 31, | |
|---|---|
| 1996 | $ 349,627 |
| 1997 | 314,092 |
| 1998 | 319,512 |
| 1999 | 324,932 |
| 2000 | 146,323 |

NOTE 7

Contingencies

At December 31, 1995, the company was contingently liable for one outstanding letter of credit totaling $27,778 as security for its performance of the terms of the rent lease.

NOTE 8

Trust Accounts - Restricted Cash and Trust Accounts Payable

These amounts represent the undisbursed amounts which have been advanced by various insurance carriers that the company represents. These funds are used primarily for the settlement of claims and are held in escrow until disbursement.

NOTE 9

Litigation

A complaint has been brought against the company by a former consultant. At this time resolution of this matter is not known.

-9-

# EXHIBIT 25

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.

FINANCIAL STATEMENTS

DECEMBER 31, 1996

GORDON, LaMARCO, BARON & ORBUCH, LLC

CERTIFIED PUBLIC ACCOUNTANTS

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
TABLE OF CONTENTS
DECEMBER 31, 1996

|                                                    | Page |
|----------------------------------------------------|------|
| Report of Independent Accountants                  | 1    |
| Balance Sheet                                      | 2    |
| Statement of Operations and Retained Earnings      | 3    |
| Statement of Cash Flows                            | 4    |
| Schedule of Operating Expenses                     | 5    |
| Notes to Financial Statements                      | 6-9  |

SM 001360

# GORDON, LaMarco, Baron & Orbuch, LLC

### CERTIFIED PUBLIC ACCOUNTANTS

To the Board of Directors
Scandinavian Marine Claims Office, Inc.
Stamford, CT  06912

<u>REPORT OF INDEPENDENT ACCOUNTANTS</u>

We have audited the accompanying balance sheet of Scandinavian Marine Claims Office, Inc. as of December 31, 1996, and the related statements of operations and retained earnings, cash flows, and schedule of operating expenses for the year then ended.  These financial statements are the responsibility of the Company's management.  Our responsibility is to express an opinion on these financial statements based on our audit.

Except as discussed in the following paragraph, we conducted our audit in accordance with generally accepted auditing standards.  Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement.  An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements.  An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation.  We believe that our audit provides a reasonable basis for our opinion.

The company's treatment of its wholly-owned, unconsolidated subsidiaries, is at variance with generally accepted accounting principles.  The company carries its investment of its subsidiaries under the equity method of accounting rather than being consolidated.  In consolidated financial statements the details of all entities are reported in full and intercompany transactions are eliminated.

In our opinion, except for the unconsolidated subsidiaries which have not been accounted for in accordance with generally accepted accounting principles as described in the preceding paragraph, the financial statements referred to above present fairly, in all material respects, the financial position of Scandinavian Marine Claims Office, Inc., as of December 31, 1996 and the results of its operations and its cash flows for the year then ended in conformity with generally accepted accounting principles.

Our audit was made for the purpose of forming an opinion on the financial statements taken as a whole. The schedule of operating expenses is presented for purposes of additional analysis and is not  a required part of the basic financial statements.  Such information has been subjected to the auditing procedures applied in the audit of the basic financial statements and, in our opinion, is fairly stated in all material respects in relation to the financial statements taken as a whole.

*Gordon, LaMarco, Baron & Orbuch*

Cos Cob, Connecticut
March 7, 1997

962 E. Putnam Avenue, Cos Cob, CT 06807   (203) 869-4373   Fax (203) 869-4412
*New York office.* 6080 Jericho Turnpike, Suite 208, Commack, NY 11725

SM 001361

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
BALANCE SHEET
DECEMBER 31, 1996

## ASSETS

|  | 1996 |
|---|---|
| **Current Assets** | |
| Cash and Cash Equivalents | $    3,673 |
| Accounts Receivable | 930,489 |
| Mortgage Notes Receivable from Related Parties | 11,105 |
| Advances for Surveys | 524 |
| Other Receivables | 55,119 |
| Advances Due from Subsidiaries | 106,137 |
| Prepaid Expenses | 63,693 |
| Total Current Assets | 1,170,740 |
| **Property and Equipment** | |
| Furniture and Equipment | 627,858 |
| Leasehold Improvements | 58,082 |
| Telecom System | 35,703 |
| Total Property and Equipment | 721,643 |
| Less: Accumulated Depreciation | 410,951 |
| Net Property and Equipment | 310,692 |
| **Other Assets** | |
| Deposits | 12,103 |
| Other Receivables | 23,000 |
| Investments in Subsidiaries | 189,485 |
| Mortgage Notes Receivable from Related Parties | 903,758 |
| Trust Accounts - Restricted Cash/Contra | 241,899 |
| Total Other Assets | 1,370,245 |
| **Total Assets** | $ 2,851,677 |

