EXHIBIT 27

SCANDINAVIAN MARINE
CLAIMS OFFICE. INC. AND SUBSIDIARIES

Consolidated Financial Statements
For the Year Ended December 31, 1998

SM 001383

# TABLE OF CONTENTS

|  | Page No. |
|---|---|
| INDEPENDENT AUDITORS' REPORT | 1 |
| FINANCIAL STATEMENTS |  |
| Consolidated Balance Sheet | 2 |
| Consolidated Statement of Operations and Retained Earnings | 3 |
| Consolidated Statement of Cash Flows | 4 |
| NOTES TO CONSOLIDATED FINANCIAL STATEMENTS | 5 |
| SUPPLEMENTAL INFORMATION |  |
| Schedule I – Consolidated Operating Expenses | 10 |

SM 001384



**MESSINA, CECI, ARCHER & COMPANY, P.C.**
CERTIFIED PUBLIC ACCOUNTANTS

## INDEPENDENT AUDITORS' REPORT

To the Board of Directors
Scandinavian Marine Claims Office, Inc. and Subsidiaries
Stamford, Connecticut

We have audited the accompanying consolidated balance sheet of Scandinavian Marine Claims Office, Inc. and Subsidiaries as of December 31, 1998, and related consolidated statements of operations and retained earnings, and cash flows for the year then ended. These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the consolidated financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as, evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of Scandinavian Marine Claims Office, Inc. and its Subsidiaries as of December 31, 1998 and the results of its operations and its cash flows for the year then ended in conformity with generally accepted accounting principles.

*Messina, Ceci, Archer & Company PC*

March 3, 1999
Stamford, Connecticut

**Scandinavian Marine Claims Office, Inc. And Subsidiaries**
**Consolidated Balance Sheet**
**December 31, 1998**

**Assets**
**Current Assets**

| | | |
|---|---|---:|
| Cash and cash equivalents | $ | 2,213 |
| Accounts receivable | | 1,243,306 |
| Mortgage notes receivable | | 24,347 |
| Other receivables | | 122,857 |
| Prepaid expenses | | 6,560 |
| | | 1,399,283 |

**Property and Equipment, net**  277,714

**Other Assets**

| | |
|---|---:|
| Deposits | 28,953 |
| Trust accounts - restricted cash | 46,702 |
| Mortgage notes receivable | 836,981 |
| Cash surrender value of life insurance ✓ | 15,663 |
| | 928,299 |
| | $ 2,605,296 |

**Liabilities and Stockholder's Equity**
**Current Liabilities**

| | | |
|---|---|---:|
| Accounts payable | $ | 260,479 |
| Deferred Income | | 550,096 |
| | | 810,575 |

**Long-term Liabilities**

| | |
|---|---:|
| Notes payable | 930,000 |
| Trust accounts payable | 46,705 |
| | 976,705 |

**Stockholder's Equity**

| | |
|---|---:|
| Common stock, no par value, 900 shares authorized, | |
| 3 shares issued and outstanding | 88,000 |
| Additional  paid-in capital | 400,000 |
| Retained  earnings | 330,016 |
| | 818,016 |
| | $  2,605,296 |

The accompanying notes are an integral part of these financial statements.

2

SM 001386

Scandinavian Marine Claims Office. Inc. And Subsidiaries
Consolidated Statement of Operations and Retained Earnings
For the Year Ended December 31. 1998

| | | |
|---|---|---:|
| Revenues | S | 3,354,543 |
| Amounts Charged to Clients | | 179,474 |
| | | 3,534,017 |
| Operating Expenses | | 3,605,127 |
| Income from Operations | | (71,110) |
| Other Income (Expenses) | | |
| Interest income | | 36,714 |
| Loss Before Income Taxes | | (34,396) |
| Provision for Income Taxes | | 3,929 |
| Net Loss | | (38,325) |
| Retained earnings, beginning | | 435,250 |
| Prior period adjustment | | (66,909) |
| Retained earnings, as restated | | 368,341 |
| Retained earnings, ending | S | 330,016 |

The accompanying notes are an integral part of these financial statements.

3

SM 001387

Scandinavian Marine Claims Office. Inc. And Subsidiaries
Consolidated Statement of Cash Flows
For the Year Ended December 31. 1998

| | | |
|---|---:|---:|
| **Cash Flows from Operating Activities** | | |
| Net loss | $ | (38,325) |
| Adjustments to reconcile net loss to net cash | | |
| used in operating activities: | | |
| Depreciation and amortization | | 115,168 |
| Prior period adjustment | | (66,909) |
| Changes in assets and liabilities: | | |
| Accounts receivable | | (175,990) |
| Other receivables | | 33,643 |
| Deposits | | (17,675) |
| Prepaid expenses | | 8,287 |
| Accounts payable | | (45,951) |
| Deferred Income | | (26,930) |
| | | |
| Net Cash Used in Operating Activities | | (214,682) |
| | | |
| **Cash Flows from Investing Activities** | | |
| Cash surrender value of life insurance ✓ | | 73,556 |
| Payments for the purchase of property | | (44,435) |
| | | |
| Net Cash Provided by Investing Activities | | 29,121 |
| | | |
| **Cash Flows from Financing Activities** | | |
| Mortgage receivable | | 105,942 |
| Principal payments on long-term debt | | (100,000) |
| | | |
| Net Cash Provided by Financing Activities | | 5,942 |
| | | |
| Net Increase in cash and cash equivalents | | (179,619) |
| | | |
| **Cash and Cash Equivalents, beginning** | | 181,832 |
| | | |
| **Cash and Cash Equivalents, ending** | $ | 2,213 |

The accompanying notes are an integral part of these financial statements

4

SM 001388

**Scandinavian Marine Claims Office, Inc. And Subsidiaries**
**Notes to Consolidated Financial Statements**
**December 31, 1998**

NOTE A – SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

This summary of significant accounting policies of Scandinavian Marine Claims Office, Inc. (the Company) is presented to assist in understanding the Company's financial statements. The financial statements and selected notes are representations of the Company's management, who is responsible for their integrity and objectivity. These accounting policies conform to generally accepted accounting principles, and have been consistently applied in the preparation of the financial statement.

Nature of Company and Business Activity

The Company is a wholly-owned subsidiary of Scandinavian Marine Claims Office AS, a foreign corporation. The Company represents Scandinavian underwriters surveying marine casualties and estimating damages to hull and machinery. The Company charges the underwriters fees for these services and is reimbursed for expenses.

Principles of Consolidation

The consolidated financial statements include the accounts of Scandinavian Marine Claims Office, Inc. and its wholly owned subsidiaries. All material intercompany transactions have been eliminated.

Use of Estimates

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

Cash and Cash Equivalents

For the purposes of the statement of cash flows, the Company considers all highly liquid debt instruments purchased with a maturity of three months or less to be cash equivalents.

Property and Equipment

Property and equipment are recorded at cost. Depreciation is computed over the estimated useful lives of the asset using the straight-line method. Expenditures for maintenance and repairs are charged against income in the year in which they are incurred and betterments are capitalized. When depreciable assets are sold or disposed of, the cost and accumulated depreciation accounts are reduced by the applicable amounts, and any profit or loss is credited or charged to income. Depreciation expense aggregated $115,168 for the year ended December 31, 1998.

