# EXHIBIT 49

CASREF, REFMC, STAYED

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:02-cv-00678-RNC

Scandinavian Marine v. Ostensen, et al
Assigned to: Judge Robert N. Chatigny
Referred to: Judge Donna F. Martinez
Demand: $0
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 04/17/2002
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Scandinavian Marine Claims Office, Inc.**

represented by **Donald J. Kennedy**
Carter, Ledyard & Milburn
2 Wall St.
New York, NY 10005-2072
212-238-8707
Email: kennedy@clm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dorit S. Heimer**
5 Bonnie Brook Rd.
Westport, CT 06880
203-454-3151
Fax: 203-227-9562
Email: doritheimer@yahoo.com
*TERMINATED: 04/02/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank J. Silvestri, Jr.**
Levett Rockwood
33 Riverside Ave., PO Box 5116
Westport, CT 06881
203-222-0885
Fax: 203-226-8025
Email: fsilvestri@levettrockwood.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Madeleine F. Grossman**
Levett Rockwood, PC
33 Riverside Ave., Po Box 5116
Westport, CT 06881
203-222-0885
Fax: 203-226-8025
Email: litigation@levettrockwood.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roxanna D. Nazari**
Carter, Ledyard & Milburn
2 Wall St.
New York, NY 10005
212-732-3200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Tom Ostensen**                    represented by    **Jeffrey M. Eilender**
*TERMINATED: 10/26/2004*                              Schlom Stone & Dolan
                                                      26 Broadway, 19th Floor
                                                      New York, NY 10004
                                                      212-344-5400
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Sharon E. Jaffe**
                                                      Levin & Glasser
                                                      PO Box 1098
                                                      Weston, CT 06883
                                                      203-221-3008
                                                      Email: sejaffe@optonline.net
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Thomas M. Cassone**
                                                      Bello, Lapine & Cassone
                                                      600 Summer St.
                                                      Stamford, CT 06901
                                                      203-348-4244
                                                      Fax: 203-357-7208
                                                      Email: tmcassone@blc-law.com
                                                      *TERMINATED: 09/22/2003*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Siri Ostensen**                   represented by    **Jeffrey M. Eilender**
*Ind & as Exec Est of Tom Ostensen*                   (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **John M. Lundin**
                                                      Schlam Stone & Dolan- NY

26 Broadway
New York, NY 10004-1081
212-344-5400
Fax: 212-344-7677
Email: jlundin@schlamstone.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon E. Jaffe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M. Cassone**
(See above for address)
*TERMINATED: 09/22/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Carter Ledyard & Milburn, LLP**    represented by   **Frank J. Silvestri, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine F. Grossman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Donald J. Kennedy**    represented by   **Frank J. Silvestri, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine F. Grossman**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Scandinavian Underwriters Agency**

**Counter Defendant**

**S.M.C.O.A.S.**    represented by   **Donald J. Kennedy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roxanna D. Nazari**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**
**Norwegian Hull Club**                 represented by    **Donald J. Kennedy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dorit S. Heimer**
(See above for address)
*TERMINATED: 04/02/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank J. Silvestri, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Madeleine F. Grossman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roxanna D. Nazari**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**
**Tom Ostensen**                 represented by    **Thomas M. Cassone**
*TERMINATED: 10/26/2004*                          (See above for address)
*TERMINATED: 09/22/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**
**Siri Ostensen**                 represented by    **Thomas M. Cassone**
(See above for address)
*TERMINATED: 09/22/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**
**Scandinavian Marine Claims Office,**    represented by    **Donald J. Kennedy**

Inc.

               (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dorit S. Heimer**
(See above for address)
*TERMINATED: 04/02/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Madeleine F. Grossman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roxanna D. Nazari**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2002 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # B003831 (Sanders, C.) (Entered: 04/17/2002) |
| 04/17/2002 | | SUMMONS(ES) issued for Tom Ostensen, Siri Ostensen (Sanders, C.) (Entered: 04/17/2002) |
| 04/17/2002 | 2 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 10/17/02 ; Amended Pleadings due 06/17/02 Motions to Dismiss due 07/17/02 (Sanders, C.) (Entered: 04/17/2002) |
| 04/17/2002 | 3 | APPEARANCE of Attorney for Scandinavian Marine -- Madeleine F. Grossman (Sanders, C.) (Entered: 04/17/2002) |
| 04/17/2002 | 4 | Disclosure Statement by Scandinavian Marine (Sanders, C.) (Entered: 04/17/2002) |
| 04/25/2002 | 5 | SUMMONS Returned Executed on 04/18/02 as to Tom Ostensen (Grady, B.) (Entered: 04/29/2002) |
| 04/25/2002 | 6 | SUMMONS Returned Executed on 04/18/02 as to Siri Ostensen (Grady, B.) (Entered: 04/29/2002) |
| 04/25/2002 | 7 | APPEARANCE of Attorney for Scandinavian Marine -- Dorit S. Heimer (Grady, B.) (Entered: 04/29/2002) |
| 04/30/2002 | 8 | MOTION by Tom Ostensen, Siri Ostensen to Extend Time to 05/28/02 to respond to Complaint (Grady, B.) (Entered: 05/01/2002) |
| 04/30/2002 | 9 | APPEARANCE of Attorney for Tom Ostensen, Siri Ostensen -- Thomas M. Cassone (Grady, B.) (Entered: 05/01/2002) |

