+

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                        ) ss.:
COUNTY OF NEW YORK )

**Shareen Abbasy**, being duly sworn, deposes and states:

I am over 18 years of age, I am not a party to the within action, and I reside in New York, New York.

On October 13, 2005 I served a true and complete copy of the foregoing **MEMORANDUM OF LAW IN OPPOSITION TO SMCO'S MOTION FOR SUMMARY JUDGMENT, DECLARATION OF JOHN M. LUNDIN IN OPPOSITION TO SMCO'S MOTION FOR SUMMARY JUDGMENT,** and **LOCAL RULE 56(A)2 STATEMENT** upon:


**DONALD J. KENNEDY, Esq.**
**CARTER LEDYARD & MILBURN, LLP**
**2 Wall Street**
**New York, NY 10005**

and

**MADELEINE F. GROSSMAN, Esq.**
**LEVETT ROCKWOOD, P.C.**
**33 Riverside Avenue**
**Post Office Box 5116**
**Westport, CT 06880**


by placing the **MEMORANDUM OF LAW IN OPPOSITION TO SMCO'S MOTION FOR SUMMARY JUDGMENT, DECLARATION OF JOHN M. LUNDIN IN OPPOSITION TO SMCO'S MOTION FOR SUMMARY JUDGMENT,** and **LOCAL RULE 56(A)2 STATEMENT** in a postage paid, sealed **FEDERAL EXPRESS** envelope and depositing the envelope into a **FEDERAL EXPRESS** mail depository, causing the **MEMORANDUM OF LAW IN OPPOSITION TO SMCO'S MOTION FOR SUMMARY JUDGMENT, DECLARATION OF JOHN M. LUNDIN IN OPPOSITION TO SMCO'S MOTION FOR SUMMARY JUDGMENT,** and **LOCAL RULE 56(A)2 STATEMENT** to be delivered via **OVERNIGHT-NEXT DAY DELIVERY** to the above-named persons at the above listed addresses.

Shareen Abbasy

Sworn to before me this
13th day of October, 2005

Notary Public

JOHN M. LUNDIN
Notary Public, State of New York
No. 02LU6117627
Qualified in New York County
Commission Expires 10/25/2008