UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCANDINAVIAN MARINE, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:02CV678 (RNC) |
| SIRI OSTENSEN, ET AL., | : |
| Defendants. | : |

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___  To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

___  To supervise discovery and resolve discovery disputes;

___  A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B);

___  To conduct settlement conferences;

___  To conduct a prefiling conference;

___  To assist the parties in preparing a joint trial memorandum;

_X_  A recommended ruling on the following pending motions:
Motion to Dismiss [doc. 113]
Motion for Summary Judgment [doc. 120]

So ordered.

Dated at Hartford, Connecticut this /8 day of October 2005.

Robert N. Chatigny
United States District Judge