UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCANDINAVIAN MARINE CLAIMS OFFICE, INC. | : |
|       *Plaintiff,* | : CIVIL ACTION NO.<br>: 302CV678 (RNC) |
| v. | : |
| SIRI OSTENSEN, | : |
|       *Defendant,* | : Magistrate Judge Donna F. Martinez |
| v. | : |
| SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., S.M.C.O., A.S., and NORWEGIAN HULL CLUB, | : November 23, 2005 |
|       *Counterclaim and Third-Party Defendants.* | : |

**UNCONTESTED MOTION FOR A SIXTY-DAY EXTENSTION OF DISCOVERY**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, defendant Siri Ostensen respectfully moves this Court for an extension of sixty days from November 29, 2005 until January 29, 2006 to complete discovery in this matter. This request is necessitated by unresolved discovery disputes between the parties, which are the subject of pending motions. The Court heard argument on those motions yesterday, November 22, 2005, and is aware that certain critical depositions have not been taken because the location of the depositions (the United States or Norway) remains in dispute. In addition, certain critical depositions might need to be repeated depending on the outcome of the motions.

1

This is the second request for an extension of this deadline. Counsel for plaintiff and third-party defendants do not oppose the request.

Respectfully submitted,

_____
Sharon E. Jaffe (Bar. No. CT 04623)
**LEVIN & GLASSER, PC.**
P.O. Box 1098
Weston, CT 06883
(203) 221-3008 (Telephone)
(203) 221-3010 (Facsimile)

Jeffrey M. Eilender (Bar. No. CT 25177)
John M. Lundin (Bar No. phv0185)
**SCHLAM STONE & DOLAN**, LLP
26 Broadway, Suite 1900
New York, NY 10004
(212) 344-5400 (Telephone)
(212) 344-7677 (Facsimile)

*Attorneys for Siri Ostensen*

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing Motion was sent via first-class mail, postage pre-paid, on November 25, 2005, to the following:

Donald J. Kennedy, Esq.
Mark R. Zancolli, Esq.
**CARTER LEDYARD & MILBURN, LLP**
2 Wall Street
New York, NY  10005

Madeleine F. Grossman, Esq.
Frank J. Silvestri, Jr., Esq.
**LEVETT ROCKWOOD, P.C.**
33 Riverside Avenue
Post Office Box 5116
Westport, CT  06880

_____
Sharon E. Jaffe

2