```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

SCANDINAVIAN MARINE CLAIMS        :
OFFICE, INC.,                     :
                                  :
     Plaintiff,                   :
                                  :
     v.                           :      CASE NO. 3:02CV678 (RNC)
                                  :
SIRI OSTENSEN,                    :
                                  :
     Defendant.                   :
                                  :
     v.                           :
                                  :
SCANDINAVIAN MARINE CLAIMS        :
OFFICE, INC., et al.,             :
                                  :
     Counterclaim and             :
     Third-Party Defendants.      :
```

### RULING ON DEFENDANT'S MOTION TO COMPEL

Pending before the court is the defendant's motion to compel. (Doc. #110.) The motion is granted in part and denied in part without prejudice to refiling. Since this motion was filed, the parties have engaged in an ongoing dialogue regarding document production. As a result, the parties have resolved some of the requests. By letter dated September 27, 2005, the defendant advised the court that certain categories of documents remain in dispute: (1) documents regarding the non-qualified pension plan; (2) documents from NHC dated before 2001; and (3) detailed information regarding the payment of SMCO's expenses. To the extent that NHC has not produced documents on the ground that they predate 2001, this objection is overruled. As to the other areas,

it became evident during oral argument that the court does not have an appropriate record upon which to make a ruling. If the parties are unable to resolve the discovery dispute without judicial intervention, the defendant may refile a motion in which it shall identify the particular discovery request at issue and set forth a specific verbatim listing of the item, the plaintiff's response, and the reason why the item should be allowed. See D.Conn.L.Civ.R. 37.

    SO ORDERED at Hartford, Connecticut this 5th day of December, 2005.

                                          _____/s/_____
                                          Donna F. Martinez
                                          United States Magistrate Judge