UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCANDINAVIAN MARINE CLAIMS OFFICE, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>SIRI OSTENSEN,<br><br>*Defendant,*<br><br>v.<br><br>SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., S.M.C.O., A.S., and NORWEGIAN HULL CLUB,<br><br>*Counterclaim and Third-Party Defendants.* | CIVIL ACTION NO.<br>302CV678 (RNC)<br><br><br><br><br>Magistrate Judge Donna F. Martinez<br><br><br><br>December 27, 2005 |

**UNOPPOSED MOTION FOR EXTENSIONS
OF DEADLINES**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, defendant Siri Ostensen respectfully moves for extensions of the deadlines set for dispositive motions and a joint trial memorandum to correspond to the current discovery cutoff date of January 30, 2006. Mrs. Ostensen proposes that dispositive motions be due March 1, 2006, and that the joint trial memorandum be due on March 30, 2006. Plaintiff's counsel and counsel for third-party defendants consent to this motion.

This is the second request for an extension of time to file dispositive motions.

This is the first request for an extension of time to file a joint trial memorandum.

John M. Lundin (Fed. Bar No. phv0185)
Jeffrey M. Eilender (Fed. Bar. No. CT 25177)
**SCHLAM STONE & DOLAN**, LLP
26 Broadway, Suite 1900
New York, NY 10004
(212) 344-5400 (Telephone)
(212) 344-7677 (Facsimile)

Sharon E. Jaffe (Fed. Bar. No. CT 04623)
**LEVIN & GLASSER, PC.**
P.O. Box 1098
Weston, Connecticut 06883
(203) 221-3008 (Telephone)
(203) 221-3010 (Facsimile)

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing Motion was sent via first-class mail, postage pre-paid, on December 27, 2005, to the following:

> Donald J. Kennedy, Esq.
> Mark R. Zancolli, Esq.
> **CARTER LEDYARD & MILBURN, LLP**
> 2 Wall Street
> New York, NY  10005
>
> Madeleine F. Grossman, Esq.
> Frank J. Silvestri, Jr., Esq.
> Dorit S. Heimer, Esq.
> **LEVETT ROCKWOOD, P.C.**
> 33 Riverside Avenue
> Post Office Box 5116
> Westport, CT  06880

_____
John M. Lundin