UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| SCANDINAVIAN MARINE CLAIMS OFFICE, INC. | |
| | CIVIL ACTION NO. |
| *Plaintiff*, | 302CV678 (RNC) |
| v. | |
| SIRI OSTENSEN, | |
| *Defendant*, | Magistrate Judge Donna F. Martinez |
| v. | |
| SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., S.M.C.O., A.S., and NORWEGIAN HULL CLUB, | January 30, 2006 |
| *Counterclaim and Third-Party Defendants.* | |

_____

**UNOPPOSED MOTION FOR 30 – DAY EXTENSTION OF DEADLINES**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, defendant Siri Ostensen respectfully moves for a 30-day extension of the deadlines set to complete discovery and file dispositive motions and a joint trial memorandum. The parties have agreed to a settlement in principle, and make this request to allow time to finalize and execute the necessary settlement documents. If the parties fail in their settlement and the Court grants this request, discovery would have to be completed by March 1, 2006; dispositive motions would have to be filed by March 31, 2006; and the joint trial memorandum would have to be filed by May 1, 2006.

This is the third request for an extension of times to complete discovery and file dispositive motions. This is the second request for an extension of time to file a joint trial memorandum. Plaintiff's counsel and counsel for third-party defendants do not object to this motion.

John M. Lundin (Fed. Bar No. phv0185)
Jeffrey M. Eilender (Fed. Bar. No. CT 25177)
**SCHLAM STONE & DOLAN**, LLP
26 Broadway, Suite 1900
New York, NY 10004
(212) 344-5400 (Telephone)
(212) 344-7677 (Facsimile)

_____
Sharon E. Jaffe (Fed. Bar. No. CT 04623)
**LEVIN & GLASSER, PC.**
P.O. Box 1098
Weston, Connecticut  06883
(203) 221-3008 (Telephone)
(203) 221-3010 (Facsimile)

*Attorneys for Siri Ostensen*

Donald J. Kennedy, (Fed. Bar No. ct23620)
**CARTER LEDYARD & MILBURN LLP**
2 Wall Street
New York, New York  10005
Telephone:  (212) 732-3200
Facsimile:   (212) 732-3232

Madeleine F. Grossman, (Fed. Bar No. ct05987)
**LEVETT ROCKWOOD P.C.**
33 Riverside Avenue
Post Office Box 5116

2

        Westport, Connecticut  06880
        Telephone: (203) 222-0885
        Facsimile: (203) 226-8025

        Attorneys for plaintiff and third-party defendants

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing Motion was sent via first-class mail, postage pre-paid, on January 30, 2006, to the following:

    Donald J. Kennedy, Esq.
    Mark R. Zancolli, Esq.
    **CARTER LEDYARD & MILBURN, LLP**
    2 Wall Street
    New York, NY  10005

    Madeleine F. Grossman, Esq.
    Frank J. Silvestri, Jr., Esq.
    Dorit S. Heimer, Esq.
    **LEVETT ROCKWOOD, P.C.**
    33 Riverside Avenue
    Post Office Box 5116
    Westport, CT  06880

        _____
        Sharon E. Jaffe