UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____
:
SCANDINAVIAN MARINE CLAIMS OFFICE, :
INC. :
: CIVIL ACTION NO.
        *Plaintiff*, : 302CV678 (RNC)
:
v. :
:
SIRI OSTENSEN, :
:
        *Defendant,* : Magistrate Judge Donna F. Martinez
:
v. :
:
SCANDINAVIAN MARINE CLAIMS OFFICE, :
INC., SCANDINAVIAN UNDERWRITERS :
AGENCY, SCUA AMERICAS, INC., S.M.C.O., : February 28, 2006
A.S., and NORWEGIAN HULL CLUB, :
:
        *Counterclaim and Third-Party Defendants.* :
_____:

## UNOPPOSED MOTION FOR 30 – DAY EXTENSTION OF DEADLINES

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, defendant Siri Ostensen respectfully moves for a 30-day extension of the deadlines set to complete discovery and file dispositive motions and a joint trial memorandum. The parties have agreed to a settlement in principle, and some of the parties have executed the necessary stipulations and releases to resolve the matter. In order for the remaining parties to do the same, and to account for a n 8 days rescission period specified in the Settlement Agreement, defendant requests an additional 30 days to file a stipulation of dismissal. If for some unforeseen reason the parties fail in their settlement effort, and the Court grants this request, discovery would have to be completed by April 1, 2006;

1

dispositive motions would have to be filed by May 1, 2006; and the joint trial memorandum would have to be filed by June 1, 2006.

This is the fourth request for an extension of times to complete discovery and file dispositive motions.  This is the third request for an extension of time to file a joint trial memorandum.  Plaintiff's counsel and counsel for third-party defendants do not object to this motion.

John M. Lundin (Fed. Bar No. phv0185)
Jeffrey M. Eilender (Fed. Bar. No. CT 25177)
**SCHLAM STONE & DOLAN**, LLP
26 Broadway, Suite 1900
New York, NY 10004
(212) 344-5400 (Telephone)
(212) 344-7677 (Facsimile)

_____
Sharon E. Jaffe (Fed. Bar. No. CT 04623)
**LEVIN & GLASSER, PC.**
P.O. Box 1098
Weston, Connecticut  06883
(203) 221-3008 (Telephone)
(203) 221-3010 (Facsimile)

*Attorneys for Siri Ostensen*

Donald J. Kennedy, (Fed. Bar No. ct23620)
**CARTER LEDYARD & MILBURN LLP**
2 Wall Street
New York, New York  10005
Telephone:  (212) 732-3200
Facsimile:   (212) 732-3232

Madeleine F. Grossman, (Fed. Bar No. ct05987)
**LEVETT ROCKWOOD P.C.**

2

                    33 Riverside Avenue
                    Post Office Box 5116
                    Westport, Connecticut  06880
                    Telephone: (203) 222-0885
                    Facsimile: (203) 226-8025

                    Attorneys for plaintiff and third-party defendants

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing Motion was sent via first-class mail, postage pre-paid, on January 30, 2006, to the following:

    Donald J. Kennedy, Esq.
    Mark R. Zancolli, Esq.
    **CARTER LEDYARD & MILBURN, LLP**
    2 Wall Street
    New York, NY  10005

    Madeleine F. Grossman, Esq.
    Frank J. Silvestri, Jr., Esq.
    Dorit S. Heimer, Esq.
    **LEVETT ROCKWOOD, P.C.**
    33 Riverside Avenue
    Post Office Box 5116
    Westport, CT  06880

                    _____
                    Sharon E. Jaffe