## EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCANDINAVIAN MARINE CLAIMS OFFICE, INC., *Plaintiff*, <br><br> - against - <br><br> SIRI OSTENSEN, *Defendant*, <br><br> - against - <br><br> SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., S.M.C.O., A.S., AND NORWEGIAN HULL CLUB, <br><br> *Counterclaim and Third-Party Defendants.* | Civil Action No. 3:02CV678 (RNC) <br><br> **STIPULATION OF DISMISSAL** |
| MARGARET KILLIP, *Plaintiff*, <br><br> - against - <br><br> SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., SCUA HOLDINGS, B.V., AND NORWEGIAN HULL CLUB, <br><br> *Defendants and Third-Party Plaintiffs*, <br><br> - against - <br><br> TOM OSTENSEN <br><br> *Third-Party Defendant.* | Civil Action No. 3:02CV1494 (RNC) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to

these actions, by their undersigned counsel, as follows:

1. The above-captioned actions are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.

2. No party shall be entitled to, nor shall they seek, in this action or any other, an award of costs, disbursements or fees, including attorneys' fees, from any other party to the above-captioned actions.

3. No person not a party to the above-captioned actions has an interest in the subject matter of those actions.

4. All pending motions in the above-captioned actions are withdrawn.

5. This Stipulation has been made pursuant to the terms of a Settlement Agreement dated as of March 3, 2006.

Dated: New York, New York
       March 3, 2006

**SCHLAM STONE & DOLAN LLP**

By: _____
    John M. Lundin (Bar No. phv 0185)
    26 Broadway
    New York, New York 10004
    (212) 344-5400

Sharon E. Jaffe (Bar No. ct04623)
**LEVIN & GLASSER, P.C.**
P.O. Box 1098
Weston, CT 06883
(203) 221-3008
*Attorneys for Siri Ostensen
in her individual capacity and as the
executrix of the estate of her*

**CARTER LEDYARD & MILBURN LLP**

By: _____
    Donald J. Kennedy (Bar No. ct23620)
    2 Wall Street
    New York, NY 10005
    (212) 732-3200

Madeleine F. Grossman (Bar No. ct05987)
**LEVETT ROCKWOOD P.C.**
33 Riverside Avenue
Post Office Box 5116
Westport, Connecticut 06880
(203) 222-0885
*Attorneys for Scandinavian Marine
Claims Office, Inc.,*

*husband, Tom Ostensen*         *SCUA Americas, Inc., SMCO, A.S., and Norwegian Hull Club*