189

**EXHIBIT A**

FILED
2006 MAR 21 A 9:35

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCANDINAVIAN MARINE CLAIMS OFFICE, INC., <br><br>                              *Plaintiff,* <br><br> - against - <br><br> SIRI OSTENSEN, <br><br>                              *Defendant,* <br><br> - against - <br><br> SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., S.M.C.O., A.S., AND NORWEGIAN HULL CLUB, <br><br>        *Counterclaim and Third-Party Defendants.* | Civil Action No. 3:02CV678 (RNC) <br><br> **STIPULATION OF DISMISSAL** |
| MARGARET KILLIP, <br><br>                              *Plaintiff,* <br><br> - against - <br><br> SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., SCUA HOLDINGS, B.V., AND NORWEGIAN HULL CLUB, <br><br>          *Defendants and Third-Party Plaintiffs,* <br><br> - against - <br><br> TOM OSTENSEN <br><br>                       *Third-Party Defendant.* | Civil Action No. 3:02CV1494 (RNC) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to

March 22, 2006. Approved. So ordered. Robert N. Chatigny, U.S.D.J.