## LIABILITIES AND STOCKHOLDER'S EQUITY

|  | |
|---|---|
| **Current Liabilities** | |
| Notes and Accounts Payable | $   400,852 |
| Total Current Liabilities | 400,852 |
| **Long Term Liabilities** | |
| Notes Payable | 1,630,000 |
| Trust Accounts Payable/Contra | 241,899 |
| Total Long Term Liabilities | 1,871,899 |
| **Stockholder's Equity** | |
| Common Stock, No Par Value, Authorized | |
| 900 Shares; 3 Shares Issued and Outstanding | 88,000 |
| Retained Earnings | 490,926 |
| Total Stockholder's Equity | 578,926 |
| **Total Liabilities and Stockholder's Equity** | $ 2,851,677 |

The accompanying notes are an integral part of these statements.
-2-

SM 001362

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
STATEMENT OF OPERATIONS AND RETAINED EARNINGS
FOR THE YEAR ENDED DECEMBER 31, 1996

| | Hull | P & I | Total |
|---|---|---|---|
| **Fee Revenues** | | | |
| Hull | $1,903,601 | $ | $1,903,601 |
| P & I-Skuld | | 1,515,539 | 1,515,539 |
| P & I-Trade | | 46,170 | 46,170 |
| Total Fee Revenues | 1,903,601 | 1,561,709 | 3,465,310 |
| **Operating Expenses** | | | |
| Hull | 2,479,673 | | 2,479,673 |
| P & I | | 1,821,571 | 1,821,571 |
| Total Operating Expenses | 2,479,673 | 1,821,571 | 4,301,244 |
| **Less:Net Charges to Clients** | | | |
| Hull | 181,504 | | 181,504 |
| P & I-Skuld | | 190,176 | 190,176 |
| P & I-Trade | | 18,846 | 18,846 |
| Affiliates | 60,000 | 10,000 | 70,000 |
| Total Net Charges to Clients | 241,504 | 219,022 | 460,526 |
| **Net Operating Expenses** | 2,238,169 | 1,602,549 | 3,840,718 |
| **Loss from Operations** | (334,568) | (40,840) | (375,408) |
| **Other Income** | | | |
| Interest Income | 26,814 | 34,860 | 61,674 |
| Income from Subsidiaries | 5,980 | 5,980 | 11,960 |
| Total Other Income | 32,794 | 40,840 | 73,634 |
| **Loss Before Income Taxes** | (301,774) | | (301,774) |
| **Income Taxes** | 580 | | 580 |
| **Net Loss** | (302,354) | -0- | (302,354) |
| **Retained Earnings - Beginning** | 1,631,317 | (838,037) | 793,280 |
| **Retained Earnings - End** | $1,328,963 | $ (838,037) | $ 490,926 |

The accompanying notes are an integral part of these statements.

-3-

SM 001363

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
STATEMENT OF CASH FLOWS
FOR THE YEAR ENDED DECEMBER 31, 1996

|  | 1996 |
|---|---|
| **Cash Flows from Operating Activities:** | |
| Net Loss | $ (302,354) |
| Adjustments to Reconcile Net Loss to Net Cash Used in Operating Activities: | |
| Depreciation and Amortization | 84,558 |
| Decrease in Accounts Receivable | 111,795 |
| Decrease in Advances for Surveys | 3,251 |
| Increase in Other Receivables | (43,519) |
| Increase in Prepaid Expenses | (28,819) |
| Decrease in Advances  Due from Subsidiaries | 46,117 |
| Increase in Investments in Subsidiaries | (11,959) |
| Increase in Deposits | (1,641) |
| Decrease in Accounts Payable and Accrued Expenses | (67,945) |
| Total Adjustments | 91,838 |
| Net Cash Used in by Operating Activities | (210,516) |
| **Cash Flows from Investing Activities:** | |
| Increase in Mortgage Notes Receivable | (15,000) |
| Payments Received on Mortgage Notes Receivable | 225,417 |
| Capital Expenditures | (136,907) |
| Net Cash Provided by Investing Activities | 73,510 |
| **Cash Flows from Financing Activities:** | |
| Proceeds from Notes Payable | 750,000 |
| Principal Payments under Notes Payable | (620,000) |
| Net Cash Used in by Financing Activities | 130,000 |
| Net Decrease in Cash and Cash Equivalents | (7,006) |
| Cash and Cash Equivalents - Beginning of Year | 10,679 |
| Cash and Cash Equivalents - End of Year | $    3,673 |
| Supplemental Disclosures of Cash Flow Information: Cash Paid During the Year for: | |
| Interest | $   56,675 |
| Income Taxes | 4,000 |

The accompanying notes are an integral part of these statements.