Income Taxes

Income taxes are provided for the tax effects of transactions reported in the financial statements and consist of taxes currently due plus deferred taxes. Deferred taxes are recognized for differences between the basis of assets and liabilities for financial statement and income tax purposes, if material. Deferred tax assets and liabilities represent the future tax return consequences of those differences, which will either be taxable or deductible when the assets and liabilities are recovered or settled. Deferred taxes are also recognized for operating losses and tax credits that are available to offset future taxable income. The Company may also record a valuation allowance to reduce deferred tax assets to their expected realizable value.

5

SM 001389

Concentration of Credit Risk

Financial instruments, which potentially subject the Company to concentrations of credit risk, consist principally of temporary cash investments and trade receivables. The Company places its temporary cash investments in high credit financial institutions. However, a portion of temporary cash investments may exceed FDIC insured levels from time to time. At December 31, 1998, the Company had $3,203 of uninsured cash balances.

## NOTE B - INCOME TAXES

The provision for income taxes consists of the following:

| | | |
|---|---|---:|
| Current: | | |
| State | $ | 3,929 |
| | | |
| Deferred: | | |
| Federal | | 2,400 |
| State | | 2,300 |
| Change in valuation allowance | | (4,700) |
| | | |
| Provision for income taxes | $ | 3,929 |

Deferred taxes are recognized for temporary differences between the basis of assets and liabilities for financial statement and income tax purposes. Deferred taxes have also been recognized in 1998 for operating losses that are available to offset future income taxes.

At December 31, 1998, state net operating loss carryforward of approximately $72,800 that expires through the year 2001, is available to offset future state taxable income. A federal net operating loss of approximately $152,700 that expires through the year 2015 is available to offset future federal taxable income.

The Company's net deferred tax asset and liability consists of the following:

| | | |
|---|---|---:|
| Current: | | |
| Deferred tax asset | $ | 29,400 |
| Valuation allowance | | (29,400) |
| | | |
| Net | $ | - |

## NOTE C - LEASE COMMITMENTS

Operating Leases

The Company has several operating lease commitments related to satellite offices that have various expiration dates through June, 2003. Approximate future minimum lease commitments under these leases are as follows:

| | | |
|---|---|---:|
| Year ended December 31: | | |
| 1999 | $ | 447,254 |
| 2000 | | 285,503 |
| 2001 | | 148,188 |
| 2002 | | 90,819 |
| Thereafter | | 45,409 |
| | | |
| | $ | 1,017,173 |

6

SM 001390

NOTE C – LEASE COMMITMENTS (CONTINUED)

The Company also subleases space at its former locations, which have expiration dates through July 2000. Approximate future rental income is as follows:

| | | |
|---|---|---|
| Year ended December 31: | | |
| 1999 | $ | 230,065 |
| 2000 | | 111,134 |
| | $ | 341,199 |

Net rent expense under these leases totaled $227,256 for the year ended December 31, 1998.

NOTE D - PROPERTY AND EQUIPMENT

A summary of property and equipment follows:

| | | |
|---|---|---|
| Office furniture and equipment | $ | 715,292 |
| Telephones | | 38,403 |
| Computer software | | 33,436 |
| Leasehold improvements | | 74,382 |
| | | 861,513 |
| Less: accumulated depreciation | | (583,799) |
| | $ | 277,714 |

Depreciation expense at December 31, 1998 is $115,168.

NOTE E – NOTES PAYABLE

Notes payable at December 31, 1998 are summarized below:

The Company has available a revolving credit facility with a financial institution. The maximum credit available under this agreement was $800,000. Interest on outstanding borrowings is payable monthly. Interest rate is the bank's base rate plus ½%.

| | | |
|---|---|---|
| | $ | 800,000 |
| Unsecured demand note payable to a trust, due on demand, bearing interest at 8%. Interest is paid semi-annually | | 130,000 |
| | $ | 930,000 |

The Company's revolving credit facility expires on May 20, 2000, but it is the intention of the Company to renew this facility. Management does not expect that they will repay the notes within the next operating cycle. Both notes are included in long-term liabilities.

NOTE F - MORTGAGE NOTES RECEIVABLE FROM RELATED PARTIES

Mortgage notes receivable are due from employees and four former employees of the Company, which consist of the following:

| | | |
|---|---|---|
| Mortgage notes receivable (a) | $ | 305,000 |
| Mortgage notes receivable (b) | | 417,620 |
| Mortgage notes receivable (c) | | 138,708 |
| Total mortgage notes receivable | | 861,328 |
| Less: current portion | | (24,347) |
| Long-term portion | $ | 836,981 |

7

SM 001391

NOTE F – MORTGAGE NOTES RECEIVABLE FROM RELATED PARTIES (CONTINUED)

    (a) - Payable on demand after three months notice, secured by personal residence, interest only due semi-annually.

    (b) - Payable within six months of termination of employment, secured by personal residence, principal and interest due monthly

    (c) - Remaining balance due from former employees, secured by personal residence, interest paid annually.

## NOTE G – CONTINGENCIES

At December 31, 1998, the Company was contingently liable for one outstanding letter of credit totalling $27,778 as security for its performance of the terms of the lease.

## NOTE H – TRUST ACCOUNTS – RESTRICTED CASH AND TRUST ACCOUNTS PAYABLE

These amounts represent the undisbursed amounts, which have been advanced by various insurance carriers that the Company represents. These funds are used primarily for the settlement of claims and are held in escrow until disbursement.

## NOTE I–RETIREMENT PLANS

The Company maintains a defined contribution and a defined benefit pension plan that are non-contributory and covers all eligible full time employees. Eligibility to participate in the plans is age 21 and completion of twelve months of service. The Company did not make a contribution for either plan for the year ended December 31, 1998.

The Company also has a non-qualified pension plan, which covers certain senior employees of the Company. The funding of this plan is based on amounts collected from mortgage notes receivable from related parties and certain insurance policies, plus an additional annual funding as required from time to time as advised by the Plan Administrator.

The plan sponsors' funding policy has been to make annual contributions ranging from the amount sufficient to satisfy the minimum funding standards prescribed by the Employees Retirement Security Act ("ERISA"), as set forth in Internal Revenue Code Section 412, and the maximum amount deductible in accordance with Internal Revenue Code Section 404.

The estimated funding status of the defined benefit plan at December 31, 1998:

| | | |
|---|---|---:|
| Service cost | $ | 157,446 |
| Interest cost | | 237,294 |
| Expected return on assets | | (292,062) |
| Amortization of net transition asset | | 3,947 |
| Net pension expense | $ | 106,625 |
| Actuarial present value of accumulated plan benefit obligation: | | |
| Vested benefit obligations | $ | (3,654,682) |
| Accumulated benefit obligations | $ | 3,697,098 |

8

SM 001392

| | | |
|---|---|---|
| Total projected obligation | $ | (3,745,416) |
| Plan assets at fair value | | 3,813,183 |
| | | |
| Plan assets in excess of Projected Benefit Obligation | | 67,767 |
| Unrecognized net transition (asset) | | (14,483) |
| Unrecognized prior service cost | | 444,368 |
| Unrecognized net gain | | (846,993) |
| | | |
| Pension liability | $ | (349,341) |

The weighted average discount rate used to measure the projected benefit obligation is 8.5%, the rate of increase in future compensation levels is 6%, and the expected long term rate on assets is 8.5%.

The Company has a 401(k) trusteed profit-sharing plan which covers all full-time employees who elect to participate in and who are over the age of 21 with one year of service. The plan provides for a deferred compensation and a company discretionary matching provision. Under this provision eligible employees are permitted to contribute up to 15% of gross compensation into the retirement plan which is limited to $10,000 in 1998.