| 05/01/2002 | | ENDORSEMENT ordered accordingly [8-1] motion to Extend Time to 05/28/02 to respond to Complaint (signed by Clerk) (Grady, B.) (Entered: 05/01/2002) |
| 05/01/2002 | 10 | MOTION by Scandinavian Marine for Donald J. Kennedy and Roxanna D. Nazari to Appear Pro Hac Vice (Grady, B.) (Entered: 05/06/2002) |
| 05/06/2002 | | ENDORSEMENT ordered accordingly [10-1] motion for Donald J. Kennedy and Roxanna D. Nazari to Appear Pro Hac Vice ( signed by Clerk ) (Grady, B.) (Entered: 05/06/2002) |
| 05/13/2002 | 11 | APPEARANCE of Attorney for Scandinavian Marine -- Donald J. Kennedy (Grady, B.) (Entered: 05/15/2002) |
| 05/13/2002 | 12 | APPEARANCE of Attorney for Scandinavian Marine -- Roxanna D. Nazari (Grady, B.) (Entered: 05/15/2002) |
| 05/23/2002 | 13 | MOTION by Tom Ostensen, Siri Ostensen to Joinder of additional plaintiffs to assert counterclaim (Brief Due 6/13/02 ) (Grady, B.) (Entered: 05/28/2002) |
| 05/23/2002 | 14 | MEMORANDUM by Tom Ostensen, Siri Ostensen in support of [13-1] motion to Joinder of additional to assert counterclaim (Grady, B.) (Entered: 05/28/2002) |
| 06/11/2002 | 16 | REPORT of Parties Planning Meeting (Ferguson, L.) (Entered: 06/12/2002) |
| 06/12/2002 | 15 | OBJECTIONS by Scandinavian Marine to [13-1] motion to Joinder of additional to assert counterclaim (Grady, B.) (Entered: 06/12/2002) |
| 06/14/2002 | 17 | ORDER of referral to Mag. Judge Donna F. Martinez for settlement conference and, to enter the scheduling order (signed by Judge Robert N. Chatigny ) (Grady, B.) (Entered: 06/17/2002) |
| 06/20/2002 | 18 | ANSWER, AFFIRMATIVE DEFENSES, SET-OFF to Complaint and COUNTERCLAIM by Tom Ostensen, Siri Ostensen against Scandinavian Marine (Grady, B.) (Entered: 06/20/2002) |
| 06/20/2002 | 19 | MOTION by Tom Ostensen, Siri Ostensen to Withdraw [13-1] motion to Joinder of additional plaintiffs to assert counterclaim by Siri Ostensen, Tom Ostensen (Brief Due 7/11/02 ) (Grady, B.) (Entered: 06/20/2002) |
| 06/20/2002 | 20 | MEMORANDUM by Tom Ostensen, Siri Ostensen in support of [19-1] motion to Withdraw [13-1] motion to Joinder of additional plaintiffs to assert counterclaim (Grady, B.) (Entered: 06/20/2002) |
| 06/20/2002 | 21 | MOTION by Tom Ostensen, Siri Ostensen to joinder of additional parties defendant to assert ounterclaim (Brief Due 7/11/02 ) (Grady, B.) (Entered: 06/20/2002) |
| 06/25/2002 | 22 | Telephonic Status Conference held ( DFM) (Wood, R.) (Entered: 06/26/2002) |
| 06/26/2002 | | ENDORSEMENT withdrawing [13-1] motion to Joinder of additional |

| | | |
|---|---|---|
| | | plaintiffs to assert counterclaim ( signed by Mag. Judge Donna F. Martinez ) (Bauer, J.) (Entered: 06/27/2002) |
| 06/26/2002 | | ENDORSEMENT denying [16-1] report, 26(f) Report of Conference Due 8/1/02 ( signed by Mag. Judge Donna F. Martinez ) (Bauer, J.) (Entered: 06/27/2002) |
| 06/26/2002 | | ENDORSEMENT granting [19-1] motion to Withdraw [13-1] motion to Joinder of additional plaintiffs to assert counterclaim by Siri Ostensen, Tom Ostensen ( signed by Mag. Judge Donna F. Martinez ) (Bauer, J.) (Entered: 06/27/2002) |
| 06/26/2002 | | ENDORSEMENT withdrawing [21-1] motion to joinder of additional parties defendant to assert counterclaim ( signed by Mag. Judge Donna F. Martinez ) (Bauer, J.) (Entered: 06/27/2002) |
| 06/26/2002 | 23 | MEMORANDUM of status Conference held on 6/25/02 26(f) Report of Conference Due 8/1/02 ( signed by Mag. Judge Donna F. Martinez ) (Bauer, J.) (Entered: 06/27/2002) |
| 06/28/2002 | 24 | MOTION by Scandinavian Marine to Extend Time to 9/3/02 to respond to counterclaims (Ferguson, L.) (Entered: 06/28/2002) |
| 07/03/2002 | | ENDORSEMENT granting [24-1] motion to Extend Time to 9/3/02 to respond to counterclaims (signed by Mag. Judge Donna F. Martinez) (Grady, B.) (Entered: 07/03/2002) |
| 08/01/2002 | 25 | REPORT of Parties Planning Meeting (Grady, B.) (Entered: 08/06/2002) |
| 08/08/2002 | 26 | ORDER approving [25-1] report (addendum attached), resetting Discovery deadline to 4/3/03 , setting Filing of Joint Trial Memorandum due by 7/3/03 , setting Status Report deadline to 11/8/03 ( signed by Mag. Judge Donna F. Martinez ) (Grady, B.) (Entered: 08/09/2002) |
| 08/23/2002 | 27 | ANSWER and AFFIRMATIVE DEFENSES by Scandinavian Marine to [18-2] counter claim (Grady, B.) (Entered: 08/23/2002) |
| 10/23/2002 | 28 | MOTION by Scandinavian Marine to Stay Pending Arbitration (Brief Due 11/13/02 ) (Grady, B.) (Entered: 10/24/2002) |
| 10/23/2002 | 29 | MEMORANDUM by Scandinavian Marine in support of [28-1] motion to Stay Pending Arbitration (Grady, B.) (Entered: 10/24/2002) |
| 10/23/2002 | 30 | AFFIDAVIT of Roxanna D. Nazari by Scandinavian Marine Re [28-1] motion to Stay Pending Arbitration (Grady, B.) (Entered: 10/24/2002) |
| 10/25/2002 | 31 | ORDER referring [28-1] motion to Stay Pending Arbitration to Mag. Judge Donna F. Martinez (signed by Judge Robert N. Chatigny ) (Grady, B.) (Entered: 10/25/2002) |
| 11/08/2002 | 32 | MOTION by Tom Ostensen, Siri Ostensen to Amend affirmative defenses, set off [18-1] answer and [18-2] counterclaim (Brief Due 11/29/02 ) (Grady, B.) (Entered: 11/12/2002) |
| 11/08/2002 | 33 | MOTION by Tom Ostensen, Siri Ostensen to Join additional parties |