-4-

SM 001364

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
SCHEDULE OF OPERATING EXPENSES
FOR THE YEAR ENDED DECEMBER 31, 1996

| | Hull | P & I | Total |
|---|---|---|---|
| **Operating Expenses** | | | |
| | | | |
| **Salaries and Social Expenses** | | | |
| Salaries | $1,434,910 | $ 993,084 | $2,427,994 |
| Employee Benefits | 128,061 | 103,548 | 231,609 |
| Unemployment Taxes | 7,918 | 6,502 | 14,420 |
| Pension Expense | 59,090 | 36,898 | 95,988 |
| Interest Expense | 39,779 | 28,349 | 68,128 |
| Social Security Taxes | 72,805 | 57,266 | 130,071 |
| | 1,742,563 | 1,225,647 | 2,968,210 |
| | | | |
| **Travel and Entertainment** | | | |
| Corporate Travel | 93,332 | 53,664 | 146,996 |
| Corporate Entertainment | 30,981 | 9,562 | 40,543 |
| | 124,313 | 63,226 | 187,539 |
| | | | |
| **Rent, Electricity and Insurance** | | | |
| Rent and Electricity | 186,413 | 178,003 | 364,416 |
| General Insurance | 93,515 | 65,417 | 158,932 |
| | 279,928 | 243,420 | 523,348 |
| | | | |
| **Communications** | | | |
| Telephone and Telegraph | 99,169 | 61,628 | 160,797 |
| | | | |
| **Stationery, Maintenance and Other** | | | |
| Printing Stationery and Supplies | 18,792 | 12,427 | 31,219 |
| Postage | 25,744 | 18,936 | 44,680 |
| Copier Rental and Supplies | 20,630 | 15,249 | 35,879 |
| Subscriptions and Publications | 8,525 | 7,499 | 16,024 |
| Equipment Maintenance | 14,935 | 10,742 | 25,677 |
| | 88,626 | 64,853 | 153,479 |
| | | | |
| **Depreciation and Amortization** | | | |
| Depreciation-Furniture and Equipment | 42,771 | 32,280 | 75,051 |
| Depreciation-Telecom System | 266 | 267 | 533 |
| Amortization-Leasehold Improvements | 3,995 | 2,579 | 6,574 |
| | 47,032 | 35,126 | 82,158 |
| | | | |
| **Taxes** | | | |
| Personal Property Tax | 5,756 | 6,049 | 11,805 |
| | | | |
| **Other Expenses** | | | |
| General Office Expense | 26,187 | 27,282 | 53,469 |
| Professional Services | 34,738 | 87,108 | 121,846 |
| Contributions | 1,964 | 1,392 | 3,356 |
| Bank Charges | 6,646 | 1,326 | 7,972 |
| Bad Debts | | | |
| Dues | 9,273 | 4,514 | 13,787 |
| Moving Expenses | 13,478 | | 13,478 |
| | 92,286 | 121,622 | 213,908 |
| | | | |
| **Total Operating Expenses** | $2,479,673 | $1,821,571 | $4,301,244 |

The accompanying notes are an integral part of these statements.

-5-

SM 001365

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
NOTES TO FINANCIAL STATEMENTS

NOTE 1

Summary of Significant Accounting Policies

Description of Business - the company is a wholly-owned subsidiary of
Scandinavian Marine Claims Office A/S, a foreign corporation.  The company
represents Scandinavian underwriters surveying marine casualties and estimating
damages to hull and machinery as well as claims covered by protection and
indemnity insurance (P & I).  The company charges the underwriters fees for these
services, and is reimbursed for expenses.

Cash Equivalents - the company defines cash equivalents as all highly liquid
investments with a maturity of less than three months.  Cash equivalents are
stated at cost, which approximates market.

Accounts Receivable - uncollectible accounts are written off and charged to
operations when no recovery is expected by management.

Property and Equipment - property and equipment is stated at cost.  Depreciation
expense is determined by the straight-line method.  The estimated useful lives
of property and equipment are as follows:

| | Years |
|---|---|
| Furniture and Equipment | 5-7 |
| Leasehold Improvements | 4-11 |
| Telecom System | 5 |

Fee Revenues and Operating Expenses Recognition - hull fee revenues are
recognized when jobs are completed and P & I fees are recognized on a monthly
basis.  These methods have been the consistent policy of the company and
industry.  All operating expenses are charged to operations as incurred.

Income Taxes - the company's federal taxable net income and its state taxable net
income are taxed at statutory rates.