**NOTE J - PRIOR PERIOD ADJUSTMENT**

The Company made certain adjustments to correct prior year financial statements as follows:

| | | |
|---|---|---|
| Accounts receivable | $ | (75,865) |
| Mortgage receivable | | (37,844) |
| Pension payable | | 46,800 |
| | | |
| | $ | (66,909) |

9

SUPPLEMENTAL INFORMATION

SM 001394

Scandinavian Marine Claims Office, Inc. And Subsidiaries
Schedule I - Consolidated Operating Expenses
For the Year Ended December 31, 1998

| | | |
|---|---|---:|
| Operating Expenses | | |
| Salaries | $ | 1,701,577 |
| Employee benefits | | 205,189 |
| Unemployment taxes | | 6,161 |
| Pension | | 116,597 |
| Interest Expense | | 86,669 |
| Social Security Taxes | | 95,911 |
| | | 2,212,104 |
| | | |
| Travel and Entertainment | | |
| Corporate travel | | 131,326 |
| Corporate entertainment | | 37,228 |
| | | 168,554 |
| | | |
| Rent, Electricity and Insurance | | |
| Rent and electric | | 279,371 |
| General insurance | | 120,711 |
| | | 400,082 |
| | | |
| Communcations | | |
| Telephone and telegraph | | 195,690 |
| | | |
| Stationary, Maintenance and Other | | |
| Printing and stationary | | 38,981 |
| Postage | | 42,313 |
| Copier supplies | | 48,157 |
| Subscriptions and publications | | 16,313 |
| Equipment maintenance | | 31,547 |
| Equipment rental | | 5,646 |
| | | 182,957 |
| | | |
| Depreciation and Amortization | | |
| Depreciation – Furniture and Equipment | | 91,778 |
| Depreciation - Telecom System | | 540 |
| Amortization - Leasehold Improvements | | 22,850 |
| | | 115,168 |
| | | |
| Taxes | | |
| Property tax | | 8,952 |
| | | |
| Other Expenses | | |
| General office expense | | 67,917 |
| Professional fees | | 20,029 |
| Contributions | | 1,874 |
| Bank charges | | 16,962 |
| Dues | | 30,562 |
| Moving expense | | 21,979 |
| Training | | 15,301 |
| Consultants | | 67,691 |
| Advertising/Trade shows | | 2,221 |
| Board expense | | 44,978 |
| Life insurance | | 28,280 |
| Miscellaneous expense | | 3,826 |
| | | 321,620 |
| | | |
| | $ | 3,605,127 |

10

SM 001395

# EXHIBIT 28

# SCANDINAVIAN MARINE

# CLAIMS OFFICE, INC. AND SUBSIDIARIES

Consolidated Financial Statements
For the Year Ended December 31, 1999

SM 001397

# TABLE OF CONTENTS

| | Page No. |
|---|---|
| INDEPENDENT AUDITORS' REPORT | 1 |
| FINANCIAL STATEMENTS | |
|     Consolidated Balance Sheet | 2 |
|     Consolidated Statement of Operations and Accumulated Deficit | 3 |
|     Consolidated Statement of Cash Flows | 4 |
| NOTES TO CONSOLIDATED FINANCIAL STATEMENTS | 5 |
| SUPPLEMENTAL INFORMATION | |
|     Schedule I – Consolidated Operating Expenses | 10 |

SM 001398



**MESSINA, CECI, ARCHER & COMPANY, P.C.**
CERTIFIED PUBLIC ACCOUNTANTS

## INDEPENDENT AUDITORS' REPORT

To the Board of Directors
Scandinavian Marine Claims Office, Inc. and Subsidiaries
Stamford, Connecticut

We have audited the accompanying consolidated balance sheet of Scandinavian Marine Claims Office, Inc. and Subsidiaries as of December 31, 1999, and related consolidated statements of operations and accumulated deficit, and cash flows for the year then ended. These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the consolidated financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as, evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

The Company has excluded from liabilities in the accompanying balance sheet a certain pension accrual that should be recorded to conform with generally accepted accounting principals. If the accrual was properly recorded the accrued expenses would be increased $343,369 and the Accumulated Deficit would increase by the same amount. The net income for the year would increase $5,872, for the year then ended. The Company has also excluded from the notes to the financials the disclosures as required by FASB 87.

In our opinion except for the effects of not including the pension liability as required by FASB 87, as discussed in the preceding paragraph, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of Scandinavian Marine Claims Office, Inc. and its Subsidiaries as of December 31, 1999 and the results of its operations and its cash flows for the year then ended in conformity with generally accepted accounting principles.

*Messina, Ceci, Archer & Company PC*

January 28, 2000
Stamford, Connecticut

**Scandinavian Marine Claims Office, Inc. And Subsidiaries**
**Consolidated Balance Sheet**
**December 31, 1999**

**Assets**
**Current Assets**

| | | |
|---|---|---:|
| Cash and cash equivalents | $ | 52,642 |
| Accounts receivable | | 1,161,144 |
| Mortgage notes receivable | | 13,350 |
| Other receivables | | 109,265 |
| Prepaid expenses | | 20,913 |
| | | 1,357,314 |

| | | |
|---|---|---:|
| **Property and Equipment, net** | | 262,820 |

**Other Assets**

| | | |
|---|---|---:|
| Deposits | | 25,306 |
| Mortgage notes receivable | | 710,346 |
| Cash surrender value of life insurance | | 60,867 |
| | | 796,519 |
| | $ | 2,396,653 |

**Liabilities and Stockholder's Equity**
**Current Liabilities**

| | | |
|---|---|---:|
| Accounts payable | $ | 310,243 |
| Deferred income | | 510,547 |
| Notes payable | | 229,170 |
| | | 1,049,960 |

**Long-Term Liabilities**

| | | |
|---|---|---:|
| Notes payable | | 920,000 |

**Stockholder's Equity**

| | | |
|---|---|---:|
| Common stock, no par value, 900 shares authorized, 3 shares issued and outstanding | | 88,000 |
| Additional paid-in capital | | 400,000 |
| Accumulated deficit | | (61,307) |
| | | 426,693 |
| | $ | 2,396,653 |

The accompanying notes are an integral part of these financial statements.

SM 001400

**Scandinavian Marine Claims Office, Inc. And Subsidiaries**
**Consolidated Statement of Operations and Accumulated Deficit**
**For the Year Ended December 31, 1999**

| | | |
|---|---|---:|
| Revenues | $ | 3,051,878 |
| Amounts Charged to Clients | | 53,603 |
| | | 3,105,481 |
| Operating Expenses | | 3,533,963 |
| Loss from Operations | | (428,482) |
| Other Income (Expenses) | | |
|    Interest income | | 34,037 |
| Loss Before Income Taxes | | (394,445) |
| Benefit from Income Taxes | | 700 |
| Net Loss | | (393,745) |
| Retained Earnings, beginning | | 332,438 |
| Accumulated Deficit, ending | $ | (61,307) |

The accompanying notes are an integral part of these financial statements.