| | | |
|---|---|---|
| | | defendant to assert counterclaim (Brief Due 11/29/02 ) (Grady, B.) (Entered: 11/12/2002) |
| 11/08/2002 | 34 | MEMORANDUM by Tom Ostensen, Siri Ostensen in support of [33-1] motion to Join additional parties defendant to assert counterclaim (Grady, B.) (Entered: 11/12/2002) |
| 11/08/2002 | 35 | OBJECTIONS by Tom Ostensen, Siri Ostensen to [28-1] motion to Stay Pending Arbitration (Grady, B.) (Entered: 11/12/2002) |
| 11/08/2002 | 36 | MEMORANDUM by Tom Ostensen, Siri Ostensen in opposition to [28-1] motion to Stay Pending Arbitration (Grady, B.) (Entered: 11/12/2002) |
| 11/08/2002 | 37 | STATUS REPORT by Scandinavian Marine (Grady, B.) (Entered: 11/12/2002) |
| 11/13/2002 | 38 | ORDER referring [32-1] motion to Amend affirmative defenses, set off [18-1] answer and [18-2] counterclaim, [33-1] motion to Join additional parties defendant to assert counterclaim to Mag. Judge Donna F. Martinez (signed by Robert N. Chatigny ) (Grady, B.) (Entered: 11/14/2002) |
| 11/18/2002 | 39 | ORDER REFERRING CASE to Mag. Judge Donna F. Martinez for all pretrial matters excluding trial ( signed by Judge Robert N. Chatigny ) (Grady, B.) (Entered: 11/18/2002) |
| 11/25/2002 | 40 | REPLY Memorandum by Scandinavian Marine to response to [28-1] motion to Stay Pending Arbitration (Grady, B.) (Entered: 11/27/2002) |
| 11/27/2002 | 41 | RESPONSE by Scandinavian Marine to [33-1] motion to Join, [32-1] motion to Amend affirmative defenses, set off [18-1] answer and [18-2] counterclaim (Grady, B.) (Entered: 12/03/2002) |
| 12/19/2002 | 42 | Status Conference held ( DFM) (Wood, R.) (Entered: 12/23/2002) |
| 12/19/2002 | 43 | Motion hearing held re: [28-1] motion to Stay, [32-1] motion to Amend, [33-1] motion to Join (DFM) (Grady, B.) (Entered: 12/23/2002) |
| 12/19/2002 | | MINUTE Entry: [28-1] motion to Stay, [32-1] motion to Amend, [33-1] motion to Join under advisement (DFM) (Grady, B.) (Entered: 12/23/2002) |
| 12/24/2002 | | ENDORSEMENT denying [32-1] motion to Amend affirmative defenses, set off [18-1] answer and [18-2] counterclaim ( signed by Judge Robert N. Chatigny ) (Grady, B.) (Entered: 12/26/2002) |
| 12/24/2002 | | ENDORSEMENT granting [33-1] motion to Join additional parties defendant to assert counterclaim ( signed by Mag. Judge Donna F. Martinez ) (Grady, B.) (Entered: 12/26/2002) |
| 12/24/2002 | 44 | COUNTERCLAIM by Siri Ostensen, Tom Ostensen against Scandinavian Marine Claims Office, Inc., Scandinavian Underwriters Agency, S.M.C.O.A.S., and Norwegian Hull Club (Grady, B.) (Entered: 12/26/2002) |
| | | |

| 03/14/2003 | 45 | MOTION by Norwegian Hull Club, S.M.C.O.A.S. to Extend Time 14 days after a final order is entered on the motion for a stay to answer the Complaint (Grady, B.) (Entered: 03/14/2003) |
| 03/14/2003 | 46 | APPEARANCE of Attorney for Norwegian Hull Club, S.M.C.O.A.S. -- Donald J. Kennedy (Grady, B.) (Entered: 03/14/2003) |
| 03/14/2003 | 47 | APPEARANCE of Attorney for Norwegian Hull Club, S.M.C.O.A.S. -- Roxanna D. Nazari (Grady, B.) (Entered: 03/14/2003) |
| 03/18/2003 | 48 | Return of Service on Counterclaim on 3/12/03 as to Tom Ostensen, Siri Ostensen (Ferguson, L.) (Entered: 03/19/2003) |
| 04/03/2003 | 49 | MOTION by Tom Ostensen, Siri Ostensen to Extend Time to 10/31/03 for Discovery deadlines & Amendment of Case Management Plan (Ferguson, L.) (Entered: 04/03/2003) |
| 04/11/2003 |  | ENDORSEMENT granting [49-1] motion to Extend Time to 10/31/03 for Discovery deadlines & Amendment of Case Management Plan, Reset Discovery deadline to 10/31/03 ( signed by Mag. Judge Donna F. Martinez ) (Ferguson, L.) (Entered: 04/15/2003) |
| 04/11/2003 |  | ENDORSEMENT granting in part, [45-1] motion to Extend Time until 5/27/03 to answer the Complaint ( signed by Mag. Judge Donna F. Martinez ) (Ferguson, L.) Modified on 04/23/2003 (Entered: 04/16/2003) |
| 04/11/2003 | 50 | SCHEDULING ORDER setting Discovery cutoff 10/31/03 ; Filing of Joint Trial Memorandum by 1/30/04, Request for Prefiling Conference due 9/16/03 ; ( Signed by Chief Judge Robert N. Chatigny ) (Ferguson, L.) Modified on 04/23/2003 (Entered: 04/23/2003) |
| 05/07/2003 | 51 | JOINT STATUS REPORT by Scandinavian Marine (Ferguson, L.) (Entered: 05/08/2003) |
| 05/27/2003 | 52 | MOTION by S.M.C.O.A.S., Norwegian Hull Club to Extend Time to 6/6/03 to answer Complaint (Ferguson, L.) (Entered: 05/27/2003) |
| 05/30/2003 |  | ENDORSEMENT granting [52-1] motion to Extend Time to 6/6/03 to answer Complaint ( signed by Mag. Judge Donna F. Martinez ) (Ferguson, L.) (Entered: 06/02/2003) |
| 06/09/2003 | 53 | MOTION by Norwegian Hull Club, S.M.C.O.A.S. to Extend Time to 6/13/03 to answer Complaint (Ferguson, L.) (Entered: 06/09/2003) |
| 06/09/2003 | 54 | MOTION by Scandinavian Marine for Gerald W. Griffin to Appear Pro Hac Vice (Ferguson, L.) (Entered: 06/10/2003) |
| 06/10/2003 |  | ENDORSEMENT [54-1] motion for Gerald W. Griffin to Appear Pro Hac Vice ordered accordingly Gerald W. Griffin ( signed by Clerk ) (Ferguson, L.) (Entered: 06/10/2003) |
| 06/12/2003 | 58 | APPEARANCE of Attorney for Norwegian Hull Club -- Madeleine F. Grossman (Ferguson, L.) (Entered: 06/16/2003) |
| 06/12/2003 | 59 | APPEARANCE of Attorney for Norwegian Hull Club -- Dorit S. Heimer |