NOTE 2

Mortgage Notes Receivable from Related Parties

Mortgage notes receivable are due from employees and one former employee
of the corporation which consists of the following:

| | 1996 |
|---|---|
| Mortgage notes receivable - (A) | $ 305,000 |
| Mortgage notes receivable - (B) | 446,211 |
| Mortgage note receivable - (C) | 148,708 |
| Mortgage note receivable - (D) | 14,944 |
| Total mortgage notes receivable | 914,863 |
| Less: current portion | 11,105 |
| Long term portion | $ 903,758 |

(A) - Payable on demand after three months notice, secured by
personal residence, interest only due semi-annually.

(B) - Payable within six months of termination of employment,
secured by personal residence, principal and interest due monthly.

(C) - Remaining balance due from former employees, secured by
personal residence, interest paid annually.

(D) - Remaining balance due from former employee.

-6-

SM 001366

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
NOTES TO FINANCIAL STATEMENTS

NOTE 3

Notes Payable

Notes payable consists of the following:

|  | 1996 |
|---|---|
| Bank - $800,000 revolving line of credit due on demand, expiring on May 1, 1998, bearing interest at the banks prime rate plus .50% due in monthly installments of interest only, secured by all of the company assets. | $  800,000 |
| Assuranceforeningen Skuld - unsecured note due on demand with three months prior written notice, bearing interest that United States Treasury Bills yield on January 1, April 1, July 1 and October 1 (5.12 at October 1, 1996) payable quarterly representing interest only. | 650,000 |
| Bergens Skib et al Trust - unsecured note payable on demand, bearing interest at 9% due in semiannual installments of $1,350 representing interest only. | 30,000 |
| Bergens Skib et al Trust - unsecured note payable on demand, bearing interest at 8% due in semiannual installments of $6,000 representing interest only. | 150,000 |
| Total notes payable | 1,630,000 |

-7-

SM 001367

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
NOTES TO FINANCIAL STATEMENTS

NOTE 4

Retirement Plans

The company maintains a defined contribution and defined benefit pension plans that are non-contributing retirement plans, which covers all eligible full time employees.  Eligibility to participate in the plans is age twenty-one and completion of twelve months of service.  The company's contribution for the plan year ending December 31, 1996 is $66,000.  The company also has a non-qualified pension plan which covers certain senior employees of the company.

The plan sponsor's funding policy has been to make annual contributions ranging from the amount sufficient to satisfy the minimum funding standards prescribed by the Employees Retirement Security Act ("ERISA"), as set forth in Internal Revenue Code Section 412, and the maximum amount deductible in accordance with Internal Revenue Code Section 404.

The following schedules set forth the amounts recognized in the company's financial statements and the estimated fund status of the plan at December 31, 1996:

|  | 1996 |
|---|---|
| Service cost | $    182,181 |
| Interest cost | 170,053 |
| Expected return on assets | (215,683) |
| Amortization of net transition asset | 5,969 |
| Net pension expense | $    142,520 |
| Total projected obligation | $(2,513,155) |
| Plan assets at fair value | 2,910,249 |
| Plan assets in excess of Projected Benefit Obligation | 397,094 |
| Unrecognized net transition (asset) | (20,279) |
| Unrecognized prior service cost | 115,058 |
| Unrecognized net gain | (718,976) |
| Pension liability | $   (227,103) |

The weighted average discount rate used to measure the projected benefit obligation is 8.5%, the rate of increase in future compensation levels is 6%, and the expected long term rate on assets is 8.5%.

The company has a 401(K) trusteed profit-sharing plan which covers all full-time employees who elect to participate in and who are over the age of twenty-one with one year of service.  The plan provides for a deferred compensation and a company discretionary matching provision.  Under this provision eligible employees are permitted to contribute up to 15% of gross compensation into the retirement plan which is limited to $9,500 in 1996.  The employees' contributions were $121,300 in 1996.

-8-

SM 001368

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
NOTES TO FINANCIAL STATEMENTS

NOTE 5

Income Taxes

The income taxes are calculated as follows:

|  | Federal | State |
|---|---|---|
| Loss before income taxes | $ (301,774) | $ (301,774) |
| Items non-deductible for taxpayers | 57,407 | 57,987 |
| Taxable income | $ (244,367) | $ (243,787) |
| Income tax expense | $ -0- | $ 580 |

NOTE 6

Leases

The company leases an office in Connecticut, Florida, and an office in Texas. The company is currently renegotiating its Connecticut's office lease. The company is also responsible for its allocable share of increases due to escalation of real estate taxes and operating expenses.

The future minimum rent lease payments are as follows:

Year ending
December 31,
| 1997 | $ 331,805 |
| 1998 | 319,512 |
| 1999 | 324,932 |
| 2000 | 146,323 |

NOTE 7

Contingencies

At December 31, 1996, the company was contingently liable for one outstanding letter of credit totaling $27,778 as security for its performance of the terms of the rent lease.