3

SM 001401

**Scandinavian Marine Claims Office, Inc. And Subsidiaries**
**Consolidated Statement of Cash Flows**
**For the Year Ended December 31, 1999**

| | | |
|---|---|---:|
| **Cash Flows from Operating Activities** | | |
| Net loss | $ | (393,745) |
| Adjustments to reconcile net loss to net cash | | |
| used in operating activities: | | |
| Depreciation and amortization | | 87,531 |
| Changes in assets and liabilities: | | |
| Accounts receivable | | 82,162 |
| Other receivables | | 16,014 |
| Deposits | | 3,647 |
| Prepaid expenses | | (14,353) |
| Accounts payable | | 770 |
| Deferred income | | (39,549) |
| Net Cash Used in Operating Activities | | (257,523) |
| | | |
| **Cash Flows from Investing Activities** | | |
| Payments for officers' life insurance | | (45,204) |
| Payments for the purchase of property and equipment | | (72,637) |
| Receipts from mortgage receivable | | 137,632 |
| Net Cash Provided by Investing Activities | | 19,791 |
| | | |
| **Cash Flows from Financing Activities** | | |
| Addition to notes payable | | 250,000 |
| Repayment of notes payable | | (30,830) |
| Net Cash Provided by Financing Activities | | 219,170 |
| | | |
| Net Decrease in Cash and Cash Equivalents | | (18,562) |
| | | |
| Cash and Cash Equivalents, beginning | | 51,204 |
| | | |
| Cash and Cash Equivalents, ending | $ | 32,642 |
| | | |
| **Supplement Cash disclosures** | | |
| Interest | $ | 325 |
| Taxes | $ | 77,607 |

The accompanying notes are an integral part of these financial statements

4

SM 001402

**Scandinavian Marine Claims Office, Inc. And Subsidiaries**
**Notes to Consolidated Financial Statements**
**December 31, 1999**

NOTE A – SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

This summary of significant accounting policies of Scandinavian Marine Claims Office, Inc. (the Company) is presented to assist in understanding the Company's financial statements. The financial statements and selected notes are representations of the Company's management, who is responsible for their integrity and objectivity. These accounting policies conform to generally accepted accounting principles, and have been consistently applied in the preparation of the financial statement.

Nature of Company and Business Activity

The Company is a wholly-owned subsidiary of Scandinavian Marine Claims Office AS, a foreign corporation. The Company represents Scandinavian underwriters surveying marine casualties and estimating damages to hull and machinery. The Company charges the underwriters fees for these services and is reimbursed for expenses.

Principles of Consolidation

The consolidated financial statements include the accounts of Scandinavian Marine Claims Office, Inc. and its wholly owned subsidiaries. All material intercompany transactions have been eliminated.

Use of Estimates

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

Cash and Cash Equivalents

For the purposes of the statement of cash flows, the Company considers all highly liquid debt instruments purchased with a maturity of three months or less to be cash equivalents.

Property and Equipment

Property and equipment are recorded at cost. Depreciation is computed over the estimated useful lives of the asset using the straight-line method. Expenditures for maintenance and repairs are charged against income in the year in which they are incurred and improvements are capitalized. When depreciable assets are sold or disposed of, the cost and accumulated depreciation accounts are reduced by the applicable amounts, and any profit or loss is credited or charged to income. Depreciation and amortization expense aggregated $87,531 for the year ended December 31, 1999.

Income Taxes

Income taxes are provided for the tax effects of transactions reported in the financial statements and consist of taxes currently due plus deferred taxes. Deferred taxes are recognized for differences between the basis of assets and liabilities for financial statement and income tax purposes, if material. Deferred tax assets and liabilities represent the future tax return consequences of those differences, which will either be taxable or deductible when the assets and liabilities are recovered or settled. Deferred taxes are also recognized for operating losses and tax credits that are available to offset future taxable income. The Company may also record a valuation allowance to reduce deferred tax assets to their expected realizable value.

5

SM 001403

**NOTE A** – SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (CONTINUED)

Concentration of Credit Risk

Financial instruments, which potentially subject the Company to concentrations of credit risk, consist principally of temporary cash investments and trade receivables. The Company places its temporary cash investments in high credit financial institutions. However, a portion of temporary cash investments may exceed FDIC insured levels from time to time. At December 31, 1999, the Company had no of uninsured cash balances.

**NOTE B** - INCOME TAXES

The benefit from income taxes consists of the following:

| | | |
|---|---|---:|
| Current: | | |
| State benefit | $ | 700 |
| | | |
| Deferred: | | |
| Federal benefit | | 36,300 |
| State benefit | | 23,900 |
| Change in valuation allowance | | ( 60,200) |
| | | |
| Benefit from income taxes | $ | 700 |

Deferred taxes are recognized for temporary differences between the basis of assets and liabilities for financial statement and income tax purposes. Deferred taxes have also been recognized in 1999 for operating losses that are available to offset future income taxes.

At December 31, 1999, state net operating loss carryforward of approximately $364,000 that expires through the year 2004, is available to offset future state taxable income. A federal net operating loss of approximately $380,000 that expires through the year 2019 is available to offset future federal taxable income.

The Company's net deferred tax asset and liability consists of the following:

| | | |
|---|---|---:|
| Current: | | |
| Deferred tax asset | $ | 85,300 |
| Valuation allowance | | (85,300) |
| Net | $ | - |

**NOTE C** - LEASE COMMITMENTS

Operating Leases

The Company has several operating lease commitments related to satellite offices that have various expiration dates through June, 2003. Approximate future minimum lease commitments under these leases are as follows:

| Year ended December 31: | | |
|---|---|---:|
| 2000 | $ | 301,265 |
| 2001 | | 122,593 |
| 2002 | | 105,544 |
| 2003 | | 47,143 |
| | | |
| | $ | 576,545 |

6

SM 001404

**NOTE C – LEASE COMMITMENTS (CONTINUED)**

The Company also subleases space at its former locations, which have expiration dates through July 2000. Approximate future rental income is as follows:

| | |
|---|---:|
| Year ended December 31: | |
| 2000 | $   111,134 |

Net rent expense under these leases totaled $254,436 for the year ended December 31, 1999.

**NOTE D - PROPERTY AND EQUIPMENT**

A summary of property and equipment follows:

| | | |
|---|---|---:|
| Office furniture and equipment | $ | 543,279 |
| Telephones | | 2,700 |
| Computer software | | 41,189 |
| Leasehold improvements | | 74,382 |
| | | 661,550 |
| Less: accumulated depreciation and amortization | | (398,730) |
| | $ | 262,820 |

Depreciation and amortization expense at December 31, 1999 is $87,531.

**NOTE E – NOTES PAYABLE**

Notes payable at December 31, 1999 are summarized below:

The Company has available a revolving credit facility with a financial institution. The maximum credit available under this agreement was $800,000. Interest on outstanding borrowings is payable monthly. Interest rate is the bank's base rate plus ½%.         $    800,000

Unsecured note payable to a trust, due on demand, bearing interest at 8%. Interest is paid semi-annually. Management does not expect to repay this loan in the next twelve months.         120,000

Unsecured note payable to a related party, due June 30, 2000. Interest is payable at 6.3% due with repayment of loan.         104,170

Unsecured note payable to a related party due, June 30, 2000. Interest is accrued at 6.3% and due in full with the principal on the due date.         125,000

|  |  |
|---|---:|
| | 1,149,170 |
| Current portion | (229,170) |
| | $    920,000 |

The Company's revolving credit facility expires on May 20, 2000, but it is the intention of the Company to renew this facility. Management does not expect that they will repay the line of credit within the next operating cycle.