| | | |
|---|---|---|
| | | (Ferguson, L.) (Entered: 06/16/2003) |
| 06/13/2003 | 55 | Reply by Scandinavian Under- to [44-1] counter claim by Tom Ostensen, Siri Ostensen (Ferguson, L.) (Entered: 06/16/2003) |
| 06/13/2003 | 56 | Reply by Scandinavian Marine to [44-1] counter claim by Tom Ostensen, Siri Ostensen (Ferguson, L.) (Entered: 06/16/2003) |
| 06/13/2003 | 57 | Reply by Norwegian Hull Club to [44-1] counter claim by Tom Ostensen, Siri Ostensen (Ferguson, L.) (Entered: 06/16/2003) |
| 06/18/2003 | | ENDORSEMENT granting [53-1] motion to Extend Time to 6/13/03 to answer Complaint ( signed by Mag. Judge Donna F. Martinez ) (Ferguson, L.) (Entered: 06/19/2003) |
| 08/04/2003 | 60 | APPEARANCE of Attorney for Tom Ostensen, Siri Ostensen -- Sharon E. Jaffe (Blue,A.) (Entered: 08/05/2003) |
| 08/04/2003 | 61 | STATUS REPORT by Scandinavian Marine, Tom Ostensen, Siri Ostensen (Blue,A.) (Entered: 08/05/2003) |
| 08/11/2003 | 62 | MOTION by Tom Ostensen, Siri Ostensen for Jeffrey M. Eilender to Appear Pro Hac Vice (Ferguson, L.) (Entered: 08/12/2003) |
| 09/03/2003 | | ENDORSEMENT granting [62-1] motion for Jeffrey M. Eilender to Appear Pro Hac Vice ( signed by Mag. Judge Donna F. Martinez ) (Ferguson, L.) (Entered: 09/04/2003) |
| 09/05/2003 | 63 | RECOMMENDED Ruling granting in part/denying in part [28-1] motion to Stay Pending Arbitration Objections due 9/23/03 ( signed by Mag. Judge Donna F. Martinez ) 15 Page(s) (Ferguson, L.) (Entered: 09/10/2003) |
| 09/17/2003 | 64 | APPEARANCE of Attorney for Tom Ostensen, Siri Ostensen -- Jeffrey M. Eilender (Ferguson, L.) (Entered: 09/17/2003) |
| 09/18/2003 | 65 | MOTION by Tom Ostensen, Siri Ostensen for Thomas M. Cassone to Withdraw as Attorney (Ferguson, L.) (Entered: 09/18/2003) |
| 09/22/2003 | | ENDORSEMENT granting [65-1] motion for Thomas M. Cassone to Withdraw as Attorney (Terminated attorney Thomas M. Cassone for Siri Ostensen, attorney Thomas M. Cassone for Tom Ostensen ( signed by Mag. Judge Donna F. Martinez ) (Ferguson, L.) (Entered: 09/23/2003) |
| 09/29/2003 | | ENDORSEMENT approving & adopting [63-1] recommended ruling ( signed by Chief Judge Robert N. Chatigny ) (Ferguson, L.) (Entered: 09/30/2003) |
| 10/17/2003 | 66 | LETTER MOTION to Stay Case by Siri Ostensen, Tom Ostensen.Responses due by 11/7/2003 (Ferguson, L.) (Entered: 10/21/2003) |
| 10/17/2003 | 67 | ENDORSEMENT ORDER granting 66 Motion to Stay Case. Signed by Judge Robert N. Chatigny on 10/16/03. (Ferguson, L.) (Entered: 10/21/2003) |

| 03/29/2004 | 68 | MOTION for Dorit S. Heimer to Withdraw as Attorney by Norwegian Hull Club, Scandinavian Marine Claims Office, Inc.. (Bauer, J.) (Entered: 03/31/2004) |
| 04/02/2004 | 69 | ENDORSEMENT ORDER granting 68 Motion to Withdraw as Attorney. Attorney Dorit S. Heimer terminated . Signed by Magistrate Judge Donna F. Martinez on 4/1/04. (Ferguson, L.) (Entered: 04/02/2004) |
| 04/23/2004 | 70 | NOTICE of Appearance by Frank J. Silvestri Jr. on behalf of Norwegian Hull Club, Scandinavian Marine Claims Office, Inc. (Wiggins, M.) (Entered: 04/28/2004) |
| 10/12/2004 | 71 | APPLICATION to Substitute deceased Defendant Tom Ostensen's Executor by Scandinavian Marine Claims Office, Inc.. (Ferguson, L.) (Entered: 10/13/2004) |
| 10/26/2004 | 72 | ENDORSEMENT ORDER granting 71 Motion to Substitute Party. Tom Ostensen terminated. Siri Ostensen added as Executrix.. Signed by Magistrate Judge Donna F. Martinez on 10/25/04. (Ferguson, L.) (Entered: 10/27/2004) |
| 11/23/2004 | 73 | NOTICE & ORDER Joint Status Report due by 12/13/2004.. Signed by Magistrate Judge Donna F. Martinez on 11/23/04. (Ferguson, L.) (Entered: 11/24/2004) |
| 12/13/2004 | 74 | JOINT STATUS REPORT by Norwegian Hull Club, Scandinavian Marine Claims Office, Inc., Scandinavian Underwriters Agency. (Ferguson, L.) (Entered: 12/13/2004) |
| 01/05/2005 | 75 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. A Telephonic Status Conference is scheduled for January 6, 2005 at 2:30 p.m. before Judge Donna F. Martinez. Atty. Donald Kennedy will initiate the conference call to chambers. (Wood, R.) (Entered: 01/05/2005) |
| 01/05/2005 | | Set Deadlines/Hearings: Telephonic Status Conference set for 1/6/2005 02:30 PM before Judge Donna F. Martinez. (Wood, R.) (Entered: 01/05/2005) |
| 01/21/2005 | 76 | NOTICE OF E-FILED ORDER & CALENDAR: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. The case, along with the case of Killip v. Scandinavian Marine et al, 3:02cv1494(RNC), is scheduled for a settlement conference with the undersigned on Thursday, March 3, 2005 at 11:00 a.m. in her chambers at United States District Court, 450 Main Street, Room 262, Hartford, Connecticut. COUNSEL ARE DIRECTED TO THE ATTACHED ORDER FOR FURTHER INSTRUCTIONS. Signed by Judge Donna F. Martinez on 1/21/05. (Constantine, A.) (Entered: 01/21/2005) |
| 01/21/2005 | | Set Hearings: Settlement Conference set for 3/3/2005 at 11:00 AM in Chambers Room 262, 450 Main St., Hartford, CT before Magistrate Judge Donna F. Martinez. (Ferguson, L.) (Entered: 01/24/2005) |
| 03/03/2005 | | Minute Entry for proceedings held before Judge Donna F. Martinez : |