NOTE 8

Trust Accounts - Restricted Cash and Trust Accounts Payable

These amounts represent the undisbursed amounts which have been advanced by various insurance carriers that the company represents. These funds are used primarily for the settlement of claims and are held in escrow until disbursement.

NOTE 9

Litigation

A complaint has been brought against the company by a former consultant. In the opinion of management, after consultation with counsel the disposition of this matter will not have a material effect on the company if successful.

-9-

SM 001369

# EXHIBIT 26

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.

FINANCIAL STATEMENTS

DECEMBER 31, 1997

GORDON, LaMARCO, BARON & ORBUCH, LLC

CERTIFIED PUBLIC ACCOUNTANTS

SM 001371

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
TABLE OF CONTENTS
DECEMBER 31, 1997

| | Page |
|---|---|
| Report of Independent Accountants | 1 |
| Balance Sheet | 2 |
| Statement of Operations and Retained Earnings | 3 |
| Statement of Cash Flows | 4 |
| Schedule of Operating Expenses | 5 |
| Notes to Financial Statements | 6-9 |

SM 001372

# GORDON, LAMARCO, BARON & ORBUCH, LLC

### CERTIFIED PUBLIC ACCOUNTANTS

To the Board of Directors
Scandinavian Marine Claims Office, Inc.
Stamford, CT 06912

### REPORT OF INDEPENDENT ACCOUNTANTS

We have audited the accompanying balance sheet of Scandinavian Marine Claims Office, Inc. as of December 31, 1997, and the related statements of operations and retained earnings, cash flows, and schedule of operating expenses for the year then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit.

Except as discussed in the following paragraph, we conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

The company's treatment of its wholly-owned, unconsolidated subsidiaries, is at variance with generally accepted accounting principles. The company carries its investment of its subsidiaries under the equity method of accounting rather than being consolidated. In consolidated financial statements the details of all entities are reported in full and intercompany transactions are eliminated.

In our opinion, except for the unconsolidated subsidiaries which have not been accounted for in accordance with generally accepted accounting principles as described in the preceding paragraph, the financial statements referred to above present fairly, in all material respects, the financial position of Scandinavian Marine Claims Office, Inc., as of December 31, 1997 and the results of its operations and its cash flows for the year then ended in conformity with generally accepted accounting principles.

Our audit was made for the purpose of forming an opinion on the financial statements taken as a whole. The schedule of operating expenses is presented for purposes of additional analysis and is not a required part of the basic financial statements. Such information has been subjected to the auditing procedures applied in the audit of the basic financial statements and, in our opinion, is fairly stated in all material respects in relation to the financial statements taken as a whole.

*Gordon, LaMarco, Baron & Orbuch*

Cos Cob, Connecticut
March 9, 1998

962 E. Putnam Avenue, Cos Cob, CT 06807   (203) 869-4373   Fax (203) 869-4412
1100 Summer Street, Stamford, CT 06905   (203) 967-3083   Fax (203) 348-5600
*New York office:* 6080 Jericho Turnpike, Suite 208, Commack, NY 11725

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
BALANCE SHEET
DECEMBER 31, 1997

### ASSETS

|  | 1997 |
|---|---|
| **Current Assets** | |
| Cash and Cash Equivalents | $  171,117 |
| Accounts Receivable | 419,760 |
| Mortgage Notes Receivable from Related Parties | 65,055 |
| Advances for Surveys | 20,725 |
| Other Receivables | 44,592 |
| Advances Due from Subsidiaries | 147,475 |
| Prepaid Expenses | 104,432 |
| Total Current Assets | 973,156 |
| **Property and Equipment** | |
| Furniture and Equipment | 674,155 |
| Leasehold Improvements | 70,582 |
| Telecom System | 35,703 |
| Total Property and Equipment | 780,440 |
| Less: Accumulated Depreciation | 473,281 |
| Net Property and Equipment | 307,159 |
| **Other Assets** | |
| Deposits | 11,278 |
| Other Receivables | 23,000 |
| Investments in Subsidiaries | 122,488 |
| Mortgage Notes Receivable from Related Parties | 827,714 |
| Trust Accounts - Restricted Cash/Contra | 123,874 |
| Total Other Assets | 1,108,354 |
| **Total Assets** | $ 2,388,669 |