7

SM  001405

**NOTE F** - MORTGAGE NOTES RECEIVABLE FROM RELATED PARTIES

Mortgage notes receivable are due from employees and former employees of the Company, which consist of the following:

| | | |
|---|---|---:|
| Mortgage notes receivable (a) | $ | 305,000 |
| Mortgage notes receivable (b) | | 284,988 |
| Mortgage notes receivable (c) | | 133,708 |
| Total mortgage notes receivable | | 723,696 |
| Less: current portion | | (13,350) |
| Long-term portion | $ | 710,346 |

(a) - Payable on demand after three months notice, secured by personal residence, interest only due semi-annually.

(b) - Payable within six months of termination of employment, secured by personal residence, principal and interest due monthly

(c) - Remaining balance due from former employees, secured by personal residence, interest paid annually.

**NOTE G** – CONTINGENCIES

At December 31, 1999, the Company was contingently liable for one outstanding letter of credit totalling $27,778 as security for its performance of the terms of the lease.

**NOTE H** – TRUST ACCOUNTS – RESTRICTED CASH AND TRUST ACCOUNTS PAYABLE

Included in cash and accounts payable are amounts which have been advanced by various insurance carriers that the Company represents. These funds are used primarily for the settlement of claims and are held in escrow until disbursement.

**NOTE I** – OFFICERS LIFE INSURANCE

The Company has taken out Life insurance policies on the key employees of the Company for the purpose of funding their pension plans. The policies have accumulated cash surrender values net of loans, which total $60,867. The total loans on the policies were $110,400 at December 31, 1999.

**NOTE J** – RETIREMENT PLANS

The Company maintains a defined contribution and a defined benefit pension plan that are non-contributory and covers all eligible full time employees. Eligibility to participate in the plans is age 21 and completion of twelve months of service. The Company was not required to and did not make a contribution for either plan for the year ended December 31, 1999.

The Company elected to omit the required disclosures and Pension liabilities as calculated in accordance with FASB 87. The plan is fully funded as of December 31, 1999 with an accumulated benefit obligation of $3,250,000 and assets with a fair value of $3,978,875.

The Company also has a non-qualified pension plan, which covers certain senior employees of the Company. The funding of this plan is based on amounts collected from mortgage notes receivable from related parties and certain insurance policies, plus an additional annual funding as required from time to time as advised by the Plan Administrator.

8

SM 001406

**NOTE J – RETIREMENT PLANS (CONTINUED)**

The plan sponsors' funding policy has been to make annual contributions ranging from the amount sufficient to satisfy the minimum funding standards prescribed by the Employees Retirement Security Act ("ERISA"), as set forth in Internal Revenue Code Section 412, and the maximum amount deductible in accordance with Internal Revenue Code Section 404.

The Company has a 401(k) trusted profit-sharing plan which covers all full-time employees who elect to participate in and who are over the age of 21 with one year of service. The plan provides for a deferred compensation and a company discretionary matching provision. Under this provision eligible employees are permitted to contribute up to 15% of gross compensation into the retirement plan which is limited to $10,000 in 1999.

9

SM 001407

SUPPLEMENTAL INFORMATION

SM 001408

Scandinavian Marine Claims Office, Inc. And Subsidiaries
Schedule I - Consolidated Operating Expenses
For the Year Ended December 31, 1999

| | | |
|---|---|---:|
| Operating Expenses | | |
| Salaries | $ | 1,674,908 |
| Employee benefits | | 220,332 |
| Unemployment taxes | | 7,645 |
| Pension | | 113,815 |
| Interest expense | | 78,124 |
| Social Security taxes | | 97,189 |
| | | 2,192,013 |
| Travel and Entertainment | | |
| Corporate travel and entertainment | | 223,905 |
| Rent, Electricity and Insurance | | |
| Rent and electric | | 254,436 |
| General insurance | | 117,433 |
| | | 371,869 |
| Communcations | | |
| Telephone and telegraph | | 160,023 |
| Stationary, Maintenance and Other | | |
| Printing and stationary | | 40,113 |
| Postage | | 40,441 |
| Copier supplies | | 36,134 |
| Subscriptions and publications | | 19,874 |
| Equipment maintenance | | 39,717 |
| Equipment rental | | 1,410 |
| | | 177,689 |
| Depreciation and Amortization | | |
| Depreciation - Furniture and Equipment | | 67,208 |
| Depreciation - Telecom System | | 540 |
| Amortization - Leasehold Improvements | | 19,783 |
| | | 87,531 |
| Taxes | | |
| Property tax | | 11,851 |
| Other Expenses | | |
| General office expense | | 60,812 |
| Professional fees | | 26,930 |
| Contributions | | 525 |
| Bank charges | | 16,782 |
| Dues | | 8,990 |
| Moving expense | | 32,083 |
| Training | | 71,288 |
| Consultants | | 62,076 |
| Advertising/Trade shows | | 1,966 |
| Life insurance | | 24,475 |
| Miscellaneous expense | | 3,155 |
| | | 309,082 |
| | $ | 3,533,963 |

10

SM 001409

# EXHIBIT 29

## SCANDINAVIAN MARINE CLAIMS OFFICE, INC.

Financial Statements

For the Six Months Ended June 30, 2000

## TABLE OF CONTENTS

|                                                                          | Page No. |
|--------------------------------------------------------------------------|:--------:|
| INDEPENDENT AUDITORS' REPORT ..........................................................................  | 1 |
| FINANCIAL STATEMENTS                                                      |          |
|    Balance Sheet ..................................................................................................  | 2 |
|    Statement of Operations and Accumulated Deficit ............................................  | 3 |
|    Statement of Cash Flows ...............................................................................  | 4 |
| NOTES TO FINANCIAL STATEMENTS .............................................................................  | 5 |
| SUPPLEMENTAL INFORMATION                                                  |          |
|    Schedule I – Operating Expenses ................................................................  | 10 |

SM 001412



**MESSINA, CECI, ARCHER & COMPANY, P.C.**
CERTIFIED PUBLIC ACCOUNTANTS

## INDEPENDENT AUDITORS' REPORT

To the Board of Directors
Scandinavian Marine Claims Office, Inc.
Stamford, Connecticut

We have audited the accompanying balance sheet of Scandinavian Marine Claims Office, Inc. as of June 30, 2000 and related statements of operations and accumulated deficit, and cash flows for the six months then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as, evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

As discussed in Note A to the financial statements, the Company reports its investment in SMQI Services, Inc., a wholly owned subsidiary, on the equity method of accounting. Generally accepted accounting principles require that all majority-owned subsidiaries be accounted for as consolidated subsidiaries. If the financial statements of Scandinavian Marine Claims Office, Inc. had been consolidated with those of SMQI Services, Inc., total assets would be increased by $198,000 and total liabilities would be increased by $623,000 as of June 30, 2000 and revenues would be increased by $276,000 and expenses would be increased by $691,600 for the six months then ended.

As more fully described in Note I to the financial statements, the Company has not determined the cost of its defined benefit pension plan in accordance with generally accepted accounting principles, which require the cost of employees' pensions to be recognized over the employees' respective service periods and a liability to be recognized when the accumulated benefit obligation exceeds the fair value of plan assets. The effects of the departure on the financial statements are not reasonably determinable.

In our opinion, except for the effects of not consolidating all majority-owned subsidiaries and the effects of not reporting the pension liabilities in accordance with FASB 87, as discussed in the preceding paragraphs, the financial statements referred to above present fairly, in all material respects, the financial position of Scandinavian Marine Claims Office, Inc. as of June 30, 2000 and the results of its operations and its cash flows for the six months then ended in conformity with generally accepted accounting principles.