|  |  | Settlement Conference held on 3/3/2005. (Wood, R.) (Entered: 05/17/2005) |
|---|---|---|
| 03/14/2005 | 77 | UNCONTESTED MOTION to Consolidate Proceedings for Purposes of Discovery. Case to be consolidated with 3:02cv1494(RNC) by Siri Ostensen.Responses due by 4/4/2005 (Attachments: # 1 Cert. of Svc) (Ferguson, L.) (Entered: 03/14/2005) |
| 03/14/2005 | 78 | Memorandum in Support re 77 UNCONTESTED MOTION to Consolidate Proceedings for Purposes of Discovery. Case to be consolidated with 3:02cv1494(RNC) filed by Siri Ostensen. (Attachments: # 1 Cert. of Svc)(Ferguson, L.) (Entered: 03/14/2005) |
| 03/14/2005 | 79 | DECLARATION re 77 UNCONTESTED MOTION to Consolidate Proceedings for purposes of Discovery. Case to be consolidated with 3:02cv1494(RNC) Signed By Jeffrey M. Eilender filed by Siri Ostensen. (Attachments: # 1 Cert. of Svc)(Ferguson, L.) (Entered: 03/14/2005) |
| 03/16/2005 | 80 | MOTION for Leave to Appear Pro Hac Vice Attorney John M. Lundin. Filing Fee $25. Receipt Number H015381. by Siri Ostensen. (Attachments: # 1 Declaration)(Ferguson, L.) (Entered: 03/16/2005) |
| 03/17/2005 | 81 | NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT SHALL ISSUE.ORDER: Ordered Accordingly 80 Motion for John M. Lundin to Appear Pro Hac Vice . Signed by Clerk on 3/17/05. (Ferguson, L.) (Entered: 03/17/2005) |
| 03/17/2005 | 83 | AMENDED SCHEDULING ORDER: Discovery due by 9/30/2005. Joint Status Report due by 6/10/2005. Joint Trial Memo due by 1/3/2006.. Signed by Judge Donna F. Martinez on 3/17/05. (Ferguson, L.) (Entered: 03/21/2005) |
| 03/18/2005 | 82 | NOTICE OF E-FILED ORDER: ORDER granting 77 uncontested motion to consolidate cases for discovery purposes. An amended scheduling order has been issued this date. Signed by Judge Donna F. Martinez on 3/18/05. (Constantine, A.) (Entered: 03/18/2005) |
| 04/08/2005 | 84 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. A Telephonic Prefiling Conference is scheduled for April 15, 2005 at 11:00 a.m. before Judge Donna F. Martinez. Attorney Donald Kennedy will initiate the conference call to chambers.(Wood, R.) (Entered: 04/08/2005) |
| 04/08/2005 |  | Set Hearings: Telephonic Prefiling Conference set for 4/15/2005 at 11:00 AM before Magistrate Judge Donna F. Martinez. (Ferguson, L.) (Entered: 04/08/2005) |
| 04/08/2005 | 85 | NOTICE of Appearance by John M. Lundin on behalf of Siri Ostensen (Ferguson, L.) (Entered: 04/11/2005) |
| 04/14/2005 | 86 | NOTICE OF E-FILED AMENDED CALENDAR: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. The telephonic prefiling conference before Judge Donna F. Martinez has been re-scheduled to Thursday, April 21, 2005 at 2:15 p.m. Attorney Donald Kennedy will |

| | | |
|---|---|---|
| | | initiate the conference call to chambers. (Constantine, A.) (Entered: 04/14/2005) |
| 04/14/2005 | | Set Hearings: Prefiling Conference set for 4/21/2005 at 02:15 PM before Magistrate Judge Donna F. Martinez. (Ferguson, L.) (Entered: 04/14/2005) |
| 04/15/2005 | 87 | NOTICE of Appearance by Madeleine F. Grossman, Frank J. Silvestri, Jr on behalf of Carter Ledyard & Milburn, LLP, Donald J. Kennedy (Attachments: # 1 APPEARANCE OF GROSSMAN)(Basile, F.) (Entered: 04/19/2005) |
| 04/15/2005 | 88 | MOTION for Protective Order with respect to the subpoenas served on them by Carter Ledyard & Milburn, LLP, Donald J. Kennedy.Responses due by 5/6/2005 (Basile, F.) (Entered: 04/19/2005) |
| 04/15/2005 | 89 | Memorandum in Support re 88 MOTION for Protective Order filed by Carter Ledyard & Milburn, LLP, Donald J. Kennedy. (Basile, F.) (Entered: 04/19/2005) |
| 04/15/2005 | 90 | AFFIDAVIT re 88 MOTION for Protective Order, 89 Memorandum in Support of Motion Signed By Donald J. Kennedy filed by Carter Ledyard & Milburn, LLP, Donald J. Kennedy. (Basile, F.) (Entered: 04/19/2005) |
| 04/20/2005 | 91 | NOTICE OF E-FILED NOTICE AND CALENDAR: THIS IS THE ONLY NOTICE THAT THE COURT WILL ISSUE. The prefiling conference will not go forward April 21, 2005 and will be combined with oral argument on the recently filed motion for protective order (doc.#88) to be heard by Magistrate Judge Martinez on May 10, 2005 at 9:30 a.m. The hearing will be telephonic. Attorney Donald Kennedy will initiate the conference call to chambers at (860) 240 3605. (Constantine, A.) (Entered: 04/20/2005) |
| 05/04/2005 | 92 | MOTION for Extension of Time to File Response as to 88 MOTION for Protective Order until 5/16/05 by Siri Ostensen. (Attachments: # 1 Affidavit of Svc)(Ferguson, L.) (Entered: 05/04/2005) |
| 05/05/2005 | 93 | NOTICE OF ELECTRONICALLY FILED ORDER: THIS IS THE ONLY NOTICE THAT THE COURT WILL ISSUE. ORDER granting 92 absent objection defendants' motion for extension of time in which to file a response to 88 plaintiff's motion for protective order. The defendants' response is due by 5/16/05. Although oral argument on this motion is postponed, the prefiling conference will go forward on May 10, 2005 as scheduled. Signed by Judge Donna F. Martinez on 5/5/05. (Constantine, A.) (Entered: 05/05/2005) |
| 05/10/2005 | | Minute Entry for proceedings held before Judge Donna F. Martinez : Telephonic Prefiling Conference held on 5/10/2005. (Wood, R.) (Entered: 05/13/2005) |
| 05/13/2005 | 94 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Oral Argument on the Non-Parties Motion for Protective Order (doc.#88) is scheduled for June |