### LIABILITIES AND STOCKHOLDER'S EQUITY

|  |  |
|---|---|
| **Current Liabilities** | |
| Notes and Accounts Payable | $  409,122 |
| Total Current Liabilities | 409,122 |
| **Long Term Liabilities** | |
| Notes Payable | 930,000 |
| Trust Accounts Payable/Contra | 123,874 |
| Total Long Term Liabilities | 1,053,874 |
| **Stockholder's Equity** | |
| Common Stock, No Par Value, Authorized | |
| 900 Shares; 3 Shares Issued and Outstanding | 88,000 |
| Contributed Capital | 400,000 |
| Retained Earnings | 437,673 |
| Total Stockholder's Equity | 925,673 |
| **Total Liabilities and Stockholder's Equity** | $ 2,388,669 |

The accompanying notes are an integral part of these statements.
-2-

SM 001374

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
STATEMENT OF OPERATIONS AND RETAINED EARNINGS
FOR THE YEAR ENDED DECEMBER 31, 1997

|  | Hull | P & I | Total |
|---|---|---|---|
| **Fee Revenues** | | | |
| Hull | $1,942,499 | $ | $1,942,499 |
| P & I-Skuld |  | 1,560,768 | 1,560,768 |
| P & I-Trade |  | 13,295 | 13,295 |
| Total Fee Revenues | 1,942,499 | 1,574,063 | 3,516,562 |
| **Operating Expenses** | | | |
| Hull | 2,294,892 |  | 2,294,892 |
| P & I |  | 1,434,624 | 1,434,624 |
| Total Operating Expenses | 2,294,892 | 1,434,624 | 3,729,516 |
| **Less:Net Charges to Clients** | | | |
| Hull | 128,455 |  | 128,455 |
| P & I-Skuld |  | 51,633 | 51,633 |
| P & I-Trade |  | 15,905 | 15,905 |
| Total Net Charges to Clients | 128,455 | 67,538 | 195,993 |
| Net Operating Expenses | 2,166,437 | 1,367,086 | 3,533,523 |
| Loss from Operations | (223,938) | 206,977 | (16,961) |
| **Other Income** | | | |
| Interest Income | 21,669 | 23,698 | 45,367 |
| Income from Subsidiaries | (33,499) | (33,499) | (66,998) |
| Miscellaneous | (5,503) | (5,503) | (11,006) |
| Total Other Income | (17,333) | (15,304) | (32,637) |
| Loss Before Income Taxes | (241,271) | 191,673 | (49,598) |
| Income Taxes | 3,655 |  | 3,655 |
| Net Loss | (244,926) | 191,673 | (53,253) |
| Retained Earnings - Beginning | 1,328,963 | (838,037) | 490,926 |
| Retained Earnings - End | $1,084,037 | $ (646,364) | $ 437,673 |

The accompanying notes are an integral part of these statements.

-3-

SM 001375

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
STATEMENT OF CASH FLOWS
FOR THE YEAR ENDED DECEMBER 31, 1997

|  | 1997 |
|---|---|
| Cash Flows from Operating Activities: | |
| Net Loss | $    (53,253) |
| Adjustments to Reconcile Net Loss to Net | |
| Cash Used in Operating Activities: | |
| Depreciation and Amortization | 99,442 |
| Decrease in Accounts Receivable | 510,729 |
| Increase in Advances for Surveys | (20,201) |
| Decrease in Other Receivables | 10,527 |
| Increase in Prepaid Expenses | (40,739) |
| Increase in Advances  Due from Subsidiaries | (41,338) |
| Decrease in Investments in Subsidiaries | 66,997 |
| Decrease in Deposits | 825 |
| Increase in Accounts Payable and Accrued | |
| Expenses | 8,270 |
| Total Adjustments | 594,512 |
| Net Cash Used in by Operating Activities | 541,259 |
| | |
| Cash Flows from Investing Activities: | |
| Payments Received on Mortgage Notes Receivable | 22,094 |
| Capital Expenditures | (95,909) |
| Net Cash Provided by Investing Activities | (73,815) |
| | |
| Cash Flows from Financing Activities: | |
| Proceeds from Capital Contributions | 400,000 |
| Proceeds from Notes Payable | 800,000 |
| Principal Payments under Notes Payable | (1,500,000) |
| Net Cash Used in by Financing Activities | (300,000) |
| | |
| Net Increase in Cash and Cash Equivalents | 167,444 |
| | |
| Cash and Cash Equivalents - Beginning of Year | 3,673 |
| | |
| Cash and Cash Equivalents - End of Year | $   171,117 |
| | |
| Supplemental Disclosures of Cash Flow Information: | |
| Cash Paid During the Year for: | |
| Interest | $   57,494 |
| Income Taxes | 3,655 |

The accompanying notes are an integral part of these statements.