The accompanying financial statements have been prepared assuming that the Company will continue as a going concern. As discussed in Note K to the financial statements, the Company has suffered recurring losses from operations and has a net capital deficiency, which raise substantial doubt about its ability to continue as a going concern. Management's plans regarding those matters also are described in Note K. The financial statements do not include any adjustments that might result from the outcome of this uncertainty.

*Messina, Ceci, Archer & Company, P.C.*

August 11, 2000
Stamford, Connecticut

700 Canal Street / Stamford, CT 06902 / 203-327-3112 / Fax 203-359-2289
Wilton, CT / 203-762-1965 • Greenwich, CT / 203-869-4373
www.mca-cpa.com

SM 001413

20/09 '02 14:49 FAX 55559555          NBC BERGEN                                    ☑031



**Scandinavian Marine Claims Office, Inc.**
**Balance Sheet**
**June 30, 2000**

**Assets**
**Current Assets**

|  |  |  |
|---|---|---|
| Cash and cash equivalents | $ | 178,767 |
| Accounts receivable | | 177,408 |
| Mortgage notes receivable | | 31,195 |
| Other receivables | | 53,155 |
| Advances due from subsidiaries | | 225,953 |
| Prepaid expenses | | 8,898 |
| | | 675,376 |

| **Property and Equipment, net** | | 217,537 |
|---|---|---|

**Other Assets**

|  |  |  |
|---|---|---|
| Trust accounts - restricted cash | | 28,219 |
| Deposits | | 17,674 |
| Cash surrender value of life insurance, net | | 17,674 |
| | | 63,567 |
| | $ | 819,269 |

**Liabilities and Stockholder's Deficiency**
**Current Liabilities**

|  |  |  |
|---|---|---|
| Accounts payable | $ | 176,508 |
| Notes payable | | 216,411 |
| Investments in subsidiaries | | 423,265 |
| Trust accounts payable | | 28,220 |
| | | 844,404 |

**Stockholder's Deficiency**

|  |  |  |
|---|---|---|
| Common stock, no par value, 900 shares authorized, 3 shares issued and outstanding | | 88,000 |
| Additional paid-in capital | | 88,000 |
| Accumulated deficit | | 400,000 |
| | | (1,702,041) |
| | $ | (857,637) |

*(−2,190,041)* *[handwritten]*

*Stockholders' Deficiency* *[handwritten]*

*Long Term Liabilities* *[handwritten]*     ? *[handwritten]*

The accompanying notes are an integral part of these financial statements.

2

SM 001414

**Scandinavian Marine Claims Office, Inc.**
**Statement of Operations and Accumulated Deficit**
**For the Six Months Ended June 30, 2000**

| | |
|---|---:|
| Revenues | $ 601,751 |
| Amounts Charged to Clients | 6,249 |
| | 608,000 |
| Operating Expenses | 2,060,138 |
| Loss from Operations | (1,714,917) |
| Other Income (Expenses) | |
|   Loss from subsidiaries | (414,407) |
|   Loss on disposal of fixed assets | (5,738) |
|   Interest income | 6,327 |
| | (413,818) |
| Net Loss | (2,128,735) |
| | (61,306) |
| Accumulated Deficit, beginning | (61,306) |
| Accumulated Deficit, ending | $ (2,190,041) |

The accompanying notes are an integral part of these financial statements.

3

SM 001415

**Scandinavian Marine Claims Office, Inc.**
**Statement of Cash Flows**
**For the Six Months Ended June 30, 2000**

| | |
|---|---:|
| **Cash Flows from Operating Activities** | |
| Net loss | $   (2,128,733) |
| Adjustments to reconcile net loss to net cash | |
| used in operating activities: | |
| Depreciation and amortization | 31,560 |
| Bad debt | 48,134 |
| Loss on disposal of fixed assets | 5,738 |
| Loss from subsidiaries | (154,401) |
| Changes in allowance for doubtful accounts | 623,910 |
| Changes in assets and liabilities: | |
| Accounts receivable | 388,063 |
| Other receivables | 847,102 |
| Deposits | (2,008) |
| Prepaid expenses | 12,015 |
| Accounts payable | (85,495) |
| Advances due from subsidiaries | 7,632 |
| Net Cash Used in Operating Activities | (406,483) |
| | |
| **Cash Flows from Investing Activities** | |
| Payments for purchase of property | (1,726) |
| Payment of officers life insurance | (93,831) |
| Mortgage receivable | 21,282 |
| Net Cash Provided by Investing Activities | 744,147 |
| | |
| **Cash Flows from Financing Activities** | |
| Proceeds from notes payable | 12,015 |
| Net Cash Provided by Financing Activities | 744,147 |
| Net Increase in Cash and Cash Equivalents | 95,391 |
| | 31,853 |
| **Cash and Cash Equivalents, beginning** | 146,125 |
| **Cash and Cash Equivalents, ending** | $   32,642 |
| | |
| **Supplemental Disclosures** | |
| Interest paid | $   58,095 |

The accompanying notes are an integral part of these financial statements.

4

SM 001416

**Scandinavian Marine Claims Office, Inc.**
**Notes to Financial Statements**
**June 30, 2000**

## NOTE A – SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

This summary of significant accounting policies of Scandinavian Marine Claims Office, Inc. (the Company) is presented to assist in understanding the Company's financial statements. The financial statements and selected notes are representations of the Company's management, who is responsible for their integrity and objectivity. These accounting policies conform to generally accepted accounting principles, and have been consistently applied in the preparation of the financial statement.

### Nature of Company and Business Activity

The Company is a wholly owned subsidiary of Scandinavian Marine Claims Office AS, a foreign corporation. The company represents Scandinavian underwriters surveying marine casualties and estimating damages to hull and machinery. The Company charges the underwriters fees for these services and is reimbursed for expenses.

### Use of Estimates

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

### Cash and Cash Equivalents

For the purposes of the statement of cash flows, the Company considers all highly liquid debt instruments purchased with a maturity of three months or less to be cash equivalents.

### Property and Equipment

Property and equipment are recorded at cost. Depreciation is computed over the estimated useful lives of the asset using the straight-line method. Expenditures for maintenance and repairs are charged against income in the year in which they are incurred and improvements are capitalized. When depreciable assets are sold or disposed of, the cost and accumulated depreciation accounts are reduced by the applicable amounts, and any profit or loss is credited or charged to income. Depreciation expense aggregated $31,560 for six months ended June 30, 2000.

### Income Taxes

Income taxes are provided for the tax effects of transactions reported in the financial statements and consist of taxes currently due plus deferred taxes. Deferred taxes are recognized for differences between the basis of assets and liabilities for financial statement and income tax purposes, if material. Deferred tax assets and liabilities represent the future tax return consequences of those differences, which will either be taxable or deductible when the assets and liabilities are recovered or settled. Deferred taxes are also recognized for operating losses and tax credits that are available to offset future taxable income. The Company may also record a valuation allowance to reduce deferred tax assets to their expected realizable value.

5

SM 001417

20/09 '02 14:51 FAX 55559555          NHC BERGEN          ☑035



## NOTE A – SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (CONTINUED)

Concentration of Credit Risk

Financial instruments, which potentially subject the Company to concentrations of credit risk, consist principally of temporary cash investments and trade receivables. The Company places its temporary cash investments in high credit financial institutions. However, a portion of temporary cash investments may exceed FDIC insured levels from time to time. At June 30, 2000, the Company had $65,481 of uninsured cash balances.