| | | |
|---|---|---|
| | | 9, 2005 at 9:30 a.m. in East Courtroom, 450 Main St., Hartford, CT before Judge Donna F. Martinez. The scheduling of a motion for oral argument does not relieve the opposing counsel of its obligation to file responsive papers. If no response has been filed 21 days after the filing of the motion, the motion may be granted and oral argument cancelled. See D.Conn.,L.Civ.R.7. (Wood, R.) (Entered: 05/13/2005) |
| 05/16/2005 | 95 | Memorandum in Opposition re 88 MOTION for Protective Order filed by Siri Ostensen. (Ferguson, L.) Additional attachment(Cert. of Svc) added on 5/17/2005 (Ferguson, L.). Modified on 5/17/2005 (Ferguson, L.). (Entered: 05/17/2005) |
| 05/16/2005 | 96 | DECLARATION re 95 Memorandum in Opposition to Motion for Protective Order Signed By John M. Lundin filed by Siri Ostensen. (Attachments: # 1 Exhibits)(Ferguson, L.) (Entered: 05/17/2005) |
| 05/27/2005 | 97 | MOTION for Clarification re 83 Amended Scheduling Order or MOTION for Protective Order by Scandinavian Marine Claims Office Inc.Responses due by 6/17/2005 (Ferguson, L.) (Entered: 05/31/2005) |
| 05/27/2005 | 98 | AFFIDAVIT re 97 MOTION for Clarification 83 Amended Scheduling Order or MOTION for Protective Order Signed By Donald J. Kennedy filed by Scandinavian Marine Claims Office Inc. (Ferguson, L.) (Entered: 05/31/2005) |
| 05/27/2005 | 99 | REPLY Memo in further support of 88 MOTION for Protective Order filed by Carter Ledyard & Milburn, LLP, Donald J. Kennedy. (Ferguson, L.) (Entered: 05/31/2005) |
| 05/27/2005 | 100 | Reply AFFIDAVIT re 88 MOTION for Protective Order Signed By Donald J. Kennedy filed by Carter Ledyard & Milburn, LLP, Donald J. Kennedy. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Ferguson, L.) (Entered: 05/31/2005) |
| 06/07/2005 | 101 | AMENDED NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Oral Argument on the Non-Parties Motion for Protective Order (doc.#88) is scheduled for June 21, 2005 at 12:00 noon in East Courtroom, 450 Main St., Hartford, CT before Judge Donna F. Martinez. COUNSEL PLEASE NOTE THE CHANGE IN DATE AND TIME FOR THE MOTION HEARING. The scheduling of a motion for oral argument does not relieve the opposing counsel of its obligation to file responsive papers. If no response has been filed 21 days after the filing of the motion, the motion may be granted and oral argument cancelled. See D.Conn.,L.Civ.R.7. (Wood, R.) (Entered: 06/07/2005) |
| 06/20/2005 | 102 | Memorandum in Opposition re 97 MOTION for Clarification re 83 Amended Scheduling Order or MOTION for Protective Order filed by Siri Ostensen. (Attachments: # 1 Affidavit of Svc)(Ferguson, L.) (Entered: 06/20/2005) |
| 06/20/2005 | 103 | AFFIDAVIT re 97 MOTION for Clarification re 83 Amended Scheduling Order or MOTION for Protective Order Signed By John M. |

| | | |
|---|---|---|
| | | Lundin filed by Siri Ostensen. (Exhibits 1-8 in paper form)(Ferguson, L.) (Entered: 06/20/2005) |
| 06/20/2005 | 104 | STIPULATION to Withdraw 88 MOTION for Protective Order by Norwegian Hull Club, Scandinavian Marine Claims Office, Inc., Carter Ledyard & Milburn, LLP, Donald J. Kennedy. (Ferguson, L.) (Entered: 06/20/2005) |
| 06/20/2005 | 105 | ORDER withdrawing 88 Motion for Protective Order . Signed by Judge Donna F. Martinez on 6/20/05. (Martinez, Donna) (Entered: 06/20/2005) |
| 06/20/2005 | 106 | ENDORSEMENT ORDER: So Ordered 104 Stipulation to Withdraw Motion for Protective Order . Signed by Magistrate Judge Donna F. Martinez on 6/20/05. (Ferguson, L.) (Entered: 06/21/2005) |
| 06/21/2005 | 107 | JOINT STATUS REPORT by Scandinavian Marine Claims Office Inc, Siri Ostensen. (Ferguson, L.) (Entered: 06/21/2005) |
| 06/21/2005 | 108 | Letter from Madeleine F. Grossman of Levett Rockwood PC Dated 5/11/05 Re: Motion for Summary Judgment (Ferguson, L.) (Entered: 06/22/2005) |
| 06/21/2005 | | Set Deadlines: Dispositive Motions due by 9/30/2005. (Ferguson, L.) (Entered: 06/22/2005) |
| 06/22/2005 | 109 | REPLY Memo in Support of 97 MOTION for Clarification re 83 Amended Scheduling Order or MOTION for Protective Order filed by Scandinavian Marine Claims Office, Inc.. (Ferguson, L.) (Entered: 06/22/2005) |
| 06/27/2005 | 110 | MOTION to Compel by Siri Ostensen.Responses due by 7/18/2005 (Exhibits 1-39 in paper form only)(Ferguson, L.) (Entered: 06/28/2005) |
| 06/27/2005 | 111 | Memorandum in Support re 110 MOTION to Compel filed by Siri Ostensen. (Ferguson, L.) (Entered: 06/28/2005) |
| 06/28/2005 | 112 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Oral Argument on the Counterclaim & Third-Party DefendantsMotion for Clarification or for Protective Order (doc. #97) is scheduled for July 20, 2005 at 10:00 a.m. before Judge Donna F. Martinez. The scheduling of a motion for oral argument does not relieve the opposing counsel of its obligation to file responsive papers. If no response has been filed 21 days after the filing of the motion, the motion may be granted and oral argument cancelled. Attorney Madeleine Grossman shall initiate the conference call to chambers at (860)240-3605 with counsel for all parties on the line. (Wood, R.) (Entered: 06/28/2005) |
| 06/29/2005 | 113 | MOTION to Dismiss by S.M.C.O.A.S..Responses due by 7/20/2005 (D'Onofrio, B.) (Entered: 06/29/2005) |
| 06/29/2005 | 114 | Memorandum in Support re 113 MOTION to Dismiss filed by S.M.C.O.A.S.. (D'Onofrio, B.) (Entered: 06/29/2005) |
| | | |