-4-

SM 001376

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
SCHEDULE OF OPERATING EXPENSES
FOR THE YEAR ENDED DECEMBER 31, 1997

|  | Hull | P & I | Total |
|---|---|---|---|
| Operating Expenses | | | |
| | | | |
| Salaries and Social Expenses | | | |
| Salaries | $1,112,010 | $ 742,792 | $1,854,802 |
| Employee Benefits | 129,108 | 64,630 | 193,738 |
| Unemployment Taxes | 4,546 | 2,834 | 7,380 |
| Pension Expense | 177,874 | 37,136 | 215,010 |
| Interest Expense | 38,340 | 19,154 | 57,494 |
| Social Security Taxes | 60,204 | 39,005 | 99,209 |
| | 1,522,082 | 905,551 | 2,427,633 |
| | | | |
| Travel and Entertainment | | | |
| Corporate Travel | 112,920 | 61,429 | 174,349 |
| Corporate Entertainment | 31,210 | 14,104 | 45,314 |
| | 144,130 | 75,533 | 219,663 |
| | | | |
| Rent, Electricity and Insurance | | | |
| Rent and Electricity | 140,637 | 147,002 | 287,639 |
| General Insurance | 83,110 | 40,174 | 123,284 |
| | 223,747 | 187,176 | 410,923 |
| | | | |
| Communications | | | |
| Telephone and Telegraph | 86,927 | 48,781 | 135,708 |
| | | | |
| Stationery, Maintenance and Other | | | |
| Printing Stationery and Supplies | 19,997 | 11,712 | 31,709 |
| Postage | 27,338 | 12,189 | 39,527 |
| Copier Rental and Supplies | 20,152 | 13,766 | 33,918 |
| Subscriptions and Publications | 10,563 | 10,531 | 21,094 |
| Equipment Maintenance | 14,385 | 8,243 | 22,628 |
| | 92,435 | 56,441 | 148,876 |
| | | | |
| Depreciation and Amortization | | | |
| Depreciation-Furniture and Equipment | 50,533 | 35,290 | 85,823 |
| Amortization-Leasehold Improvements | 8,171 | 5,448 | 13,619 |
| | 58,704 | 40,738 | 99,442 |
| | | | |
| Taxes | | | |
| Personal Property Tax | 4,561 | 4,743 | 9,304 |
| | | | |
| Other Expenses | | | |
| General Office Expense | 45,877 | 39,271 | 85,148 |
| Professional Services | 32,094 | 57,575 | 89,669 |
| Contributions | 372 | 240 | 612 |
| Bank Charges | 10,225 | 3,832 | 14,057 |
| Dues | 13,250 | 3,892 | 17,142 |
| Moving Expenses | 18,616 | 5,546 | 24,162 |
| Training | 41,872 | 4,510 | 46,382 |
| Consultants | | 795 | 795 |
| | 162,306 | 115,661 | 277,967 |
| | | | |
| Total Operating Expenses | $2,294,892 | $1,434,624 | $3,729,516 |

The accompanying notes are an integral part of these statements.

-5-

SM 001377

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
NOTES TO FINANCIAL STATEMENTS

NOTE 1

Summary of Significant Accounting Policies

Description of Business - the company is a wholly-owned subsidiary of Scandinavian Marine Claims Office A/S, a foreign corporation. The company represents Scandinavian underwriters surveying marine casualties and estimating damages to hull and machinery. The company charges the underwriters fees for these services, and is reimbursed for expenses.

Cash Equivalents - the company defines cash equivalents as all highly liquid investments with a maturity of less than three months. Cash equivalents are stated at cost, which approximates market.

Accounts Receivable - uncollectible accounts are written off and charged to operations when no recovery is expected by management.

Property and Equipment - property and equipment is stated at cost. Depreciation expense is determined by the straight-line method. The estimated useful lives of property and equipment are as follows:

|  | Years |
|---|---|
| Furniture and Equipment | 5-7 |
| Leasehold Improvements | 4-11 |
| Telecom System | 5 |

Fee Revenues and Operating Expenses Recognition - hull fee revenues are recognized when jobs are completed and P & I fees are recognized on a monthly basis. These methods have been the consistent policy of the company and industry. All operating expenses are charged to operations as incurred.

Income Taxes - the company's federal taxable net income and its state taxable net income are taxed at statutory rates.

NOTE 2

Mortgage Notes Receivable from Related Parties

Mortgage notes receivable are due from employees and one former employee of the corporation which consists of the following:

|  | 1997 |
|---|---|
| Mortgage notes receivable - (A) | $ 305,000 |
| Mortgage notes receivable - (B) | 429,217 |
| Mortgage note receivable - (C) | 143,708 |
| Mortgage note receivable - (D) | 14,844 |
| Total mortgage notes receivable | 892,769 |
| Less: current portion | 65,055 |
| Long term portion | $ 827,714 |

(A) - Payable on demand after three months notice, secured by personal residence, interest only due semi-annually.