Investment in Subsidiaries

The Company has not reported its wholly owned subsidiaries  SMQI, Inc. and Inmarex, Inc. on a consolidated basis in this financial statement. The Company has included the inter-company accounts and income from its subsidiary as a change in the investment. The net loss for June 30, 2000 was $380,407 and included on the balance sheet as a decrease in the investment.

## NOTE B – INCOME TAXES

Ꭷe benefit from income taxes consists of the following:

| | | |
|---|---|---:|
| Current: | | |
| State Benefit | $ | 944 |
| | | |
| Deferred: | | |
| Federal | | 135,800 |
| State | | 62,200 |
| Change in valuation allowance | | (198,000) |
| | | |
| Benefit from income taxes | | 944 |
| | | |
| Valuation allowance | | (944) |
| | | $        - |

Deferred taxes are recognized for temporary differences between the basis of assets and liabilities for financial statement and income tax purposes. Deferred taxes have also been recognized in 2000 for operating losses that are available to offset future income taxes.

Ꭺ1 June 30, 2000, state net operating loss carryforward of approximately $1,194,000 that expires through the year 2005. is available to offset future state taxable income. A federal net operating loss of approximately $1,230,800 that expires through the year 2020 is available to offset future federal taxable income.

The Company's net deferred tax asset consists of the following:

| | | |
|---|---|---:|
| Current: | | |
| Deferred tax asset | $ | 274,200 |
| Valuation allowance | | ( 274,200) |
| | | |
| Net | | $        - |

6

## NOTE C – LEASE COMMITMENTS

Operating Leases

The Company has several operating lease commitments related to satellite offices that have various expiration dates through June, 2003.  Approximate future minimum lease commitments under these leases are as follows:

| Year ended December: | |
|---|---|
| 2000 | $ 68,459 |
| 2001 | 122,593 |
| 2002 | 105,544 |
| 2003 | 47,143 |
| | $ 343,739 |

Net rent expense under these leases totaled $76,708 for the six months ended June 30, 2000.

## NOTE D – PROPERTY AND EQUIPMENT

A summary of property and equipment follows:

| | |
|---|---|
| Office furniture and equipment | $ 379,200 |
| Computer software | 41,189 |
| | 420,389 |
| Less: accumulated depreciation and amortization | (237,339) |
| | $ 183,050 |

Depreciation and amortization expense for the six months ended June 30, 2000 is $31,560.

## NOTE E – NOTES PAYABLE

Notes payable at June 30, 2000 are summarized below:

The Company has a new credit facility with a Financial Institution. The maximum credit available under this agreement is $1,000,000. Interest is based on the euro dollar rate plus 1% and is due on demand. The loan is secured by a related party.  $ 848,317

The Company has available a revolving credit facility with a financial institution.  The maximum credit available under this agreement was $800,000.  Interest on outstanding borrowings is payable monthly.  Interest rate is the bank's base rate plus ½%. The note has been called by the bank and payable September 2000.  800,000

Unsecured note payable to a trust, due on demand, bearing interest at 8%. Interest is paid semi-annually.  120,000

Unsecured note payable to a related party, due June 30, 2000. Interest is accrued at 6.3% and due with repayment of loan.  125,000

1,893,317

Current portion  (1,893,317)

$

SM 001419

## NOTE F – MORTGAGE NOTES RECEIVABLE FROM RELATED PARTIES

Mortgage notes receivable are due from employees and former employees of the Company, which consist of the following:

| | | |
|---|---|---:|
| Mortgage notes receivable (a) | $ | 305,000 |
| Mortgage notes receivable (b) | | 216,396 |
| Mortgage notes receivable (c) | | 133,708 |
| | | 655,104 |
| Allowance for doubtful accounts | | (623,909) |
| Current mortgage receivable | $ | 31,195 |

    (a) - Payable on demand after three months notice, interest only due semi-annually.

    (b) - Payable within six months of termination of employment, principal and interest due monthly.

    (c) - Remaining balance due from former employees, interest paid annually.

Due to the uncertainty of the collectability of the mortgages, management has recorded a reserve.

## NOTE G – TRUST ACCOUNTS – RESTRICTED CASH AND TRUST ACCOUNTS PAYABLE

Included in cash and accounts payable are amounts which have been advanced by various insurance carriers that the Company represents. These funds are used primarily for the settlement of claims and are held in escrow until disbursement.

## NOTE H – OFFICERS LIFE INSURANCE

The Company has taken out Life Insurance policies on the key employees of the Company for the purpose of funding their non qualified pension plans. The policies have accumulated cash surrender values net of loans, which totaled $79,201.

## NOTE 1 – RETIREMENT PLANS

The Company maintains a defined contribution and a defined benefit pension plan that are non-contributory and covers all eligible full time employees. Eligibility to participate in the plans is age 21 and completion of twelve months of service.

The Company has elected to omit the required disclosures and pension liabilities as calculated in accordance with Statement of Financial Accounting Standards ("SFAS") No. 87, Employers' Accounting for Pensions.

The plan sponsors' funding policy has been to make annual contributions ranging from the amount sufficient to satisfy the minimum funding standards prescribed by the Employees Retirement Security Act ("ERISA"), as set forth in Internal Revenue Code Section 412, and the maximum amount deductible in accordance with Internal Revenue Code Section 404.

The Company also has a non-qualified pension plan, which covers certain senior employees of the Company. The funding of this plan is based on amounts collected from mortgage notes receivable from related parties and certain insurance policies, plus an additional annual funding as required from time to time as advised by the Plan Administrator. Management has retained consultants to determine the potential liability the Company may have as the employees who benefit under the plan have been terminated.

8

SM 001420

## NOTE I – RETIREMENT PLANS (CONTINUED)

The Company has a 401(k) trusteed profit-sharing plan which covers all full-time employees who elect to participate in and who are over the age of 21 with one year of service. The plan provides for a deferred compensation and a company discretionary matching provision. Under this provision eligible employees are permitted to contribute up to 15% of gross compensation into the retirement plan which is limited to $10,500 in 2000.

The Company has elected to terminate the defined contribution and defined benefit pension plans. The Company elected to terminate these plans subsequent to the balance sheet date. Potential expenses if any, related to any funding and closing of the plans were not known at the time of these financials and are therefore not recorded.

## NOTE J – RELATED PARTY TRANSACTIONS

The Company has a note payable to a related party for $125,000. The note bears interest at 6.3% and was due June 30, 2000. The company also has mortgage notes receivable from employees discussed in Note F. The company has an inter company receivable from its wholly owned subsidiary for $225,953.

## NOTE K– GOING CONCERN

The Company has experienced a substantial decrease in revenues and cash flows for the six months ended June 30, 2000. The Company had $3,051,878 of revenues in the prior year and would have an annualized revenue of $677,944 in 2000. The current liabilities exceed current assets by $2,010,185. The Company also has an accumulated deficit of $2,190,041.

Management has resolved to execute a major restructuring of the Company. The main office is moving to Florida and the Connecticut office will be closed down. The elimination of the office will result in a number of employees being terminated. Management is reviewing other options to reduce overhead.

Management has realized that without these steps the Company could not continue as a going concern.

## NOTE L – CONTINGENT LIABILITY

The company has elected to terminate the qualified and nonqualified pension plans at the end of the fiscal year. Management is currently uncertain about the liability, if any, to terminate these plans. See Note I for further discussion on these plans.