| 06/29/2005 | 115 | AFFIDAVIT with exhibits 1-4 re 113 MOTION to Dismiss Signed By Torleiv Aaslestad filed by S.M.C.O.A.S.. (D'Onofrio, B.) Modified to edit exhibits onto docket on 6/29/2005 (D'Onofrio, B.). (Entered: 06/29/2005) |
| 06/29/2005 | 116 | AFFIDAVIT re 113 MOTION to Dismiss Signed By Jorgen Lund filed by S.M.C.O.A.S.. (D'Onofrio, B.) (Entered: 06/29/2005) |
| 06/29/2005 | 117 | NOTICE of Foreign Law by S.M.C.O.A.S., Norwegian Hull Club re 113 MOTION to Dismiss (D'Onofrio, B.) (Entered: 06/29/2005) |
| 07/18/2005 | 118 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. At the request of the parties, the telephonic oral argument on SMCO's Motion for Clarification or for Protective Order (doc. #97) is rescheduled to Thursday, July 28, 2005 at 11:00 a.m. before Judge Donna F. Martinez. Counsel for SMCO shall initiate the conference call to chambers at (860)240-3605.(Constantine, A.) (Entered: 07/18/2005) |
| 07/19/2005 | 119 | MOTION for Extension of Time to File Response as to 110 MOTION to Compel until 8/1/05 by S.M.C.O.A.S., Norwegian Hull Club, Scandinavian Marine Claims Office, Inc. (Ferguson, L.) (Entered: 07/19/2005) |
| 07/22/2005 | 120 | MOTION for Summary Judgment by Scandinavian Marine Claims Office, Inc.Responses due by 8/12/2005 (Ferguson, L.) (Entered: 07/22/2005) |
| 07/22/2005 | 121 | Memorandum in Support re 120 MOTION for Summary Judgment filed by Scandinavian Marine Claims Office, Inc. (Ferguson, L.) (Entered: 07/22/2005) |
| 07/22/2005 | 122 | AFFIDAVIT re 120 MOTION for Summary Judgment Signed By Donald J. Kennedy filed by Scandinavian Marine Claims Office, Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 7 B-C# 9 Exhibit 7 D-E# 10 Exhibit 7 F-G# 11 Exhibit 7 H# 12 Exhibit 8)(Ferguson, L.) Additional attachment(Exhibit 4 pt2) added on 7/26/2005 (Ferguson, L.). Modified on 7/26/2005 (Ferguson, L.). (Entered: 07/22/2005) |
| 07/22/2005 | 123 | Statement of Material Facts re 120 MOTION for Summary Judgment filed by Scandinavian Marine Claims Office, Inc. (Attachments: # 1 Cert. of Svc)(Ferguson, L.) (Entered: 07/22/2005) |
| 07/26/2005 | | Docket Entry Correction re 122 Affidavit: modified to add part 2 of Exhibit 4 (Ferguson, L.) (Entered: 07/26/2005) |
| 07/27/2005 | 124 | Notice of E-filed order: this is the only notice that the court will issue. ORDER granting 119 Motion for a 2 week extension of time upon consent of the parties. Accordingly, SMCO's response to Ostensen's motion to compel (doc. #110) shall be filed by 8/1/05. Ostensen's response to SMCO A.S.'s motion to dismiss (doc. #113) shall be filed by 8/3/05. Oral argument on the motion to compel shall be heard by the |

|  |  | undersigned on Friday, August 12, 2005 at 10:00 a.m. in the East Courtroom.Signed by Judge Donna F. Martinez on 7/27/05. (Constantine, A.) (Entered: 07/27/2005) |
|---|---|---|
| 07/27/2005 | 125 | NOTICE. The oral argument on the motion to compel shall be conducted TELEPHONICALLY on Friday, August 12, 2005 at 10:00 a.m. Counsel for Mrs. Ostensen shall initiate the conference call.(Constantine, A.) (Entered: 07/27/2005) |
| 07/27/2005 | 126 | E-filed notice and order. At the joint request of counsel, the telephonic oral argument scheduled to be heard by Magistrate Judge Martinez on SMCO's motion for clarification or for protective order (doc. #97) shall not go forward on July 28, 2005 as scheduled. The matter shall be rescheduled.(Constantine, A.) (Entered: 07/27/2005) |
| 07/27/2005 |  | Reset Deadlines as to 110 MOTION to Compel. Responses due by 8/1/2005. Motion Hearing set for 8/12/2005 at 10:00 AM in East Courtroom, 450 Main St., Hartford, CT before Magistrate Judge Donna F. Martinez. (Ferguson, L.) (Entered: 07/27/2005) |
| 07/27/2005 |  | Reset Deadlines as to 113 MOTION to Dismiss. Responses due by 8/3/2005 (Ferguson, L.) (Entered: 07/27/2005) |
| 07/28/2005 | 127 | E-filed calendar and notice: At the joint request of counsel, oral argument before Magistrate Judge Martinez on SMCO's motion for clarification or for protective order (doc. #97) shall be heard on Monday, August 8, 2005 at 2:30 p.m. Oral argument shall be conducted TELEPHONICALLY. Plaintiff's counsel shall initiate the conference call to chambers at (860) 240 3605. (Constantine, A.) (Entered: 07/28/2005) |
| 07/28/2005 |  | Re: 97 MOTION for Clarification re 83 Amended Scheduling Order or MOTION for Protective Order. Telephonic Motion Hearing set for 8/8/2005 at 02:30 PM before Magistrate Judge Donna F. Martinez. (Ferguson, L.) (Entered: 07/29/2005) |
| 07/29/2005 | 128 | MOTION for Extension of Time to File Response as to 113 MOTION to Dismiss until 8/15/05, 110 MOTION to Compel until 8/11/05 by Siri Ostensen. (Ferguson, L.) (Entered: 07/29/2005) |
| 07/29/2005 | 129 | MOTION for Extension of Time to File Response as to 120 MOTION for Summary Judgment until 9/12/05 by Siri Ostensen. (Ferguson, L.) (Entered: 07/29/2005) |
| 07/29/2005 | 130 | MOTION for Extension of Time until 11/29/05 to complete Discovery by Siri Ostensen. (Ferguson, L.) (Entered: 07/29/2005) |
| 08/02/2005 | 131 | MOTION for Protective Order by S.M.C.O.A.S., Norwegian Hull Club, Scandinavian Marine Claims Office Inc.Responses due by 8/23/2005 (Ferguson, L.) (Entered: 08/02/2005) |
| 08/02/2005 | 132 | AFFIDAVIT & Exhibit 1 re 131 MOTION for Protective Order Signed By Donald J. Kennedy filed by S.M.C.O.A.S., Norwegian Hull Club, Scandinavian Marine Claims Office, Inc.. (Attachments: # 1 Exhibit 2-5) (Ferguson, L.) (Entered: 08/02/2005) |