(B) - Payable within six months of termination of employment, secured by personal residence, principal and interest due monthly.

(C) - Remaining balance due from former employees, secured by personal residence, interest paid annually.

(D) - Remaining balance due from former employee.

The above mortgages are restricted for the funding of the non-qualified Retirement Plan (Note 4).

-6-

SM 001378

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
NOTES TO FINANCIAL STATEMENTS

NOTE 3

Notes Payable

Notes payable consists of the following:

|  | 1997 |
|---|---|
| Bank - $800,000 revolving line of credit due on demand, expiring on May 1, 1998, bearing interest at the banks prime rate plus .50% due in monthly installments of interest only, secured by all of the company assets. | $ 800,000 |
| Bergens Skib et al Trust - unsecured note payable on demand, bearing interest at 8% due in semiannual installments of $6,000 representing interest only. | 130,000 |
| Total notes payable | 930,000 |

-7-

SM 001379

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
NOTES TO FINANCIAL STATEMENTS

NOTE 4

Retirement Plans

The company maintains a defined contribution and defined benefit pension plans that are non-contributing retirement plans, which covers all eligible full time employees.   Eligibility to participate in the plans is age twenty-one and completion of twelve months of service.  The company's contribution for the plan year ending December 31, 1997 is $71,500.  The company also has a non-qualified pension plan which covers certain senior employees of the company.  The funding of this plan is based on mortgage notes receivable from related parties (Note 2), and certain insurance policies, plus an additional annual funding as required from time to time as advised by Comprehensive Employee Plans.

The plan sponsor's funding policy has been to make annual contributions ranging from the amount sufficient to satisfy the minimum funding standards prescribed by the Employees Retirement Security Act ("ERISA"), as set forth in Internal Revenue Code Section 412, and the maximum amount deductible in accordance with Internal Revenue Code Section 404.

The following schedules set forth the amounts recognized in the company's financial statements and the estimated fund status of the plan at December 31, 1997:

|  | 1997 |
|---|---|
| Service cost | $    98,866 |
| Interest cost | 192,659 |
| Expected return on assets | (243,595) |
| Amortization of net transition asset | (32,317) |
|   Net pension expense | $    15,613 |
|  |  |
| Total projected obligation | $ 2,524,610 |
|  |  |
| Plan assets at fair value | 3,473,097 |
|  |  |
| Plan assets in excess of Projected   Benefit Obligation | 948,487 |
|  |  |
| Unrecognized net transition (asset) | (17,381) |
| Unrecognized prior service cost | 106,191 |
| Unrecognized net gain | (1,280,013) |
| Pension liability | $   242,716 |

The weighted average discount rate used to measure the projected benefit obligation is 8.5%, the rate of increase in future compensation levels is 6%, and the expected long term rate on assets is 8.5%.

The company has a 401(K) trusteed profit-sharing plan which covers all full-time employees who elect to participate in and who are over the age of twenty-one with one year of service.  The plan provides for a deferred compensation and a company discretionary matching provision.  Under this provision eligible employees are permitted to contribute up to 15% of gross compensation into the retirement plan which is limited to $9,500 in 1997.  The employees' contributions were $84,410 in 1997.

-8-

SM 001380

SCANDINAVIAN MARINE CLAIMS OFFICE, INC.
NOTES TO FINANCIAL STATEMENTS

NOTE 5

Income Taxes

The income taxes are calculated as follows:

|  | Federal | State |
|---|---|---|
| Loss before income taxes | (49,598) | (49,598) |
| Items non-deductible for taxpayers | 55,192 | 58,847 |
| Taxable income | $  5,594 | $  9,249 |
| Income tax expense | $   -0- | $  3,655 |

NOTE 6

Leases

The company leases an office in Connecticut, Florida, and an office in Texas. The company is currently renegotiating its Connecticut's office lease. The company is also responsible for its allocable share of increases due to escalation of real estate taxes and operating expenses.

The future minimum rent lease payments are as follows:

Year ending
December 31,
| 1998 | $  432,225 |
| 1999 | 352,248 |
| 2000 | 143,060 |

NOTE 7

Contingencies

At December 31, 1997, the company was contingently liable for one outstanding letter of credit totaling $27,778 as security for its performance of the terms of the rent lease.

NOTE 8

Trust Accounts - Restricted Cash and Trust Accounts Payable

These amounts represent the undisbursed amounts which have been advanced by various insurance carriers that the company represents. These funds are used primarily for the settlement of claims and are held in escrow until disbursement.

-9-

SM 001381