9

SM 001421

**Scandinavian Marine Claims Office, Inc.**
**Schedule I - Operating Expenses**
**For the Six Months Ended June 30, 2000**

| | | |
|---|---|---:|
| Operating Expenses | $ | 673,966 |
| Salaries | | 72,123 |
| Employee benefits | | 6,331 |
| Unemployment taxes | | 57,884 |
| Pension expense | | 33,489 |
| Interest expense | | 43,730 |
| Social security taxes | | 887,523 |
| | | |
| Travel and Entertainment | | 71,252 |
| Corporate travel | | |
| | | |
| Rent Electricity and Insurance | | 76,708 |
| Rent and electricity | | 75,370 |
| General insurance | | 152,078 |
| | | |
| Communications | | 45,806 |
| Telephone | | |
| | | |
| Stationary, Maintenance and Other | | 18,127 |
| Printing, stationary, and supplies | | 12,236 |
| Postage | | 12,328 |
| Copy expense | | 1,854 |
| Subscriptions and publications | | 17,939 |
| Equipment maintenance | | 62,484 |
| | | |
| Depreciation and Amortization | | 29,334 |
| Depreciation - furniture and fixtures | | 2,226 |
| Amortization - leasehold improvements | | 31,560 |
| | | |
| Taxes | | 1,496 |
| Property taxes | | |
| | | |
| Other Expenses | | 10,397 |
| General office | | 19,653 |
| Professional fees | | 350 |
| Contributions | | 13,121 |
| Bank charges | | 1,658 |
| Dues | | 25,983 |
| Moving expense | | 17,510 |
| Consultants | | 672,043 |
| Bad debts | | 47,224 |
| Life Insurance | | 807,939 |
| | | |
| | $ | 2,060,138 |

10

SM 001422

# EXHIBIT 30

23-19 '01 09:49 FAX 55558555          BERGEN HULL CLUB          - SMCO CORAL GABLE   @002

MINUTES of a Meeting of the Board of Directors of **Scandinavian Marine Claims Office, Inc.** held on Thursday 21 June 2001 at 11.00 a.m. at the offices of Norwegian Hull Club. Bergen, Norway.

Present:          Mr. Karstein J. Espelid. Chairman
                  Mr. Tom Midttun
                  Mr. Per Gustav Blom

1.     Formalities.

Karstein Espelid took the Chair and Per Gustav Blom agreed to act as Secretary to the Meeting.

2.     Approval of minutes from Meeting held 1 February and 6 April, 2001.

The minutes from Meeting held on 1 February 2001 were approved and signed. The minutes from the Meeting held on 6 April 2001 were not available and will be distributed separately to the Directors.

3.     Sale of SMQI Inc. – present position – financial consequences.

Mr. Arne Selvik has informed the Chairman that the Stock Purchase Agreement with Hudson Marine Management Service has been signed subject to certain conditions being fulfilled. A copy of the agreement was tabled and considered by the Directors.

Without any supporting documentation, the exact consequences of a number of the clauses were unclear. The Chairman would therefore send a letter to Mr. Selvik asking for clarification of these clauses and Mr. Blom would check a number of issues separately with Mr. Erik Kappelin.

When these issues have been clarified, the Directors will consider whether execution of the agreement can be recommended to the ultimate shareholders of the Company.

Mr. Blom then tables a draft statement which the Company's auditor's has proposed be issued by the Board regarding the sale of SMQI, Inc. and the 2000 accounts. Pending clarification of the sale and exact implications of the Stock Purchase Agreement, the Directors are not in a position to sign this statement.

4.     Relationship to former employees – offer for final settlement.

The Chairman referred to the developments since the last Meeting, including advise from the US counsel that loans owed by former employees can be offset against their claims for pensions under the Non Qualified Pension Plan ("NQPP") and the reduction in service period assumed for two of the former employees.

SM 000783

25/10 '01 09:49 FAX 55559555          BERGEN BULL CLUB          - SMCO CORAL GABLE    @003

The net effect of these developments, excluding the balances due from and owed to the former President, is that the Company's obligation has increased by about USD 37,000. The relation to the former President was discussed under item 5. It was

RESOLVED to recommend to the ultimate shareholders that outstanding balances to and from former employees, excluding the former President, be settled 100 % based on the calculation of pension obligations received from the actuary on 1 June 2001 and set out in a separate spreadsheet "SMCO Inc.: Outstanding balances NQPP personnel 01.06.01". A copy of this spreadsheet is annexed to these Minutes. It was further RESOLVED to recommend the ultimate shareholders to provide the necessary capital to implement such settlement.

5.    Alternatives for enforcing claims against the former President of the Company.

Per Gustav Blom informed the Meeting of the meeting that had taken place between Mr. John Wiik and Mr. Blom, acting for the Company, and Mr. Tom Østensen on 8 June and subsequent correspondence. No agreement had yet been reached. The positions can be summarised as follows:

- The Company's proposal was that all outstanding balances and issues would be settled by Mr. Østensen paying USD 150,000.

- Mr. Østensen has stated he will consider an agreement whereby he receives holiday pay due (USD 20 840) and all other balances and issues are offset.

# Redacted

. The ultimate shareholders will thereafter be asked to establish their minimum requirements for an agreement with Mr. Østensen.

6.    Dispute with Coiffi and Hudson.

The Chairman summarised the case. With reference to the resolution passed on 1 February 2001, it was

RESOLVED that the Company will not pursue or in any way engage in the lawsuit against Coiffi, Hudson or any other former employees of SMQI, Inc.

7 .    Dispute with Nayyar.

The Chairman summarised the position. Mr. Nayyar lost his lawsuit against the Company and has not appealed. The Company does not have any obligation to take any further action in this case.

SM 000784

3

The Directors took due notice of the case which was closed unless Mr. Nayyar takes further action. .

8.     **Proposal for liquidation of SMCO Inc.**

The Directors discussed the Company's position and various issues relating to the liquidation thoroughly. After careful consideration, the Directors

RESOLVED to recommend to the ultimate shareholders that they provide the capital necessary to liquidate the company based on full payment of all obligations except balances with Mr. Tom Østensen and subject to a satisfactory agreement regarding the sale of SMQI, Inc. This recommendation is based on the assumption that the Company's obligations are as set out in the enclosed table labelled "SMCO Inc. obligations 21.06.2001". Based on the documentation available, it is estimated that the Company will need a further USD 328,000 in capital in order to be liquidated, excluding the settlement with Mr. Østensen.

The Directors wish to present an offer for settlement to former employees excluding Mr. Østensen and to continue negotiations with Mr. Østensen in order to reach an agreement out of court.

The Company's US counsel will be asked to present a legal opinion on the Company's position versus Mr. Østensen and to prepare offers to the other former employees.

9.     **Any other business.**

Per Gustav Blom informed the Meeting of the recent development regarding two widows of former SMCO employees who have been receiving pensions from a Trust Fund established in 1959. This fund has been exhausted and was to be terminated in December 2000. Gard Services and Norwegian Hull Club, as ultimate shareholders, have decided they will honour these pensions obligations directly. The Directors took notice of this information.

Mr. Blom tabled draft accounts for the Company for 2000 prepared by the auditors. The Board will need specification of the various items on the balance sheet before considering the accounts.

## Redacted

There being no further business, the proceedings then concluded.

_Karstein J. Espelid_

Karstein J. Espelid

(Chairman)

_Tom Midttun_

Tom Midttun

_Per Gustav Blom_

Per Gustav Blom