| | | |
|---|---|---|
| 08/02/2005 | 133 | Memorandum in Support re 131 MOTION for Protective Order filed by S.M.C.O.A.S., Norwegian Hull Club, Scandinavian Marine Claims Office, Inc. (Ferguson, L.) (Entered: 08/02/2005) |
| 08/05/2005 | 134 | ORDER granting 129 Uncontested Motion for Extension of Time to File Response to 120 SMCO's Motion for Summary Judgment. Ostensen's response to the plaintiff's motion for summary judgment is due by 9/12/05. Signed by Judge Donna F. Martinez on 8/5/05. (Constantine, A.) (Entered: 08/05/2005) |
| 08/05/2005 | 135 | ORDER granting 128 Joint Motion for Extension of Time. Counsel are directed to the attached order. Signed by Judge Donna F. Martinez on 8/5/05. (Constantine, A.) (Entered: 08/05/2005) |
| 08/05/2005 | | Reset Deadlines as to 120 MOTION for Summary Judgment. Responses due by 9/12/2005 (Ferguson, L.) (Entered: 08/08/2005) |
| 08/05/2005 | | Set Deadlines as to 97 MOTION for Clarification re 83 Amended Scheduling Order or MOTION for Protective Order. Telephonic Motion Hearing set for 8/8/2005 at 02:30 PM before Magistrate Judge Donna F. Martinez. (Ferguson, L.) (Entered: 08/08/2005) |
| 08/05/2005 | | Set Deadlines as to 110 MOTION to Compel. Telephonic Motion Hearing set for 8/22/2005 at 01:00 PM before Magistrate Judge Donna F. Martinez. (Ferguson, L.) (Entered: 08/08/2005) |
| 08/05/2005 | | Reset Deadlines as to 110 MOTION to Compel. Responses due by 8/11/2005 (Ferguson, L.) (Entered: 08/08/2005) |
| 08/05/2005 | | Reset Deadlines as to 113 MOTION to Dismiss. Responses due by 8/15/2005 (Ferguson, L.) (Entered: 08/08/2005) |
| 08/08/2005 | 136 | Minute Entry for proceedings held before Judge Donna F. Martinez : Telephonic Motion Hearing held on 8/8/2005 re 97 MOTION for Clarification 83 Scheduling Order MOTION for Protective Order filed by Scandinavian Marine Claims Office, Inc.,. (Court Reporter S. Bowles.) (Wood, R.) (Entered: 08/08/2005) |
| 08/08/2005 | | Motions Taken Under Advisement: 97 MOTION for Clarification 83 Scheduling Order MOTION for Protective Order (Wood, R.) (Entered: 08/08/2005) |
| 08/09/2005 | 137 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Oral Argument on the Counterclaim/Third-Party Defendants & Non-PartiesMotion for Protective Order (doc.#131) is scheduled for September 15, 2005 at 9:30 a.m. in East Courtroom, 450 Main St., Hartford, CT before Judge Donna F. Martinez. The scheduling of a motion for oral argument does not relieve the opposing counsel of its obligation to file responsive papers. If no response has been filed 21 days after the filing of the motion, the motion may be granted and oral argument cancelled. See D. Conn.,L.Civ.R.7. (Wood, R.) (Entered: 08/09/2005) |
| 08/09/2005 | 140 | MOTION for Extension of Time to File Response as to 110 MOTION to |

| | | |
|---|---|---|
| | | Compel until 8/18/05 by S.M.C.O.A.S., Norwegian Hull Club, Scandinavian Marine Claims Office, Inc.. (Ferguson, L.) (Entered: 08/11/2005) |
| 08/10/2005 | 138 | Notice of electronically filed order: This is the only notice of the court's ruling that will be issued. The plaintiff moves to clarify that the scheduling order issued on 3/17/05 (doc. #83) limited discovery to the subject of "veil piercing." The plaintiff also moves for a protective order as to certain subpoenas and discovery requests on the ground that they are outside this scope. The motions are denied. Although the parties appeared to agree at the time the scheduling order was discussed that "veil piercing" discovery should be at the forefront of their discovery efforts, the court did not limit discovery to those issues. Signed by Judge Donna F. Martinez on 8/10/05. (Constantine, A.) (Entered: 08/10/2005) |
| 08/10/2005 | 139 | Notice of efiled order: This is the only notice that the court will issue. ORDER granting absent objection 130 motion for an extension of time in which to conduct discovery. All discovery shall be completed by 11/29/05. Signed by Judge Donna F. Martinez on 8/10/05. (Constantine, A.) (Entered: 08/10/2005) |
| 08/10/2005 | | Set Deadlines: Discovery due by 11/29/2005. (Ferguson, L.) (Entered: 08/11/2005) |
| 08/12/2005 | 141 | ORDER granting 140 Motion for Extension of Time to File Response/Reply to 110 MOTION to Compel until 8/18/05 . Signed by Judge Donna F. Martinez on 8/12/05. (Martinez, Donna) (Entered: 08/12/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/13/2005 17:21:57 | | |
| PACER Login: | ss0214 | Client Code: | 38620 |
| Description: | Docket Report | Search Criteria: | 3:02-cv-00678-RNC |
| Billable Pages: | 11 | Cost: | 0.88 |

# EXHIBIT 50

# CARTER LEDYARD & MILBURN LLP

*Counselors at Law*

**Mark R. Zancolli**
*Associate*

•

*Direct Dial: 212-238-8735*
*E-mail: zancolli@clm.com*

*2 Wall Street*
*New York, NY 10005-2072*

•

*Tel (212) 732-3200*
*Fax (212) 732-3232*

*1401 Eye Street, N.W.*
*Washington, DC 20005*
*(202) 898-1515*

•

*570 Lexington Avenue*
*New York, NY 10022*
*(212) 371-2720*

October 7, 2005

**By Hand Delivery**
John M. Lundin, Esq.
Schlam Stone & Dolan, LLP
26 Broadway, Suite 1900
New York, New York 10004

Re:   Scandinavian Marine Claims Office Inc. v. Ostensen,
No. 3:02 CV 678 (RNC)

Dear Mr. Lundin:

I refer to your letter of September 21, 2005. SMCO, NHC and SCUAA will respond to Defendant's Second and Third Requests for Documents next week. However, in light of its pending motion to dismiss, SMCO AS will not be responding to Defendant's Second and Third Requests for Documents next week.

Very truly yours,

Mark R. Zancolli

MRZ:mz
cc:   Sharon E. Jaffe, Esq. (via FedEx)

1337493.1